# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-384

**Case Name** Food & Water Watch et al. v. EPA et al.

**Counsel submitting this form** Michelle Melton

**Represented party/parties** EPA, Jane Nishida (in her official capacity as acting administrator of EPA)

*Briefly describe the dispute that gave rise to this lawsuit.*

Food and Water Watch and other groups and individuals petitioned EPA pursuant to Toxic Substances Control Act (TSCA) Section 21 for the initiation of a proceeding to issue a rule under TSCA Section 6(a). In particular, petitioners alleged fluoride in drinking water poses an "unreasonable risk" to health under a particular condition of use, and EPA should act to regulate that risk. After EPA denied the petition, the groups filed this suit pursuant to TSCA Section 21(b)(4).

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

After holding two bench trials, the district court concluded that fluoridation of drinking water presents an unreasonable risk, and ordered EPA to regulate that risk. EPA disputed that fluoridation of drinking water presents an unreasonable risk. Other issues on appeal might include the proper statutory interpretation of TSCA, and other issues.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The parties are still litigating attorney fees.

**Signature** s/ Michelle Melton  **Date** 1/22/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 09/01/22*

2