No. 25-384

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FOOD AND WATER WATCH, et al.
*Plaintiffs-Appellees*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court for the Northern District of California
No. 3:17-cv-02162 (Hon. Edward M. Chen)

**FEDERAL APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF**

Pursuant to Fed. R. App. P. 26(b) and 9th Cir. L. R. 31-2.2(b), Federal Appellants respectfully move for an additional 23 days—until July 18, 2025—in which to file the Opening Brief in this case. Absent an extension, Federal Appellants' Opening Brief is due June 25, 2025. This is the fourth extension of time sought by Federal Appellants on this deadline. Federal Appellants have consulted with counsel for Plaintiffs-Appellees, Michael Connett, who has indicated that they do not oppose this motion.

1

The Court may grant a motion for an extension of time upon a showing of "good cause." Fed. R. App. P. 26(b). "'Good cause' … has been construed broadly across procedural and statutory contexts." *Ahancian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (interpreting "good cause" for extensions under Fed. R. Civ. P. 6(b)(1)). Reasonable requests for extensions of time should generally be granted "[w]here, as here, there is no indication of bad faith, prejudice, or undue delay." *See id.* at 1263. The attached declaration of Robert P. Stockman, Attorney, Appellate Section, Environment and Natural Resources Division, Department of Justice, explains in detail the circumstances giving rise to the Federal Appellants' good cause for an extension.

Briefly, the case presents a variety of complex and novel issues under the Toxic Substances Control Act (TSCA), lengthy records encompassing two bench trials, and extensive scientific materials. Because of the upcoming departure of the former lead attorney, I was assigned the role of the lead attorney for this case yesterday and entered an appearance. I will need additional time to become familiar enough with the case to file a brief with the Court. I also have competing case obligations that I must fulfill during the relevant time. Additional time is also necessary to allow for the process for comprehensively reviewing an Opening Brief in this case by multiple officials within the Department of Justice and

Environmental Protection Agency to evaluate the federal policies and decisions at issue in the case.

    For these reasons and those set out in the following Declaration, Federal Appellants respectfully request a 23-day extension of the deadline to file an Opening Brief.

                                          Respectfully submitted,

                                          /s/Robert P. Stockman
                                          ROBERT P. STOCKMAN
                                          *Attorney for Federal Appellants*
                                          Environment and Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 7415 Ben Franklin Station
                                          Washington, DC 20044

June 18, 2025                            202-353-3527
DJ # 90-5-1-4-21106               robert.stockman@usdoj.gov

# DECLARATION OF COUNSEL IN SUPPORT OF
# MOTION FOR EXTENSION OF TIME

I, Robert P. Stockman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division (ENRD), United States Department of Justice. I am the lead attorney representing Federal Appellants in this matter.

2. The Opening Brief was originally due on April 11, 2025, and Federal Appellants obtained a streamlined extension to May 12, 2025. Federal Appellants then received a 30-day extension to June 11, 2025, and a third extension of 14 days to June 25, 2025.

3. Because of the upcoming departure of the former lead attorney, I was assigned the role of the lead attorney for this case yesterday and entered an appearance. I am now the primary attorney with responsibility for preparing and filing Federal Appellants' Opening Brief. While I assisted the former lead attorney with the case and have more familiarity than the other available attorneys, I will need additional time to become familiar enough with the case to file a brief with the Court.

4. An extension of 23 days to July 18, 2025, is warranted and necessary. Despite my exercise of diligence, Federal Appellants are unable to meet the current deadline for filing an Opening Brief due to the complexity of the legal issues, the

complex and lengthy approval process required for the brief, and pressing obligations in other cases.

5. The case presents a variety of complex and novel issues under the Toxic Substances Control Act (TSCA), lengthy trial records, and extensive scientific materials. After seven years and two bench trials, the lower court held that Plaintiffs had demonstrated fluoridated drinking water presents an unreasonable risk to human health and ordered EPA to manage that risk in accordance with TSCA. Given the complexity and importance of the issues presented, additional time is necessary to allow for the comprehensive review and finalization of an Opening Brief in this case by multiple officials within the Department of Justice and Environmental Protection Agency to evaluate the various federal policies and decisions at issue in the case.

6. Additional time is also needed because I have devoted and must continue to devote substantial time to other pending matters that have required, and which continue to require, my immediate attention. Due to these obligations, it will not be possible for me to finalize the Opening Brief and incorporate feedback from all relevant offices, by the current deadline of June 25, 2025, despite my exercise of diligence to meet that deadline.

7. During the relevant time, I am responsible for several other pending matters, including:

(a) preparing for, traveling for, and presenting oral argument to the Ninth Circuit in Seattle, Washington, on July 8, 2025, in *United States v. Bayley, et al*, (9th Cir. Nos. 24-812, 24-901, 24-2901, 24-2902);

(b) writing and filing an answering brief currently due to the Eleventh Circuit on July 9, 2025, in *Sanbar Isle, LLC v. USA, et al*, (11th Cir. 24-14078), as lead attorney;

(c) evaluating and preparing a recommendation regarding the government's position on appeal in *Western Watersheds Project, et al v. Debra Haaland, et al*, (9th Cir. No. 21-35671), as lead government counsel, as well as advising other counsel on several appeals related to that case;

(d) evaluating and preparing a recommendation regarding the government's position on appeal in *Center for Biological Diversity v. United States Fish & Wildlife Service, et al.*, (9th 25-3069), in which an Opening Brief is currently due to this Court on August 1, 2025;

(e) serving as a senior reviewer on an answering brief due to the Ninth Circuit on July 15, 2025, in *Arizona State Legislature, et al. v. Biden, et al*, (9th Cir. No. 25-1370), and on an answering brief due to the D.C. Circuit on July 27, 2025, in *Public Employees for Environmental Responsibility, et al v. Lee Zeldin, et al*, (9th Cir. No. 24-5294).

3

(f) assisting government counsel in preparing for oral argument in *United States v. Alaska*, (9th Cir. 24-2251), scheduled for June 23, 2025.

8. The Appellate Section of ENRD is modest in size given its responsibilities to the various Courts of Appeals, other sections within ENRD, and the Solicitor General's office. Moreover, several attorneys have departed from the Section in recent months, requiring case reassignments and reducing the number of attorneys available to meet those responsibilities.

9. For the foregoing reasons, I am unable to meet the current deadline for filing the Opening Brief. I have worked and will continue to work diligently to ensure that the Federal Appellants' Opening Brief will be filed within the additional time requested.

10. Undersigned counsel has consulted counsel for Plaintiffs, Michael Connett. He has informed undersigned counsel that Plaintiffs do not oppose the motion.

11. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,

        /s/Robert P. Stockman
        ROBERT P. STOCKMAN
        *Attorney for Federal Appellants*
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7415 Ben Franklin Station
        Washington, DC 20044

June 18, 2025         202-353-3527
DJ # 90-5-1-4-21106     robert.stockman@usdoj.gov

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This motion contains <u>358 words</u>, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and the declaration in support contains <u>821 words</u>, and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E).

This motion has been prepared in a proportionally spaced typeface using <u>Microsoft Word</u> in <u>14-point Times New Roman</u>.

/s/Robert P. Stockman<br>
ROBERT P. STOCKMAN