Oral Argument Not Yet Scheduled

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| FOOD AND WATER WATCH, ET AL., | |
| *Plaintiffs-Appellees*, | |
| v. | No. 25-384 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., | |
| *Defendants-Appellants*. | |

## MOTION FOR EXTENSION OF TIME TO FILE AN
## *AMICUS CURIAE* BRIEF BY AMERICAN CHEMISTRY COUNCIL

Under Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Local Rule 31-2.2(b), American Chemistry Council ("ACC") respectfully requests to extend the time to file an *amicus curiae* brief by two weeks, to August 8, 2025. Absent an extension, an amicus brief by ACC would currently be due July 25, 2025. This is ACC's first request for an extension of its *amicus*-brief deadline. Appellants (collectively "EPA") consent to the request. Appellees (collectively "Food and Water Watch") oppose this request. ACC has good cause for the requested extension, as set forth below.

1

1.     The underlying case involves the review of EPA's decision to decline a petition initiated under Section 21 of the Toxic Substances Control Act ("TSCA") by Food and Water Watch to initiate a proceeding to issue a rule under TSCA Section 6(a).  Petitioners alleged that fluoride in drinking water poses an unreasonable risk to health under a particular condition of use, and EPA should act to regulate that risk.  After EPA denied the petition, the Food and Water Watch filed this suit in district court under TSCA Section 21(b)(4).

2.     Following two bench trials, the district court concluded that fluoride in drinking water presents an unreasonable risk and ordered EPA to regulate that risk.   EPA appealed that decision to this Court on January 21, 2025.

3.     EPA's opening brief is currently due on July 18, 2025.  An amicus brief by ACC would currently be due on July 25, 2025.

4.     ACC represents more than 190 companies in the chemical industry.  ACC advocates on behalf of its members for policies that help make the United States a global leader in innovation and manufacturing.

2

As an *amicus*, ACC can provide critical knowledge and insight into the safe use of chemistry to improve lives, protect the environment, and enhance economic vitality.

5.     The issues presented in this case, about the meaning of section 21 of the Toxic Substances Control Act and particularly the concept of "unreasonable risk" presented by a use of a chemical substance, have substantial consequences for the entire chemical industry.  As the industry's principal trade group, the ACC will offer important input on these points.

6.     Given ACC's membership base is over 190 companies, an extension would provide the time necessary to coordinate an *amicus* brief. In particular, ACC needs an opportunity to analyze EPA's brief to ensure the *amicus* brief does not repeat any arguments, while also providing ACC members with sufficient time to review the brief.

7.     In the event appellees wish to respond to any arguments in the *amicus* brief, the extension still leaves time for appellees to review the ACC brief well before their answering brief is due.

3

8.     In addition to the logistics above, counsel for ACC is currently managing significant briefing and other ongoing matters, including, among others:

- a brief in *Global Tel\*Link Corporation v. California Department of Corrections*, in the California Court of Appeals;

- a substantial complaint due in a challenge to a decision of the Interior Board of Land Appeals;

- complex negotiations in *Northern Dynasty Minerals LTD. et al. v. EPA*, in the United States District Court for the District of Alaska; and

- an opening brief in *Extraction Oil & Gas v. Broomfield*, in the Tenth Circuit.

9.     ACC does not seek the extension of time for purposes of harassment or delay, and an extension will not prejudice the parties. ACC has exercised diligence and will file a brief in the time requested. The Court has not yet scheduled oral argument.

Due to the valuable insight ACC can offer, logistical coordination needed, and prior commitments above, ACC respectfully asks the Court to grant ACC's extension request, to file its amicus brief on or before August 8, 2025.

July 10, 2025                                    Respectfully Submitted,

                                                */s/ Keith Bradley*

                                                KEITH BRADLEY
                                                KAYLA MARIE MENDEZ
                                                717 17th Street, Suite 1825
                                                Denver, CO 80202
                                                T: (303) 830-1776
                                                F: (303) 894-9239
                                                keith.bradley@squirepb.com
                                                kayla.mendez@squirepb.com

                                                SQUIRE PATTON BOGGS (US) LLP

                                                *Counsel for American Chemistry Council*

### CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the accompanying documents authorized by Federal Rule of Appellate Procedure 27(a)(2)(B) and the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 620 words, as determined by the word-count function of Microsoft Office 365.

This document further complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Office 365 in 14-point Vollkorn Font.

*/s/ Keith Bradley*
Keith Bradley

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 25-384

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

MOTION FOR EXTENSION OF TIME TO FILE AN AMICUS CURIAE BRIEF BY AMERICAN CHEMISTRY COUNCIL

**Signature** | /s/ Keith Bradley | **Date** | July 10, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15** | *Rev. 12/01/2018*