**Case No. 25-384**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
*Appellants*,

*v.*

FOOD & WATER WATCH, INC., et al.,
*Respondents.*

---

On Appeal from the United States District Court
for the Northern District of California
Honorable Edward M. Chen
Case No. 3:17-cv-02162-EMC

---

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
AMERICAN FLUORIDATION SOCIETY, INC.
IN SUPPORT OF APPELLANTS AND REVERSAL**

---

Jeffrey H. Wood
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources
Division
Norman L. Rave, Jr. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Telephone: (202) 616-7568
Email: norman.rave@usdoj.gov

*Attorneys for Appellants*

Cathy R. Silak, ISB No. 3118
Stephen R. Thomas, ISB No. 2326
HAWLEY TROXELL ENNIS &
HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.388.4887
Email: csilak@hawleytroxell.com
 sthomas@hawelytroxell.com

*Attorneys for Amicus Curiae
American Fluoridation Society, Inc.*

i

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Circuit Rule 29-3, the American Fluoridation Society, Inc. ("AFS") respectfully seeks leave to file the attached amicus brief supporting Appellants and reversal. Movant AFS attempted to obtain the consent of all parties to the filing of this brief prior to the filing of this motion, but did not obtain approval from all parties.

In support of this motion, AFS states that it is a 501(c)(4) non-profit corporation comprised of leading experts in community water fluoridation, and dental medicine providers. AFS collaborates with organizations such as the Centers for Disease Control and Prevention, the American Public Health Association, and the American Dental Association. AFS routinely lends its expertise in interpreting research and advising on water quality and technical questions regarding community water fluoridation.

AFS's brief is relevant and helpful to the disposition of the case because the brief provides critical context to the scientific evidence presented before the district court and explains why the currently recommended levels of community water fluoride are paramount to this nation's health. The brief will assist the Court, and this motion should be granted, and the attached brief filed.

Dated:  July 24, 2025.　　　Respectfully submitted,

　　　　　　　　　　　　　HAWLEY TROXELL ENNIS & HAWLEY LLP

　　　　　　　　　　　　　*/s Cathy R. Silak*
　　　　　　　　　　　　　Cathy R. Silak, ISB No. 3118
　　　　　　　　　　　　　*Attorneys for American Fluoridation Society, Inc.*

　　　　　　　　　　　　　HAWLEY TROXELL ENNIS & HAWLEY LLP

　　　　　　　　　　　　　*/s Stephen R. Thomas*
　　　　　　　　　　　　　Stephen R. Thomas, ISB No. 2326
　　　　　　　　　　　　　*Attorneys for Amicus Curiae American Fluoridation Society, Inc.*

2

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this Motion complies with Fed. R. App. P. 27(d) because it contains 199 words. Furthermore, the undersigned certifies that this Motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d), 32(a)(5), and 32(a)(6), because it was prepared in 14-point Times New Roman, a proportionally spaced font.

Dated: July 24, 2025.    Respectfully submitted,

HAWLEY TROXELL ENNIS & HAWLEY LLP


*/s Cathy R. Silak*
Cathy R. Silak, ISB No. 3118
*Attorneys for American Fluoridation Society, Inc.*


HAWLEY TROXELL ENNIS & HAWLEY LLP


*/s Stephen R. Thomas*
Stephen R. Thomas, ISB No. 2326
*Attorneys for Amicus Curiae American Fluoridation Society, Inc.*