**Case No. 25-384**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
*Appellants*,

*v.*

FOOD & WATER WATCH, INC., et al.,
*Respondents.*

_____

On Appeal from the United States District Court
for the Northern District of California
Honorable Edward M. Chen
Case No. 17-cv-02162-EMC

_____

**DECLARATION OF DR. JOHNNY JOHNSON, JR. IN SUPPORT OF
BRIEF OF AMICUS CURIAE AMERICAN FLUORIDATION
SOCIETY, INC. IN SUPPORT OF APPELLANTS AND REVERSAL**

Jeffrey H. Wood
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
Norman L. Rave, Jr. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Telephone:  (202) 616-7568
Email:  norman.rave@usdoj.gov

*Attorneys for Appellants*

Cathy R. Silak, ISB No. 3118
Stephen R. Thomas, ISB No. 2326
HAWLEY TROXELL ENNIS &
HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.388.4887
Email:  csilak@hawleytroxell.com
          sthomas@hawleytroxell.com

*Attorneys for Amicus Curiae
American Fluoridation Society,
Inc.*

I, Dr. Johnny Johnson, Jr., hereby declare as follows:

1.      I am of the age of majority and of sound mind. I make this Declaration upon my own personal knowledge, and respectfully submit it in support of the American Fluoridation Society Inc.'s Amicus Brief.

2.      I am the President of the American Fluoridation Society, Inc. ("AFS" or the "Society").

3.      I am a Pediatric Dentist, a Diplomate of the American Board of Pediatric Dentistry, and a Life Fellow of the American Academy of Pediatric Dentistry.

4.      I am also a Doctor of Dental Medicine and hold a Master of Science degree in Pediatric Dentistry. Attached hereto as **Exhibit "A"** is a true and correct copy of my curriculum vitae.

5.      The American Fluoridation Society is a nonprofit organization with the goal of promoting overall health through good oral health in the United States. It is headquartered in Portland, Oregon.

6.      AFS is composed of volunteer health professionals. We are dentists, dental hygienists, researchers, and public health leaders. No member receives a salary. Instead, our work is supported by grants from organizations like the Delta Dental Community Care Foundation, which recognizes that fluoridation improves dental and overall health, quality of life, and ultimately saves money.

2

7.      AFS has several volunteer advisory committees that lend their expertise to AFS in interpreting research, advising on water quality and technical questions, publications of evidence-based science, refutation of misinformation and disinformation, and addressing other needs that arise in AFS's work to aid communities in retaining, restarting, or initiating fluoridation. These volunteers are academics and researchers from the United States, Australia, and the United Kingdom. They include the former Dental Director of the Centers for Disease Control and Prevention Oral Health Division and a former Centers of Disease Control and Prevention National Fluoridation Engineer.

8.      AFS supports water fluoridation because credibly conducted, peer reviewed research published in recognized scientific journals has shown it reduces cavities by at least 25 percent across all age groups, and it is effective, safe, equitable, and economical.

9.      I have extensive experience in receiving and researching the claims made by fluoridation opponents.

10.     I, along with other healthcare professionals, founded the AFS in 2014 because we saw that public health—and particularly the health of children—was threatened by a growing and well-organized effort to eliminate community water fluoridation ("CWF") in the United States.

11.     These anti-CWF efforts were increasingly national and even international in scope.  Although allegedly rooted in science, they are primarily driven by ideology. As a pediatric dentist and public health advocate, I had already led a successful campaign to restore fluoridation in my home county in Florida, where over 700,000 residents had lost access. This cessation was primarily driven by political and personal choices by the fluoridation decision makers.  But it became clear that defending fluoridation, given the nature of the opposition, needed more than just local action. That is why we started AFS: to give health professionals, scientists, and the public a research-based platform to counter misinformation/disinformation and to support communities nationwide.

12.     The Society directly supports communities across the United States by providing expert advice on CWF and organizing scientific meetings to promote oral health through water fluoridation.  Additionally, AFS provides education to stakeholders to teach them how to effectively educate their communities and fluoridation decision-makers in the evidence-based scientific research, as well as researching and producing scientific publications on CWF.

13.     AFS members are considered subject matter experts on CWF, and routinely provide testimony before fluoridation decision-makers when requested by communities, and at no cost. AFS has worked across the country, in states such as Idaho, Oregon, Utah, Florida, North Dakota, Nebraska, Missouri, New Hampshire,

and Texas, advising health departments, supporting dental and medical coalitions, and testifying at public hearings.

14.     The American Fluoridation Society collaborates with the American Dental Association, the Centers for Disease Control and Prevention, the American Public Health Association, the American Academy of Pediatrics, the American Academy of Pediatric Dentistry, and other significant academic and health organizations to educate communities about water fluoridation.

15.     CWF is critical to oral health which is essential to overall physical and mental well-being. Dental decay is the most common chronic disease of adults and children. It is multiple times more common than obesity, diabetes, and asthma. It is an infectious and transmissible disease. Also, dental decay disproportionately affects low-income and marginalized populations, especially children, the elderly, and those in long-term living facilities. For many, fluoridation is the *only* preventive dental care that they will ever receive.

16.     Dental infections can lead to severe systemic infections and conditions, e.g., sepsis, brain abscesses, and airway obstruction. Poor oral health is increasingly linked to serious chronic diseases, including heart disease, stroke, exacerbation of diabetes issues, and certain cancers. Oral health is interconnected with broader health outcomes.

17.     Our members, in their expert scientific opinions, have not found valid and credible research that demonstrates that water fluoridation is associated with or causes harm to Intelligence Quotient or executive function.

18.     Our members support the current CWF levels set by the U.S. Public Health Service, and believe they are necessary to maintaining oral health in the United States.

19.     The AFS supports the Appellants' appeal of the district court's Judgment and requests that it be overturned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 24, 2025.

/s Dr. Johnny Johnson, Jr.
Dr. Johnny Johnson, Jr.
*President of the American*
*Fluoridation Society, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this Declaration complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Declaration has been prepared in a proportionally-spaced typeface using 14-point Times New Roman font.

Dated:  July 24, 2025.                    Respectfully submitted,

                                          HAWLEY TROXELL ENNIS &
                                          HAWLEY LLP

                                          */s Cathy R. Silak*
                                          Cathy R. Silak, ISB No. 3118
                                          *Attorneys for American Fluoridation Society*

                                          HAWLEY TROXELL ENNIS &
                                          HAWLEY LLP

                                          */s Stephen R. Thomas*
                                          Stephen R. Thomas, ISB No. 2326
                                          *Attorneys for Amicus Curiae American
                                          Fluoridation Society, Inc.*

# EXHIBIT A



July 21, 2025

# Johnny Johnson, Jr., D.M.D., M.S.
## Curriculum Vitae

**Education:**

Seminole High School (Pinellas County), graduated 1974
St. Petersburg Junior College, 1974-77
University of South Florida, B.A. Chemistry, 1979, Graduated with Honors
University of Florida, College of Dentistry, D.M.D. Dental Degree, 1983
University of North Carolina College of Dentistry, Department of Pediatric Dentistry residency program, M.S. Degree, 1985
University of North Carolina College of Dentistry, Certificate in Pediatric Dentistry, 1985
Diplomate, American Board of Pediatric Dentistry, 1987
Private Practice, Palm Harbor, FL, 1985 to 2014, retired from clinical practice-disabled in 2009

**Memberships:**

President, American Fluoridation Society – 2014 to current
American Dental Association
Life Fellow, American Academy of Pediatric Dentistry
Diplomate, American Board of Pediatric Dentistry
American Public Health Association
American Association of Public Health Dentistry
Association of State and Territorial Dental Directors
American Association for Dental, Oral, and Craniofacial Research
American Academy of Pediatric Dentistry
Florida Academy of Pediatric Dentistry
Florida Dental Association
Central Florida District Dental Association

**PUBLICATIONS:**

1. *"The Fluoride Content of Infant Formulas Available in 1985",* Journal of Pediatric Dentistry, Volume 9, Number 1, 1987

2. *"Grassroots Political Action by Pinellas County Dentists Gets Results",* Florida Dental Association Today, January/February 2013

3. *"Critique of the review of 'Water fluoridation for the prevention of dental caries' published by the Cochrane Collaboration in 2015",* British Dental Journal volume 220 NO. 7 APR 8 2016, co-author

4. *Contributor to Article "Tap water study shows higher blood lead, fewer caries in kids",* Dr. Bicuspid, Dec 4, 2017

5. "Why the Urban League Should Join the Campaign for Dental Health", Primer for the National Urban League, written by the American Academy of Pediatrics and the American Fluoridation Society, 2018

6. *Article on the 2018 National Toxicology Program's Report "An Evaluation of Neurotoxicity Following Fluoride Exposure from Gestational Through Adult Ages in Long-Evans Hooded Rats", Dr. Bicuspid, 2018*

7. *"Community Water Fluoridation's Legacy: Protect it or lose it",* Journal of the Michigan Dental Association, Community Water Fluoridation 75th Year Anniversary 2020, Volume 102, No. 3, March 2020, Johnson, Jr., J.

8. *"Comments on recent community water fluoridation studies", coauthor, British Dental Journal, October 27, 2023*

9. *Contributor to the National Institutes of Health, Office of Dietary Supplements, "Fluoride, Fact Sheet for Health Professionals", 2020*

10. *Contributor to the National Institutes of Health, Office of Dietary Supplements, "Fluoride, Fact Sheet for Health Professionals", update June 2024*

11. *"Water fluoridation: Underestimating the impact of water fluoridation", co-author, British Dental Journal, volume 237 NO. 7 October 11, 2024*


## APPOINTMENTS:

1. **Delegate,** American Dental Association House of Delegates for the 17th District, Florida, 2023 to current

2. **Healthy People 2030 Public-Private Partner Dental Coordination Group**:
   *Oral Health Objective 11: Increase the proportion of people whose water systems have the recommended amount of fluoride, Target 77.1%*

***OH-11 Group***: CDC, American Fluoridation Society, American Network of Oral Health Coalitions

3. ADA Council for Advocacy on Access and Prevention.  Assigned to Fluoridation subcommittee.  2024 to current.
4. Association of State and Territorial Dental Directors Fluorides Committee.  ~2022-current
5. Mississippi Fluoridation Advisory Committee, current

## Current Professional Activity:

Founding Officer of the American Fluoridation Society (AFS), President

A science-based information group whose mission is to help communities and its leaders understand the credible science of community water fluoridation.  AFS members provide testimony and technical assistance to state and local communities that seek to start community water fluoridation or defend the practice against rollback attempts.  Medical and dental health experts across the nation have joined AFS to debunk myths and clarify the evidence behind fluoridation's safety and benefits.   AFS members are active online and, on the ground, to share the facts and counter misinformation about fluoride.

## Coalition Building/Training/Speaking Engagements:

## 2025:

**California:**
- **California Water Fluoridation Plan meeting:** Presentation and participation in an all-day virtual meeting.  Plan to develop their updated state fluoridation plan.

**Florida:**
- **Broward County League of Women Voters:** *"Fluoride History, Health, and What Evidence-based Science Says"*, 4-9-2025
- **Presentation for the Utah Oral Health Coalition,** 4-28-2025 *"Educating patients about fluoride: Having brief and positive chairside conversations with them to educate them"*
- **Broward County, FL** *"Water Treatment and Fluoride: History, Health, and What Evidence-based Science Says",* Presentation to the Broward County Commission and the Joint Water Advisory Board and Technical Advisory Committee Meeting, 1-10-2025
- **Leesburg –** Testimony to retain vote to initiate, 2-24-2025

- **<u>Bartow</u> –** *"Opinions & Politics vs Fluoride Science",* Workshop panel presentation to city council opposite FL Surgeon General Joseph Ladapo and researcher **Dr. Ashley Malin** (researcher of spot urine sample, part of Canadian research group, claiming an association of fluoridation with executive function) **-**to retain fluoridation
- **Crystal River,** Testimony before city council to retain fluoridation, 4-28-2025
- **Miami-Dade County –** Testimony before Miami-Dade County Commissioners to retain fluoridation, 4-1-2025

**Nebraska:**
**Testimony before Nebraska State Legislature and presentation,** 4-2-25

**North Carolina:**
- **North Carolina Committee for Dental Health Presentation 5-29-25,** Update to presentation 11-7-2024
- **North Carolina Oral Health Collaborative:** Presentation **"Update of Fluoride/Fluoridation"** 6-11-25

**North Dakota:**
- **North Dakota Surface Water Treatment Workshop, Keynote Speaker,** *"Opinions & Politics vs Fluoride Science: A closer look at recent research and legal decisions related to community water fluoridation",* 4-22-25**, Sponsored by the American Water Works Association for Minnesota, North Dakota, and South Dakota.**
- **Washburn, ND** Presentation city council: *"Fluoride History, Health, and What Evidence-based Science Says",* 4-14-25
- **Grand Forks, ND City Council 4-21-25 –** Subject matter expert speaker on behalf of the North Dakota Dental Association

# Technical Assistance: Note: This included webinars, phone calls, and coaching of local advocates. In some communities, virtual testimony was provided.

**Israel** – support with opposition's claims and misinformation from opponents on what is happening in the U.S.  Assisting with evaluation and materials on the EPA court case, NTP report and meta-analysis, 2024 Cochrane review, and the claimed associations between fluoridation and a host of claims from the spot urine analysis researchers.

**England** – Support and participation in virtual webinar to assist in implementing the first fluoridation scheme in 50 years.

**Florida:**
- Tallahassee
- Gainesville
- New Smyrna Beach
- N. Miami Dade
- Wellington
- Port Orange
- Cocoa Beach
- Delray Beach
- Clearwater
- Manatee County
- Hillsborough County
- Pinellas County Commission
- Tarpon Springs
- Fort Meyers
- Ocala
- Lakeland
- Melbourne
- Oviedo
- Pensacola

**Florida State Legislature, Governor, Agriculture Commissioner:  Attempt to stop bill to cease fluoridation**
> Working through personal relationships with Florida State Legislators to attempt to give them materials to oppose cessation of fluoridation, in addition to scientific information to present on the floor of the legislature.

**Kentucky:**
- **Kentucky Dental Association and KY Academy of Pediatric Dentistry:** Attempt to stop state fluoridation ban

**Missouri:**
- Rolla, MO
- Lincoln County
- Greensboro

**Tennessee:**
- Trenton – cessation attempt

**Virginia:**
- Richmond

**Wisconsin:** Too many to recall……

**U.S.:**
- **All State Public Health Departments:**
  Technical assistance, coaching, and educational materials on the evidence-based science and tactics of opponents of fluoridation.  These are not listed to protect those in public health from potential retribution and harassment from opponents of fluoridation, including but not limited to being fired from their positions.

**National Oral Health Conference**, April 2025: Two sessions

_____

_____

## 2024:

**Florida:**
- **Tavares:** Testimony in support of retaining fluoridation, 12-18-2024
- **Collier County Board of County Commissioners,** *"Maintaining a healthy community: What the research shows about the benefits and safety of fluoridation",* 2-23-2024,
- **Leesburg –** Testimony before city council to initiate fluoridation, 6-7-2024

**North Carolina:**
- **North Carolina Committee for Dental Health Presentation:  Presentation 11-7-24 "**Opinions & Politics vs Fluoride Science, A closer look at recent research and legal decisions related to community water fluoridation"*
- **Stanly County Presentation:** *"Benefits vs Risks of Fluoridation",* 3-4-24

**Pennsylvania:**
- **Penn Dental School – presentation – 70**[th] **Anniversary of fluoridation in Philadelphia, keynote speaker** *"Speaking up for fluoridation: An overview of community water fluoridation",* 5-1-24

**Tennessee:**

- **TN Department of Health, Statewide Dental Conference,** *"Recent fluoride developments: A closer look at recent research and legal decisions related to community water fluoridation",* Monday, October 28, 2024

**West Virginia:**
- **West Virginia Oral Health Coalition 2024 Oral Health Summit,** *"Speaking up for water fluoridation: Fluoridation Risks vs Benefits",* August 16, 2024

**New Hampshire:**
- **New Hampshire Oral Health Coalition; New Hampshire DHHS Public Oral Health Program,** *"Opinions & Politics vs Fluoride Science",* Friday, November 1, 2024

**Missouri:**
- **Missouri Coalition for Oral Health:  The 2024 Missouri Oral Health Policy Conference: Capturing the Future** *"The Joys of Combating Misinformation or How stupid are dentists as business people?",* 3-7-24

**North Dakota:**
- **McVille – Presentation:** *"Fluoridation – Facts vs Opinions; Understanding the science on optimally fluoridated water",* 1-8-24

# Technical Assistance:  Note: This included webinars, phone calls, and coaching of local advocates. In some communities, virtual testimony was provided.

**Florida:**
- Naples, FL
- Winter Haven, FL

**Iowa:**
- El Dora
- Eldridge

**Kansas:**
- Abilene

**New Jersey**
- Perth Ambo, provided presentation

**New York:**
- Gansevoort – Wilton
- Albany

**North Carolina:**
- Stanly County
- Union County

**Wisconsin:**
- Amery
- Avoca
- Black Earth
- Kronenwetter
- Marshfield
- Peshtigo
- Pewaukee
- Tomahawk
- Village of Elk Mound

**Vermont:**
- Rutland

**U.S.:**
- **All State Public Health Departments:**
  Technical assistance, coaching, and educational materials on the evidence-based science and tactics of opponents of fluoridation. These are not listed to protect those in public health from potential retribution and harassment from opponents of fluoridation, including but not limited to being fired from their positions.

**National Oral Health Conference: one session**

## Media:

**ADA News Articles –** upon request. Numerous articles on providing direct/virtual testimony, technical assistance, and coaching of local advocates

<u>CNN</u> – National interview

**NBC articles –** upon request. Numerous articles containing interviews and background materials

_____

_____

## 2023:

**New Hampshire:** Testimony before legislature to oppose proposed bill to outlaw fluoridation for entire state

**Texas:**

- **Dallas**: Subject matter expert panel presentation to a city council subcommittee. Chair of subcommittee was opposed to fluoridation and wanted to cease it.

  The chair asked for a presentation on fluoridation, which I participated in virtually. The Chair stated at the end of the presentation that our presentation was one-sided and didn't include both sides of fluoridation. 10-13-2023

  The chair requested that another panel be assembled of subject matter experts to testify before them. This panel included **Dr. Bruce Lanphear**, co-author of fluoridation studies using spot urine samples with a conclusion of association with reduced IQ; **Dr. Griffin Cole**, past president of the alternative dental group (International Academy of Oral Medicine and Toxicology, IAOMT [Rational Wiki definition of IAOMT]), and a physician, Dr. John Staniland who is on the Fluoride Action Network's list of supporters.

  The second panel presented on November 7, 2023.  Their presentation was interrupted by the chair and one of the other four subcommittee members when they had failed to address the questions put to them in advance by the subcommittee. Their presentation was deemed a failure, and the subcommittee chose not to take a recommendation to cease fluoridation to the entire Dallas City Council.

## Technical Assistance: Note: This included webinars, phone calls, and coaching of local advocates. In some communities, virtual testimony was provided.

**New York:**
- Albany
- Buffalo
- Cornell
- Massena

_____

_____

# 2020

**Wisconsin**: Multiple attempts across the state. However, I will call attention to one in particular where **Dr. Christine Till**, primary and co-author of Canadian spot urine sample studies to demonstrate an association of fluoridation with a plethora of medical issues, most prominently IQ.

- ***Green Bay, WI:***
    - ➢ Assisted special committee of the Green Bay Common Council, the Protection and Policy Committee (PPC), to defend a challenge to cease CWF by opponents. The PPC voted to recommend to the full common council to continue fluoridation that had been in place since 1957.

    - ➢ During this series of 3-4 virtual meetings, the Fluoride Action Network, along with one **Dr. Christine Till**, inserted herself into the political process in an attempt to cease fluoridation.

    - ➢ The Green Bay Common Council voted overwhelmingly in December, 2020 to retain fluoridation

---

**Alabama Department of Health Water Operator Fluoridation Training**
Tracy Boehmer, Johnny Johnson, Jason Bell, Jody Coker:
*"Community water fluoridation and its role in Oral Health"*
4 CEUs for water operators, public health employees, and private sector folks.
October 22, 2020

**Louisiana Department of Health: Water operator training**
*"Engaging Communities about the Importance of Community Water Fluoridation"*
October 22, 2020

**Alaska Public Health Association**: Plenary and breakout session presentations:
- Plenary Presentation:
  *"75 years of CWF: What we know. Mother Nature revealed it--we replicated her"*,

- Breakout Session:
  *"Fluoride Science meets Political Science"*, Presentation on how CWF is decided by elected or appointed officials/boards; How to effectively navigate cessation attempts; and how to speak to CWF decision-makers in an understandable, yet

direct manner; getting the CWF decision-makers to realize the gravity of their decisions.

**Florida Department of Health Statewide Dental Directors and County Directors/Administrators Annual Meeting:**
*"Scientific Facts vs Personal Opinion-CWF update"*, round table discussion, November 6, 2019, Orlando, FL

**North Dakota Water Utility Statewide Meeting**:

Presentation on the benefits of water fluoridation and oral health impact that they make to the annual meeting of statewide wastewater, drinking water, and infrastructure professionals along with the ND Rural Water Association and the ND Chapter of the American Water Works Association.  Dispelling common myths used by CWF opponents.  Offer AFS to be a resource for them with a dedicated email address for them.

"CWF----WTF? (**C**ommunity **W**ater **F**luoridation begins at the **W**ater **T**reatment **F**acility): *Gaining the knowledge and strategies to be an effective resource*", Presentation on the Oral Health impact of CWF on oral and general health of the communities served.  The water operator's huge impact on reducing cavities and impact on the quality of life of the people they serve, October 10, 2019, Bismarck, ND

**Missouri Primary Care Association**:
Presentation:

*"The Science of Fluoridation vs Personal Opinions"*, October 10, 2019, Branson, MO

***Tennessee Public Health Association:***

*The effort in Jonesborough, TN, (described in Fluoridation Advocacy section below) led to Dr. Johnson being asked to give a presentation on CWF advocacy and communications to the Tennessee Public Health Association.  The presentation was well received by a diverse group of public and private healthcare officials looking for direction on how to proceed with their efforts. Fall, 2018*

**Texas Oral Health Coalition:**

*Fluoride's discovery of effect on caries; CWF history; The overwhelming body of scientific research supporting CWF as effective and safe; Anti-fluoridation claims and debunking them; and the political aspect of CWF,* Austin, TX, June 27, 2018

**Mississippi Municipal League: Statewide Meeting:**

*"Fluoridation Presentation and Information on State Monies to Fund Equipment"*, Biloxi, MS, June 27, 2018

**AFS "Community Water Fluoridation Training Corps Program":**

*Statewide stakeholder training in CWF advocacy; Review of CWF science; Debunking of anti-fluoridation claims; Communication strategies and approaches to different audiences; Approaching and engaging CWF decision-makers; Stepping up to CWF challenges; Political activism*, Marshfield, WI, May 10, 2018

**Mississippi Rural Water Association:** Statewide Meeting

*"Presentation on public health benefits on dental caries reductions by their fluoridation of water systems in Mississippi"*; May 3-4, 2018

**AFS "Community Water Fluoridation Training Corps Program":**

*Statewide stakeholder training in CWF advocacy; Review of CWF science; Debunking of anti-fluoridation claims; Communication strategies and approaches to different audiences; Approaching and engaging CWF decision-makers; Stepping up to CWF challenges; Political activism, Orlando, FL, February 23, 2018*

***AFS "Community Water Fluoridation Training Corps Program":***

*Statewide stakeholder training in CWF advocacy; Review of CWF science; Debunking of anti-fluoridation claims; Communication strategies and approaches to different audiences; Approaching and engaging CWF decision-makers; Stepping up to CWF challenges; Political activism, Rutland, Vermont January 23, 2018*

***AFS "Community Water Fluoridation Training Corps Program":***

*Statewide stakeholder training in CWF advocacy; Review of CWF science; Debunking of anti-fluoridation claims; Communication strategies and approaches to different audiences; Approaching and engaging CWF decision-makers; Stepping up to CWF challenges; Political activism, Nashville, TN, November 3, 2017*

***Presentation of CWF Impact on childhood oral health:***

*Presentation of CWF impact to Delta Kappa Gamma of Mu State (Florida), An International Society of Key Women Educators, November 18, 2017*

***Mississippi Rural Water Association:***

*"Presentation on public health benefits on dental caries reductions by their fluoridation of water systems in Mississippi"; Tupelo, MS, October 27, 2017*

***National Oral Health Conference:***

*"The 3 Crucial C's of Effective Advocacy for Community Water Fluoridation", April 25, 2017, Johnny Johnson, Jr., DMD, MS, Matt Jacob, B.A., Deborah Foote, MP*

**Tennessee Public Health Association:**

*The effort in Jonesborough, TN, led to Dr. Johnson being asked to give a presentation on CWF advocacy and communications to the Tennessee Public Health Association. The presentation was well received by a diverse group of public and private healthcare officials looking for direction on how to proceed with their efforts. Fall, 2018*

**American Association of Community Dental Programs, Pre-conference, 2016 National Oral Health Conference:**

*"Nuts and Bolts: American Fluoridation Society (AFS), the Inaugural Interactive Fluoridation Workshop", AFS Board of Directors- Johnny Johnson, Jr., DMD, MS, Myron Allukian, Jr., DDS, MPH, Steve Slott, DDS, Kurt Ferré, DDS, Chuck Haynie, MD*

**Florida Dental Conference:**

*"Fluoridation Communication, Inoculation Against Misinformation, and Grassroots Efforts", Matt Jacob (CDHP), Kristin Mizzi (Pew Charitable Trusts), Johnny Johnson, Jr. (President AFS), June 2016*

**Texas Municipal Utilities Association's Annual Meeting of Statewide Water Utility Directors:**

*"Presentation of the Science and Evidenced-base safety and effectiveness of Community Water Fluoridation: Presentation of the Pro-Fluoridation literature vs information from a water fluoridation opponent", Kerrville, TX, May 16, 2016, at the request of the TX Oral Health Coalition*

**Kansas Public Health Association, Board of Directors:**

*"Challenges presented by those opposed to community water fluoridation": How to approach and debunk this information with credible, peer-reviewed, and published in credibly recognized scientific journals. Outlining the most commonly used opponent's claims against CWF and how they fabricate and weave a reasonable-sounding message. How CWF decision makers, typically the elected officials at the local, county, and state levels, will use either the credible science which overwhelmingly supports CWF as safe and effective, or alternatively, use the misinformation due to their own political aspirations (less government), personal opposition to it, or simply confused by the information to vote against it. January 2016*

**_Florida Public Health Association_:**

_"Fluoridation Training for Dental and Medical Professionals":
Communicating with lay people, CWF decision makers-Matt Jacob, Children's Dental
Health Project; How misinformation is spread, understanding of the importance of CWF by
the public, and how those opposed to CWF promote their agenda through spreading it like a
doubt virus-Kristen Mizzi Angelone; Training advocates on the grassroots efforts necessary
to counter the misinformation, abuse of the credible literature, and debunking the
opposition's unfounded claims of health ills and legal issues regarding CWF-Johnny
Johnson, DMD, MS, Co-chair, Oral Health Florida, Fluoridation Action Team;
Perspectives from a community that worked collaboratively with local community leaders to
restart CWF after having it for 25 years-Eric Jump, DO, MPH, private practice, Palatka,
FL, October 2015_

**_American Public Health Association_:**

_Panelist: "Fighting for Fluoridation and the New HHS Guidelines: Our Role and
Responsibility; National and Local Perspectives", Myron Allukian, Jr., DDS, MPH,
Faculty, Boston University Dental School; Bill Maas, PEW Charitable Trusts; Howard
Pollick, BDS, MPH, UCSF College of Dentistry; Barbara Gooch, DMD, MPH, CDC;
Johnny Johnson, Jr., DMD, MS, private practice-retired, November, 2014_

**_Florida Dental Hygienists Association_:**

_"Fluoridation Training for Dental and Medical Professionals 101":
Communicating with lay people, CWF decision makers, how misinformation is spread,
understanding of the importance of CWF by the public, and how those opposed to CWF
promote their agenda through spreading it like a doubt virus-Karen Hodge, RDH, MHSc,
Co-chair, Oral Health Florida Fluoridation Action Team_

_"Training advocates on the grassroots efforts necessary to counter the misinformation,
abuse of the credible literature, and debunking the opposition's unfounded claims of health
ills and legal issues regarding CWF"-Johnny Johnson, DMD, MS, Co-chair, Oral Health
Florida, Fluoridation Action Team; August 2014_

**_PEW Charitable Trusts_:**

_Children's Dental Campaign, "Investing in Prevention; Strategies for Advancing Oral
Health" May, 2014_

**_National Oral Health Conference_:**

*First ever "Signature Educational Event" presented by the Association of State and Territorial Dental Directors (ASTDD): "Community Water Fluoridation":  Featured Panelist, April 2014*

**<u>Washington State Oral Health Coalition</u>:**

*"Fluorides and Fluoridation",  "Perspectives of Fluoridation Challenges in Pinellas County-Lessons Learned" April 2014*

**<u>DentaQuest Foundation</u>:**

*"Fluoridation 202" National Webinar for Health Education professionals, practitioners, and policymakers:  Linda Orgain, U.S Centers for Disease Control and Prevention; Kristen Mizzi, PEW's Children's Dental Campaign Project; and Johnny Johnson, DMD, MS, January 2014*

**<u>Oral Health Kansas Coalition</u>:**
*"National, City, and Rural Perspectives on Fluoridation" Panelist: Jane McGinley, RDH, American Dental Association; Jane Gillette, DDS, private practice Bozeman Montana; Johnny Johnson, DMD, MS, Pinellas County, November 2013:*

**<u>Florida Public Health Association</u>:**

*"The Politics of Fluoridation:  Where it's been and where it's going", Pinellas County Commissioner Karen Seel, Tampa Bay Times Editor of Editorials Tim Nickens, Michael Easley, DDS, MPH, Johnny Johnson, DMD, MS, August 2013*

**<u>PEW Charitable Trusts</u>:**

*Children's Dental Campaign: "Building Collaboration and Coalitions for Oral Healthcare", April, 2013*

**<u>National Oral Health Conference</u>:**

*Panelist: "Defending Community Water Fluoridation: Insights and Tools to Help Locate Advocates" April 2013*

**<u>West Pasco Dental Association</u>:**

*"Update on Pinellas County Fluoridation-Science vs Science Fiction", 2013*


**<u>COMMUNITY WATER FLUORIDATION (CWF) ADVOCACY</u>:**

*Assists communities throughout the state of Florida, as well as across the United States and the world, in protecting and preserving community water fluoridation. These include communities in Florida, Georgia, Texas, Pennsylvania, Tennessee, New York, Vermont, Missouri, Kansas, and Wisconsin, as well as the countries of Israel, Brunei, and Canada, in maintaining, restarting, or initiation of CWF programs.*

**Communities Assisted to Retain, Restart, or Initiate CWF (Direct Testimony or Technical Assistance:**

**Bartow, FL**
*2-18-2025 A fluoridation cessation, initiated by the mayor who is opposed to fluoridation, brought together two panels of subject matter experts to present on fluoridation. For the opposed panel, Florida State Surgeon General Joseph Ladapo, University of Florida faculty member and researcher Ashley Malin, and IAOMT dentist Griffin Cole testified for the opposition. Dr. Steve Slott, the American Fluoridation Society Communications Officer, and Dr. Johnny Johnson testified for the proponents.*

*Presentations were given by both panels. The city council will digest this information for two weeks before holding a vote to continue or cease fluoridation.*

**Delray Beach, FL**
*2025 After testimony by FL Surgeon General Ladapo and the public, the city voted to continue fluoridation*

**Lee County, FL:**
*2025 Lee County Commission voted to cease fluoridation. The FL Surgeon General, Joseph Ladapo, spoke before them to testify that fluoridation was linked to IQ/Executive Function deficits. He called fluoridation a neuropsychiatric toxin and that it was public health malpractice to continue it.*

> ➤ **See _Guidance_ for Fluoridation Statement by FL Surgeon General**

**Gainesville, FL:**
*1-2025 A local resident using a Facebook group attempted to cease fluoridation in Gainesville in early 2025. Through meeting with local advocates and speaking with decision-makers, this cessation attempt failed to materialize.*

**Broward County Commissioners:**

*1-9-2025 The Broward County Commissioners requested an educational presentation on fluoridation history and science about fluoridation. After the presentation, they voted to support fluoridation as an effective and safe public health measure.*

**Leesburg, FL:**
*Initiation of fluoridation, a community of 50,000+. A unanimous decision by the city commissioners, June 2024*

**Abilene, KS:**
*Provided indirect and direct support to local advocates in the community to help retain fluoridation. When the city commission voted 3-2 to cease fluoridation, the issue was placed back on the agenda two weeks later. A local dentist pursued this issue and rallied the community to voice their desire to retain fluoridation. At the following meeting, fluoridation was voted to retain 3-2, May, 2024*

**Collier County, FL:**
*In a politically motivated move to cease fluoridation, the Collier County Commissioners voted 5-0 to cease fluoridation. Their decision aligned with their party affiliation, MAGA, in the same manner that the Pinellas, FL, County Commissioners voted unanimously to cease fluoridation in October, 2011 – Tea Party.*

*Direct testimony, technical assistance, and coaching of local advocates by Dr. Johnson gave an outstanding effort by the local community to keep fluoridation. After the vote, this local group has continued to move to overturn this decision and will not stop until it is returned.*

- *In late 2024, the County Commission voted unanimously to end fluoridation. It was stated that fluoride is a medicine which violates their COVID rules put into effect to prevent people from having to take a medication against their will. This was a political move.*

**Naples, FL:**
*2024 The city council, following in the footsteps of the Collier County Commission which is the county that Naples is in, voted to cease fluoridation.*

**McVille, ND:**
*Provided direct and indirect support to the McVille City Council, a town of 417 people, after their vote to cease fluoridation late in 2023. Through working with the city council, the local and state health department, and a water superintendent from Bismarck, ND, the city council reconsidered its decision to cease fluoridation. AFS president Johnny Johnson*

*flew to McVille to provide direct testimony, along with local dentists, the public health department, and the water superintendent, in January 2024.*

*Subsequent to this meeting, the city council voted unanimously to reverse their decision to cease fluoridation, March 2024*

**Dallas, TX:**
*Local opponents to water fluoridation continuous challenges to it sprouted legs late in 2023. Two Dallas City Council members sided with opponents in information that was being presented to them. These two members, along with three others, were on a subcommittee that brought the fluoridation issue forward. The purpose of the topic being brought up in this subcommittee was to make a decision on fluoridation and to take it to the full Dallas City Council for recommendation to cease or continue fluoridation.*

*Dr. Johnson presented to the subcommittee as part of a panel of local professionals, county health department experts, and the city water department director and assistant director. In the end, the 1.3 million residents of Dallas and another 1.3 million people supplied by their water system resulted in the decision not to move to cease fluoridation. November, 2023.*

**Tavares, FL:**
*Worked with local healthcare and residents to retain CWF, as well as providing education to local CWF decision-makers, 2020*

- *In 2024, under the lead of the mayor who is vehemently opposed to fluoridation, he brought FL Surgeon General Joseph Ladapo and Ashley Malin the city council meeting to speak in opposition to fluoridation causing IQ deficits and negative changes in Executive Function. These two speakers were not announced in advance of the meeting and were given unfettered time to present. Public comment time was not extended to address the presentation by Ladapo and Malin. Their input provided the nidus for the negative leaning council to vote fluoridation to cease.*

**Park Hills, MO:**
*Assisted local advocates, CWF decision-makers, private healthcare professionals, and MO Department of Health in effort to retain CWF. Successful. 2020*

**Madison, WI:**
*Assisting the CWF decision-makers and the Technical Advisory Committee with scientific evidence to clarify the misinformation they've received from opponents to cease CWF.*

*Fluoridation was retained.*

***Green Bay, WI:***

*Assisted special committee of the Green Bay Common Council, the Protection and Policy Committee (PPC), to defend a challenge to cease CWF by opponents. The PPC voted to recommend to the full common council to continue CWF that had been in place since 1957.*

*The Green Bay Common Council voted overwhelmingly in December, 2020 to retain CWF*

***Melbourne, FL:***

*Worked with local healthcare and residents to retain CWF for over 150,000 residents served by their water system.*

- *Melbourne voted to cease fluoridation in late 2024*

***Brooksville, FL:***

*Worked with local residents as the representative of the Florida Dental Association in winning the ballot referendum to retain CWF in Brooksville; Nov. 7, 2018.*

*The story was covered by NBC National News and reported on their front page, and by WUSF (University of South Florida) and two NPR stations*

*Information about the upcoming referendum was covered heavily in Brooksville and surrounding communities by the radio stations providing live interviews with Dr. Johnson on why CWF is needed, what happens when it is stopped, and why is it being proposed to cease it.*

- *Since that time, Brooksville has ceased fluoridation.*

***Bradfordville-Talquin, FL:***

*Discussions regarding initiation of CWF. Still in the early phases of discussions.*

***Clearwater, FL:***

*City Water Director has indicated that the CWF will be ready to go online March, 2019, bringing fluoride levels in Clearwater to 0.7ppm, a full 3 years ahead of when they were planned to go online.*

- *In early 2025, a Clearwater City Council member attempted to get fluoridation on the agenda at a workshop to cease fluoridation. I worked with local leaders to put this off until professionals could be present to testify. It has been delayed until April, 2025.*

### Dade City, FL:

*Assisting local FQHC director in working to initiate CWF. Did not move forward.*

### City of Alachua, FL:

*Phone conference call with stakeholders who approached city officials and successfully averted a cessation.*

### Citrus County, FL:

*Assisting to FL Dept. of Health in expanding CWF to the countywide level. Has not moved forward.*

### Madison County, FL:

*Assistance to FL Dept of Health in restarting CWF*

### University of South Florida:

*Initiate CWF for the campus-wide water treatment facility. USF is in Tampa, FL, Hillsborough County which is nearly 100% fluoridated. USF's water plant had never been fluoridated.*

- *This still has not occurred as of 2025.*

### Meadville, PA:

*AFS provided direct, onsite technical assistance to the city fluoridation committee when anti-fluoridationists challenged the decision to start at every step of the process.*

*Meadville successfully initiated fluoridation.*

### Potsdam, NY:

*Called in by local stakeholders who'd been working on keeping CWF in the water. The battle by the antis to cease it continued strongly for a one-year period. As the time drew near to make final moves by the city council, the local stakeholders asked Dr. Johnson to come present testimony to the city council opposite an anti-CWF speaker. The city council heard the testimony and scheduled a second meeting to finalize their thoughts on CWF.*

At the 2nd meeting, an anti was to be Skyped in from a remote location to provide testimony on the harms of CWF. Dr. Johnson was again asked to present opposite this person. The subject matter was different than the 1st meeting. The local stakeholders had t-shirts made that said I (symbol of heart) fluoride on my recommended shirt color of light blue representing water.

In the end, the city council voted 4-1 to retain CWF.

**Buda, TX:**

The city of Buda, TX, was set to begin CWF in one week. The equipment had been installed, and it was to be turned on the following week. Due to a turnover in the city council make-up, one new member asked that it be put on hold and that non-Buda residents be able to testify on CWF. This included people not on Buda water system.

A Workshop-style testimony was set up to be brought before the city council. Dr. Johnson was to represent the pro-CWF testimony, and it was rumored that **Dr. Andrew Wakefield**, yes, the same one who claimed that vaccinations caused Autism, whose research was found to be falsified, was stripped of his medical license, and is now providing anti-CWF information in Texas. Dr. Johnson was salivating to provide testimony opposite this person who lacked credibility worldwide. Unfortunately, the Workshop did not materialize. The information that was being provided to the TX Oral Health Coalition that CWF was safe to start in Buda was inaccurate. It failed to be started.

**Houston, MO:**

Continued work to aid the local stakeholders in Houston to reverse the decision to vote out CWF with the additive hydrofluorosilicic acid in the water. This temporary setback promises to hold positive future movement since the decision was made at a public referendum, the general election day this past November. We continue to work with the local leaders, statewide oral health coalition, and the MO Department of Health.

**Windsor, Ontario, Canada:**

2019 Dr. Johnson was asked by the Windsor-Essex County Health Unit to attend the meeting this past December where CWF was to be heard and voted upon. CWF had been ceased 5 ½ years prior. Dr. Johnson was invited to represent the AFS on the U.S. perspective of CWF opposition. The Windsor-Essex County Health Unit paid for all of Dr. Johnson's expenses incurred to travel to Windsor.

Canadians consider the U.S. residents (citizens) as being disrespectful of Canadians. But those who asked for Dr. Johnson to come wanted his explanation of the place where the organized opposition emanates from. Dr. Johnson's name was submitted as a delegation (person presenting testimony) to present evidence-based science which supports the

*overwhelming body of scientific evidence from over 70 years of CWF that it is effective and safe. He was able to provide information that the Windsor-Essex County Health Unit and the Medical Officer of Health (MOH) could not, or more aptly put, are not allowed to.*

*After four hours of delegations on both sides speaking, the Windsor City Council voted 8-3 to return CWF.*

### Tecumseh, ON, Canada:

*Following Windsor's successful vote to return CWF, Dr. Johnson was invited back to be a delegate on at the city of Tecumseh's City Council Meeting on CWF. Tecumseh and LaSalle, ON, are on Windsor's water supply. By Canadian law, the majority of the communities served by a water supply have to vote to begin CWF or cease CWF for it to be put into service. At this time, Tecumseh has not yet voted to resume CWF.*

- *Tecumseh voted to restart fluoridation and LaSalle followed suit.*

### Tulsa, OK:

*Tulsa, OK city officials were being challenged heavily by a university professor and a water operator there to cease CWF. The state dental director asked Dr. Slott and Johnson to help the local Department of Health Administrator there to refute what the antifluoridationists were bombarding the city officials with. Tulsa supplies nearly ½ of the state's drinking water.*

*After several weeks of back and forth refuting the antifluoridationist's claims to the city council, the city council wrote to the antis that they were not changing their position on CWF and thus put an end to the challenge.*

### Calgary, Alberta, Canada:

*Continued support and technical assistance to the group leading the return of CWF to Calgary's city water system. This city of 1.2 million people had their CWF ceased in 2011. A study published on data collected on 2nd graders just three years after this cessation showed a 146% rise in cavities when compared with still fluoridated Edmonton.*

*The Calgary City Council will hear delegations (testimony) in the fall of 2019 on whether to restart CWF or not. The overwhelming body of evidence-based scientific research continues to support CWF as effective in reducing cavities for all and causing no adverse health effects in anyone.*

- *A plebiscite (non-binding) was held in 2021. The vote was 62-38% to return fluoridation. The city council voted to follow the will of the people and voted to restart fluoridation.*

**Astoria, OR:**

In the spring of 2018, the longtime mayor of Astoria, OR was retiring from her position. They had had CWF since the mid-1950s. However, there was a move by a group in the town to cease CWF. The outgoing mayor was a strong supporter of CWF. Two council members had stepped up to run for mayor. Dr. Johnson spoke with them both by phone and both stated on the record that they were pro-CWF. Further, they were very happy that AFS reached out to them as now they knew where they could turn should a CWF question come up.

**Rogersville and Jonesborough, TN:**

These two cities in Tennessee were just two of the nearly dozen communities in Tenn. that had been challenged by antis in the past two years. AFS was contacted by people within the state department of health who'd met us or heard us speak at the National Oral Health Conferences or at other events, and asked for help. Their state lacked the private sector experts who could help fight back these constant challenges, most of which were being lost.

Drs. Johnson and Slott engaged the antis in these communities through comment sections to neutralize the anti's misinformation, as well as working with private and public health leaders in these cities, especially Jonesborough, to help coach them through steps which could lead to restarting CWF in Jonesborough and blocking the cessation attempt in Rogersville.

Through collaborative efforts and trust built between stakeholders, especially in Jonesborough, and AFS, we were able to not only provide documents to refute misinformation that was being heavily fed to the city council and spread by them (Dr. Slott wrote at least one 40+ page refutation), but also to coach the group in how to approach the media and community to gain their support. In the end, the cessation that had occurred in Jonesborough just a few weeks earlier had been reversed.

**Israel:**

Assisted the Country of Israel to successfully vote in the Knesset to return community water fluoridation (CWF) to the entire country, 2016-2017
Working with National Fluoridation Engineer to restart fluoridation, current, 2024

Currently (2024) assisting water fluoridation engineer of Israel with scientific updates on the literature in their process to restart CWF.

**Brunei:**

Assisted the country of Brunei in returning CWF to the entire country; 2017

*SPEAKING ENGAGEMENTS:*

1. *National Author and Reporter **Mary Otto**, invited Dr. Johnson to address 125 Health Reporters by Podcast on the efficacy and safety of CWF*
2. *Kansas Statewide School Sealant Program:  Addressed group on CWF current status, claims made, debunking those claims, and how to inoculate their communities against anti-CWF efforts*
3. *Mississippi Municipal League: CWF presentation and promotion of CWF in small and large cities*
4. *Mississippi Rural Water Association statewide meeting, Jackson, MS: CWF presentation on the health benefits of CWF and the role that water operators play in preventing a huge amount of dental caries through their outstanding work.*

*Letters of support for national groups applying for CDC grants and collaborating work with AFS:*

1. *Association of State and Territorial Dental Directors*
2. *Nevada Oral Health Coalition*
3. *TX Oral Health Coalition*
4. *Pennsylvania Coalition for Oral Health*

**Return of Fluoridation of Pinellas County; 2011-2012**
*Led successful collaborative effort with the local dental societies, state leaders in dentistry, residents, concerned citizens, dental hygienists, healthcare collaborates, and others that formed a re-fluoridation group when Pinellas County ceased CWF on October 4, 2011.  We were successful in returning it to the county's 700,000 residents who had been cut off from it 15 months later.*

**New Working Poor Dental Program for Pinellas County:**
*Led successful collaborative effort with the Pinellas County Board of County Commissioners, volunteer Pinellas County dentists, and Pinellas County Medical Director Claude Dharamraj of the Florida Department of Health, in establishing a comprehensive dental care program free of charge, named the "Healthy Teeth Pinellas Program", for low SES adults, the "new working poor", 2012*

**Pinellas County School-Based Sealant Program:**
*Led successful collaborative effort with the Pinellas County Health Department, Pinellas County Oral Health Coalition, Pinellas County Board of County Commissioners, and the*

*Pinellas County Juvenile Welfare Board in establishing the first ever "School-Based Sealant Program" beginning the school year 2014-2015 for all Title 1 school second graders in Pinellas County, at no cost to the students. This program will promote the avoidance of dental pain and loss of permanent molars in children in Pinellas. Over 51 million hours of school is attributable to dental pain in school-aged children across the United States each year. 2012*

### AWARDS:

**Association of State and Territorial Dental Directors (ASTDD):**
*2020 Fluoridation Special Merit Award, American Fluoridation Society*
*"For Outstanding Contributions Towards the Promotion of Science and Progress of Fluoridation"*

**American Association for Community Dental Programs**
*"American Association for Community Dental Programs recognizes the American Fluoridation Society for improving the oral health of American communities", April 2018*

**American Academy of Pediatrics, Campaign for Dental Health:**
*(1st ever award recipient)*
*Community Water Fluoridation Determination Award, American Fluoridation Society*
*"For exhibiting determination above and beyond your professional duty in promoting, protecting, and advocating for, and defending community water fluoridation", 2014*

**American Academy of Pediatrics, Campaign for Dental Health:**
*Community Water Fluoridation Determination Award, American Fluoridation Society*
*"For exhibiting determination above and beyond your professional duty in promoting, protecting, and advocating for, and defending community water fluoridation", 2017*

**DentaQuest Health Equity Hero: National Award**
*May, 2017*

**DentaQuest Florida Health Hero:**
*May, 2017*

**Association of State and Territorial Dental Directors (ASTDD):**
*"Letter of Recognition for lifetime dedication to CWF", June 1, 2017*

**Florida Dental Association**

*"Distinguished Service Award", June, 2014*

**West Coast District Dental Association:**
*Distinguished Service Award: "For significantly contributing to the art and science of dentistry, providing exceptional and outstanding service to our profession, characterized by innovation and exceptional leadership", January 17, 2014*

**Tampa Bay Healthcare Collaborative:**
*Nomination for Outstanding Volunteer Service, Volunteers for Health Recognition Award, May 2013, for services provided to Pinellas County Health Department*

**Upper Pinellas County Dental Association**: *President's Award "In Recognition for significantly contributing to fluoridation and Access to Care in Pinellas County", April 17, 2013*

**Pinellas County Department of Health**: *Certificate as a Champion, 2013*