**Case No. 25-384**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
*Appellants*,

*v.*

FOOD & WATER WATCH, INC., et al.,
*Respondents.*

_____

On Appeal from the United States District Court
for the Northern District of California
Honorable Edward M. Chen
Case No. 17-cv-02162-EMC

_____

**DECLARATION OF DR. JAMES A. DICKINSON IN SUPPORT OF
BRIEF OF AMICUS CURIAE AMERICAN FLUORIDATION
SOCIETY, INC. IN SUPPORT OF APPELLANTS AND REVERSAL**

Jeffrey H. Wood
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
Norman L. Rave, Jr. (D.C. 431602)
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004
Telephone: (202) 616-7568
Email: norman.rave@usdoj.gov

*Attorneys for Appellants*

Cathy R. Silak, ISB No. 3118
Stephen R. Thomas, ISB No. 2326
HAWLEY TROXELL ENNIS &
HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.388.4887
Email: csilak@hawleytroxell.com
         sthomas@haweleytroxell.com

*Attorneys for Amicus Curiae
American Fluoridation Society, Inc.*

I, Dr. James A. Dickinson, hereby declare as follows:

1.      I am of the age of majority and of sound mind, and I make this Declaration upon my personal knowledge, which I respectfully submit in support of the American Fluoridation Society Inc.'s Amicus Brief.

2.      I have been a full Professor of Family Medicine and Community Health Sciences at the University of Calgary since 2002.  Prior to that, I was a consultant to the Australian Department of Health 1990-1993, full Professor of Family Medicine at University of Western Australia, 1994-1997, Professor of Family and Community Medicine at Chinese University of Hong Kong 1997-2002.

3.      I have extensive training in epidemiology and evidence-based medicine.  I received my PhD in Medicine, focusing on preventive activities and epidemiology, from the University of Newcastle (Australia) in 1989.  Attached hereto as **Exhibit "A"** is a true and correct copy of my current curriculum vitae.

4.      I have published over 250 peer-reviewed research papers on preventive medicine and epidemiology.  I have extensive scientific training and familiarity with scientific research in epidemiology and have built my career on critical appraisal of research to help Family Physicians, in particular, to interpret the conflicting medical literature.  I have been involved with the movements in medicine called "Preventing Overdiagnosis" and "Choosing Wisely", which attempt to improve medical care through improving medical judgment.  I was appointed to the Canadian Task Force

1

on Preventive Health Care from 2009 to 2016. This group was the predecessor of the US Preventive Services Task Force and advises Canadian Physicians on the most appropriate preventive services to offer their patients, to whom, and at what intervals, to obtain the best balance of benefits from the services, while minimizing the harms from over-screening and treating. Since completing my term, with a group of colleagues I have continued to publish a series of articles for Family Physicians to help them understand this delicate balance between benefits and harms to patients caused by their decisions.

5.      Since 2003, I have led the Alberta sentinel practice program for the surveillance of respiratory virus disease (the TARRANT program) in Alberta, Canada. This program measures community viral diseases, and in conjunction with the Pan-Canadian Sentinel Practitioners Surveillance Network (SPSN), annually measures the effectiveness of vaccines for influenza and COVID-19.

6.      In recent years, since Calgary water fluoridation ceased in 2011, I have focused on understanding the relationship between fluoride and dental health, and interpreting the science in this field for elected municipal officials and the public, to restore this benefit to public health. The City of Calgary reinstated water fluoridation on June 30, 2025.

2

7.    **History of Fluoridation.** To understand the issues and arguments in this case, and where the district court's Findings of Fact and Conclusions of Law[1] and Judgment[2] is flawed, it is necessary to understand the history of fluoridation and arguments about it. Since the introduction of fluoride in the United States in 1945, there have always been groups opposing its use, using emotional and virulent language, accompanied by small studies that use opportunistic findings to assert that fluoride causes an ever-changing variety of purported harms. Some of the alleged harms have not been medical but concerned an alleged communist plot to control the population's mind. The past medical claims have included arthritis, hip and bone fractures, osteosarcoma and other cancers, kidney disease, thyroid disease, pineal gland diseases, and immunodeficiency. Each medical claim has required large, long-term studies to disprove it. None has withstood such proof.

8.    The only proven harm caused by water fluoridation at *recommended* levels (below 1 part per million of fluoride) is mild dental fluorosis, i.e., mild white flecks on the teeth, detectable only by close examination of dry teeth under a bright light. Children who drank water with fluoride concentrations at greater than four

---

[1] Findings of Fact and Conclusions of Law, Case No. 17-cv-02162-EMC, Dkt. 445, filed September 24, 2024.

[2] Judgment, Case No. 17-cv-02162-EMC, Dkt. 452, filed November 20, 2024.

3

parts per million developed brown brittle teeth, which nonetheless are resistant to decay. At the *recommended* levels (below 1 part per million of fluoride) only the cosmetic issue arises. However, if children swallow large amounts of fluoride toothpaste during the years when tooth enamel is forming (generally up to 8 years), they may receive excess amounts of fluoride and, therefore, develop mottled teeth with slight brown flecks (but, again, such teeth will be more resistant to decay). For this reason, toothpaste tubes caution against swallowing toothpaste because the relatively concentrated fluoride compounds in toothpaste may cause fluorosis.

9. On the benefits side, there has been consistent, clear evidence that community water fluoridation ("CWF") at recommended levels substantially reduces dental decay, and improves dental health. Most of the evidence collected concerns children because such studies are easier to perform than studies among adults. But there is also evidence that fluoridation assists improvement in dental health at all ages.

10. In the era of widespread fluoride toothpaste use, some people have claimed that water fluoridation is not necessary. However, studies of fluoridation cessation in Calgary, Alberta demonstrated that water fluoridation still has a role; the research reported that after cessation of fluoridation, children in Calgary suffered an increase in dental caries prevalence and severity, greater need for tooth extractions under anesthesia, and a higher incidence of septicemia (blood poisoning)

4

needing intravenous antibiotics. Although community water fluoridation has returned to Calgary, there has not yet been enough time to measure the health effects of its return.

11.    From the 1950s onward, CWF spread to the majority of the United States and to many other countries. About half of Canadians have access to fluoridated water. Singapore and Hong Kong have 100% fluoridation. Australia and New Zealand encouraged fluoridation, but local water supply systems were variable in how they adopted this public health measure. In the past 20 years, the national governments recognized the need to mandate fluoridation through central action, rather than allowing each municipality or water supply system to choose, because that policy led to a series of local battles with variable outcomes. Australia and New Zealand conducted major inquiries into the evidence to clarify the overwhelming science in favor of this measure. Since then, the rates of fluoridation have substantially increased towards almost complete fluoridation, limited only in rural areas with small water systems where water fluoridation is difficult to implement. The Republic of Ireland went through a similar process of inquiry and legislation, including a substantial ethics review by Catholic ethicists. *See* Paul Beirne et al., *Fluoridation in Ireland: the dental profession looks back over 50* years, published in the Journal of the Irish Dental Association, Vol. 58(3) (Supplement) (2012), https://www.dentist.ie/_fileupload/JIDA/pdfs%20of%20Journal/2012/2012%20-

5

%2058%20No_%203%20-%20June%20July%20-%20FlourideSupplement.pdf.

Ireland is also now edging close to complete fluoridation of public water supplies.

12.    In Europe, due to a patchwork of small old water supply systems, fluoride is mostly supplied through fluoridated salt, milk, or drops and tablets for children.  It should be noted that in Europe, most countries also have robust systems of free public dental health care, focused on children.  These include preventive application of fluoride through varnishes and other means.

13.    During all this process of expanding water fluoridation, educators have not raised any signals of concern about the intelligence of children in areas that are fluoridated, compared to those who do not receive this benefit.  They do notice that children with healthier teeth perform better in school, are able to concentrate better, can eat a full range of foods, do not have chronic mouth pain, and lose less time away for dental and other care.  Therefore, little research has been conducted on intellectual effects of fluoride, because there was no apparent need.

14.    In recent years, a series of studies have been performed in China, Iran, India, and other locations where high fluoride levels occur in some water supplies, and other manifestations of excess fluoride also occur.  Many of those studies also involved inhalation of high levels of fluoride and combustion products from indoor burning of coal in endemic fluorosis regions.  These levels in water and air are beyond what is permitted or likely to occur in North America.  The studies from

6

such areas do appear to show that high levels of fluoride are associated with intellectual deficits, though such studies are difficult to assess because their findings are often confounded by poor nutrition, other water and air contaminants such as arsenic, and being performed in rural areas where poor people live, while the better off and better educated move away. In other words, though there is an observed difference in IQ, the difference is possibly attributable to the fact that people who perform well on IQ tests are also more likely to move away from villages where people experience harms, including skeletal deformations from very high concentrations of fluoride in the water that would not be permitted in more developed countries.

15.     These studies from endemic fluorosis areas have encouraged a group of researchers to conduct studies in Canada, the United States, and Mexico, where fluoride levels are less extreme. Some of the senior researchers in this group (e.g., B. Lanphear, C. Till, M. Bashash, H. Hu, and P. Grandjean) have backgrounds in toxicology, for example, research on contamination with lead or mercury. They use approaches from that field to examine relationships between fluoride and intelligence development in children.

16.     For poisons such as lead, arsenic, mercury, and other cumulative toxins that accumulate in bone and other tissues causing damage over time, it is likely

7

appropriate to use the commonsense rule that safe levels should be at least 10 times lower than those where harm is proven.

17.     The metabolism of fluoride in the body is different from that of lead, arsenic, mercury, and other toxins.  Fluoride is a mineral that occurs naturally in water, is widely spread in the environment, and is a natural component of many foods.  When absorbed from food or water, fluoride circulates in the blood and is secreted into saliva.  It adsorbs into the calcium hydroxy-apatite crystals that form the hard part of bone and especially the enamel in teeth.  Adsorption changes the mineral to fluorapatite, and this process concentrates the fluoride by an order of magnitude, so that even low concentrations of fluoride in water and therefore body fluids lead to much higher concentrations in the enamel.  Fluorapatite is more resistant to tooth erosion produced by acid in the mouth from fermentation of sugars and starches in food.  Even when some acid erosion has occurred (early dental cavities), high concentrations of fluoride adsorb onto the remaining organic tooth matrix, and crystals reform, repairing the tooth.

18.     This process of concentration of fluoride by one specific part of the body is similar to that for iodine, where minute quantities of iodine are taken in and concentrated in the thyroid gland, which makes thyroxine, an iodine-containing hormone that controls metabolic rate.  Though large amounts of concentrated iodine

8

are poisonous, excess iodine from food (notably iodized salt) is simply passed through the body.

19.    Fluoride levels in the blood, and therefore the saliva and urine vary widely through the day, according to intake.  A cup of black tea (which has high fluoride), food with high fluoride content such as grapes, or brushing teeth with fluoridated toothpaste will raise the levels in the blood and saliva for a few hours before the kidneys remove the excess in urine.  Note that some fluoride is also excreted in the feces.  Most of the time, the fluoride concentration is in equilibrium, so that the amount absorbed matches the amount excreted.  If a person moves from a low fluoride area to an area with water fluoridation, there will be a temporary increase in fluoride retention until the fluoride absorbs into bone and teeth at a stable higher level.  Conversely, if someone moves to a low fluoride area, over time the fluoride in the teeth and bones will slowly reduce.  Even when a patient has crippling skeletal fluorosis from massively high fluoride in their water, the main treatment is to drink water containing low fluoride levels, and the body metabolism slowly returns to balance.  Thus, the toxicology approach based on concerns about irreversible long-term accumulation is not suited to the study of fluoride.

20.    Nor is the use of the term 'fluoride exposure' helpful, when a more accurate term is 'fluoride intake.' We speak of lead, mercury, or arsenic 'exposure' because any intake of these harmful chemicals is almost always unintended.

9

However, physiological minerals such as iodine, calcium, iron, sodium, and fluoride, which are necessary in small amounts for human development and function, we refer to 'intake', with its implication of being normal and beneficial.

21.     An ill-founded concern raised about fluoride in drinking water is that the dose cannot be controlled, because people drink different amounts of water, especially if physically active in hot climates.  This concern would be appropriate if fluoride accumulates in the body, but because the body simply adsorbs a small amount as needed and excretes the rest, the total amount taken in does not matter when the intake is from water with controlled concentrations.

22.     Even though fluoride is poisonous in high concentration because the body cannot excrete it fast enough, in the dilute concentration in water supplies, the body excretes what is not needed, and so the margin of safety is wide.  It would require drinking a very large quantity of water at once to obtain a toxic dose, but this would produce water intoxication before the fluoride had any harmful effect.  This situation holds for other physiological chemicals, such as iodine, calcium, iron, and sodium, where reaching a toxic dose is possible if the substance is taken in concentrated form, but not using ordinary food.

23.     The World Health Organization is recognized in the academic community as the leading international body for global health, and provides top-tier research studies, recommendations, and standards.  Attached hereto as **Exhibit "B"**

10

is a true and correct copy of the World Health Organization's *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health* 2014 manual ("WHO Manual").

24.    The WHO Manual notes that "several areas of uncertainty are associated with the use of urinary fluoride as a biomarker of fluoride exposure . . . [and] [t]hese uncertainties . . . should be considered when planning, conducting and interpreting the findings of studies of urinary fluoride excretion."  WHO Manual, Exhibit B, at 10.

25.    The WHO Manual states that these uncertainties include:

A.    "*Influence of diet on urinary fluoride excretion* . . . communities consuming diets high in vegetables are likely to excrete urine that is more alkaline than urine excreted by those consuming a diet high in meats . . . .  Thus, in communities with a high vegetable intake, a relatively high fluoride excretion does not necessarily imply a high fluoride intake."

B.    "*Within-subject variation.*  It is usual to collect urine from subjects for 1 day only; hence, there will be considerable within-subject variation in the results; and this within-subject variation can be as large as between-subject variation.  Thus, within-subject variation can inflate the range and variance of data from urine excretion studies . . . Reports

11

must note the potential effects of within-subject variation, to avoid misinterpretation of data presented as ranges of fluoride excretion and intakes."

C. "*Lack of correlation between urinary fluoride excretion and fluoride intake.* Urinary fluoride excretion is **not** suitable for predicting fluoride intake for individuals . . ."

D. "*Methodological errors.* If the method chosen is a timed period collection of urine covering 8-18 hours of the 24-hour cycle, an error will be associated with the estimation of 24-hour fluoride excretion in urine from such data."

WHO Manual, Exhibit B, at 10.  In other words, measuring fluoride in the human body is not straightforward and cannot easily be achieved by urinary fluoride because urinary fluoride levels do not reliably correlate with actual fluoride intake.  Therefore, researchers who have merely measured fluoride in one to three spot urine samples during a pregnancy cannot claim that they have validly measured an individual's fluoride intake over time.

26.    Researchers who seek to show that fluoride causes damage to children's brains must relate a measure of the fluoride intake to a measure of brain function.  Therefore, I turn to measuring brain function.  Intelligence quotient (IQ) is a standardized measurement of brain function that is widely understood, at least

66362.0001.4923-0403-5670.1

conceptually. Like all measures, it has flaws. The measurement is only a partial predictor of success in life, or even of problem solving. IQ is not stable throughout life, especially among children during periods of rapid brain development. Depending on the day and the focus of the subject, values may vary at different measurement occasions. This process is particularly difficult for pre-literate children, where measurements must be made by observation of behavior in specific situations. If the child is anxious, hungry, having a bad day, or does not relate well to the observer, the results may be well below their proper level.

27.    I co-authored the research article: *Flawed MIREC fluoride and intelligence quotient publications: A failed attempt to undermine community water fluoridation*, published by the Community Dentistry and Oral Epidemiology in 2024 ("MIREC Article"). Attached hereto as **Exhibit "C"** is a true and correct copy of the MIREC Article.

28.    The MIREC critique article was authored by Dr. Juliet R. Guichon of the Cumming School of Medicine for the University of Calgary, Dr. Colin Cooper of the School of Psychology for Queen's University, Dr. Andrew Rug-Gunn of the School of Medical Sciences for Newcastle University (UK), and myself.

29.    As explained in that article, key studies cited by Plaintiffs, including the Maternal Infant Research on Environmental Chemicals ("MIREC") and Environmental Chemicals studies, did not measure intelligence quotient ("IQ")

13

properly.  The MIREC study used IQ raters who lacked sufficient training, offered no consistent validation across study sites, and reported IQ differences that were, in fact, within the margin of error.

30.     In order to properly establish an association between the measurements, valid measures of both fluoride intake (exposure) and outcome (IQ testing) are essential.  Many studies relied upon by Plaintiffs fail to meet this basic scientific requirement.  Without that, claims of causality cannot be made.

31.     Science is about testing hypotheses by means of appropriate study design, measurements and analysis.  Scientists must be willing to abandon cherished ideas if their research does not support them.

32.     In medicine, the best way to test the effect of a treatment, such as fluoridation, is to conduct a randomized trial, in which a group of people are allocated by chance to receive the treatment or not.  If the allocation produced balanced comparable groups to start, at the end of the experimental period, any differences between the groups must be due to the "treatment".  Such randomized trials are difficult, and not possible for water fluoridation, where people would need to consent to receiving or not receiving fluoridated water over many years.  For logistic reasons, no water system could randomly allocate its population to receive or not receive water fluoridation. Even randomly allocating different towns and their water supplies is not practically possible because fluoride has long been established

14

as beneficial, and it would be unethical to deliberately deprive populations of it. Therefore, less conclusive designs than the randomized controlled trial must be used.

33. The best practicable design is a long-term cohort study in a "natural experiment" that occurred as a result of political decisions where one town and its water supply is fluoridated and can be compared to a similar town that is not. The characteristics of the towns may differ by social class, education levels, and other characteristics, which therefore need to be adjusted for in the analysis. Such designs were used in the early history of fluoridation to demonstrate the preventive benefits of this process. They have also been used recently to study the cessation of fluoridation in Calgary, Alberta, with a comparison to Edmonton, Alberta, where fluoridation continued, and in Alaska, where cessation of fluoridation in Juneau was compared to continuation in Anchorage.

34. Such comparisons need to be long-term to measure the slow effect of fluoride on teeth, so they tend to be performed on children. When their first teeth appear, they do not have any cavities, so initial measurements are not needed. Effects can be observed within ten years or less, and most will not have moved during that period, so they can be followed more easily. School dental services can perform measurements efficiently. For adults, measurement is more complex because the time scale is longer, and the researchers must measure before and after to determine change in dental status. Organizing measurements on a large group of

15

adults is difficult and costly.  For measuring children's intellectual development, the time scale must also be long, because IQ is unstable and difficult to measure in young children, while measuring later in adolescence is done with greater reliability and more often by school systems.

35.　It is ideal for a study to have been designed initially to ensure a suitable population and comparison groups are selected, appropriate samples are obtained, the right measurements are made, and long-term repeat measurements can be done.  Such work requires major funding and a dedicated research team.  Three studies fulfill these criteria: (1) Broadbent et al., *Community Water Fluoridation and Intelligence: Prospective Study in New Zealand*, published in the American Journal of Public Health, Vol. 105, No. 1 (2015) ("2015 New Zealand Study"), (2) L.G. Do et al., *Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study*, published in the Journal of Dental Research, Vol 102(1) 28-26 (2023) ("2023 Fluoride Study"), and (3) L.G. Do et al., *Early Childhood Exposures to Fluorides and Cognitive Neurodevelopment: A Population-Based Longitudinal Study*, published in the Journal of Dental Research, Vol. 104(3) 243-250 (2025) ("2025 Fluoride Study").

36.　The 2015 New Zealand Study, a true and correct copy of which is attached hereto as **Exhibit "D"**, was well designed, using strong and accurate reporting methodology.  It considered whether fluoride in drinking water affects the

16

IQ of the population of Dunedin, New Zealand, and was conducted over a long period.

37.    Researchers tested children who lived in areas with and without fluoridated water, asked whether or not they used fluoride toothpaste, and whether or not they used fluoride tablets before age five.  The study participants' IQs were tested several times between the ages of seven (7) and thirteen (13), and again at age thirty-eight (38).

38.    The results of the 2015 New Zealand Study showed no clear differences in IQ of the individuals based on their fluoride intake and found no evidence that fluoride in public water lowers IQ.  It suggested that earlier studies linking high fluoride levels to lower IQ might have been influenced by other factors, such as whether children lived in rural or urban areas.

39.    Attached hereto as **Exhibits "E"** and **"F"** are true and correct copies of the 2023 Fluoride Study and the 2025 Fluoride Study, respectively.

40.    These two studies were robustly designed and used strong reporting methodology.  They studied a group of children originally enrolled in Australia's National Child Health Oral Health Study in 2012-2014.  The study participants were aged 5 to 10 years at baseline and were representative of the population.

41.    The 2023 Fluoride Study measured 2682 children who had completed questionnaires of emotional and behavioral development, and executive functioning.

17

These outcomes were related to intake of fluoridated water from birth to age 5 years, measured by analyzing the water where the participants lived and validated by checking for signs of dental fluorosis (faint white marks on teeth which can measure how much fluoride an individual ingested during tooth formation as a child).

42.     The researchers found that those exposed to fluoridated water had a slight trend towards improved intellectual functioning, but this was partly confounded by low income, indigenous status, and having other neurological diagnoses.  They conservatively concluded that, overall, intake of fluoridated water was not associated with altered measures of emotional or behavioral development and executive functioning.

43.     The overlapping team of researchers in the 2025 Fluoride Study used the same measures of the amount of fluoride that each participant was exposed to in their first five years.  A subset of participants aged 16–26 years comprised all who had dental fluorosis, and a comparable group without.  Their IQ was tested by trained psychologists, using the Wechsler Adult Intelligence Scale – Fourth Edition.  The researchers then compared the IQ scores between people who had high fluoride intake and those with low or no fluoride intake, accounting for several factors including income level and health behaviors. No relationship was found between fluoride intake and IQ.

18

44.    Alternatively, pre-existing data can sometimes be used.  Those data may have been collected for a completely different reason, its sample may not be ideal for studies that were not originally planned, and its measurements also may not be quite right.  Nonetheless, such studies can provide evidence of some value.  In such analyses (known as secondary analyses), it is incumbent on the researchers to recognize the flaws and uncertainty in the data, and not to over-interpret their findings.  In particular, researchers (and readers) must watch out for selective reporting of results or drop-outs of certain participants that could lead to bias in the apparent outcomes.  Therefore, the proportion of the initial population who are followed through to the outcomes is critical.  As a general approach, 80% or greater follow-up in a long-term study is desired to ensure that selective drop-out has not biased the results too much.  Preferably, the researchers should have declared a research plan before they started collecting or analyzing the data, and not alter the plan depending upon whether the findings supported or contradicted the researchers' hypothesis.  As in all research, having a large enough sample size enables statistical stability, as differences are less likely to have occurred by chance.

45.    Searching through large databases to find relationships that suit the researchers' preconceptions is unfortunately a common practice.  It is known as "data dredging", and the adage has been coined: "If you torture the data enough it will confess."  Data dredging is bad research practice.

19

46.     To demonstrate good faith, most research studies should allow access to the database, so that other researchers who wish to challenge the findings, perhaps through a different type of analysis, can do so.  This is called "data sharing."

47.     There is a large database study with long-term data on intelligence: the Swedish study by Aggeborn and Oehman.  *See* Aggeborn L, Öhman M., *The Effects of Fluoride in Drinking Water*, published in the Journal of Political Economy, Vol 219(2), 465-491 (2021), which can be viewed at this link: https://www.journals.uchicago.edu/doi/full/10.1086/711915.

48.     Because of the high-quality population data in Sweden, their databases contain measurements of intake of fluoride from early life, through to outcome in early adulthood, with good measurement of both intelligence and attainment in the early twenties.  They found no difference in intelligence within the ranges of fluoride intake  from their water supplies, though a hint that those with more fluoride had better teeth and obtained better jobs.

49.     In Calgary, a team undertaking a long-term study of pregnancy outcomes utilized the cessation of community water fluoridation to test whether maternal intake of fluoridated water was associated with executive functions in preschool children.  *See* Dewey et al., *Fluoride exposure during pregnancy from a community water supply is associated with executive function in preschool children: A prospective ecological cohort study,* published in Environmental Research,

20

September 15: 891:164322 (2023), https://www.sciencedirect.com/science/article/abs/pii/S0048969723029431. The authors found no associations between fluoride intake in pregnancy and overall IQ scores at 3 to 5 years of age. They then searched for subscales and found differences in "inhibitory control" and "cognitive control" among girls but not boys. This is an example of data dredging.

50. The National Toxicology Program monograph cites several database studies that use short-term follow-up. One in particular is the MIREC study in Canada. This study was established primarily to measure exposure to toxins in pregnancy and the outcome in terms of childhood development. It was subsequently used to test the relationship between fluoride intake and childhood intellectual development. While the overall result was null, sub-analyses found an effect in boys, where higher fluoride levels in urine of the mothers during pregnancy had a relationship with lower scores on some intellectual measures at around 4 years of age. There was no effect in girls. This is another example of data dredging. Sadly, the quality of the measurements of both factors were poorly conducted, so it is not possible to trust the results they found. *See* Guichon et al. (2024).

51. The database holders refused requests by other researchers to access the MIREC database in order to reanalyze and check the findings, despite the work having been funded by public sources, from both US and Canadian agencies.

21

52.    A group in the Basque region in Spain tried to replicate the MIREC findings, using their similar research population and design, with dietary questions to measure fluoride intake and two urine fluoride measurements during pregnancy. *See* Ibarluzea et al., *Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old* children, published in Environmental Research, May 1, Vol. 207 (2022), https://www.sciencedirect.com/science/article/pii/S0013935121014821.

53.    In this study, measurement of child mental functions was performed at the age of 1 (78.9% response rate) and age 4 (61.9% response rate).  They found that, if anything, there was a positive relationship between maternal fluoride intakes and measures of intellectual function in boys, but not girls: opposite to the findings in the MIREC study.

54.    Cross-sectional studies measure fluoride intake in water supplies and intellectual attainment at the same time.  These studies must make assumptions that the fluoride concentration in the water supply has been stable over time, that no other events have occurred to affect the relationship studied, and that there have been no other changes in the population.  While the studies are useful to raise questions, such studies are regarded as of lesser value when it comes to assessing causation.

55.    When there are multiple pieces of research with varying results, they must be combined and assessed.  In medicine, this is usually done by a systematic

22

review and meta-analysis. Methods for doing this have been developed especially by the well-known "Cochrane Collaboration" to assess the effects of treatments. The principal methods are: (A) conduct a systematic search for ALL studies addressing the topic; (B) assess the studies for their quality, including the population(s) studied, measurements, and risk of bias; (C) rank the studies by study design: randomized trials are preferred, then cohort studies, with cross-sectional and descriptive studies low on the ranking; and (D) if possible, statistically combine the results into one score that represents the effect of the intervention – a meta-analysis.

56.    Studies that do not directly assess the question of interest are excluded from high-quality systematic reviews.  In this case, the critical question is whether fluoride concentrations within the range of water supply recommendations between 0 and 1 part per million affect intellectual development.  Therefore, the studies in China, India, and elsewhere that have much higher fluoride concentrations in water and air are irrelevant to the question, and serve only to divert attention.

57.    High-quality systematic reviews exclude studies with poor quality and high risk of bias.  Such studies include those with measurements that were not properly standardized and checked.  Sample representativeness is important: do the participants come from the whole population, or a subset whose selection could have introduced bias in some way?  Such bias may include analyzing only those who had a full set of measurements because such people are more likely to be meticulous

23

about, or be able to afford, health care than those who only attended intermittently or dropped out.

58.     The external validity of studies is considered in high-quality systematic reviews.  Here, studies conducted in societies that are developed, with safe food and water supplies, and high-quality medical and dental health systems, can be given greater weight than work performed in countries that have major differences in quality.

59.     Combining results (meta-analysis) requires judgment.  It can be done only for studies that have comparable designs and measurements.  When combining results, studies are weighted according to their sample size.  Larger studies with greater numbers provide more precision in measurement, whereas small studies may be more affected by chance events involving a small number of participants.  If a meta-analysis cannot be done, then it may only be possible to undertake a descriptive analysis.

60.     Statistical analysis is a complex subject.  Standard analyses test for whether there is a difference between groups.  They generally use a conventional probability of less than one in twenty ($P < .05$) to decide whether a finding is likely to be a real effect or could have occurred by chance.  This level is arbitrary, and the assumptions break down when multiple comparisons are made within the same

66362.0001.4923-0403-5670.1

dataset because, by chance, one in 20 analyses will reach this level.  In such cases, corrections for multiplicity should be applied.

61.    For testing whether groups are the same, different statistical analyses should be applied, as used by Do et al. in the Australian papers.

62.    For water fluoridation, as noted previously, randomized trials are not possible.  Therefore, the Cochrane review of fluoridation found minimal effect in 2015, but this review was criticized because it was too rigid in its criteria, excluding many relevant studies.  *See* A J Rugg-Gunn et al., *Critique of the review of 'Water fluoridation for the prevention of dental caries' published by the Cochrane Collaboration in 2015*, published in the British Dental Journal, Vol. 220(7), 335-40 (2016), https://www.nature.com/articles/sj.bdj.2016.257.  The same problem has occurred in the updated version (2024).  Given the constraints on study design, the long-term cohort studies in developed societies provide the most reliable evidence.

63.    The district court's findings relied heavily upon the National Toxicology Program review, which does not conform to these recognized standards for a systematic review.  *See* National Toxicology Program, *NTP monograph on the state of the science concerning fluoride exposure and neurodevelopment and cognition: a systematic* review (2024), https://ntp.niehs.nih.gov/sites/default/files/2024-08/fluoride_final_508.pdf;  Taylor et al., *Fluoride Exposure and Children's IQ Scores A Systemic Review and Meta-*

25

*Analysis*, published in JAMA Pediatrics, Vol 179(3), 282-292 (2025), https://jamanetwork.com/journals/jamapediatrics/fullarticle/2828425; Levy, *Caution Needed in Interpreting the Evidence Base on Fluoride and IQ*, published in JAMA Pediatrics, Vol. 179 (3), 231-234 (2025), https://jamanetwork.com/journals/jamapediatrics/article-abstract/2828430. The NTP monograph did not exclude poor quality studies, nor those whose external validity makes them inapplicable to United States conditions. It focused substantially upon the effects of high fluoride concentrations, above the relevant levels for community water fluoridation program in the United States. Nonetheless, in its conclusions, the authors did recognize that there is no good evidence that water fluoridation at levels below 1.5 parts per million has any relationship to harm to children's brain development.

64. Of the 72 studies examining fluoride intake and IQ in children reviewed in the NTP monograph, only 19 were deemed high quality, and 18 of these studies reported an inverse association between fluoride intake and IQ. Many of these studies, however, rely on collecting spot urine samples to measure fluoride intake. As discussed above, this method produces invalid results and is a critical flaw. The inherent variability of this measurement method can distort results and give a misleading impression of the consistency and strength of the association between fluoride intake and IQ. While the NTP report highlights these studies for their

26

consistency across different populations and methodologies, the questionable reliability of their measurement of fluoride intake undermines the credibility of their conclusions.

65.     The NTP monograph cites 53 low-quality studies, of which 46 also reported an inverse association. Many of these studies are considered at high risk of bias due to methodological flaws, such as inadequate control for confounding factors, and they originate from publications with questionable rigor, such as the journal "*Fluoride*" discussed below. The reliance on such studies undermines the integrity of the review's findings because they can skew results and lead to misleading conclusions. This practice raises critical issues about the validity and reliability of the monograph's evidence base. Including so many studies with a high risk of bias dilutes the evidence pool, introducing variability that can obscure true findings and lead to erroneous interpretations

66.     Additionally, the NTP monograph failed the peer-review process with the National Academies of Sciences, Engineering, and Medicine (NASEM) twice.[3] After failing the second time, the NTP dismissed the NASEM reviewers and self-published the research. Furthermore, the monograph is replete with numerous

---

[3] NASEM is a leading independent, objective, and non-partisan scientific and technical academy that provides expert peer review reports on research.

27

citations to the publication "*Fluoride*." That publication is not a credible research journal; it is not affiliated with any recognized academic institution, scientific publisher, or professional body. It is not indexed in PubMed or other widely accepted scientific journal databases; and it lacks the rigorous, independent peer-review process expected of reputable scientific outlets. Many other papers cited were published in journals published by the publishing house MDPI, which requires authors to pay for publication, but then performs minimal review and editing, so there is a concern about the quality of these papers.

67.    Authoritative reviews in other countries, e.g., by Guth et al. in Europe, have come to similar conclusions.  *See* Sabine Guth et al., *Contribution to the ongoing discussion on fluoride toxicity*, published in the *Archives of Toxicology*, Vol. 95, 2571-2587 (2021), https://link.springer.com/article/10.1007/s00204-021-03072-6.  The national authorities in New Zealand, Australia, and Ireland remain open to reviewing new information as it becomes available, but have not recently found any reason to change their recommendations.

68.    **Conclusion.** As a Professor of Family Medicine, trained in epidemiology and evidence-based medicine who has studied fluoridation efficacy and safety, I affirm that I have read no reliable evidence that demonstrates that fluoridation is associated with or causes harm to IQ either in prenatal or early life,

28

and that the well-designed studies that have investigated this question have found no association between water fluoridation and diminution of IQ.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On:  July 24, 2025.

*/s Dr. James A. Dickinson*
Dr. James A. Dickinson

66362.0001.4923-0403-5670.1

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this Declaration complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Declaration has been prepared in a proportionally-spaced typeface using 14-point Times New Roman font.

Dated: July 24, 2025.

Respectfully submitted,

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s Cathy R. Silak*
Cathy R. Silak, ISB No. 3118
*Attorneys for Amicus Curie American*
*Fluoridation Society*

HAWLEY TROXELL ENNIS & HAWLEY LLP

*/s Stephen R. Thomas*
Stephen R. Thomas, ISB No. 2326
*Attorneys for Amicus Curiae American*
*Fluoridation Society, Inc.*

30

EXHIBIT A

Selected CV July, 2025

# James A Dickinson

**MBBS PhD FCFP FRACGP**
**Professor, Department of Family Medicine,**
**and Department of Community Health Sciences**
**University of Calgary**

## Contact Information

*Mailing Address:* Family Medicine Research Office
G012A, Health Sciences Centre
3330 Hospital Drive NW
Calgary Alberta T2N 4N1 Canada

*Telephone:* cell 403 6081667
*Email:* dickinsj@ucalgary.ca

## Degrees

1989 PhD, Behavioural Science/Epidemiology, University of Newcastle. *Preventive activities in general practice*
1973 M.B.B.S. University of Queensland

## Professional Licenses and Certification

2024 Fellowship, College of Family Physicians of Canada
2002 Registered, College of Physicians and Surgeons of Alberta
1995 FRACGP Royal Australian College of General Practioners
1990 Foundation Fellowship, Faculty of Public Health Medicine, RACP - Royal Australian College of Physicians
1978 Certificate, C.C.F.P. Family Medicine, McMaster University Medical Centre

## Employment History

| | |
|---|---|
| 2004/1-current | Professor of Community Health Sciences, Calgary |
| 2003/7-current | Director of TARRANT Program |
| | Family Medicine, University of Calgary, The University of Calgary |
| 2002/11-current | Professor of Family Medicine, Calgary |

Previously:

| | |
|---|---|
| 1997/11 - 2002/11 | Professor of Family Medicine |
| | Chinese University of Hong Kong |
| 1994/1 - 1997/11 | Professor of General Practice |
| | Fremantle Hospital, University of Western Australia |
| 1992/7 – 1993/7 | Consultant in Epidemiology, Department of Veterans Affairs, Canberra |
| 1990/7 - 1993/12 | Consulting Medical Advisor |
| | General Practice Branch, |
| | Department of Human Services and Health, Canberra |
| 1980/9 - 1990/6 | Lecturer in General Practice Part-time |
| | University of Newcastle, University of Newcastle |
| 1980/9 - 1990/6 | Family Physician, including Visiting Medical Officer in obstetrics, and palliative |

James A Dickinson                          Curriculum Vitae                          Page 2 of 12

care.

| | |
|---|---|
| | Adamstown, Newcastle |
| 1978/7 - 1980/6 | Fellow in Family Medicine and Epidemiology |
| | McGill University, Montreal, Quebec. |
| 1976/7 - 1978/6 | Resident in Family Medicine |
| | Family Medicine, McMaster University, McMaster University Medical Centre |
| | Hamilton, Ontario. |
| 1976/1 - 1976/3 | Locum Surgical and Orthopedic Registrar, Cairns Base Hospital |
| 1974/1 - 1975/12 | Resident Medical Officer (rotating, including rural hospitals) |
| | Princess Alexandra Hospital, Brisbane |

### Sabbatical visiting professor

| | |
|---|---|
| 2010 Jan-June | Visiting Professor, Bond University, Gold Coast, Queensland. |
| | (with Prof P Glasziou & C Del Mar) |
| 2009 August-Dec | Visiting Professor, Queen Mary College, University of London |
| | (with Prof T Greenhalgh) |
| 2005 August-Dec | Visiting Professor, International Medical University, Malaysia |

### Rural work

Locum, Qikitani General Hospital, Iqaluit, and Hall Beach.  July 2009
Locum, Bateman's Bay (New South Wales) January 1993
Locum, Walgett Hospital and Health Service. ( New South Wales)  August 1989
Locum, Outpatient clinic, Grenfell Hospital, St Anthony, Newfoundland,  July and August  1977

### Recognitions

| | |
|---|---|
| 2024 | Alberta Medical Association Medal for Distinguished Service: in recognition of contributions to Quality Health Care in Alberta. |
| 2024 | Family Medicine Summit Banff 1st Place Oral presentation: *Family Physician Perspectives on Replacing ICD-9 for Billing in Canada* – S. Garies, D. Pathiraja, K. McBrien, J. Dickinson, C. Eastwood, D. Southern, et al. |
| 2023 | Letter of commendation from *CMAJ* for a high-quality review. |
| 2016 | College of Family Physicians of Canada (CCFP) Lifetime Achievement Award in Family Medicine Research. |
| 2015 | Excellence in Academic Teaching Award from the Family Medicine Residents at the University of Calgary. |
| 2015 | Best Preceptor award from the Family Medicine Residents at the University of Calgary. |
| 2011 | Teaching award from graduating Family Medicine residents for seminar teaching. |
| 2004 | Gold star teacher from students in Calgary Medical Faculty. |
| 2001 | The HKCFP Best Research Award for research project *"Communication Skills of Experienced General Practitioners: Is there room for improvement, and how much can it be improved?"* to CSY Chan, JA Dickinson, YT Wun. |
| 2000 | The HKCFP Best Research Award for research project *"Patients' Attitudes Towards Medicines in Different Family Practice Settings in Hong Kong"* to CSY Chan, JA Dickinson, YT Wun. |
| 1990 | Awarded Foundation Fellowship of Australian Faculty of Public Health Medicine by accreditation. |
| 1985 | Awarded Foundation membership of Rural Faculty of RACGP. |
| 1978–80 | Kellogg Fellowship scholarship for two years training in epidemiology & family medicine, McGill University. |

*University of Calgary Killam Awards*

James A Dickinson                    Curriculum Vitae                    Page 3 of 12

**Most Significant Contributions**

**1. Campaign for Community Water Fluoridation**
Since the loss of Fluoridation in Calgary water in 2011, I have been a member of the campaign to restore fluoride to our water. This campaign has been led by Dr Juliet Guichon, and my role has been to assess the scientific and epidemiological claims and evidence, to enable team members to argue the case for fluoride and refute the fallacious arguments of the anti-fluoride groups. This led to a plebiscite alongside the council elections in 2021, which was a resounding success, leading to the council deciding to reinstate fluoridation in the water. Unfortunately the process of installing new equipment meant this did not start until July 2025. Meantime our group continues, developing the Canadian Fluoridation Society https://canadianfluoridationsociety.ca/ to assist people in other cities where Fluoridation is the subject of political campaigns. We have published articles encouraging support for Community Water Fluoridation, and to refute the errors in a widely cited series of papers that purport to show that fluoridation causes harm to the brain of the developing fetus.
In April 2025, I presented to the Regina City Council on the value of fluoridation. Of 25 people presenting, only 3 were in support of fluoridation, but our science persuaded the council to vote 7-3 in favor.

1. Guichon JR, Cooper C, Rugg-Gunn A, Dickinson JA. Flawed MIREC fluoride and intelligence quotient publications: A failed attempt to undermine community water fluoridation. Community Dent Oral Epidemiol. 2024;00:1-10. doi:10.1111/cdoe.12954
2. James A. Dickinson, Juliet Guichon, Wendy Wadey and Keith Da Silva. Family physicians as advocates for community water fluoridation. *Canadian Family Physician* May 2023, 69 (5) 314-318; DOI: https://doi.org/10.46747/cfp.6905314
3. Guichon, J, Dickinson J, Mitchell I. Ottawa should push for water fluoridation. *Policy Options,* Ottawa  May 5, 2022  https://policyoptions.irpp.org/magazines/may-2022/fluoridation-dental-care/

**2. Preventive medicine, and the campaign to improve cervical screening,** by reducing overscreening at young ages, and limiting frequency to 3 yearly rather than annual, along with transferring the energy from overscreening some to ensuring that all eligible women receive screening. This campaign has been a long-term project, often against strong resistance to change from the gynecological establishment, who were afraid that reducing screening would lead to a surge of invasive cancer.

This program began with one chapter in my PhD thesis, which was published as a paper in the Medical Journal of Australia (MJA)[1], showing that much screening was mis-directed, focusing on young women receiving oral contraception, and reducing after the age of 35, when cancer becomes more common. When I was appointed as medical advisor in General Practice to the Australian Department of Health in Canberra, I also became advisor to the Cervical Cancer Policy Section, on the organized approach to cervical screening that aimed to change national policy. It became clear that a three-year interval was unacceptable to organized gynecology, who were afraid that women would forget, and be screened at even longer intervals.  We compromised on a 2-year interval initially, to be changed after establishment of vaccine registers. Meantime, raising the start age beyond 18 was opposed by representatives of women's organizations, on grounds that women were entitled to have screening.

I edited the second, third and fourth editions of the "Red Book", the RACGP guidelines on prevention[2], and spoke about cervical screening at state and national meetings. The 2-year interval was successful, but the next step was delayed. Eventually other people took up the cause, and I was invited to write an opinion piece in the MJA summarizing the argument.[3] This assisted in making the next change in national policy.

In Hong Kong, there was minimal cervical screening, but it also tended to be done annually by private gynecologists.  I was invited to join the Cervical Cancer Screening Task Force, of the Department of Public Health, to develop the first formal policy[4]. We used the international evidence to develop a 3 yearly policy, that was accepted by the HK Family Planning organization, and the HK College of General Practitioners.

James A Dickinson · Curriculum Vitae · Page 4 of 12

The HK College of Obstetrics and Gynecology eventually agreed, and we ran CME programs to teach General Practitioners to perform pap smears, an activity few were previously doing. Many had never learned to perform vaginal exams, especially those who graduated in China. I gave invited talks internationally, to meetings of General Practitioners in Malaysia, Singapore and Thailand about cervical screening, and the World Organization of Family Doctors in Durban. In 2004, I gave a talk incorporating this material to the Korean Health Insurance Program in Seoul.

When I returned to Canada in 2002, I was surprised to learn that policies still recommended annual screening. Dr Laura McDougall was then in charge of establishing the Alberta screening registry and invited me to join the Cervical Screening Policy working group. Against resistance, we established a 3 yearly policy, and were able to raise the starting age to 21[5]. We presented this policy and the evidence for it at meetings of the Canadian Partnership against Cancer. Over the next few years, most other provinces also switched to longer intervals and raised the starting age, but some provinces still have not done so.

When the Canadian Task Force on Preventive Care was re-established in 2009, I was appointed a member. After establishing methods, one of the early topics was cervical screening and I was appointed the chair of this working group. It was clear that the evidence base was not strong enough to persuade many to change the starting ages. Therefore I led a group to analyse the Canadian epidemiology, to demonstrate the minimal incidence rates at young ages[6]. These findings led into the Task Force recommendations in 2013.[7] These changes were still controversial, and there was much push back,[8] requiring much professional and public education that led to many interviews with journalists on behalf of the Task Force.  The Alberta guidelines only changed in 2016.[9]

The battle is largely won, but it is still necessary for leading Women's Health advocates to champion the changes: of longer interval and later starting ages. My student performed an analysis of Calgary data that demonstrates how practice of screening has changed since those policy changes in Alberta, and the safety of the changes.[7]  The narrative is now changing though the promise of prevention through HPV immunization, and of better screening through HPV testing.

1. Jing Yang, Fahmida Yeasman, Gordon Kliewer, Jill Nation, James Dickinson, Huiming Yang, Karen Kopciuk. (2022). *Evidence to Support Change of Clinical Pathway Following Colposcopy Treatment for Cervical Intraepithelial Neoplasia in Canada.* J Obstet Gynaecol Can 2022. 2: 22–28.
2. Sayeeda Amber Sayed, Christopher Naugler, Guanmin Chen, and James A. Dickinson. (2021). *Cervical Screening Practices and Outcomes for Young Women in Response to Changed Guidelines in Calgary, Canada, 2007–2016.* J Low Genit Tract Dis. 25(1): 1–8.
3. Susan P. Phillips, Sarah Bates, Cleo Mavripilis, Michelle Greiver, Tejal Patel, Megan J Hayes, James A Dickinson. (2020). *Cervical cancer screening for young women: First, do no harm.* Canadian Family Physician. 66(1): 14–18.
4. Towards Optimized Practice. (2016). *Cervical Cancer Screening Clinical Practice Guideline Alberta.* Alberta, Canada.
5. Dickinson J, Tsakonas E, Conner Gorber S, Lewin G, Shaw E, Singh H, et al. (2013). *Recommendations on screening for cervical cancer.* Can Med Assoc J. 185(1): 35–45.
6. Dickinson J, Stankiewicz A, Popadiuk C, Pogany L, Onysko J, Miller AB. (2012). *Reduced cervical cancer incidence and mortality in Canada: national data from 1932 to 2006.* BMC Public Health. 12(1): 992.
7. Toward Optimized Practice (TOP) Working Group for Cervical Cancer. (2009). *Guideline for the screening for cervical cancer.* Edmonton, AB: Toward Optimized Practice.
8. Dickinson JA. (2002). *Cervical screening: time to change the policy.* The Medical Journal of Australia. 176: 547–550.
9. Dickinson J. (1999). *Cervical screening: lessons from the Australian experience – Editorial.* The Hong Kong Medical Journal. 5(3): 226–228.
10. Dickinson JA. (1993). *The new "Red Book".* Aust Fam Phys. 23: 662–665.
11. Dickinson JA, Leeder SR, Sanson-Fisher R. (1988). *Frequency of cervical smear tests among patients of general practitioners.* Med J Aust. 148: 128–131.

James A Dickinson                           Curriculum Vitae                           Page 5 of 12

### 3.   Developing Research and Critical Thinking in General Practice/Family Medicine

General Practice is usually thought of as the "effector arm" of health care, rather than a field for research. Academic studies in this field have often been focused on education: how to teach better, rather than on what we do. Yet the problem of how well we apply health care at the front line and how should that be improved, is critical to quality health care systems.

Historically, this field was late to the table for establishment of academic approaches and research. These departments are primarily established for teaching, with minimal resources and scholarships for research, compared to other clinical departments. Even now, only a small proportion of those appointed to such departments have research training. Until recently there was only one PhD program in Family Medicine in Canada.  Mine was the first PhD written from General Practice in Australia, perforce without assistance from scholarships or funding. While in Canberra I assisted in establishing the first research scholarships for postgraduate research training in General Practice. I also wrote a monthly series for the profession in the Australia Family Physician introducing the idea and value of research, and the insights gained from it.

While I was in Hong Kong we developed and expanded a Master's Program in Family Medicine, which incorporated a "mini-thesis", equivalent to a paper, many of which were published.

On my return to Canada in 2002, I found that academic family physicians were expected to spend most of their time running a practice and teaching, with minimal funded time for research. Without its own program, the Department in Calgary can only educate researchers through the Department of Community Health Sciences, who fortunately have been supportive, enabling me to mentor a small number of research trainees. After several years, from 2009 funding was made available in the Department to provide protected time for research, and this time has increased since 2016.  Nonetheless, I have produced regular research data papers, and in addition, since 2018 a group of us who are members or former members of the Canadian Task Force have published a regular series of papers in the Canadian Family Physicians focusing on "Prevention in Practice".

### 4.   Epidemiology of Influenza, and Vaccine effectiveness.

When I arrived in Calgary in 2002, Dr Michael Tarrant was retiring due to illness. I took over his large practice and his research program: a sentinel practice network monitoring respiratory illness in community practice, funded each year by Alberta Health Epidemiology and Surveillance Branch. I continued this network, and in 2006, joined Dr Danuta Skowronski of BCCDC to collaborate on a case-control study of influenza vaccine effectiveness. We expanded this network, so the Sentinel Practitioner Surveillance Network (SPSN) now comprises four provinces. We have used this innovative test-negative case-control design to assess influenza vaccine effectiveness each year since (except 2021, when there was no influenza epidemic). Because we obtain estimates with fast turn-around mid-season, publishing in February or March, these estimates have informed the WHO in its decisions on annual vaccine formulation. Our method is now widely replicated. Since the advent of COVID-19, we have extended the method to include information on COVID-19 vaccination, in the expectation of producing vaccine effectiveness estimates in the Alberta community.

### 5.   Rural Medicine

I originally planned to work as a rural doctor, and trained accordingly. Thus when I returned to an academic position in Australia, I was interested in producing and supporting medical practitioners in rural areas.  I administered and developed an 8-week rural term for all students in the Newcastle medical faculty: a first in Australia. This was one of the reasons I was invited to Canberra to work in the Department of Health. We analysed the effect of educating Newcastle students in rural rotations[1], and the value of after-hours work by rural doctors.[2,3] I assisted in policy initiatives to support additional education for rural physicians and those in training, extra funding according to remoteness, and was on the organizing committee for the first national conference on rural health. In Calgary, I have supported those working on

James A Dickinson                          Curriculum Vitae                          Page 6 of 12

the rural residency program, and assisted in publishing research articles about choices of graduating residents.

1. Rolfe IE, Pearson SA, O'Connell DL, Dickinson JA.  Finding solutions to the rural doctor shortage: the roles of selection versus undergraduate medical education at Newcastle.  *Aust NZ J Med* 1995;25:512-517.
2. Tolhurst HM, Dickinson JA, Ireland MC.  Severe Emergencies in Rural General Practice.  *Aust. J. Rural Health* 1995;3:25-33.
3. Tolhurst H, Ireland M, Dickinson JA. Emergency and after-hours work performed in country hospitals. *Med J Aust* 1990;153:458-465.

## Research Contributions
*Provide aggregate numbers for your research contributions **over the course of your entire career***:

| Contribution | Refereed | Non-refereed |
|---|---|---|
| Book | Click here to enter text. | 2 |
| Edited book | 1 | Click here to enter text. |
| Book chapters | 3 | Click here to enter text. |
| Journal articles | >250 | >50 |
| Publication in conference proceedings | 15 | Click here to enter text. |
| Conference presentation | >100 | Click here to enter text. |
| Policy papers | Click here to enter text. | 8 |
| Public lectures | 6 | Click here to enter text. |
| Technical/industry reports | Click here to enter text. | 4 |

**Master's students supervised: 5.**

**External referee on promotion applications.**
2023-4 Professor: University of Sydney, School of Public Health.
Professor: McMaster University Dept of Family Medicine.
Professor: Chinese University of Hong Kong, School of Public Health.
Associate professor: University of Ottawa, Department of Family Medicine
2022-23 Associate professor: King Khaled University Saudi Arabia, U of Toronto, Dept of Family Medicine
2020-21 Associate Professor" Toronto University, Department of Family Medicine.
2017 Professor: University of Minnesota, School of Public Health.
2016 Professor: U of Toronto, Dept of Family Medicine

**External Examiner**
PhD University of Waterloo, School of Pharmacy. August 2024
Malaysian College of Family Physicians, Master's in Family Medicine 2005
International Medical University Kuala Lumpur, Final MD External examiner 2001, 2005
University of Tasmania Year 5 external examiner 1993, 1994

*University of Calgary Killam Awards*

**Refereed publications:**

**Over 250 in total.**
**Recent since 2017.**

1.  Gao MZ, Omer TM, Miller KM, Simpson MC, Bukatko AR, Gedion K, Adjei Boakye E, Kost KM, Dickinson JA, Varvares MA, Osazuwa-Peters N. Thyroid Cancer Incidence and Trends in United States and Canadian Pediatric, Adolescent, and Young Adults. Cancers. 2025 Apr 24;17(9):1429.

2.  Separovic L, Zhan Y, Kaweski SE, Sabaiduc S, Carazo S, Olsha R, Mather RG, Dickinson JA, Hasso M, Meunier I, Jassem AN. Interim estimates of vaccine effectiveness against influenza A (H1N1) pdm09 and A (H3N2) during a delayed influenza season, Canada, 2024/25. Eurosurveillance. 2025 Jan 30;30(4):2500059.

3.  Guichon JR, Cooper C, Rugg-Gunn A, Dickinson JA. Flawed MIREC fluoride and intelligence quotient publications: A failed attempt to undermine community water fluoridation. Community Dent Oral Epidemiol. 2024;00:1-10. doi:10.1111/cdoe.12954

4.  Skowronski D, Zhan Yuping, Kaweski S, Sabaiduc, S, Khalid A, Olsha R, Carazo S, Dickinson J, Mather R, Charest H, Jassem A, Levade I, Hasso M, Zelyas N, Gao R, Bastien N. (2024). 2023/24 mid-season influenza and Omicron XBB.1.5 vaccine effectiveness estimates from the Canadian Sentinel Practitioner Surveillance Network (SPSN). European Communicable Disease Bulletin. 29. 10.2807/1560-7917.ES.2024.29.7.2400076.

5.  Theriault G, Reynolds D, Grad R, Dickinson JA, Singh H, Szafran O, Antao V, Bell N. (2023). Debunking myths about screening: How to screen more judiciously. Canadian Family Physician. 69. 767-771. 10.46747/cfp.6911767.

6.  Grad R, Reynolds D, Antao V, Bell N, Dickinson JA, Johansson M, Singh H, Szafran O, Theriault G (2023). Screening for primary prevention of fragility fractures: How much time does it take?. Canadian Family Physician. 69. 537-541. 10.46747/cfp.6908537.

7.  James A. Dickinson, Juliet Guichon, Wendy Wadey and Keith Da Silva. Family physicians as advocates for community water fluoridation. *Canadian Family Physician* May 2023, 69 (5) 314-318; DOI: https://doi.org/10.46747/cfp.6905314

8.  Beware of overdiagnosis harms from screening, lower diagnostic thresholds, and incidentalomas Guylène Thériault, Roland Grad, James A. Dickinson, Harminder Singh, Viola Antao, Neil R. Bell and Olga Szafran. Canadian Family Physician February 2023, 69 (2) 97-100; DOI: https://doi.org/10.46747/cfp.690297

9.  Danuta M Skowronski , Erica SY Chuang , Suzana Sabaiduc , Samantha E Kaweski , Shinhye Kim , James A Dickinson , Romy Olsha , Jonathan B Gubbay , Nathan Zelyas , Hugues Charest , Nathalie Bastien , Agatha N Jassem  and Gaston De Serres  Vaccine effectiveness estimates from an early-season influenza A(H3N2) epidemic, including unique genetic diversity with reassortment, Canada, 2022/23  Eurosurveillance 28(5) 2300043 (02/02/2023)

10. James A. Dickinson, Guylène Thériault, Roland Grad, Neil R. Bell and Olga Szafran, Assessing new screening tests: Panacea or profligate? Canadian Family Physician November 2022, 68 (11) 815-822; DOI: https://doi.org/10.46747/cfp.6811815

11. Jing Yang, Fahmida Yeasman, Gordon Kliewer, Jill Nation, James Dickinson, Huiming Yang, Karen Kopciuk. (2022). Evidence to Support Change of Clinical Pathway Following Colposcopy Treatment for Cervical Intraepithelial Neoplasia in Canada. J Obstet Gynaecol Can 2022. 2: 22-28.

12. Guichon, J, Dickinson J, Mitchell I. Ottawa should push for water fluoridation. *Policy Options,* Ottawa  May 5, 2022  https://policyoptions.irpp.org/magazines/may-2022/fluoridation-dental-care/

13. Dickinson JA, Thériault G, Singh H, Grad R, Bell NR, Szafran O. (2021). Too soon or too late? Choosing the right screening test intervals. Canadian Family Physician.67(2): 100-106. http://dx.doi.org/doi: 10.46747/cfp.6702100.

14. Pascale Breault, Jessie Nault, Michèle Audette, Sandro Échaquan, Jolianne Ottawa, Olga Szafran, Neil R. Bell, James A. Dickinson, Roland Grad, Guylène Thériault, Harminder Singh and Earle Waugh. (2021). Improving preventive screening with Indigenous peoples. Canadian Family Physician. August 2021, 67(8): 588-593. http://dx.doi.org/https://doi.org/10.46747/cfp.6708588

15. Earle Waugh, Douglas Myhre, Cassandre Beauvais, Guylène Thériault, Neil R. Bell, James A. Dickinson, Roland Grad, Harminder Singh and Olga Szafran. (2021). Preventive screening in women who have sex with women. Canadian Family Physician. 67(11): 830-83. http://dx.doi.org/DOI: https://doi.org/10.46747/cfp.6711830

16. Sayed SA, Naugler C, Chen G, Dickinson JA. (2021). Cervical Screening Practices and Outcomes for Young Women in Response to Changed Guidelines in Calgary, Canada, 2007-2016.Journal of Lower Genital Tract Disease. 25(1): 1-8. http://dx.doi.org/doi: 10.1097/LGT.0000000000000574.

17. Susan P. Phillips, Sarah Bates ,Cleo Mavripilis, Michelle Greiver, Tejal Patel, Megan J Hayes, James A Dickinson. (2020). Cervical cancer screening for young women: First do no harm. Canadian Family Physician. 66(1): 14-18.

18. Skowronski DM, Leir S, Sabaiduc S, Chambers C, Zou M, Rose C, Olsha R, Dickinson JA, Winter AL, Jassem A, Gubbay JB, Drews SJ, Charest H, Chan T, Hickman R, Bastien N, Li Y, Krajden M, De Serres G. (2020). Influenza vaccine effectiveness by A(H3N2) phylogenetic sub-cluster and prior vaccination history: 2016-17 and 2017-18 epidemics in Canada.J Infect Dis.138(March): 1-12. http://dx.doi.org/doi: 10.1093/infdis/jiaa138.

19. Tonelli M, Dickinson JA. (2020). Early Detection of CKD: Implications for Low-Income, Middle-Income, and High-Income Countries. J Am Soc Nephrol.31(9): 1931-1940. http://dx.doi.org/doi: 10.1681/ASN.2020030277

20. Yuan Y, Vu K, Shen Y, Dickinson JA, Winget M. (2020). Importance of quality in breast cancer screening –a natural experiment in Alberta, Canada. BMJ Open. 10: e0128766. http://dx.doi.org/10.1136/bmjopen-2018-028766

21. Thériault G, Grad R, Dickinson JA, Breault P, Singh H, Bell NR, Szafran O. (2020). To share or not to share: When is shared decision making the best option?. Canadian Family Physician. 66(5): 327-331. Co-Author
Published, College of Family Physicians of Canada, Canada

22. Mohsen S, Dickinson JA, Somayaji R. (2020). Update on the adverse effects of antimicrobial

therapies in community practice. Canadian Family Physician. 66(9): 651-659.

23.  Thériault G, Breault P, Dickinson JA, Grad R, Bell NR, Singh H, Szafran O. (2020). Preventive health care and the media. Canadian Family Physician. 66(11): 811-816.

24.  Skowronski DM, Zou M, Clarke Q, Chambers C, Dickinson JA, Sabaiduc S, Olsha R, Gubbay JB, Drews SJ, Charest H, Winter AL, Jassem A, Murti M, Krajden M, De Serres G. (2020). Influenza Vaccine Does Not Increase the Risk of Coronavirus or Other Noninfluenza Respiratory Viruses: Retrospective Analysis From Canada, 2010-2011 to 2016-2017.Clin Infect Dis.71(16): 2285-2288.

25.  S kowronski DM, Zou M, Sabaiduc S, Murti M, Olsha R, Dickinson JA, Gubbay JB, Croxen MA, Charest H, Jassem A, Krajden M, Bastien N, Li Y, De Serres G. (2020). Interim estimates of 2019/20 vaccine effectiveness during early-season co-circulation of influenza A and B viruses, Canada 2020. Euro Surveillance. 25(7): 2000103.
     http://dx.doi.org/doi: 10.2807/1560-7917.ES.2020.25.7.2000103

26.  Dickinson JA, Thériault G, Singh H, Szafran O, Grad R. (2020). Rethinking screening during and after COVID-19: Should things ever be the same again?. Can Fam Physician.66(8): 571-575..

27.  Dickinson J, Grad R, Wilson B, Bell N, Singh H, Szafran O, Theriault G. (2019). Quality of the screening process: An overlooked critical factor and an essential component of shared decision making about screening. Can Fam Physician.65(5): 331-336.

28.  Skowronski DM, Leir S, De Serres G, Murti M, Dickinson JA, Winter AL, Olsha R, Croxen MA, Drews SJ, Charest H, Martineau C, Sabaiduc S, Bastien N, Li Y, Petric M, Jassem A, Krajden M, Gubbay JB. (2019). Children under 10 years of age were more affected by the 2018/19 influenza A(H1N1)pdm09 epidemic in Canada: possible cohort effect following the 2009 influenza pandemic. Euro Surveill. 24(5): 1-11.

29.  Skowronski DM, Leir S, Sabaiduc S, Murti M, Dickinson JA, Olsha R, Gubbay JB, Croxen MA, Charest H, Chan T, Bastien N, Li Y, Krajden M, De Serres G. (2019). Interim estimates of 2018/19 vaccine effectiveness against influenza A(H1N1)pdm09, Canada, January 2019. Euro surveillance : bulletin Europeen sur les maladies transmissibles = European communicable disease bulletin.24(4): 10. http://dx.doi.org/DOI: 10.2807/1560-7917.ES.2019.24.4.1900055

30.  Tremblay A, Taghizadeh N, Huang J, Kasowski D, MacEachern P, Burrowes P, Graham A, Dickinson J, Lam S, Yang H, Koetzler R, Tammemagi M, Taylor K, Bedard E. (2019). A Randomized Controlled Study of Integrated Smoking Cessation in a Lung Cancer Screening Program. Journal of Thoracic Oncology. 14(9): 1-10..org/https://doi.org/10.1016/j.jtho.2019.04.024

31.  Dickinson JA, Bell NR, Grad R, Singh H, Groulx S, Szafran O. (2018). Choosing guidelines to use in your practice. Canadian Family Physician. 64(5): 357-362.

32.  Singh H, Dickinson JA, Thériault G, Grad R, Groulx S, Wilson BJ, Szafran O, Bell NR. (2018). Overdiagnosis: causes and consequences in primary health care. Can Fam Physician.64(9): 654-659.

33.  Skowronski DM, Chambers C, De Serres G, Dickinson JA, Winter A-L, Hickman R, Chan T, Jassem AN, Drews SJ, Charest H, Gubbay JB, Bastien N, Li Y, Krajden. (2018). Early

James A Dickinson                    Curriculum Vitae                    Page 10 of 12

season co-circulation of influenza A(H3N2) and B(Yamagata): interim estimates of 2017/18 vaccine effectiveness, Canada, January 2018.Euro Surveillance. 23(5): pii=18-00035. http://dx.doi.org/10.2807/110.2807/1560-7917.ES.2018.23.5.18-00035.560-7917.ES.2018.23.5.18-00035.

34.  Tarr GAM, Chui L, Lee BE, Pang X-L, Ali S, Nettel-Aguirre A, Vanderkooi OG, Berenger BM, Dickinson JA, Tarr PI, Drws S, MacDonald J, Kim K, Freedman SB. (2018). Performance of Stool Testing Recommendations for Acute Gastroenteritis when Used to Identify Children with Nin Potential Bacterial Enteropathogens. Clinical Infections Diseases.67: 1-10. http://dx.doi.org/https://doi.org/10.1093/cid/ciy1021

35.  Dickinson JA, Pimlott N, Grad R, Singh H, Szafran O, Wilson BJ, Groulx S, Theriault G, Bell N. (2018). Screening: when things go wrong. Canadian Family Physician. 64(7): 502-508.

36.  Bell NR, Dickinson JA, Grad R, Singh H, Kasperavicius D, Thombs BD. (2018). Understanding and Communicating Risk: Measure of outcome and the magnitude of benefits and harms. Canadian Family Physician. 64(3): 181-185.

37.  Garcia-Rodriguez JA, Dickinson JA, Perez G, Ross D, Au L, Ross S, Babenko O, *Johnston I. (2018). Procedural Knowledge and Skills of Residents Entering Canadian Family Medicine Programs in Alberta. Family Medicine. 50(1): 10-21.

38.  C hambers C, Skowronski DM, Rose C, Serres G, Winter AL, Dickinson JA, Jassem A, Gubbay JB, Fonseca K, Drews SJ, Charest H, Martineau C, Petric M, Krajden M. (2018). Should Sex Be Considered an Effect Modifier in the Evaluation of Influenza Vaccine Effectiveness?. Open forum infectious diseases. 5(9): ofy211. http://dx.doi.org/https://doi.org/10.1093/ofid/ofy211

39.  James A Dickinson. (2018). Guideline: USPSTF recommends against PSA screening except in men 55 to 69 years who express preference for it. Ann Intern Med. 169(6): JC28. http://dx.doi.org/10.7326/ACPJC-2018-169-6-028

40.  Lang E, Bell NR, Dickinson JA, Grad R, Kasperavicius D, Moore AE, Singh H, Thériault G, Wilson BJ, Stacey D. (2018). Eliciting patient values and preferences to inform shared decision-making in preventive screening. Canadian family physician.64(1): 28-31.

41.  Dickinson JA, *Johnston I. (2018). Global Burden of Rheumatic Heart Disease. New England Journal of Medicine. 378(1): e2. http://dx.doi.org/10.1056/NEJMc1714503

42.  Wilson B, Bell N, Grad R, Theriault G, Dickinson J, Singh H, Groulx S, Szafran O. (2018). Practice organization for preventive screening. Can Fam Physician. 64(11): 816-820.

43.  Sikdar KC, Dickinson J, Winget M. (2017). Factors associated with mode of colorectal cancer detection and time to diagnosis: a population level study.B MC Health Services Research. 17(1): 7. http://dx.doi.org/10.1186/s12913-016-1944-y

44.  Skowronski DM, Chambers C, Sabaiduc S, Dickinson JA, Winter A, De Serres G, Drews SJ, Jassem A, Gubbay JB, Charest H, Balshaw R, Bastien N, Li Y, Krajden M. (2017). Interim

estimates of 2016 vaccine effectiveness against influenza A(H3N2) Canada, January 2017.Euro Surveillance. 22(6): pii=30460. http://dx.doi.org/10.2807/1560-7917.ES.2017.22.6.30460

45. Dickinson JA, Ogilvie G, Van Niekerk D, Popadiuk C. (2017). Evidence that supports policies to delay cervical screening until after age 25 years. CMAJ. 189(10): E380-1. http://dx.doi.org/10.1503/cmaj.160636

46. Bell NR, Grad R, Dickinson JA, Singh H, Moore AE, Kasperavicius D, Kretschmer KL. (2017). Better decision making in preventive health screening: balancing benefits and harms. Canadian Family Physician. 63(7): 521-524.

47. Singh H, Bell N, Dickinson JA, Lewin G, Tonelli M, Thombs B, Nathalie M, Holmes BA, Garcia AJ, Rhaman P, Simms-Jones N. (2017). Recommendations on screening for abdominal aortic aneurysm in primary care. CMAJ. 189(36): E1137-E1145. http://dx.doi.org/https://doi.org/10.1503/cmaj.170118

48. Birtwhistle R, Bell NR, Thombs BD, Grad R, Dickinson JA. (2017). Periodic preventive health visits: a more appropriate approach to delivering preventive services. Canadian Family Physican. 63(11): 824-826.

49. Topstad D, Dickinson JA. (2017). Thyroid cancer incidence in Canada: a national cancer registry analysis. CMAJ Open. 5(3): E612-E616. http://dx.doi.org/10.9778/cmajo.20160162.

50. Freedman S, Xie J, Nettel-Aguirre A, Lee B, Chui L, Pang X-L, Zhuo Ran, Parsons B, Dickinson JA, Vanderkooi OG, Ali S, Osterreicher L, Lowerison K, Tarr PI, Alberta Provincial Pediatric EnTeric Infection TEam (APPETITE). (2017). Enteropathogen detection in children with diarrhoea, or vomiting, or both, comparing rectal flocked swabs with stool specimens: an outpatient cohort study. The Lancet Gastroenterology and Hepatology. 2(9): 662-669. http://dx.doi.org/https://doi.org/10.1016/S2468-1253(17)30160-7

51. Skowronski DM, Chambers C, De Serres G, Sabaiduc S, Winter A, Dickinson JA, Gubbay JB, Forseca K, Drews SJ, Charest H, Martineau C, Krajden M, Petric M, Bastien N, Li Y, Smith DJ. (2017). Serial vaccination and the antigenic distance hypothesis: effects on influenza vaccine effectiveness during A(H3N2) epidemics in Canada, 2010-11 to 2014-15. The Journal of Infectious Diseases. 215(7): 1059-1099. http://dx.doi.org/10.1093/infdis/jix074

52. Moore AE, Straus SE, Kasperavicius D, Bell NR, Dickinson JA, Grad R, Singh H, Thériault G, Thombs BD, Colquhoun H. (2017). Knowledge translation tools in preventive health care. Canadian Family Physician. 63(11): 853-858.

53. Skowronski DM, Chambers C, Sabaiduc S, De Serres G, Winter A-L, Dickinson JA, Gubbay JB, Drews SJ, Martineau C, Charest H, Krajden M, Bastien N, Li Y. (2017). Beyond antigenic match: possible agent-host and immuno-epidemiological influences on influenza vaccine effectiveness during the 2015-16 season in Canada.The Journal of Infectious Diseases. 216(12): 1487-1500. http://dx.doi.org/10.1093/infdis/jix526

James A Dickinson                    Curriculum Vitae                    Page 12 of 12

**Supervisory Activities**
*Provide aggregate numbers for trainee supervision **over the course of your entire career***:

| Degree Level | Supervised | Co-Supervised |
|---|---|---|
| Post-doctoral | Click here to enter text. | Click here to enter text. |
| PhD | 1 | 1 |
| Master's | 8 | Click here to enter text. |

# EXHIBIT B

Basic Methods for

# Assessment of Renal Fluoride Excretion

in Community Prevention Programmes for Oral Health

**World Health Organization**

# Basic methods for assessment of renal fluoride excretion in community prevention programmes for oral health

## 2014



World Health Organization

WHO Library Cataloguing-in-Publication Data

 Basic methods for assessment of renal fluoride excretion in community prevention programmes for oral health.

1. Fluoride – adverse effects. 2. Fluoride – metabolism. 3. Fluoridation. 4. Fluorosis, Dental – prevention and control. 5. Community Dentistry. 6. Oral Health. 7. Program Evaluation – methods. I. World Health Organization.

ISBN 978 92 4 154870 0          (NLM classification: WU 270)

© **World Health Organization 2014**

All rights reserved. Publications of the World Health Organization are available on the WHO web site (www.who.int) or can be purchased from WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland (tel.: +41 22 791 3264; fax: +41 22 791 4857; e-mail: bookorders@who.int).

Requests for permission to reproduce or translate WHO publications – whether for sale or for non-commercial distribution – should be addressed to WHO Press through the WHO web site (www.who.int/about/licensing/copyright_form/en/index.html).

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by the World Health Organization to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall the World Health Organization be liable for damages arising from its use.

PRINTED IN FRANCE

# Contents

**Acronyms and abbreviations**    **1**

**Preface**    **2**

**Acknowledgements**    **5**

**1 Introduction**    **6**
1.1 Background    6
1.2 Sources of fluoride intake in humans    7
1.3 Fluoride metabolism and excretion    8
1.4 Biomarkers of fluoride exposure    8
1.5 Urinary fluoride assessments in population oral health    9
1.6 Areas of uncertainty    10

**2 General design of study**    **12**
2.1 Background    12
2.2 Identification of participants    12
2.3 Sampling    12
2.4 Methods of monitoring    15
     2.4.1 24-hour urine collection    15
     2.4.2 Timed collections of urine obtained from defined periods of a day    17

**3 Methods for collecting urine, and for handling and evaluating results**    **20**
3.1 Recording of information    20
     3.1.1 General information    20
     3.1.2 Personal information    23
3.2 Essential preparatory practices    29
     3.2.1 Pre-collection planning approaches    29

**4 Twenty-four hour urine collection**    **33**
4.1 Procedure    33
4.2 Fluoride and creatinine concentrations    34
4.3 Information to be recorded    34

*Basic Methods for Assessment of Renal Fluoride Excretion*

4.4  Determination of fluoride in urine                                35
4.5  General rules for tabulation and processing of data               35

**5  Design of the final report for 24-hour urine collection          37**
5.1  Introduction                                                      37
5.2  Materials and methods                                             37
5.3  Results                                                           37
5.4  Discussion and conclusion                                         39
5.5  Summary                                                           39
5.6  Tables for the 24-hour collection method                          40

**6  Collections of 8–18 hours (within the 24-hour cycle)             44**
6.1  Collection of nocturnal urine and during periods
     of high excretion                                                 45
6.2  Optional calculations obtained from time-controlled
     urine collection – Use of a standardized format                   46
     6.2.1  Coded recordings of personal data and individual
            fluoride exposure                                          47
     6.2.2  Standard table for surveys with 24-hour
            collections                                                48
     6.2.3  Standard table for surveys with two collections
            totalling 14–16 hours, using MS Excel                      50
     6.2.4  Standard table for surveys with three collections
            totalling 14–16 hours using MS Excel:
            complete series                                            51
     6.2.5  Standard table for surveys with collections
            made in four periods totalling the 24-cycle                51
     6.2.6  Cleaning of data                                           51
6.3  Extrapolations                                                    53

**7  Design of the final report for time-controlled urinary
   collections                                                         54**
7.1  Tables for time-controlled urinary collections lasting
     8–18 hours                                                        55

**8  Urine spot samples                                               65**
8.1  Creatinine                                                        65

**9  Provision of technical advice                                    67**

**Annex A: Apparatus and materials                                    68**

**Annex B: Steps for verifying function of apparatus                  72**

**Annex C: Calibration procedure                                      74**

**References                                                          79**

*Contents*

**Tables**

Table 5.1  Urinary fluoride excretion data from 24-hour urine collections 38

Table 5.2  Criteria for cleaning data from children aged 2–6 years, from 24-hour collections 40

Table 5.3  Standards for urinary fluoride excretion (mg/24-hour cycle): lower and upper margins 41

Table 5.4  Calculated daily urinary fluoride excretion associated with low, optimal and high fluoride intake for ages 1–14 years 42

Table 5.5  Calculated daily urinary fluoride excretion associated with low, optimal and high fluoride intake for broader age groups 43

Table 7.1  Urinary fluoride data for time-controlled urine collections 55

Table 7.2  Criteria for cleaning data from childen aged 2–6 years, from time-controlled urine collections[a] 56

Table 7.3  Range of optimal urinary fluoride excretion (µg/hour) at different times, for time-controlled urine collections: lower and upper margins 57

Table 7.4  Standards for urinary fluoride concentration (mg/L; ppm) for all ages, for time-controlled urine collections; lower and upper margins 57

Table 7.5  Calculation of parameters using simple numerical operations 58

Table 7.6  Data and computing table using MS Excel for surveys for 24-hour collections (example with six cases) 59

Table 7.7  Dataset example and MS Excel computing table showing calculations of fluoride excretion of children providing nocturnal and noon urine collections 60

Table 7.8  Dataset example and MS Excel computing table showing calculations of fluoride excretion of children providing morning, afternoon and nocturnal collections 62

Table 7.9  Ideal format of a dataset to be transferred to an evaluation centre 64

**Figures**

Figure 3.1  Example of daytime label used in time-controlled collections, to be attached to the urine collecting jar (WHO Form No. 96392, modified) 21

Figure 3.2  Overnight urine collection label used in time-controlled collections (WHO Form No. 96393) 21

v

*Basic Methods for Assessment of Renal Fluoride Excretion*

Figure 3.3  Summary record form of urine collection from
a group of children in time-controlled collections
(WHO Form No. 96391)                                    22
Figure 3.4  Sample invitation                                       23
Figure 3.5  Questionnaire on use of fluoride supplements and
toothpaste                                                24

# Acronyms and abbreviations

| | |
|---|---|
| bw | body weight |
| CV | coefficient of variation |
| CDTA | 1,2-cyclohexylenedinitrilotetraacetic acid |
| DUFE | daily urinary fluoride excretion |
| F | fluoride |
| F.W. | formula weight |
| HPLC | high-performance liquid chromatography |
| ID | identification |
| IRB | institutional review boards |
| PABA | para-amino benzoic acid |
| ppm | parts per million |
| SD | standard deviation |
| TISAB | total ionic strength adjusting buffer |
| WHA | World Health Assembly |
| WHO | World Health Organization |

# Preface

 Dental caries is still a major oral health problem in most industrialized countries, affecting 60–90% of schoolchildren and the vast majority of adults. It is also the most prevalent oral disease in several Asian and Latin American countries, although it appears to be less common and less severe in most African countries. In light of changing living conditions, however, it is expected that the incidence of dental caries will increase in many developing countries in Africa, particularly as a result of a growing consumption of sugars and inadequate exposure to fluorides. The World Health Organization (WHO) *World oral health report 2003* (*1*) noted that dental caries can be controlled by the joint action of communities, professionals and individuals aimed at reducing the impact of sugar consumption and emphasizing the beneficial effect of fluorides. In many developing countries, access to oral health services is limited; likewise, in developed countries, significant numbers of population groups are underserved.

The effects of fluoride on oral health have been studied for about a century, and the scientific literature shows that fluoride may have both beneficial and detrimental effects. The WHO policy on fluoride is clarified in various scientific articles (*2*), technical reports (*3*) and World Health Assembly resolutions (*4–6*). In 2007, for the first time in 25 years, oral health was subject to discussion by the World Health Assembly and the Executive Board of WHO (*7*). At the 60th World Health Assembly, Member States agreed on an action plan for oral health – *Oral health: Action plan for promotion and integrated disease prevention* (*8*). The resolution calls upon countries that do not have access to optimal levels of fluoride, and have not yet established fluoridation programmes, to consider the development and implementation of such programmes, giving priority to equitable strategies through automatic administration of fluoride (i.e. in drinking water, salt or milk), and to the provision of affordable fluoride toothpaste. Use of water fluoridation for prevention of dental caries began in the 1940s in USA; it has been the source of numerous studies, and has expanded to several countries around the world (*2*). Use of salt fluoridation for dental caries prevention began in Switzerland in the mid-1950s, and has been adopted by several countries around the globe (*9*). Salt fluoridation has

2

*Preface*

been as effective as water fluoridation in reducing dental caries in areas where salt production and distribution can be controlled. Milk fluoridation has also proven successful in dental caries prevention, particularly in school-age children living in areas where the fluoride concentration in drinking water is suboptimal (*10*).

Population-wide automatic fluoridation measures are effective and are the most equitable ways to prevent dental caries. However, some degree of unsightly enamel fluorosis results when children are exposed to fluoride above optimal concentrations. Several products or elements containing fluoride can be sources of exposure. It is therefore important that fluoride exposure be known and health authorities be made aware of exposure before the introduction of any fluoridation or supplementation programmes for prevention of dental caries (*11*).

Total fluoride exposure of individuals or populations can be monitored by assessing fluoride concentration in plasma, urine or ductal saliva. The amount of fluoride in these biological liquids is indicative of the level of total fluoride exposure. After intake of fluoride – whether through drinking water, dietary components or fluoride supplements – the plasma fluoride level will rise immediately, but it starts to decrease within 30–60 minutes, and reverts to the original level within 3–6 hours.

Urinary fluoride excretion is basically dependent on the fluoride concentrations or rather on the concentration peaks in the plasma. In the case of long-lasting collections (e.g. 6–10 hours), the peaks tend to level out and the variations in the accumulated urine are smaller. The main advantage of using urinary fluoride excretion to estimate total fluoride exposure is that urine collections are non-invasive – no blood needs to be taken – and are thus more suitable than other methods for monitoring community fluoridation schemes. Unique field experience has been gained by using fluoride excretion in urine to evaluate programmes implementing water, salt and milk fluoridation (*11*). It is possible to develop excretion thresholds; that is, levels that should not be exceeded if unsightly enamel fluorosis is to be avoided. In programmes where fluoride is added to milk and to salt, urinary studies will identify instances of insufficient excretion, indicating suboptimal fluoride levels. Most importantly, studies of urinary fluoride provide a simple and reliable means of ensuring that total fluoride intake from all sources does not exceed certain limits; this is especially critical in young children whose permanent anterior teeth are developing (*11*).

In 1999, the WHO Oral Health Programme published the booklet *Monitoring of renal fluoride excretion in community prevention programmes in oral health* (*11*). The manual has been useful as a guide for monitoring fluoride excretion and concentrations in programmes in which either salt or milk has been used as a vehicle for administering fluoride for caries prevention. This current manual – entitled *Basic methods for assessment renal fluoride excretion in community*

3

*Basic Methods for Assessment of Renal Fluoride Excretion*

*prevention programmes for oral health* – is an update of the 1999 publication. It includes practical experience from national fluoridation programmes, and will primarily be useful in helping countries to plan effective surveillance of fluoride exposure. It is hoped that the manual will stimulate oral health personnel and public health administrators to use a systematic approach to managing and analysing data obtained from different levels of fluoride exposure. It is also a hope that the manual will motivate inter-country collaboration on efforts to establish standardized and effective epidemiological surveillance systems for community prevention programmes using fluoride. The present manual thereby complements the WHO "Oral Health Surveys – Basic Methods" (*12*), which provide recommendations on oral health assessment of population groups and specify the tools important to surveillance of oral health.

# Acknowledgements

This manual was prepared by Dr R.J. Baez, University of Texas, Health Science Center, San Antonio Dental School, Texas, United States of America; Dr P.E. Petersen, WHO, Geneva, Switzerland; and Dr T.M. Marthaler, University of Zurich, Zurich, Switzerland.

Special thanks for technical advice are due to Dr V. Zohoori, Health and Social Care Institute, Teesside University, Middlesbrough, United Kingdom of Great Britain and Ireland (UK); Dr A. Rugg-Gunn, Dental School, Newcastle University, Newcastle, UK; Dr M. Buzalaf, Dental School, University of Sao Paulo, Sao Paulo, Brazil; Dr A. Villa, Institute of Nutrition, Santiago, Chile; Dr T.D. Hai, National Institute of Odontostomatology, Hanoi, Viet Nam; and Dr P. Phanthumvanit, Thammasat University, Faculty of Dentistry, Pathumtani, Thailand.

## Financial support

This report was published with the financial support from the Borrow Foundation, United Kingdom. The World Health Organization Oral Health Programme, Geneva, is grateful for the continued support to activities for global oral health.

# 1  Introduction

## 1.1  Background

Fluoride is a natural constituent of all types of human diet and is present, in varying amounts, in drinking water throughout the world. Because of its value in preventing decay (i.e. formation of dental caries), fluoride is increasingly being used for this purpose in several countries. Enamel fluorosis (unsightly mottling of the teeth) is the only untoward effect of the use of fluoride, and the condition is known to occur in regions worldwide wherever drinking water contains high levels of fluoride naturally.

Most of the time throughout the day, teeth are bathed in saliva; hence, the teeth benefit from fluoride ions present in the oral environment, originating from a number of sources to which the individual may be exposed. The concentration of fluoride in saliva varies among individuals, and depends on various factors such as salivary secretion rate and the type of fluoride exposure. To exert a cariostatic effect, fluoride levels need to rise above the predominantly low level several times throughout the day. When fluoride is added to vehicles such as water, salt or milk, it becomes available in the oral cavity at optimal levels several times a day, whereas toothbrushing with fluoride-containing toothpaste provide concentrated fluoride twice a day. These methods of fluoride supplementation are highly successful in reducing levels of dental caries in entire populations. Fluoride is also available through concentrated gels, rinsing solutions, lacquers or varnishes. These methods are most appropriate for selective use on individuals who are suffering from high caries activity.

The goals of community-based public health programmes should be to implement measures that raise the fluoride concentration in as many mouths as possible as often as possible, using the most appropriate method. Effective methods are water, salt or milk fluoridation either alone or in combination with fluoride-containing toothpaste, all of which make fluoride available to the population in a manner that does not require cooperative effort or direct action. However, when fluoride is ingested by young children, very mild dental enamel fluorosis may occur. Because of the numerous sources of fluoride

*Introduction*

available today, the risk of enamel fluorosis must always be borne in mind. Thus, public health administrators should assess the total fluoride exposure of the population before introducing any additional fluoridation or supplementation programmes for caries prevention.

The overall goals of this document are to provide information on:

- determining current levels of fluoride exposure;
- determining the appropriateness of fluoride-based caries-prevention programmes;
- using fluoride in urine as a biomarker of fluoride exposure; and
- assessing adherence to fluoride-based community preventive programmes.

Specific objectives are to:

- present the concept of urinary fluoride as a biomarker of fluoride exposure;
- provide guidance on the general design of urinary fluoride assessment, including identification of participants, sampling, methods of monitoring, methods of time-controlled urine collection (24-hoururine collection and timed collections of urine obtained from defined periods of a day) and number of subjects suggested;
- describe the methods for urinary collection, and the elements needed for both sample collection and the determination of fluoride in urine (and in water, if required);
- provide advice on data management and evaluation of results using simple calculations;
- provide an option for countries that have a special interest in conducting a more comprehensive analysis of data;
- provide information and examples of recording other sources of fluoride exposure, if such is indicated by any specific situation; and
- provide guidance on design of the final report.

## 1.2  Sources of fluoride intake in humans

Years ago, water was the main source of fluoride exposure to humans, although other sources of fluoride were recognized, including the environment and pollution from industrial emissions. Today, there are many sources of fluoride, and this needs to be taken into consideration when planning a community caries prevention programme using fluoride. Fluoride-containing toothpaste can be a significant source of fluoride ingestion, particularly in young children who involuntarily or voluntarily swallow considerable portions of the toothpaste, either because the swallowing reflex in young children is not fully

7

*Basic Methods for Assessment of Renal Fluoride Excretion*

developed, or because some toothpastes are formulated to heave candy-like flavours (*3, 13*).

## 1.3   Fluoride metabolism and excretion

The fluoride content of the human body is determined by certain physiological relationships. Urinary fluoride concentration and excretion depend on plasma fluoride levels; they are also influenced by urinary flow and pH. The rate of fluoride excretion depends on the amount of bioavailable fluoride ingested; that is, the fluoride actually absorbed by the organism and distributed in the bloodstream. Urinary pH is affected by diet. For example, diets high in vegetables lead to more alkaline urine, resulting in a higher proportion of ingested fluoride being excreted in urine. Conversely, diets rich in meat lead to more acid urine, resulting in a lower proportion of ingested fluoride being excreted in urine. In spite of these confounding factors, determination of renal fluoride excretion in young children is a useful method for estimating total fluoride exposure in community programmes for caries prevention that use water, milk or salt fluoridation.

From data obtained in studies of ingested (systemic) fluoride – mainly via water, milk or salt – it is possible to develop excretion thresholds; that is, levels that should not be exceeded (Section 5.6, Table 5.3). Urinary studies will also identify instances of insufficient excretion, indicating suboptimal fluoride levels. However, most importantly, studies of urinary fluoride provide a simple means of ensuring that the total fluoride intake from all sources does not exceed certain limits, especially in young children whose permanent teeth are developing. This is essential in order to avoid unsightly dental enamel fluorosis.

## 1.4   Biomarkers of fluoride exposure

Recent reviews have considered the suitability of biomarkers for fluoride exposure. One review looked at contemporary biomarkers (i.e. those measuring present or very recent exposure) (*14*), and looked at biomarkers for both recent and historical exposure (*15, 16*). The contemporary biomarkers considered were blood, bone surface, saliva, milk, sweat and urine; the biomarkers of recent exposure considered were nails and hair; and the biomarkers of historical exposure considered were bone and teeth. The reviews concluded that, at present, urine is the most useful biomarker of contemporary fluoride exposure. The recent review on contemporary biological markers of exposure to fluoride stated:

> A proportion of ingested fluoride is excreted in urine. Plots of daily urinary fluoride excretion against total daily fluoride intake suggest that daily urinary

*Introduction*

fluoride excretion is suitable for predicting fluoride intake for groups of people, but not individuals. While fluoride concentrations in plasma, saliva and urine have some ability to predict fluoride exposure, present data are insufficient to recommend utilizing fluoride concentrations in these body fluids as biomarkers of contemporary fluoride exposure for individuals. Daily fluoride excretion in urine can be considered a useful biomarker of contemporary fluoride exposure for groups of people, and normal values have been published (*14*).

Thus, the value of urinary fluoride as a biomarker of fluoride exposure has been established and its limitations have been documented.

## 1.5   Urinary fluoride assessments in population oral health

Ingested fluoride from all sources, whether deliberately or unintentionally ingested, is excreted primarily in the urine. Thus, studies of urinary fluoride levels are ideal for assessing the intake of fluoride in populations. More particularly, such studies also provide a basis for decisions on the use of fluoride for caries prevention.

The mechanisms of the absorption of fluoride are well known. When fluoride is ingested via water, in a tablet (or supplement) or in fluoride-containing toothpaste on an empty stomach, the fluoride concentration in the blood reaches a peak after about 30 minutes, and returns to the usual level after 90–180 minutes. If fluoride is ingested with rice cooked with fluoridated salt in the course of a main meal, the peak is likely to occur after one hour, and it may take 3–4 hours for the fluoride to return to the usual level. Taking into account these and similar variations throughout the day, it is evident that 24-hour collections of urine are the best basis for estimating fluoride exposure. Thus, whenever it can be organized in a given situation, 24-hour urine should be collected.

Recently, the relationship between fluoride excretion and fluoride intake was investigated systematically in relatively large numbers of children and adults (*17*). The study examined all published data pairs of total daily fluoride intake and the corresponding daily urinary fluoride excretion from 212 children aged less than 7 years and 283 adults aged 18–75 years. Analyses of these data indicated that an average of 45% of ingested fluoride was excreted in urine in children; for adults, the corresponding figure was 74%. These data provide the means for converting 24-hour fluoride intake into 24-hour urinary fluoride excretion (*14*). Fluoride intakes of between 0.05 and 0.07 mg/kg body weight (bw)/day are accepted as "optimal", whereas intakes above 0.1 mg/kg bw/day increase the risk of enamel fluorosis (*18*).

*Basic Methods for Assessment of Renal Fluoride Excretion*

Table 5.3 (Section 5.6) shows the lower and upper margins of optimal intake according to Villa's equation for selected age groups of children (*17*). According to the equation, for fluoride levels to be optimal, children in the age group 3–5 years (normally having a weight of 17.3 kg) should have an average daily fluoride excretion of 0.33–0.45 mg/day. Table 5.4 shows the calculated daily urinary fluoride excretion (DUFE) associated with low, optimal and high fluoride intake for ages 1–14 years for each year of age, and Table 5.5 presents the calculated DUFE associated with low, optimal and high fluoride intake for broader age groups.

## 1.6   Areas of uncertainty

Several areas of uncertainty are associated with the use of urinary fluoride as a biomarker of fluoride exposure. These uncertainties, listed below, should be considered when planning, conducting and interpreting the findings of studies of urinary fluoride excretion.

- *Influence of diet on urinary fluoride excretion.* As discussed in Section 1.3, communities consuming diets high in vegetables are likely to excrete urine that is more alkaline than urine excreted by those consuming a diet high in meats. Higher alkalinity results in excretion of a higher proportion of ingested fluoride. Thus, in communities with a high vegetable intake, a relatively high fluoride excretion does not necessarily imply a high fluoride intake.
- *Within-subject variation.* It is usual to collect urine from subjects for 1 day only; hence, there will be considerable within-subject variation in the results; and this within-subject variation can be as large as between-subject variation. Thus, within-subject variation can inflate the range and variance of data from urine excretion studies. To limit such effects, it would be necessary to record results over several days for each subject. In practice, this is rarely necessary because there is little effect on the mean values, but it does imply that ranges and variances need to be interpreted cautiously. Reports must note the potential effects of within-subject variation, to avoid misinterpretation of data presented as ranges of fluoride excretion and intakes.
- *Lack of correlation between urinary fluoride excretion and fluoride intake.* Urinary fluoride excretion is **not** suitable for predicting fluoride intake for individuals (see Section 1.4: "Biomarkers of fluoride intake").
- *Uncertainty about levels needed to provide protection.* The so-called "optimal" fluoride intake recommended for children has an empirical origin; nevertheless, the actual range that is sufficient to protect against caries and beyond which dental enamel fluorosis may happen is not known precisely.

*Introduction*

- *Methodological errors.* If the method chosen is a timed period collection of urine covering 8–18 hours of the 24-hour cycle, an error will be associated with the estimation of 24-hour fluoride excretion in urine from such data.

# 2   General design of study

## 2.1   Background

The rate of urinary excretion of fluoride varies throughout the day and night, depending on the time of fluoride ingestion, particularly where fluoride-containing toothpaste is used and is perhaps swallowed during brushing, and where a fluoride supplement is given once a day (e.g. in the form of tablets or fluoridated milk). Therefore, when using urine to evaluate fluoride excretion, it is best to collect the urine for the entire 24-hour period. Shorter periods can be used if necessary, but the limitations of this approach must be recognized (see Section 1.6). There may be special circumstances where information on pH of urine is useful (see Sections 1.3 and 1.6), but certain safeguards are required in order to obtain a valid estimate of pH in fresh urine, as discussed in Sections 3.2.1 and 4.1.

## 2.2   Identification of participants

Countries contemplating the introduction of additional fluoridation or supplementation programmes should consider measurement of urinary excretion as an important element of studies of total fluoride exposure. Such studies should include identification of community water supplies and mapping of their fluoride concentration, use of fluoride supplements, use and frequency of fluoride-containing toothpastes, and identification of any other possible sources of fluoride to which the target population may be exposed.

## 2.3   Sampling

A study of fluoride excretion may be undertaken for various purposes such as community surveillance, field demonstration trial or research. The selection of individuals to participate in each type of investigation will depend on the specific purpose, and both the purpose and the basis of selection should be clearly established before the study begins. If the study is for community surveillance, the population should be selected randomly, because elements

12

*General design of study*

of the diet that affect fluoride intake (e.g. water, salt and dietary habits) may vary with area and with socioeconomic status. Where total randomization is impossible, a careful selection of subjects must be made from multiple sites, taking into account any special or predominant regional dietary habits.

Sampling procedures should consider location, number of subjects, age group, frequency, and time of study and number of days; these criteria are discussed below.

## Location

The study population should be representative of the community in terms of fluoride exposure and dietary habits. It may be useful to target certain population groups living in different sections of the community that have different behavioural or environmental conditions.

## Number of subjects

The total number of participants will depend on the scale of programme or type of investigation. For the 24-hour urine collection method, a general recommendation is to recruit 30–50 subjects at each location or site. If for example 10 important sites are identified in the community 300–500 individuals may be needed for the sample. This number may be relevant for 24-hour urinary fluoride excretion in the population of a given age; however, numbers outside this range may be appropriate, depending on the scale of programme or type of community study. It may be preferable to establish a sample for children and a sample for adults, thus in that case up to 600–1000 individuals are needed. However, surveys based on a high number of individuals may be time consuming and less practical to carry out in community programmes. Therefore, even larger samples call for shorter urine collection periods, for example, 8 hours or 14–16 hours.

In all urinary excretion studies care should be taken to minimize drop-outs and incomplete data. The figure of 30–50 subjects per site is based on the fact that renal fluoride excretion is dominated by simple physical and chemical rules, and that "biological" variations are subordinate (disturbances of fluoride excretion are rare, particularly in the first two decades of life). In the hundreds of studies that have been conducted, excretion was primarily dependent on the fluoride intake. Almost no cases had unexpected results, and the amount of fluoride excreted (or, in older studies, the urinary fluoride concentration) was always in the expected range. Cases of outliers with very high fluoride excretions were only reported where a child had swallowed large numbers of fluoride lozenges or several grams of fluoride-containing dentifrice.

As noted in Section 2.2, a country may have several factors that may influence fluoride intake, such as special dietary habits, socioeconomic status, and

*Basic Methods for Assessment of Renal Fluoride Excretion*

environmental conditions; because these factors may be unknown, the study population should be selected at random. Where the conditions are known (e.g. in regions with high fluoride concentration in the water), a careful selection of the study population must be made from multiple sites.

## Age groups

If the study is conducted to assist on planning effective surveillance of fluoride exposure in fluoridation programmes priority is given to children of the younger ages because of their susceptibility to enamel fluorosis. The following groups require special attention:

- toilet-trained children who can provide urine collections up to the age of 6 years, or even 4 years, because this would include children at ages when the susceptibility to dental enamel fluorosis is greatest;
- non-toilet-trained children, that is, those in nappies (diapers);
- children aged over 6 years.
- adults, exposed to fluoride in certain industries (for instance aluminium production, addition of fluoride to water, salt or milk, or exposed to drinking water with excessively high fluoride concentrations).

## Frequency

Urinary fluoride excretion studies on the target population should be conducted before and after the start of the fluoridation programme. Fluoride excretion begins to rise immediately after the start of a fluoride programme, but takes a few weeks or months to reach a steady state. One reason for this is that the skeleton accumulates some of the additional fluoride intake, so it takes a few weeks for a "steady state" to be reached. Thus, for milk fluoridation programmes, evaluation 1 month after the start of the programme may be appropriate. However, for water fluoridation programmes it may be advisable to wait longer, to allow fluoridated water to work its way through the water supply system. In the case of salt fluoridation, it may take several months (e.g. 9 months) until non-fluoridated salt has disappeared from the shelves and is used up in the household.

## Time of study and number of days

Extremes of seasonal weather conditions should be avoided. It is usual to collect urine from subjects for 1 day only, but collection over 2 days makes it possible to estimate variability both within and between subjects. Whatever the number of collection days chosen, the same number of days used be used both before and after the programme.

14

*General design of study*

## 2.4   Methods of monitoring

The data that should be collected in urinary fluoride studies include number of subjects participating, number of successful collections, duration of collection, fluoride concentration, urinary flow and fluoride excretion; these data can be summarized in tabular format (see Table 5.1, Section 5.6). From studies of urinary fluoride conducted in several countries over recent decades, four methods of study have generally emerged as useful: 24-hour collection, 14–16-hour collection, 8-hour collection and spot sample. The 24-hour urine collection should be used wherever possible (Sections 4 and 5), but 14–16 or even 8-hour collection can be used if necessary (Sections 6 and 7). Where 24-hour or continuous supervised collection periods are not possible, spot samples of urine can sometimes provide valuable information (Section 8).

Section 2.4.1 discusses collection over 24 hours and Section 2.4.2 discusses collection over shorter time periods.

### 2.4.1   24-hour urine collection

The question of whether urinary fluoride excretion in a given population is at the desired level can be answered by straightforward evaluation of 24-hour urine collections. Although the calculations are simple, it is advisable to record all factors that may affect individual and group outcomes. Calculating the amount of fluoride excreted over 24 hours per subject provides an estimate of fluoride intake for groups of people; this finding can then be compared with recommended levels of fluoride intake for populations (see Section 1.5) (*14, 17*).

Usually, only one 24-hour collection is obtained per subject; however, if additional collections are taken, the results can be used to estimate within-subject variation (see Section 1.6). A 24-hour collection is usually from morning to morning, with the first void on the first morning being excluded, and the first void on the second morning being included. There are several reports describing collection of urine over 24 hours [e.g. (*19–22*)]. Complete 24-hour urine samples can be obtained through good organization and close supervision at school and at home. Several studies have reported urinary fluoride excretion in children [e.g. (*19, 21–35*)] and adults [e.g. (*36–40*)], based on 24-hour urine collection.

It is important to check the completeness of the collected 24-hour urine samples, because participants – both children and adults – may occasionally pass urine during the collection period but forget to collect it. This is one of the main sources of error, and it results in underestimation of fluoride excretion. However, efforts to seek out subjects who are "dependable" in this respect may introduce bias, meaning that the final study group may not be representative of the population.

15

*Basic Methods for Assessment of Renal Fluoride Excretion*

There are three methods for checking the completeness of 24-hour collections: urine volume or flow rate, creatinine and para-amino benzoic acid (PABA). Each of these is discussed below. Because each criterion has limitations, it is best to consider more than one criterion before excluding a collection.

**Urine volume or flow rate**

Urine volume (or flow rate) is a commonly used marker for validating the completeness of 24-hour urine samples. For example, in children aged 2–4 years, a 24-hour urine volume of less than 140 mL or a flow rate of less than 5 mL/hour may indicate incomplete collection. However, daily urine volume, and consequently flow rate, is affected by the amount of liquid consumed per day. The upper section of Table 5.2 provides criteria that can be used in cleaning data for children aged 2–6 years.

**Creatinine**

Creatinine is spontaneously formed by the breakdown of creatine in muscle, and levels are only slightly affected by diet or normal physical activity. It is excreted in urine at a relatively constant rate, through glomerular filtration. In any individual with stable renal function, the scatter of serum creatinine concentrations from day to day is small, having a within-subject coefficient of variation (CV) of about 4%. Therefore, 24-hour urinary excretion of creatinine has been used as a marker of completeness of 24-hour urine collection. Samples with a 24-hour urine creatinine of less than 8 mg/kg bw/day may be due to incomplete collection, and samples with a 24-hour urine creatinine of more than 22 mg/kg bw/day may be due to collection for longer than 24 hours (see the middle section of Table 5.2).

**Para-amino benzoic acid**

PABA is part of the vitamin B folic acid, and is eaten in small amounts in foods such as yeast, cereals, meat and milk. Larger amounts are included in some vitamin tablets, hair dyes or sunscreens. Since PABA is fully absorbed and fully excreted in urine within 24 hours, it has been used in some large surveys, such as the United Kingdom of Great Britain and Ireland (UK) National Diet and Nutrition Survey (NDNS), to assess the completeness of 24-hour urine collection. Before administering PABA tablets, the eligibility of participants should be checked. PABA tablets should not be given to those who are pregnant; have allergy to hair dye, sunscreen or vitamins; or are taking sulphonamides. PABA may interfere with the antibacterial action of sulphonamides.

16

*General design of study*

   This method of determining completeness of the 24-hour urine sample involves providing three 80 mg PABA tablets to the participants, to be taken at specified intervals with meals. Completeness is then assessed by measuring urinary recovery of PABA over 24 hours. Collections having PABA recovery of 85–110% are considered complete (see the lower section of Table 5.2). PABA can be estimated using a colorimetric method (*41*) or a high-performance liquid chromatography (HPLC) method (*42*). The latter is preferable because some common drugs (e.g. paracetamol) cross-react in the colorimetric method, giving falsely high recoveries.

### 2.4.2   *Timed collections of urine obtained from defined periods of a day*

In all studies that are not based on 24-hour urine collection, information on the timing of maximum fluoride ingestion is important. Fluoride supplementation other than through drinking water usually results in peaks of fluoride excretion at certain hours. After ingestion of fluoridated milk, food containing fluoridated salt, or fluoride tablets, maximum fluoride excretion levels are generally reached within 30–180 minutes; the same is true where toothpaste is swallowed during brushing of the teeth. Information on eating habits allows for better planning of any study and facilitates the interpretation of results.

   The primary purpose of the time-controlled method is to provide fairly precise estimations of 24-hour fluoride excretion when 24-hour collections are not feasible. The estimations are fairly reliable when urine collection starts during or immediately after intake of fluoridated milk or supplements. For monitoring the effects of salt fluoridation, urine collection must start shortly after consumption of the main salted meal, and collection should last at least 2 hours (3 hours if possible). By organizing an additional collection for the night, it is possible to readily obtain urine collections lasting 9–12 hours. In many such studies, a third collection during the daytime is organized for another 3–5 hours. In this way, the total duration of collections covered is between 14 hours (i.e. 2+9+3) and 20 hours (i.e. 3+12+5). The many physiological studies on plasma fluoride indicate that very high or very low fluoride excretion are not to be expected in the 4 hours (i.e. 24 minus 20) to 10 hours (i.e. 24 minus 14) for which data are not collected.

   During the past 30 years, several fluoride studies based on 8-hour or 14–16-hour urine collections have been reported. The results indicate that such studies are useful for evaluating public health programmes (*20, 43–52*).

   For particular purposes – such as to establish the time of day at which fluoride elimination is highest in the population of interest – it may be useful to collect urine separately for specific periods (e.g. morning, afternoon, night) and to analyse each micturition separately. In such cases, collection must

*Basic Methods for Assessment of Renal Fluoride Excretion*

include 2–3 hours that cover the period of the day when the customary main fluoride ingestion and subsequent excretion takes place.

## 12–20 hour collections

Collections of urine over intervals of between 12 and 20 hours should cover, as far as possible, three distinct periods in all subjects:

- **High**: a supervised sample collected during the period when maximum excretion is expected. If supplementary fluoride is given (e.g. in fluoridated milk, tablets or drops, or a meal containing fluoridated salt), collection should start as soon as possible (but at least within 30 minutes of the beginning of the meal), and should last at least 2 hours, to ensure that the excretion peak is captured.
- **Low**: a supervised sample taken during a part of the day that is not preceded by high fluoride intake.
- **Nocturnal**: a sample taken during the night (i.e. during the period of sleep). Children or their parents should bring this sample to school the next morning.

Ideally, a complete series of three collections should be collected from each subject [e.g. see (*47*)]. Average fluoride excretion levels should generally be similar in the **low** and **nocturnal** collections. If they differ widely, efforts should be made to determine the possible reason (e.g. young children may swallow considerable amounts of fluoride-containing toothpaste). In some developing countries, half of the children in a community go to school in the morning (from 07:00 to 11:00) and half in the afternoon (from 12:00 to 17:00). Therefore, it is likely that the first groups will provide morning and nocturnal urine samples, and the second groups afternoon and nocturnal samples. In such circumstances, acceptance of these "incomplete series" of collections may be the only way to obtain data.

## 8-hour collections

When it is difficult to obtain three collections covering a total of 12–20 hours, two collections extending over as many hours as possible should be the aim. Urine may be collected at school or at work, preferably under supervision, with a total duration of at least 8 hours. Two different collections are necessary, one following the main intake of fluoride (high) and one at another time (low or, preferably, nocturnal). This may be the only possibility for studies undertaken in subjects from poor areas or large cities, or from rural areas of some developing countries where it may be difficult to secure cooperation of the population. Nocturnal collections are preferable, because high nocturnal

18

*General design of study*

fluoride excretion is usually indicative of high 24-hour excretion, and thus of high fluoride intake.

**Specific situation of young children in day care**

In some countries, young children are taken to a day-care centre or pre-kinder institution in the early morning, and remain there until late morning or early afternoon; they are then transferred to the home of a relative or to a babysitter until late afternoon, when they are taken home by their parents. In these circumstances, supervised urine collection may only be possible during the morning and nocturnal periods totalling 14–15 hours. In such cases, a cautious approach is to look separately at the results during the low and high excretion periods (*43*).

# 3 Methods for collecting urine, and for handling and evaluating results

## 3.1 Recording of information

For specific studies investigating sources of fluoride exposure, it is useful to obtain and comprehensively record information on fluoride exposure, both general (i.e. factors that bear on the entire group, community or region) and personal (i.e. factors such as fluoride exposure at home or professionally applied fluorides). Less comprehensive data will suffice when evaluating the level of fluoride exposure in communities before or after the introduction of fluoride-based preventive programmes. The following subclauses provide details of relevant information to be recorded. Figures 3.1 through 3.5 depict examples that can be useful to the investigator on recruiting efforts (Figure 3.4), designing labels for urine collecting periods (Figures 3.1 and 3.2), summarizing data (Figure 3.3) and collecting information on tooth brushing practices and use of fluoride supplements (Figure 3.5).

### 3.1.1 General information

The fluoride content of the drinking water in the community must be ascertained. A good practice is to provide parents or guardians with a clean 25 mL plastic cylinder – labelled with the identification (ID) code assigned to the child – with a screw cap, to obtain a sample of water that the child drinks at home. Parents should be instructed to rinse the cylinder a couple of times with the water the child usually drinks at home, fill it to the top with that water, ensure that the cylinder is tightly closed, and bring the sample to the school for testing.

If milk fluoridation is present, the quantity of fluoride in milk and the time of ingestion should be established. If salt fluoridation programmes have been implemented in the country, or if fluoridated salt is otherwise available, it is essential to determine whether fluoride is added to domestic salt only, or also to the salt used in bakeries, large kitchens (e.g. in restaurants, workplace, canteens and hospitals) or the food industry (53).

Data on actual fluoride concentration in salt are also crucial. A level of 250 mg/kg is commonly used when addition of fluoride is limited to domestic

20

*Methods for collecting urine, and for handling and evaluating results*

| Name | | | | Sex[a] | | ID No. | |
|---|---|---|---|---|---|---|---|
| School/ institution or place of employment | | | | Date | | | |
| Period A[b] | Time initial voiding[c] | Time | Time | Time | | Time | Final time |
| Micturition | | 1 | 2 | 3 | | 4 | |
| Volume (mL) | ■■■ | 1 | 2 | 3 | | 4 | Volume (mL) |

ID, identification

Note: In some countries it is not permitted to record the name of the child; in such cases ,the project director should maintain a cross-reference list, and the ID number assigned should be used to identify data collected from individuals.

a  Sex is included merely to alert staff and ensure that a wide mouth jar is provided to female children to facilitate collection.

b  The period should be designated depending whether it is the morning period (A), afternoon (B), or evening (C), and the corresponding labels printed and affixed to each jar beforehand. Other period designations may be used, but the designations must be decided on before the start of the study.

c  The volume of urine at initial voiding is not recorded and is not analysed for fluoride, but the time must be carefully recorded on the label and entered in the form shown in Fig. 3.3.

**Figure 3.1** Example of daytime label used in time-controlled collections, to be attached to the urine collecting jar (WHO Form No. 96392, modified)

---

**Name**_____        **ID No.**_____

**Overnight urine collection**        Date_____

1)  **Note the time** at which subject urinated before going to bed. DO NOT COLLECT THIS URINE

_____ pm

2)  If subject wishes to urinate during the night he or she should use the jar

3)  When subject gets up in the morning he or she should urinate in the jar. Then close the jar and **note the time** _____ am

PLEASE BRING THE JAR TO SCHOOL IN THE MORNING

**Figure 3.2** Overnight urine collection label used in time-controlled collections (WHO Form No. 96393)

21

*Basic Methods for Assessment of Renal Fluoride Excretion*

**General information: Region** _____ **Country** _____ **Community** _____
**Area:** Urban _____ Rural _____ **Date** _____    **School:** _____ **Code:** _____ **Mean temperature:** _____°C

| Children data: | | | | | Period A (High) | | Period B (Low) | | Period C (Nocturnal) | |
|---|---|---|---|---|---|---|---|---|---|---|
| No | ID | Age | Sex | Weight | | Start | End | Start | End | Start | End |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |
| | | | | | Time | | | | | | |
| | | | | | Vol. | | | | | | |

**Figure 3.3** Summary record form of urine collection from a group of children in time-controlled collections (WHO Form No. 96391)

22

*Methods for collecting urine, and for handling and evaluating results*

Preschool, kindergarten, day-care centre or
elementary school_____

Community_____ Date _____

Dear Parent:

The school has agreed to participate in a study about fluoride and children 3–5 years old. The dental health staff from the _____ of _____ wants to study how much fluoride children have in their urine. Fluoride is found naturally in our drinking water. People from this community are being asked to take part in this study because fluoride helps to prevent dental cavities. What the dental health staff learns about our community will be compared with information from other communities and will help establishing a programme to prevent cavities (caries) in the population living in this community.

The study is simple. It involves collecting a few samples of your child's urine and a sample of your drinking water. Plastic containers will be provided by the people in charge of the study. Please let us know whether or not you would be interested in getting more details and possibly agreeing that your child takes part in this activity.

We kindly ask you to complete the form below (X) and send it back with your child.

You may contact the nurse's office or your child's teacher if you have questions you want answered first.

**YES**   I am interest        **NO**    I am not interested

Your name _____

Contact information _____:

**Figure 3.4** Sample invitation (example)

salt. However, when almost all salt destined for human consumption (including salt used in bakeries, large kitchens and the food industry) is fluoridated, concentrations of 180–200 mg/kg are commonly used. Samples of salt and pre-salted food must be collected from food markets, restaurants, bakeries, institutions, salt-processing plants or distributors, and so on.

Whereas some countries have collected data on salt intake, others estimate this by salt "disappearance", which is obtained indirectly by summing home production and imports minus quantities of exported salt, or directly from quantities of salt sold (if this can be determined). Only a portion of salt used in households or in large kitchens is actually ingested, and that proportion can vary widely between different cultures. Salt as sodium chloride contains 39.3% sodium, and the maximum recommended daily intake of sodium is 2.3 g, which amounts to a maximum of 5 g salt per day (*54*).

### 3.1.2   Personal information

Each subject must be identified with a unique (non-repeated) sequential number. The age recorded is usually that on the last birthday, although the exact date of birth can be included. Sex is not mandatory, but some investigators prefer to record and report gender balance (i.e. ratio of male: female). Body weight must be determined on the day of the sample collection to the

23

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Figure 3.5** Questionnaire on use of fluoride supplements and toothpaste

| | |
|---|---|
| **Ministry of Health of** _____ | **Dental department** _____ |
| ***Use of dentifrices and fluoride supplements by children 3–5 years of age*** | |

**Country** _____  **Community** _____

**Recorder** _____  **Survey date** ☐☐☐☐☐☐
Day   month   year

*A. General information*

1.  **Child name** _____   2.  **Date of birth** ☐☐☐☐☐☐
Day   month   year

3.  **Age in years** ☐☐   4.  **Sex**   Male ☐   Female ☐
1     2

5.    **Occupation of the father or responsible family member**

Manual ................................................................................☐ 1

Technical..............................................................................☐ 2

Professional..........................................................................☐ 3

6.    **Level of education of mother**

None.....................................................................................☐ 1

Elementary ..........................................................................☐ 2

Secondary.............................................................................☐ 3

College .................................................................................☐ 4

Professional..........................................................................☐ 5

24

*Methods for collecting urine, and for handling and evaluating results*

**Figure 3.5** *Continued*

| **B. Use of dentifrice** | | |
| --- | --- | --- |

7.  **Does (*child name*) use toothbrush?** ............................................. Yes ☐1  No ☐2

8.  **Does (*child name*) use toothpaste?** ............................................. Yes ☐1  No ☐2

9.  **Which toothpaste does (*child name*) use now?** _____

10. **At what age did (*child name*) start to use toothpaste?**   years ☐☐

11. **How many times per day does (*child name*) brushes with toothpaste?** ☐ times

12. **How much toothpaste does (*child name*) use each time?**



☐1          ☐2          ☐3

13. **Who places the toothpaste on the child's toothbrush?**
    The child ☐1          The mother or other adult ☐2

14. **Does the mother or another adult supervise the child during tooth brushing?** ................................................. Yes ☐1  No ☐2

15. **Do you usually buy the same toothpaste for the adults and children in the family?** .......................................... Yes ☐1  No ☐2

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Figure 3.5** *Continued*

16. **Which is the main reason for preferring the toothpaste brand that you buy for your child?**

Cost ...................................................................... ☐ 1

Flavour .................................................................. ☐ 2

Package ................................................................. ☐ 3

Other ..................................................................... ☐ 4

17. **Please tell us, what is the purpose of the toothpaste?** *(Care should be taken not to influence the answer)*

To prevent dental caries ..................................... ☐ 1

To give good mouth breath .................................. ☐ 2

For cleanliness .................................................... ☐ 3

Other .................................................................... ☐ 4

18. **Has (***child name***) ever taken medicines with fluoride for preventing dental caries, such as drops, tablets or vitamins?**

Fluoride drops ..................................................... ☐ 1

Fluoride tablets ................................................... ☐ 2

Vitamins with fluoride ........................................ ☐ 3

|  | Yes | No |
|---|---|---|
| 19. **Is (***child name***) taking any of these at the present time** ............. | ☐ 1 | ☐ 2 |

*If the answer is **No,** finish the interview.*

20. **At what age did (***child name***) start taking these medicines?** .......... years ☐☐

1 = Drops with fluoride    2 = Fluoride tablets    3 = Vitamins with fluoride ................ ☐

26

*Methods for collecting urine, and for handling and evaluating results*

**Figure 3.5** *Continued*

| Prenatal | | Postnatal-1 (year) | | Postnatal-2 (years) | | Postnatal-3 (years) | |
|---|---|---|---|---|---|---|---|
| Medicine | For how long[a] | Medicine | For how long[a] | Medicine | For how long[a] | Medicine | For how long[a] |
| ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ |
| ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ |
| ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ | ☐ | ☐☐ |

*Check single box and enter number of months on boxes under "how long"*

a. *A period of use is considered to be 15 days or more.*

21. **Please tell us the brand that (**child name**) has used *(include a list of the medicines that exist in the market)***

Drops ……………………………………………………… ☐ 1

Tablets ……………………………………………….. ☐ 2

Vitamins. ……………………………………………….. ☐ 3

Do not remember ……………………………………… ☐ 4

22. **Who prescribes use of such medicines?**

Dentist...................................................................... ☐ 1

Physician .................................................................. ☐ 2

Other ........................................................................ ☐ 3

23. **How many times a day does (**child name**) take these supplements?**

Once ........................................................................ ☐ 1

Twice........................................................................ ☐ 2

Three times............................................................... ☐ 3

More than three times ............................................. ☐ 4

27

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Figure 3.5**  *Continued*

| | |
|---|---|
| 24. | **Where do you buy these medicines?** |
| | Pharmacy/Drugstore ............................................................. ☐ 1 |
| | Dentist/Physician clinic ...................................................... ☐ 2 |
| | Other ................................................................................. ☐ 3 |
| | Specify _____ |
| 25. | **What is the brand name of salt you buy for the family?**_____ |

Thank you for your answers

nearest 0.1 kg; this can be obtained easily using a portable scale (with the subject wearing light clothing) at the same time as name tags or ID numbers are given.

Investigators may collect from parents or guardians any known information on fluoride exposure of children or directly from adult participants. Information required for the investigation of sources of fluoride exposure could include use of fluoride-containing toothpaste, whether children use adult toothpaste (1500–2500 parts per million [ppm]F) or toothpaste for children with a lower fluoride content (250–500 ppm), frequency and quantity of toothpaste use, age at which child began brushing with toothpaste, whether child brushes teeth under supervision, and use of fluoride supplements (brand name, fluoride concentration and frequency of use and quantity used). Additional information may include the use of other fluoride-containing products for oral care (e.g. fluoride rinses and regular topical application by dental professionals). The fluoride concentration in these products and the frequency of their use can be recorded in a questionnaire specially designed for this purpose (see Figure 3.5), which is administered to parents or guardians either on the same day as sample collection or at a different time. If the study is conducted as part of occupational health surveillance, information pertinent to nature of products being handled, intensity of exposure in terms of hours per day, week or months and exposure protective measures available should be recorded.

In this context, it is important to differentiate clearly between "fluoride exposure" and "fluoride intake". *Exposure* is a general term indicating availability or frequent use of fluoride (or both); *intake* is more specific, referring to the ingestion of an amount of fluoride that is known approximately or may even be measured.

28

*Methods for collecting urine, and for handling and evaluating results*

## 3.2   Essential preparatory practices

### 3.2.1   *Pre-collection planning approaches*

**Informed consent**

Fluoride exposure studies involving children require informed consent from the children's parents or guardians. Collaboration from parents or guardians is critical for supervising and recording urine excretion data at home; hence, it is important to first invite them to allow their children to participate, and to then provide clear instructions for the tasks they are expected to carry out. A clear short note of invitation should be prepared, and sent or delivered to each parent or guardian of eligible children (an example is given in Figure 3.4). Institutional review boards (IRB) or equivalent agencies oversee the safety and rights of humans who participate as research subjects. A consent form explaining the purpose and activities to be conducted, benefits and risks to subjects, participation time and other implications must be prepared by the investigators using plain language that will be easily understood by someone with limited education. IRBs require such a document to be reviewed and approved before subjects are engaged in a study. Requirements may vary from country to country, and the investigator is advised to enquire about existing requirements on this matter.

Collaboration from preschool, kindergarten or day-care centres is crucial to enable investigators to conduct studies in a smooth way. Before the day on which the urine collection is planned, it is advisable to meet with the school nurse to finalize details, identify classrooms and restroom facilities for boys and girls, and agree on the necessary project flow. Any additional information on project specifics can be provided at this time.

**Collection staff**

People who work closely with families, particularly in the health field, are best suited to obtaining urine collections from subjects in the survey, and are available in most countries. The key staff involved have to obtain the confidence and cooperation of subjects (and their families if relevant) and schools, supervise collection and undertake simple measurements on the urine collected.

**Home kit**

*Collection vessel – adults and older children*

Most studies are undertaken in children or adults able to control micturition. In such cases, the collection vessel is a jar or plastic bottle with a wide mouth,

29

*Basic Methods for Assessment of Renal Fluoride Excretion*

a lid that can be closed securely (preferably a screw cap), and an area for marking the ID. Such containers are marketed for urine collection and usually graduated in both millilitres and ounces.

The size of container required will depend on the age of the subjects; for example, children aged 3–5 years produce an average of 600–700 mL of urine in 24 hours, whereas children aged 5 years are likely to urinate more.

For collection of all urine over a 24-hourperiod:

- preschool children should be supplied with a 155-mL container; and
- older children and adults should be supplied with a 200-mL container. For nocturnal collections, a 1000-mL container may be required.

A container of 500 or 1000-mL capacity should be used for pooling urine collected from one child during one 24-hour period (the 500-mL capacity may suffice if the study includes only small children).

When urine is obtained from defined periods of a day, collection containers for use during daytime could have a capacity of 120–300 mL for each period (depending on age and the amount of liquids ingested); jars or bottles of 500-mL capacity are also appropriate.

*Collection vessel – infants and young children*

For infants or young children who are not toilet trained, paediatric collectors – special pants that collect all urine (referred to as a "bag within a bag") – should be used (*22*). The bag-within-a-bag system is designed to permit urine to flow from the inside bag to the outside bag, but not in the reverse direction; this prevents urine from being in contact with the child's genitals. The collector is provided with a wide micro pore adhesive band made of non-allergenic material to prevent skin irritation (e.g. Lil'Katch, Cat. No. 05–0501 mfg Mark Clark, Topeka, Kansas – distributed by Baxter Scientific).

*Number of kits*

Generally, two of the above kits are used for each subject – one for home and one for school. A third kit may be required if the subject is going somewhere else during the collection period. All items should be labelled using a water-proof marker.

**Diary**

A small "diary" is required and is given to the subject. The diary contains instructions, the collection supervisor's telephone number, and space for the subject (or parent) to record relevant information (see below).

*Methods for collecting urine, and for handling and evaluating results*

### Supervisor requirements

*General*

The collection supervisor will require the use of a small laboratory or office containing a refrigerator, a freezer, a sink, and a table or bench. The following will also be required:

- plastic measuring jug with wide neck;
- plastic funnel;
- a 1 L measuring cylinder, accurate to 10 mL;
- cold disinfecting solution; and
- 20% chlorhexidine digluconate solution, to prevent growth of microorganisms (*55, 56*) and reduce offensive odour; this is particularly important if pH of urine is to be determined, because growth of bacteria releases ammonia and increases the pH of the urine (*56*).

*Labels*

Labels are crucial for recording the subject's identity number. If time collections are planned, the labels may contain other information essential to the conduct of the study. A label for use specifically in time-controlled urine collections has been designed for recording personal information (Fig. 3.1), micturition times and volume for up to four time periods. This label should be firmly attached to the urine collecting jar, to ensure that it does not detach if it becomes wet during the collection process. The label should be of a size that is large enough to contain all the relevant information, but small enough to adhere securely to the jar.

If time collections are planned, a different label is used for the overnight collection (Fig. 3.2). This label includes space for entering personal information and instructions for subjects or parents, plus two recording fields.

*Record book*

A record book is vital – it is used to transfer and maintain a record of individual and collective data obtained by the collection supervisor in the field. The record book reduces the possibility of losing data entered in labels or forms; it can also be used for cross-referencing and verifying questionable entries. A hand-written record book is recommended because it is easier to handle.

*Other essential accessories*

Accessories will include a weighing scale in kilograms (one per collection site), pencils, an eraser, data-collection forms, labels (sufficient quantity), a

31

*Basic Methods for Assessment of Renal Fluoride Excretion*

fine-point permanent marker, disposable gloves, pens and write-on removable adhesive tape in four colours (one per period of collection). If timed collections are planned, additional equipment will be required: a 5-mL capacity graduate plastic measuring cylinder for adding 2.5 mL of 20% chlorhexidine digluconate to the urine collection bottles and a graduated 250 mL plastic cylinder for measuring urine volume at the collection site.

# 4    Twenty-four hour urine collection

## 4.1    Procedure

If it is intended to record urine pH, the collection supervisor will first add 2.5 mL of 20% chlorhexidine digluconate solution to each collection bottle.

The supervisor should visit the subject, or the subject's care taker, the day before the day of urine collection, to explain the collection procedure and give the subject a home kit and a diary. On the morning of the collection, the subject should void urine (this urine will not be collected) and record the time of this first (discarded) void in the diary. Every subsequent void should be collected. The subject should void into the wide-necked collection container and this urine should be poured into the screw-capped collection bottle, using the funnel. If possible, this collection bottle should be kept in a refrigerator.

The collection supervisor should meet the subject at school, with the second collection kit. Every time the subject wishes to pass urine, the subject and supervisor should meet to ensure complete collection and transfer of urine to the screw-cap collection bottle. If possible, this collection bottle should be kept in a refrigerator. At the end of the school day, the supervisor should collect the school kit, take it to the laboratory or office, and put the collection bottle in the refrigerator. After school, the supervisor should visit the subject at home to motivate the subject (or parent) to continue collection of urine until the first void on the next morning and remind the subject that he/she should note the time of this first void (collected urine) in the diary. In studies with adults, arrangements with the administrative superior or employer are essential.

On the following day, the supervisor should visit the subject's home to ask whether the collection was completed successfully, collect the home kit and diary, and take the collected urine to the laboratory or office. At the laboratory, all of the urine collected from the subject over the 24-hour should be poured into the 1 L measuring cylinder, and the total volume recorded. Also, the pH of the urine should be measured, if this information is required. The addition of chlorhexidine, mentioned at the beginning of this section, is essential if pH is to be determined. Small crystals of thymol can be added to the urine samples to reduce offensive odour.

33

*Basic Methods for Assessment of Renal Fluoride Excretion*

Urine samples should be stored in a refrigerator, to keep them cool until they are transferred to the laboratory. If a refrigerator is not available, an insulated cooler to which ice bags or dried ice have been added can be used to keep the samples cool.

The urine should be well mixed before aliquots are taken, and the aliquots should be put in the freezer. Usually, four aliquots are taken and put into four labelled bijous: two for measurement of fluoride concentration and two for measurement of creatinine concentration. If the aliquots are to be sent by mail (or similar), it is a good idea to take two additional aliquots and store these bijous in the freezer in the laboratory or office, in case the four aliquots are lost in transit. Once the four (or six) labelled bijous are in the freezer, the remaining urine can be discarded, and the collection kits and measuring cylinder should be washed, put into disinfecting solution for the appropriate time and rinsed so that they are ready for use by the next subject.

## 4.2   Fluoride and creatinine concentrations

Urine aliquots intended to be used for this purpose will be conveyed to a suitable laboratory that is equipped to undertake the necessary studies (see Section 2.4.1). If possible, samples should be kept frozen during transport to the laboratory.

## 4.3   Information to be recorded

As noted previously, personal information must be recorded on the form and in the record book. The following must also be recorded:

- length of the collection period (from the subject's diary, recorded in decimal hours – e.g. 23.9 h, see Section 4.5 for details);
- urine pH (if needed);
- urine volume (mL), as measured;
- urine volume (mL), adjusted from recorded collection period to 24 hour;
- creatinine concentration (mg/L);
- creatinine excretion (mg/hour);
- fluoride concentration (mg/L urine or ppm); and
- fluoride excretion (mg/24 hour).

Subject data sometimes needs to be discarded. Any of the following are reasons for discarding data:

- the subject admits to incomplete collection;
- the volume of urine is outside the accepted range of volumes (see flow limits in Table 5.2, in Section 5.6); or

34

*Twenty-four hour urine collection*

- the amount of creatinine excreted in urine is outside the accepted range (see Table 5.2).

For the subjects who completed the study successfully, derived data usually comprises (Table 5.1):

- number of subjects;
- gender balance (% male: female);
- age (mean, SD);
- 24-hour urine volume (mean, SD);
- fluoride concentration (mean, SD); and
- 24-hour urinary fluoride excretion (mean, SD).

## 4.4   Determination of fluoride in urine

Reliable methods for determining urinary fluoride concentrations are well established, and detailed procedures are given in the Appendix section: AP3.3. Procedures for determining fluoride in water obtained from the community (e.g. from the central water supply, boreholes, wells, springs, creeks or lakes) are the same as those used for determining fluoride in urine.

## 4.5   General rules for tabulation and processing of data

The concentration of fluoride in urine is obtained as described in Annex C or from data provided by the laboratory that conducted the fluoride determination. Whatever method is used, it is important to take into consideration essential data needed, and to comply with the following calculation rules, which provide simple numerical operations that can be performed using a basic calculator or computer programme. These rules are intended to facilitate calculation of derived data.

A. Duration of collection is calculated in hours and decimals of hour (to convert minutes to decimals of one hour, multiply by 0.01667).
B. A correction factor – obtained by dividing 24 by the actual duration of collection in a given subject – is used when the urine collection was shorter than 24 hours. The corrected volume for a subject is obtained by multiplying the recorded volume by the correction factor for that subject.
C. Quantity of fluoride in micrograms (μg) in the collected urine is obtained by multiplying urine volume (in ml) by fluoride concentration (in μg/mL; i.e. ppm).
D. Findings by kilogram of body weight and 24 hours:
   a) Urine volume in mL/kg bw/day is obtained by dividing the volume of urine (in mL) in 24 hours (see point B above) by the weight of the child in kilograms.

35

*Basic Methods for Assessment of Renal Fluoride Excretion*

    b) If the investigation requires results of quantity of fluoride in μg/kg bw/day, calculations must be carried out for each child by dividing the quantity of fluoride excreted (in μg, see point C above) by the weight of the child in kilograms.

These rules are summarized in Table 7.5 in Section 7.1.

The person in charge of the assessment should obtain the average quantity of fluoride excreted in 24 hours, and compare this with the standards given in Table 5.3. If available, parameters from the shorter collection periods should be compared with the standards given in Table 7.3. These comparisons will help in deciding whether the fluoride excretion results indicate suboptimal, optimal or above optimal fluoride intake, taking into consideration the following guidelines:

- *Low fluoride intake*: fluoride up to 0.02 mg/kg bw/day (i.e. 20 μg/kg bw/day).
- *Optimal usage of fluoride*; multiple fluoride-based prevention is used, but not to an extent that would cause enamel fluorosis of cosmetic importance. The range of total optimal fluoride intake (or exposure) is 0.05–0.07 mg/kg/day (i.e. 50–70 μg/kg bw/day).

If no further data management or analyses are required, the person in charge of the study should then prepare a final report, which should include at least the information described in Section 5.

# 5 Design of the final report for 24-hour urine collection

This section suggests what information should be included in the various sections of a final report for a study that involved 24-hour urine collection, and how the report should be structured.

## 5.1 Introduction

The introduction to the report should state clearly the objectives of the study; objectives can range from surveillance of community programmes to a specific research project.

## 5.2 Materials and methods

The materials and methods should comply with the conventions for scientific publications, giving reasons for and methods of selecting the particular location or locations of the study, and the number and age of subjects. A separate section should provide all relevant information about the known fluoride exposure of the subjects and the population from which the subjects are drawn. For example, some traditional (mainly African) diets have been shown to be high in fluoride, whereas in industrialized countries, intensive cultivation, combined with sophisticated food processing, leads to generally low dietary fluoride content.

## 5.3 Results

The results section of the study report can be fairly brief, because the methods and evaluations for 24-hour collections are straightforward. Several articles provide examples of how to present the results for studies based on complete 24-hour collections (*17, 19, 21*).

The essential results of any study of this type are the 24-hour urinary fluoride excretion values, summarized when possible in the format illustrated in Table 5.1 (Section 5.6). Urinary data obtained for the purpose of this type of

37

*Basic Methods for Assessment of Renal Fluoride Excretion*

---

**Table 5.1** Urinary fluoride excretion data from 24-hour urine collections

---

**Country/Region** _____ **Location** _____
**Dates**: urines collected between _____ and _____

---

**Subjects**
    Number of eligible subjects _____
    Number of sampled subjects _____
    Number of subjects with consent _____
    Number of subjects with complete collections _____
    Mean (and SD) age _____
    Mean (and SD) weight (kg) _____

**Duration of collection, (hours) within one 24-hour cycle**
    Mean (and SD) _____

**Urine volume (mL) per 24-hour cycle**
    Mean (and SD)
    Confidence range (95%)

**Urine volume (mL) per kg bw per 24-hour cycle**
    Mean (and SD)
    Confidence range (95%)

**Fluoride concentration (mg/L)**
    Mean (and SD)
    Confidence range (95%)

**Fluoride excretion (µg) per 24-hour cycle**
    Mean (and SD)
    Confidence range (95%)

**Fluoride excretion (µg) per kg bw per 24-hour cycle**
    Mean (and SD)
    Confidence range (95%)

**Fluoride excretion (µg) per hour**
    Mean (and SD)
    Confidence range (95%)

---

bw, body weight; SD, standard deviation

*Design of the final report for 24-hour urine collection*

study tend to be skewed; therefore, frequency distributions presented as histograms or in tabular form are useful, because they allow the maximum amount of information to be extracted from the data.

If the pH of urine has been measured (e.g. if the community is known to consume a diet high in either meat or vegetable, as discussed in Section 1.3), the results of pH values would be recorded, and used to aid interpretation of the findings.

## 5.4    Discussion and conclusion

As with scientific articles, the discussion should contain four topics:

- a brief statement of the main findings;
- a critique of the methods used;
- a discussion of how the findings fit with previous or published information; and
- a discussion of the implications of the findings, and suggestions for further investigation.

Table 5.3 provides standards of urinary fluoride excretion in 24-hour urine collections associated with low fluoride exposure and for the range of "optimal" exposure to fluoride, which is 0.05–0.07 mg/kg bw/day.

If the study is designed to determine existing levels of fluoride exposure before introduction of a fluoride programme, the fluoride excretion data gathered should be related to any available information about local sources of fluoride. In follow-up studies (1 month after implementation of a milk fluoridation programme or 9 months after implementation of water or salt fluoridation), conclusions should indicate whether urinary fluoride findings are low, high, or optimal in relation to the standards given in Table 7.3 for timed collection studies.

## 5.5    Summary

The summary should describe the purpose of the study, sources of fluoride exposure and the main findings. It could include suggestions for intensifying an existing fluoridation programme in order to achieve maximum benefits, or reducing fluoride exposure to avoid detrimental effects, as appropriate.

*Basic Methods for Assessment of Renal Fluoride Excretion*

## 5.6   Tables for the 24-hour collection method

**Table  5.2** Criteria  for cleaning data from children aged 2–6 years, from 24-hour collections

| | Urinary flow | |
|---|---|---|
| | **Lower limit** | **Upper limit** |
| Age 2–4 years (mL/24 hours) | 140 | – |
| Age 4–6 years (mL/24 hours) | 200 | – |
| Age 2–4 years (mL/hour) | 5 | – |
| Age 4–6 years (mL/hour) | 7 | – |

**24-hour urinary excretion of creatinine**

| | Urinary creatinine (mg/kg bw/day)[a] | |
|---|---|---|
| **Age (year)** | **Male** | **Female** |
| <1 | 8–20 | 8–20 |
| 1–11 | 8–22 | 8–22 |
| 12–15 | 8–30 | 8–30 |
| 16–89 | 14–26 | 11–20 |
| ≥90 | >9 | >9 |

**Urinary recovery of PABA[b]**

In relation to urinary recovery of PABA, complete urinary collections are those with urinary recovery of PABA of 85–110%

bw, body weight; PABA, para-aminobenzoic acid

**a** Indicators of incomplete collections are urine samples with <8 mg creatinine/kg bw/day; Indicators of collections of >24 hours are urine samples with >22 mg creatinine/kg bw/day

**b** Subjects are given 80 mg PABA tablets, to be taken at specified intervals with meals. Completeness is then assessed by measuring urinary recovery of PABA over 24 hours

*Design of the final report for 24-hour urine collection*

**Table 5.3** Standards for urinary fluoride excretion (mg/24-hour cycle): lower and upper margins

| Low exposure to fluoride (intake <0.02 mg per 24-hour cycle) | Range of optimal fluoride intake | |
|---|---|---|
| | Lower margin[a] | Upper margin[b] |
| ***Age 2–4 years, approximate bw 15.3 kg*** | | |
| ≤0.14 | 0.30 | 0.41 |
| ***Age 3–5 years, approximate bw 17.3 kg*** | | |
| ≤0.15 | 0.33 | 0.45 |
| ***Age 4–6 years, approximate bw 19.2 kg*** | | |
| ≤0.16 | 0.37 | 0.50 |
| ***Age 10–14 years, approximate bw 43.1 kg*** | | |
| ≤0.33 | 0.79 | 1.10 |

bw, body weight
**a** Lower margin based on a fluoride intake of 0.05 mg/kg bw/day
**b** Upper margin based on a fluoride intake of 0.07 mg/kg bw/say
Note: For calculations, see Tables 5.4 and 5.5

41

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Table 5.4** Calculated daily urinary fluoride excretion associated with low, optimal and high fluoride intake for ages 1–14 years

| Age at last birthday | Age range | | Exact age | Mean weight | Exposure multiplied by bw | | | | Calculated DUFE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Minimal | Maximal | | | Low exposure (0.02 mgF/kg × bw) "Too low" | Optimal range | | High exposure (0.1 mgF/kg × bw) "Too high" | Low exposure (0.02 mgF/kg) | Optimal range 0.05–0.07 mgF/kg | | High exposure (0.1 mgF/kg) |
| | | | | | | 0.05 mgF/kg × bw Lower limit | 0.07 mgF/kg × bw Upper limit | | | 0.05 mgF/kg | 0.07 mgF/kg | |
| Yrs | Months | Months | Yrs | kg[a] | mgF/24 h | mgF/24 h | mgF/24 h | mgF/24 h | mg/24 h | mg/24 h | mg/24 h | mg/24 h |
| 1 | 12 | 23 | 1.5 | 11.1 | 0.222 | 0.555 | 0.777 | 1.110 | 0.108 | 0.224 | 0.302 | 0.419 |
| 2 | 24 | 35 | 2.5 | 13.3 | 0.266 | 0.665 | 0.931 | 1.330 | 0.123 | 0.263 | 0.356 | 0.496 |
| 3 | 36 | 47 | 3.5 | 15.4 | 0.308 | 0.770 | 1.078 | 1.540 | 0.138 | 0.300 | 0.407 | 0.569 |
| 4 | 48 | 59 | 4.5 | 17.3 | 0.346 | 0.865 | 1.211 | 1.730 | 0.151 | 0.333 | 0.454 | 0.636 |
| 5 | 60 | 71 | 5.5 | 19.1 | 0.382 | 0.955 | 1.337 | 1.910 | 0.164 | 0.364 | 0.498 | 0.699 |
| 6 | 72 | 83 | 6.5 | 21.2 | 0.424 | 1.060 | 1.484 | 2.120 | 0.178 | 0.401 | 0.549 | 0.772 |
| 7 | 84 | 95 | 7.5 | 22.3 | 0.446 | 1.115 | 1.561 | 2.230 | 0.186 | 0.420 | 0.576 | 0.811 |
| 8 | 96 | 107 | 8.5 | 25.1 | 0.502 | 1.255 | 1.757 | 2.510 | 0.206 | 0.469 | 0.645 | 0.909 |
| 9 | 108 | 119 | 9.5 | 28.2 | 0.564 | 1.410 | 1.974 | 2.820 | 0.227 | 0.524 | 0.721 | 1.017 |
| 10 | 120 | 131 | 10.5 | 34.0 | 0.680 | 1.70 | 2.38 | 3.40 | 0.268 | 0.625 | 0.863 | 1.220 |
| 11 | 132 | 143 | 11.5 | 38.3 | 0.766 | 1.92 | 2.68 | 3.83 | 0.298 | 0.700 | 0.968 | 1.371 |
| 12 | 144 | 155 | 12.5 | 43.1 | 0.862 | 2.16 | 3.02 | 4.31 | 0.332 | 0.784 | 1.086 | 1.539 |
| 13 | 156 | 167 | 13.5 | 48.0 | 0.960 | 2.40 | 3.36 | 4.80 | 0.366 | 0.870 | 1.206 | 1.710 |
| 14 | 168 | 179 | 14.5 | 52.9 | 1.058 | 2.65 | 3.70 | 5.29 | 0.400 | 0.956 | 1.326 | 1.882 |

bw, body weight; DUFE, daily urinary fluoride excretion; F, fluoride; h, hour; TDFI, total daily fluoride intake; yrs, year
Note: DUFE = TDFI × 0.35 + 0.03 [Villa et al. (2010), (17), equation 1]
a Bodyweight according to United States National Center for Health Statistics

**Table 5.5** Calculated daily urinary fluoride excretion associated with low, optimal and high fluoride intake for broader age groups

| Age at last birthday | | | | | Exposure multiplied by bw | | | | Calculated DUFE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Age range | | Exact age | Mean weight | Low exposure (0.02 mgF/kg × bw) | Optimal range | | High exposure (0.1 mgF/kg × bw) | Low exposure (0.02 mgF/kg) | Optimal range | | High exposure (0.1 mgF/kg) |
| | Minimal | Maximal | | | | 0.05 mgF/kg × bw | 0.07 mgF/kg × bw | | | 0.05 mgF/kg | 0.07 mgF/kg | |
| Years | Months | Months | Yrs | In kg[a] | "Too low" | Lower limit | Upper limit | "Too high" | mg/24hrs | mg/24h | mg/24h | mg/24 hours |
| | Age range in months | | | | | | | | | | | |
| 1–2 | 12 | 35 | 2.0 | 12.2 | 0.244 | 0.610 | 0.854 | 1.220 | 0.115 | 0.244 | 0.329 | 0.457 |
| 2–3 | 24 | 47 | 3.0 | 14.4 | 0.287 | 0.718 | 1.005 | 1.435 | 0.130 | 0.281 | 0.382 | 0.532 |
| 3–4 | 36 | 59 | 4.0 | 16.4 | 0.327 | 0.818 | 1.145 | 1.635 | 0.144 | 0.316 | 0.431 | 0.602 |
| 4–5 | 48 | 71 | 5.0 | 18.2 | 0.364 | 0.910 | 1.274 | 1.820 | 0.157 | 0.349 | 0.476 | 0.667 |
| 5–6 | 60 | 83 | 6.0 | 20.2 | 0.403 | 1.008 | 1.411 | 2.015 | 0.171 | 0.383 | 0.524 | 0.735 |
| 6–7 | 72 | 95 | 7.0 | 21.8 | 0.435 | 1.088 | 1.523 | 2.175 | 0.182 | 0.411 | 0.563 | 0.791 |
| 1–3 | 12 | 47 | 2.5 | 13.3 | 0.265 | 0.663 | 0.929 | 1.327 | 0.123 | 0.262 | 0.355 | 0.494 |
| 2–4 | 24 | 59 | 3.5 | 15.3 | 0.307 | 0.767 | 1.073 | 1.533 | **0.137** | **0.298** | **0.406** | 0.567 |
| 3–5 | 36 | 71 | 4.5 | 17.3 | 0.345 | 0.863 | 1.209 | 1.727 | 0.151 | 0.332 | 0.453 | 0.634 |
| 4–6 | 48 | 83 | 5.5 | 19.2 | 0.384 | 0.960 | 1.344 | 1.920 | **0.164** | **0.366** | **0.500** | 0.702 |
| 5–7 | 60 | 95 | 6.5 | 20.9 | 0.417 | 1.043 | 1.461 | 2.087 | 0.176 | 0.395 | 0.541 | 0.760 |
| 1–4 | 12 | 59 | 3.0 | 14.3 | 0.286 | 0.714 | 0.999 | 1.428 | 0.130 | 0.280 | 0.380 | 0.530 |
| 2–5 | 24 | 71 | 4.0 | 16.3 | 0.326 | 0.814 | 1.139 | 1.628 | 0.144 | 0.315 | 0.429 | 0.600 |
| 3–6 | 36 | 83 | 5.0 | 18.3 | 0.365 | 0.913 | 1.278 | 1.825 | 0.158 | 0.349 | 0.477 | 0.669 |
| 4–7 | 48 | 95 | 6.0 | 20.0 | 0.400 | 0.999 | 1.398 | 1.998 | 0.170 | 0.380 | 0.519 | 0.729 |
| 1–5 | 12 | 71 | 3.5 | 15.2 | 0.305 | 0.762 | 1.067 | 1.524 | 0.137 | 0.297 | 0.403 | 0.563 |
| 2–6 | 24 | 83 | 4.5 | 17.3 | 0.345 | 0.863 | 1.208 | 1.726 | 0.151 | 0.332 | 0.453 | 0.634 |
| 3–7 | 36 | 95 | 5.5 | 19.1 | 0.381 | 0.953 | 1.334 | 1.906 | 0.163 | 0.364 | 0.497 | 0.697 |
| 1–6 | 12 | 83 | 4.0 | 16.2 | 0.325 | 0.812 | 1.136 | 1.623 | 0.144 | 0.314 | 0.428 | 0.598 |
| 2–7 | 24 | 95 | 5.0 | 18.1 | 0.362 | 0.905 | 1.267 | 1.810 | 0.157 | 0.347 | 0.473 | 0.664 |
| 1–7 | 12 | 95 | 4.5 | 17.1 | 0.342 | 0.855 | 1.197 | 1.710 | 0.150 | 0.329 | 0.449 | 0.629 |
| 10–14 | 120 | 173 | 12.5 | 43.3 | 0.865 | 2.163 | 3.028 | 4.326 | **0.333** | **0.787** | **1.090** | 1.544 |

bw, body weight; DUFE, daily urinary fluoride excretion; h, hour; TDFI, total daily fluoride intake; yr, year

Notes: DUFE = TDFI*0.35 + 0.03 [Villa et al. (2010), (17), equation 1]; the figures in bold fonts in columns 10, 11 and 12 were used for Table 5.3

a Body weight according to United States National Center for Health Statistics

# 6  Collections of 8–18 hours (within the 24-hour cycle)

Any urine collection must cover a period of at least 2 hours. Incomplete voiding of the bladder at the start or end of the collection period should be avoided, because it can significantly affect the results. To ensure that the total urine generated during the specified period is collected, the procedure involves recording the time at which the collection began and ended (in hours and minutes), and the volume of urine collected as outlined below:

- At the beginning of each collection period, ensure that the subject empties his or her bladder completely:
  - If this is the first collection taken from the subject, discard this urine.
  - If this micturition is the end of a collection period, add the urine passed at this time to the jar used to collect the previous samples from that collection period.
- Note the name of the subject and the time in box No. 1 of the respective period on the label or in the record book (see Fig. 3.1).
- When the subject arrives for the next urination, give the subject the jar or container into which they are to urinate.
- Note the time of this second urination. Ensure that the jar or container is closed, and then put in a cool place (e.g. a refrigerator). If no refrigerator is available, an insulated cooler to which ice bags or dried ice have been added can be used to keep the urine cool before it is transferred to the laboratory. Handle the next and any subsequent urination in the same pre-set collection period in an identical manner.

Towards the end of the supervised pre-set collection period, ask the subject to urinate into the jar. The time when this takes place marks the end of the subject's personal period.

- Measure the total volume of urine collected during this period using a graduated plastic cylinder 250 mL capacity (or cylinders of 100 or 500 mL capacity can be used, if available), and note the volume on the label and in the record book.

44

*Collections of 8–18 hours (within the 24-hour cycle)*

At this point, the base information available from each subject is:

- time point of initial voiding of the bladder;
- time point of last urine collection into the container (jar or bottle); and
- total volume of urine collected between initial and final time points.

For the purpose of analysis, take a 15–25 mL sample of urine from each jar into in a small tube. If possible, take additional aliquots as a safeguard against loss of urine. Store the tubes in a container containing ice for transfer to the laboratory. If fluoride determination cannot be conducted immediately, place tubes in a freezer at –18°C or in a refrigerator, if no freezer are available. Ensure that all tubes are labelled with a reference number that identifies the individual from whom the sample came, and the time period in which the sample was collected. It is good practice to colour code the collection periods (A, B, C or D), mark each tube with the subject ID number using the fine-point permanent ink marker, and also identify the location of the collection.

Wherever possible, obtain a night collection and two supervised day collections. Typically, a night collection in children is obtained under parental supervision and covers 8–10 hours. The two daytime collections are made under supervision of teachers, and one or two members of the project team. Each daytime collection should last about 3–5 hours. In this way, a total of 14–18 hours of the entire 24-hour cycle will be covered. As noted above, in some countries it may only be possible to obtain a morning and a nocturnal collection; these would total 12–15 hours.

## 6.1   Collection of nocturnal urine and during periods of high excretion

A specific jar with a capacity of 750–800 mL is used for a nocturnal collection; with children, this collection is made under parental supervision. A sample label for a nocturnal collection is depicted in Fig. 3.2. Instruct parents to note the time at which the child urinates before going to bed, or the adult participant to note the time at which he/she urinated before going to bed, and advise them not to collect that urine in the jar. If the child or adult participant needs to urinate during the night he or she should use the jar. When the jar is brought in the next morning, measure the volume of urine and record it both on the label and in the record book. In adults, cooperation may sometimes be difficult to obtain. In cases of doubt, it may be advisable to choose another person.

The summary data can be entered in the form prepared for this purpose (Fig. 3.3) and in the record book. A spreadsheet created using Microsoft (MS) Excel software can be used for entering data and calculating results (Tables 7.6 and 7.7). These data are entered in columns 12–14, 22–24 and 32–34, and are used to in calculating fluoride excretion per time.

*Basic Methods for Assessment of Renal Fluoride Excretion*

    Generally, fluoride excretion is highest 1–2 hours after the main cooked meal, and lowest during the night; morning urine is also low in fluoride. Accordingly, the two columns to the left in Table 7.3 show the lower and upper margins for high excretion periods (e.g. after intake of fluoridated milk, meals prepared with fluoridated salt, or consumption of high-fluoride mineral water or some other fluoride source). The two columns to the right in Table 7.3 show the lower and upper margins for urine not preceded – for at least 3 hours – by significant fluoride intake.

## 6.2   Optional calculations obtained from time-controlled urine collection – Use of a standardized format

 The question whether or not urinary fluoride excretion in a given population is at the desired level can be answered by straightforward evaluation of 24-hour urine collections. The calculations are simple, but it is vital to record all factors that may affect individual and group outcomes. This method has been carried over from the first edition of the manual on monitoring of renal fluoride excretion (*11*), and is intended to assist those interested in obtaining a more comprehensive evaluation of results of renal fluoride excretion using MS Excel (Sections 1.0–3.2.1 of this document apply).

    A standard format is presented in Table 7.6 (see Section 7.1), to illustrate the recording and evaluation of field and laboratory data. This format was developed and extensively tested under various working conditions. Sources of data on fluoride intake or exposure should be entered in rows 1 and 2 of the spreadsheet. A simple coding system should be designed to facilitate data entry (see Section 6.2.1 below). For direct comparison with other data, two columns with 24-hour results shown on a per-hour basis have been included (columns 21 and 22).

    Some general rules must be followed for appropriate processing of data using the standard format described above. Following such rules will make it easier to process the data, and will thus help to reduce errors and frustration. Data are entered as hours and minutes – using no commas, full stops or colons (e.g. 715 and 630); and midnight must be recorded as 2400 rather than 0000, because any value equal to 0 in any of the columns 11–14 renders the data for a collection invalid.

    Precision in recording time is essential. In 24-hour collections, time should be recorded to the nearest quarter of an hour (15 minutes); in shorter collections, it should be recorded to the nearest 5 minutes or 1 minute. Entries must be in the format "hhmm" (i.e. with no decimal point) for the time of initial voiding and final collection. Volume of urine should be determined to the nearest 5 mL in 24-hour collections, but to the nearest 2 mL in shorter

*Collections of 8–18 hours (within the 24-hour cycle)*

collection periods. Measuring cylinders for up to 250 mL usually have 2 mL divisions; whereas those for up to 500 mL have 5 mL divisions.

Fluoride concentrations should be recorded with two digits after the decimal point (e.g. 0.65 ppm). In the case of low concentrations, three decimal places may be provided by the laboratory. Figures that include three decimal places (e.g. 0.095 ppm) should not be rounded up. The computed values (columns 15 and above) are calculated by the computer using at least six decimals (floating point operations). The format of the depicted values is specified in the programmed part of the tables and does not alter the high precision of the calculations.

### 6.2.1  Coded recordings of personal data and individual fluoride exposure

In Tables 7.6–7.8, the titles and column headings are self-explanatory (these occupy rows 1–9 in the MS Excel spreadsheet). Column numbers are given below the headings (in row 10). Data for the first subject are then recorded in row 11, for the second subject in row 12, and so on. Thus, if a study involves 37 subjects, data for the last subject will occupy row 47. In MS Excel, the rows are numbered, making it easier to check the data in studies involving large numbers of subjects. Columns are used in a similarly systematic manner; with columns 1–10 reserved for personal information (see Section 3.1.2).

| | |
|---|---|
| **Column 1** | The subject ID number (not necessarily in strict sequential order, unless the investigator has rearranged the spreadsheet to cross-reference with the code number; this extra step is not recommended because it is unnecessary, and creates room for errors). |
| **Column 2** | Gender (male = 1 and female = 2) |
| **Column 3** | Age in years at last birthday |
| **Column 4** | Body weight in kilograms |
| **Columns 5–10** | Coded data on individual fluoride intake or fluoride exposure, and other relevant information |
| **Column 5** | Use of fluoridated milk or salt: No = 0; Yes = 1 |
| **Column 6** | Use of fluoride-containing toothpaste: Never = 0; Sometimes = 1; Once a day = 1; At least twice a day = 3 |
| **Column 7** | Amount of toothpaste used by child: Small pea size = 1; Half of the toothbrush length = 2; Entire length of the toothbrush = 3 |
| **Column 8** | Who places the toothpaste on the child's toothbrush: The child = 1; The mother or another relative = 2 |
| **Column 9** | Does the mother or an adult person supervise the child during tooth brushing? Yes = 1; No = 2 |

47

*Basic Methods for Assessment of Renal Fluoride Excretion*

| | |
|---|---|
| **Column 10** | Use of prescribed or over-the-counter fluoride supplements: Never = 0; Sometimes = 1; Daily = 2 |
| **Column 11** | Repeats Column 1, and pertains to the block of columns 11–20 |

### 6.2.2   Standard table for surveys with 24-hour collections

It is important to take into consideration the format to be used for entering time data. As explained in Section 6.2.1, the time of day at which the collection is initiated and the time at which it ends is expressed in hours and minutes using no commas, full stops or colons. The duration of the collection is expressed in hours and decimals hours; conversion to this format is essential for subsequent arithmetic procedures. Because it is difficult to obtain an exact 24-hour collection, a correction factor is calculated, and is then used to obtain the corrected 24-hour urinary volume and fluoride excretion (see Section 4.5).

In Table 7.6, field and laboratory data (i.e. data at the beginning and end of the collection period, urine volume and fluoride concentration) are entered in columns 12–15:

| | |
|---|---|
| **Column 12** | Time at the start of urine collection (hhmm); that is, the time at which the subject emptied his or her bladder (this urine is not time-controlled, and is therefore discarded unless it pertains to and terminates a preceding collection) |
| **Column 13** | Time of final micturition into the container |
| **Column 14** | Volume (mL) of urine |
| **Column 15** | Fluoride concentration (ppm) |

The data that must be entered into the table are shown in italics, and contained within two frames (covering columns 1–10 and 12–15). As an example, Table 7.6 has been completed for six subjects to illustrate how the table should be used.

Results computed from the field and laboratory data in columns 12–15 are presented in columns 16–24:

| | |
|---|---|
| **Column 16** | Duration in hh. decimals of the collection; thus, for subject 1 in the example, duration is 23.25 hours (i.e. 23 hours 15 minutes) |
| **Column 17** | Quantity (in µg) of fluoride in the urine collection, obtained by multiplying the value in column 14 by that in column 15; thus, for subject 4 in the example, the quantity of fluoride is $600 \times 0.4 = 240$ |

48

*Collections of 8–18 hours (within the 24-hour cycle)*

| | |
|---|---|
| **Column 18** | Correction factor to yield exact 24-hour values, obtained by dividing 24 by the duration of collection (Column 16); thus, for subject 4 in the example, the factor is 24/24.67 = 0.973 |
| **Column 19** | Corrected 24-hour urinary volume in mL, obtained by multiplying the volume collected (column 14) by the correction factor (column 18); thus, for subject 2 in the example, who collected 710 mL of urine, the corrected volume is 710 × 0.973 = 691 mL |
| **Column 20** | Corrected 24-hour fluoride excretion (in µg), obtained by multiplying the quantity of fluoride in the urine actually collected (column 17) by the correction factor (column 18); thus, for subject 2 in the example, the corrected fluoride excretion is 256 µg × 0.973 = 249 µg |
| **Column 21** | Urinary flow in mL/hour, obtained by dividing the value in column 19 – corrected 24-hour urinary volume in mL – by 24 |
| **Column 22** | Hourly urinary fluoride excretion, obtained by dividing the value in column 20 – corrected 24-hour fluoride excretion (in µg) – by 24; hourly values are useful for comparison with results of studies limited to certain parts of the 24-hour period |
| **Column 23** | 24-hour urinary volume per kilogram body weight, obtained by dividing the value in column 19 by that entered in column 4 (i.e. subject weight in kg) |
| **Column 24** | 24-hour urinary fluoride excretion per kilogram body weight, obtained by dividing the value in column 20 – corrected 24-hour fluoride excretion in µg – by that entered in column 4 (subject weight in kg) |

Basic statistics are displayed automatically below each column that shows data for individual subjects. Minimum and maximum values are given, and must always be examined to identify "outliers", which may result from mis-reporting or methodological errors (see Section 6.2.6). Median values and arithmetic mean values are also given; median values are generally slightly lower than the mean values because it is quite common for very high values to be obtained from a few individuals, resulting in a skewed distribution. Values for SD, CV and standard error are also presented.

In studies of circadian variations, it may be convenient to collect and separately analyse 24-hour urine in two (day and night), three or even four separate periods. In such cases, Table 7.6 cannot be used. These data are more complicated to handle; the amount of fluoride in the collection, for instance, must be computed for each time period rather than being averaged over the periods.

49

*Basic Methods for Assessment of Renal Fluoride Excretion*

Tables are available for use with these data, using the same format shown in columns 1–10, 12–15, 22–25, etc. (see Section 6.2).

*6.2.3  Standard table for surveys with two collections totalling 14–16 hours, using MS Excel*

As in Table 7.6, columns 1–10 of Table 7.7 are reserved for personal data and codes relating to individual fluoride exposure, and column 11 repeats the subject number. For the *first collection period*, columns 12–15 are again used for recording field and laboratory data, with the same use of italics and boxes as in Table 7.6. In the example given, except for two children, the first collection took place during the night; results for this period are given in columns 16–20.

| | |
|---|---|
| **Column 16** | Validity code. If the initial time, the final time, the volume and the fluoride concentration of the collection (columns 12–15) are available, the code 1 – "valid" – appears in column 16. If one or more of these values are missing, the code in column 16 is 0, indicating an "unsuccessful" collection. Missing data could be due to the initial or final time of the collection (or both) being missing, the collected urine being lost, or the fluoride concentration being unavailable. As noted above, midnight must be recorded as 2400, not as 0000, because any value equal to 0 in any of the columns 12–15 renders the data for a collection invalid. Whenever the code in column 16 is 0, an "**x**" is automatically assigned to columns 17–20. |
| **Column 17** | Time of initial voiding (column 12). This is recorded only for those children whose urine collection was successful. The median time at the start of the collections is important when comparing fluoride excretion with a distinct time point of fluoride, as in Table 7.3. |
| **Column 18** | Duration of collection, expressed in hours and decimals (hh.dec). The underlying formula automatically takes into account the special situation of collections extending past midnight; when the initial time of a collection is a larger figure – for example, if the collection ran from 2200 (i.e. 10 pm) to 0700 (i.e. 7 am) – then 24 hours are automatically added to the final time; this gives the correct duration, which in the case of this example would be 9 hours. |

50

*Collections of 8–18 hours (within the 24-hour cycle)*

| | |
|---|---|
| **Column 19** | Urinary flow (mL/hour) |
| **Column 20** | Urinary fluoride excretion (μg/hour) |
| **Column 21** | Subject number(automatically presented) |

Data from the *second collection period* are entered in columns 22–25 of Table 7.6: columns 26–31 then correspond exactly to columns 16–21; that is, they cover the validity code, time of initial voiding, duration of collection, urinary flow, urinary excretion rate and subject number. The data for the fifth subject (No. 85) have been processed to illustrate the ease of the computations.

The statistics on the fluoride excretion shown in column 20 (nocturnal collections) should be compared to the standards given in Table 7.3.

### 6.2.4 Standard table for surveys with three collections totalling 14–16 hours using MS Excel: complete series

The term "complete series" applies when all the three collections are valid in all subjects, and can thus be evaluated in respective tables. In Table 7.7, only seven subjects provided complete data; 2 subjects (Nos. 84 and 87) provided only noon data, and one subject (No. 91) provided no valid data at all.

When three collection periods are chosen – for example, morning, midday and nocturnal urine – the morning results are entered in columns 12–21, the midday results in columns 22–31, and the nocturnal data and respective results in columns 32–41.

Under Westernized eating habits, the nocturnal and morning results should be compared with the standards for the low excretion period, whereas the midday urine should be compared with the high excretion periods.

### 6.2.5 Standard table for surveys with collections made in four periods totalling the 24-cycle

The table for three collections (Section 6.2.4) must be extended by columns 42–51. This pattern of collecting urine has been used for very young children in order to identify whether there are strong circadian variations in the fluoride excretion at very young age. Studies using four collections may also be interesting in closed institutions for children.

### 6.2.6 Cleaning of data

When all data have been entered in the appropriate table, and all parameters have been computed (automatically for the most part), the next step is to clean the data. This process begins with inspection of the minimum and maximum values, displayed in all tables in the two rows immediately below the row that records the number of subjects.

51

*Basic Methods for Assessment of Renal Fluoride Excretion*

In surveys where collections are for 14–16 hours or 8 hours, data cleaning must be done carefully, and additional criteria may need to be established. For instance, the protocol may require that, for nocturnal urine collection in children, the last urine before sleep must be passed between 19.00 and midnight, and the first morning urine between 05.00 and 09.00. Thus, if a nocturnal collection starts at 18.30, for example, it would be excluded according to these limits. However, in some societies, children (particularly those aged over 4–5 years) may not go to bed so early, so their last micturition before going to bed may occur, for example, at 21.00. Similarly, these children may get up in the morning at 6.00 or 6.30, and their first urination time would constitute the end of the nocturnal collection. Any such criteria for data cleaning must be adapted to the local customs and circumstances; these should be established during the planning stage and clearly stated in the protocol.

The minimum and maximum values shown just below the number of subjects immediately reveal "suspect" data or values that are obviously outside expected limits. Suggested limits for urinary flow, fluoride excretion rate and fluoride concentration are given in Table 7.2. When there are suspect results, the subject should be identified and the original record examined to determine whether there was a typing error, or whether something went wrong with the collection or the laboratory analysis. Only typing mistakes and obvious gross errors should be corrected in the original data table; other suspect data should be left unchanged, and no further changes should be made to this original data table. However, a copy – the "clean data table" – should be made on which suspect or doubtful data in columns 11–24, 21–24 and so on (i.e. the results that deviate significantly from normal or expected values) can be "cleaned". Although incomplete voiding of the bladder has no influence on concentrations, time-controlled samples are susceptible to incomplete voiding at the beginning and at the end of the collection period; this is the principal source of "outliers" with very high or very low urinary flow.

Cleaning of outliers must be done cautiously, and should be restricted to results that are obviously incompatible with the rest of the data. If a decision is made to exclude a particular set of results, only the initial time is to be deleted; entries in columns 15–19, 25–29 and so on will then automatically be changed to an "x". The effect of such exclusion is easy to check by comparing statistics based on the uncleaned data (in the *original* data table) with those based on the cleaned data (in the *clean* data table) Clearly, maximum and minimum values will change when outliers are excluded, but averages and medians should change very little. SD values may decrease appreciably as a result of exclusions.

In studies in which three collection series have been planned, provided that more than 80% of the children still have three valid collections in the *clean* data table, data for the children who provided complete collections may be transferred to a table designated for children with all three collections. By

*Collections of 8–18 hours (within the 24-hour cycle)*

doing this, data for any children who provided incomplete collections are disregarded.

## 6.3 Extrapolations

As noted under Section 2.4.1, in some highly industrialized and in some developing countries it is not feasible to undertake collections lasting 24 hours. In these circumstances, supervised urine collection can only be taken, for instance, during the morning and the afternoon or evening, or during the morning and during nocturnal periods. However, this can give a total of 16 hours, which would mean excretion was measured during two thirds of the cycle (i.e. 16/24 hours). If one collection is timed to occur during maximal fluoride excretion and the other during low excretion (usually the nocturnal urine), then it is tempting to extrapolate from the 16-hour results to 24-hour results. Two published studies have used a simple method for such extrapolations (*43, 47*). Although the results of these studies looked "reasonable", more research is needed in this field, and it is best at this time to compare the observed results in the various collection periods with the standards given in Table 5.4.

53

# 7 Design of the final report for time-controlled urinary collections

The suggestions given in Section 5 for preparing a final report for surveys with a 24-hour collection should be considered when developing reports for surveys of a shorter duration. When the 24-hour period is subdivided, the results should be presented separately for the defined periods of the 24-hour cycle [e.g. see (57)]. The results should be presented in detail, and in a way that allows the reader to follow the calculations. For 24-hour collections, Table 7.6 presents a base table using MS Excel; such a table may be placed in an annex to the report. Table 7.7 shows an appropriate MS Excel table for studies using a nocturnal and a daytime collection; again, this table may be placed in an annex. Table 7.8 presents a dataset example and MS Excel computing table showing calculations of fluoride excretion of children providing morning, afternoon and nocturnal collections. Tables of this kind are the important outcome of timed urinary fluoride excretion studies.

Table 7.3 provides standards for urinary fluoride excretion in micrograms of fluoride per hour, which are applicable to timed collections during the 2–4 hours after the main meal, and for night and morning urinary collections. Table 7.4 provides standards for urinary fluoride concentration for communities with low fluoride intake and those with optimal fluoride intake. Table 7 displays the calculation of parameters using simple numerical operations.

*Design of the final report for time-controlled urinary collections*

## 7.1 Tables for time-controlled urinary collections

**Table 7.1** Urinary fluoride data for time-controlled urine collections

**Country/Region** _____

**Location** _____

**Dates** Urines collected between _____ and _____

**Number of subjects**
   Eligible subjects                  _____   _____   _____
   Sampled subjects             _____   _____   _____
   Subjects with consent        _____   _____   _____
   Subjects with complete collections   _____   _____   _____
   Mean (and SD) age           _____   _____   _____
   Mean (and SD) weight (kg)     _____   _____   _____

|  | **Period 1 (High)** | **Period 2 (Low)** | **Period 3 (Nocturnal)** |
|---|---|---|---|
| **Duration of collection (hours)** | _____ | _____ | _____ |
|   Mean (and SD) | _____ | _____ | _____ |
|   (Average in hours and decimals of hour) | | | |
|   Approximate beginning of the period | _____ | _____ | _____ |
| **Urine volume (mL)** | | | |
|   Mean (and SD) | _____ | _____ | _____ |
|   Confidence range (95%) | _____ | _____ | _____ |
| **Urine volume (mL) per hour** | | | |
|   Mean (and SD) | _____ | _____ | _____ |
|   Confidence range (95%) | _____ | _____ | _____ |
| **Fluoride concentration (mg/L)** | | | |
|   Mean (and SD) | _____ | _____ | _____ |
|   Confidence range (95%) | _____ | _____ | _____ |
| **Fluoride excretion (µg) per kg body weight** | | | |
|   Mean (and SD) | _____ | _____ | _____ |
|   Confidence range (95%) | _____ | _____ | _____ |
| **Fluoride excretion (µg) per hour** | | | |
|   Mean (and SD) | _____ | _____ | _____ |
|   Confidence range (95%) | _____ | _____ | _____ |

SD, standard deviation

55

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Table 7.2** Criteria for cleaning data from children aged 2–6 years, from time-controlled urine collections[a]

**Initiation and ending of urine collection periods**

*Morning urine collection*

First urine must be collected between 05:00 and 09:00

*Nocturnal urine collection*

Last urine before sleep must be passed between 19.00 and midnight

|  | Lower limits | Upper limits |
|---|---|---|
| **Urinary flow** | | |
| Age 2–4 years (mL/hour) | 5 | _____ |
| Age 4–6 years (mL/hour) | 7 | _____ |
| Age 2–4 years (mL/24 hours) | 140 | _____ |
| Age 4–6 years (mL/24 hours) | 200 | _____ |
| **Urinary fluoride excretion** | | |
| Age 2–4 years (µg/hour) | 2 | 180 |
| Age 4–6 years (µg /hour) | 3 | 300 |
| Age 2–4 years (mg/24 hours) | 0.12 | 4 |
| Age 4–6 years (mg/24 hours) | 0.20 | 7 |
| **Urinary fluoride concentration** | | |
| All ages mg/L (ppm) | 0.08 | 5 |

Note: Although incomplete voiding of the bladder has no influence on concentrations, time-controlled samples are susceptible to incomplete voiding at the beginning and at the end of the collection period; this is the principal source of "outliers" with very high or very low urinary flow

Note for the printer: µg/hour means: micrograms/hour

**a** Fluoride data from Bulgaria (mainly for low fluoride limits); England; Islamic Republic of Iran (mainly for high fluoride limits); Sri Lanka and Switzerland

*Design of the final report for time-controlled urinary collections*

**Table 7.3** Range of optimal urinary fluoride excretion (μg/hour) at different times, for time-controlled urine collections: lower and upper margins

| Optimal for peaks 2–4 hours after main meal[a] | | Optimal for night and morning[b] | |
|---|---|---|---|
| **Lower margin** | **Upper margin** | **Lower margin** | **Upper margin** |
| *Age, 2–4 years, approximate body weight 15.3 kg* | | | |
| 19 | 25 | 9 | 13 |
| *Age, 3–5 years, approximate body weight 17.3 kg* | | | |
| 21 | 28 | 10 | 14 |
| *Age, 4–6 years, approximate body weight 19.2 kg* | | | |
| 23 | 31 | 11 | 16 |
| *Age 10–14 years, approximate body weight 43.1 kg* | | | |
| 49 | 68 | 25 | 34 |

**a** 50% higher than 24-hour average
**b** 25% lower than 24-hour average
Note: For calculations, see Tables 5.4 and 5.5

**Table 7.4** Standards for urinary fluoride concentration (mg/L; ppm) for all ages, for time-controlled urine collections; lower and upper margins

| Fluoride intake | Peaks 2–4 hours after main meal | | Night and morning | |
|---|---|---|---|---|
| | **Lower limit** | **Upper limit** | **Lower limit** | **Upper limit** |
| Low intake | 0.3 | 0.5 | 0.2 | 0.4 |
| Optimal usage[a] | 0.8 | 1.2 | 0.7 | 0.9 |

**a** Based on large number of studies in communities with low fluoride intake and with optimal fluoride intake (mostly conducted in relation to fluoridated water), these limits have been found to be age independent

57

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Table 7.5** Calculation of parameters using simple numerical operations

| Relevant part of Section 4.5 | Duration of collection in hours and decimals of hour[a] | Correction for urine collection lasting <24 hours[b] | Corrected volume (mL) | Quantity of fluoride in urine collection (µg) | Urine volume (mL/kgbw/day) | Fluoride (µg/kg/bw/day)[c] |
|---|---|---|---|---|---|---|
| | A | B | B | C | D(a) | D(b) |
| Operation | Time at end of collection minus time at beginning of collection | Actual duration of collection, divided by 24 | Recorded volume of urine (in mL) multiplied by the correction factor for that subject | Volume of urine (in mL) multiplied by fluoride concentration (in µg/mL; ppm) | Volume of urine (in mL) in 24 hours (B) divided by the weight of the child (in kg) | Quantity of fluoride excreted (in µg) [C] divided by the weight of the child (in kg) |

bw, body weight; ppm, parts per million

a Minutes are multiplied by 0.01667 to convert to decimals of one hour

b A correction factor is used when the urine collection did not last exactly 24 hours

c Calculations are carried out for each child

58

**Table 7.6 Data and computing table using MS Excel for surveys for 24-hour collections (example with six cases)**

F exposure Continued

Six cases for illustration, corresponding to low or moderate fluoride exposure
(This is also for description of general fluoride intake/exposure). See case 4 with "easy" results illustrating computations

| | Personal data, fluoride exposure | | | | | | | | | | Field and laboratory data | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Coded individual F exposure, etc. | | | | | | | Urine collection | | | | Preliminary results | | Correction factor for | Results adjusted to 24h | | 24-h results per h | | Findings per kg bw and per 24h | |
| | | | | F-water | F-toothpaste | F-rinses | | | | No. | | | | | | | | | | | | | |
| Subject ID | Sex M=1 F=2 | Age (yrs) | Bw (kg) | | | | | | | Subject ID | Time at initial voiding (hhmm) | Collection ended (hhmm) | Volume urine mL | F conc. (ppm) | Duration of collect. (hhmm) | F in urine (µg) | 24h | Volume of urine (mL/24h) | F excreted (µg/24h) | Urine (mL/h) | F excreted (µg/h) | Urine (mL/kg bw/24h) | F (mg/kg bw/24h) |
| Cn1 | Cn2 | Cn3 | Cn4 | Cn5 | Cn6 | Cn7 | Cn8 | Cn9 | Cn10 | Cn11 | Cn12 | Cn13 | Cn14 | Cn15 | Cn16 | Cn17 | Cn18 | Cn19 | Cn20 | Cn21 | Cn22 | Cn23 | Cn24 |
| 1 | 2 | 5 | 21 | | | | | | | 1 | 715 | 630 | 660 | 0.52 | 23.25 | 343 | 1.032 | 681 | 354 | 28.4 | 14.8 | 32.4 | 16.9 |
| 2 | 2 | 4 | 15 | | | | | | | 2 | 720 | 800 | 710 | 0.36 | 24.67 | 256 | 0.973 | 691 | 249 | 28.8 | 10.4 | 46.1 | 16.6 |
| 4 | 1 | 4 | 20 | | | | | | | 4 | 715 | 715 | 600 | 0.4 | 24.00 | 240 | 1.000 | 600 | 240 | 25.0 | 10.0 | 30.0 | 12.0 |
| 5 | 2 | 5 | 23 | 0 | | | | | | 5 | 730 | 700 | 390 | 0.38 | 23.50 | 148 | 1.021 | 398 | 151 | 16.6 | 6.3 | 17.3 | 6.6 |
| 7 | 1 | 4 | 18 | 2 | | | | | | 7 | 700 | 730 | 840 | 0.54 | 24.50 | 454 | 0.980 | 823 | 444 | 34.3 | 18.5 | 45.7 | 24.7 |
| 9 | 1 | 4 | 22 | 1 | | | | | | 9 | 750 | 750 | 1070 | 0.283 | 24.17 | 303 | 0.993 | 1063 | 301 | 44.3 | 12.5 | 48.2 | 13.7 |
| | | 6 | 6 | | | | | | | N | 6 | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| | | 4 | 15.0 | | | | | | | Min | 700 | 630 | 390 | 0.283 | 23.25 | 148 | 0.973 | 398 | 151 | 16.6 | 6.3 | 17.3 | 6.6 |
| | | 5 | 23.0 | | | | | | | Max | 740 | 800 | 1070 | 0.540 | 24.67 | 454 | 1.032 | 1063 | 444 | 44.3 | 18.5 | 48.3 | 24.7 |
| | | 4 | 20.5 | | | | | | | Med | 717.5 | 732.5 | 685 | 0.390 | 24.08 | 279 | 0.997 | 686 | 275 | 28.6 | 11.4 | 39.1 | 15.1 |
| | | 4.3 | 19.8 | | | | | | | Mean | | | 712 | 0.414 | 24.01 | 291 | 1.000 | 709 | 290 | 29.6 | 12.1 | 36.6 | 15.1 |
| | | 0.5 | 2.9 | | | | | | | SD | | | 230 | 0.099 | 0.55 | 103 | 0.023 | 222 | 101 | 9.3 | 4.2 | 12.2 | 6.0 |
| | | | | | | | | | | CV | | | 32 | 24 | 2 | 36 | 2 | 31 | 35 | 31 | 3.5 | 3.3 | 4.0 |
| | | | | | | | | | | SE | | | 94 | 0.040 | 0.23 | 42 | 0.009 | 91 | 41 | 3.8 | 1.7 | 5.0 | 2.5 |
| | | | | | | | | | | Lower limit | | | | | | | | 476 | 183 | 19.8 | 7.6 | 23.9 | 8.7 |
| | | | | | | | | | | Upper limit | | | | | | | | 943 | 396 | 39.4 | 16.5 | 49.4 | 21.4 |

Confidence limits, p = 0.95
t for p = 0.05, DF = N−1:2.570

**Formulae**
Cn 17 = Cn 14 × Cn 15
Cn 18 = 24/Cn 16
Cn 19 = Cn 14 × Cn 18
Cn 20 = Cn 17 × Cn 18

bw, body weight; Cn, column; CV, coefficient of variation; DF, degrees of freedom; F, fluoride; h, hour; m, minute; MS, Microsoft, ppm, parts per million; SD, standard deviation; SE, standard error; y, year

Four children were aged 4 years, and two were aged 5 years.
The accurate mean age is 4.3 + 0.5 = 4.8
Example: age 5 at last birthday in fact means and age range
from 5.00 to 5.99; therefore, 0.5 years must be added

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Table 7.7** Dataset example and MS Excel computing table showing calculations of fluoride excretion of children providing nocturnal and noon urine collections

Enter source of data and a summary of fluoride exposure here

Enter source of data here (example of 10 subjects for illustration; No. 85 with "easy" data) and case 91 zero valid collections

| Personal data | | | | | Night | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID No. | Sex M = 1 F = 2 | Age (yrs) | Bw (kg) | Subject No. | Field and laboratory data | | | | Valid "=1" | Valid time at initial void Ing(hhmm) | Duration of collection hh.dec | Results per h | | |
| | | | | | Time at initial voiding (hhmm) | Collection ended (hhmm) | Urine volume (mL) | F conc (ppm) | | | | Urine flow (mL/h) | F excr. (µg/h) | Subject No. |
| Cn1 | Cn2 | Cn3 | Cn4 | Cn11 | Cn12 | Cn13 | Cn14 | Cn15 | Cn16 | Cn17 | Cn18 | Cn19 | Cn20 | Cn21 |
| 81 | 1 | 3.7 | 15 | 81 | 1830 | 720 | 300 | 1.06 | 1 | 1830 | 12.83 | 23.4 | 24.8 | 81 |
| 82 | 1 | 3.4 | | 82 | 1600 | 705 | 150 | 1.59 | 1 | 1600 | 15.08 | 9.9 | 15.8 | 82 |
| 83 | 1 | 5 | 17 | 83 | 2400 | 930 | 220 | 0.533 | 1 | 2400 | 9.50 | 23.2 | 12.3 | 83 |
| 84 | 1 | 4 | 16 | 84 | | | 200 | 1.29 | 0 | x | x | x | x | 84 |
| 85 | 1 | 3.3 | 16 | 85 | 2040 | 640 | 240 | 0.5 | 1 | 2040 | 10.00 | 24.0 | 12.0 | 85 |
| 87 | 1 | 5 | 18 | 87 | | | 320 | 1.85 | 0 | x | x | x | x | 87 |
| 88 | 2 | 3.6 | 16 | 88 | 2040 | 700 | 300 | 0.53 | 1 | 2040 | 10.33 | 29.0 | 15.4 | 88 |
| 91 | 1 | 5 | 20 | 91 | 2000 | | | | 0 | x | x | x | x | 91 |
| 89 | 1 | 3.6 | 17 | 89 | 1910 | 715 | 200 | 1.1 | 1 | 1910 | 12.08 | 16.6 | 18.2 | 89 |
| 90 | 2 | 3.8 | 15 | 90 | 1400 | 2100 | 300 | 0.766 | 1 | 1400 | 7.00 | 42.9 | 32.8 | 90 |
| 10 | N | 10 | 9 | N | 8 | 7 | 9 | 9 | 7 | 7 | 7 | 7 | 7 | N |
| Min | | 3 | 15 | Min | 1400 | 640 | 150.0 | 0.500 | | 1400 | 7.0 | 9.9 | 12.0 | Min |
| Max | | 5 | 20 | Max | 2400 | 2100 | 320.0 | 1.85 | | 2400 | 15.1 | 42.9 | 32.8 | Max |
| Median | | 4 | 16 | Median | 1955 | 715 | 240.0 | 1.060 | | 1910 | 10.3 | 23.4 | 15.8 | Median |
| Mean | | 4.0 | 16.6 | Mean | | | 247.8 | 1.024 | | | 11.0 | 24.1 | 18.8 | Mean |
| | SD | 0.7 | 1.6 | SD | | | | 0.488 | | | 2.6 | 10.3 | 7.5 | SD |
| If age only in integers: | | | | CV | | | | 48 | | | 24 | 43 | 40 | CV |
| Raw mean age | | | | | | | | | | | | | | |
| Plus 0.5: | | 4.5 | | CV | | | | CV = 100 × SD/Mean | | | | | | |
| | | | | | | | Time of voiding the bladder: between 0001 and 2400 (0000 will invalidate the case) | | | | | | | |

bw, body weight; Cn, column; CV, coefficient of variation; DF, degrees of freedom; F, fluoride; h, hour; ID, identification; m, minute; MS, Microsoft; ppm, parts per million; SD, standard deviation; SE, standard error; y, year

| Gender of subjects | N | % |
|---|---|---|
| Female | 2 | 20 |
| Male | 8 | 80 |
| Sum | 10 | 100 |

Row 10 provides column numbers Leave blank those cells of the field and laboratory data where the data is missing. Collections are only valid where all four sets of field and laboratory data are recorded

**Explanation formulae**
Cn 18 = duration of collection in hours and decimals
Cn 19 = Cn14/Cn18
Cn 20 = Cn 14 × Cn 15/Cn18

| Total number of subjects | 10 |
|---|---|
| Subjects with at least 1 valid collection | 0 |
| Number of subject with all collections valid | 0 |
| Number of valid collections | 16 |
| Number of collections per subject, mean | 1.6 |

*Design of the final report for time-controlled urinary collections*

Noon

| | Field and laboratory data | | | Valid "=1" | Valid time at initial voiding (hhmm) | Duration of collection (hh.dec) | Results per h | | No | No. of valid collections (Cn16 + Cn 26) |
|---|---|---|---|---|---|---|---|---|---|---|
| Time at initial voiding (hhmm) | Collection ended (hhmm) | Urine volume (mL) | F conc. (ppm) | | | | Urine flow (mL/h) | F excr. (µg/h) | | |
| Cn22 | Cn23 | Cn24 | Cn25 | Cn26 | Cn27 | Cn28 | Cn29 | Cn30 | Cn31 | Cn32 |
| 1200 | 1530 | 70 | 0.922 | 1 | 1200 | 3.50 | 20.0 | 18.4 | 81 | 2 |
| 1200 | 1440 | 140 | 1.42 | 1 | 1200 | 2.67 | 52.5 | 74.6 | 82 | 2 |
| 1145 | 1500 | 100 | 1.18 | 1 | 1145 | 3.25 | 30.8 | 36.3 | 83 | 2 |
| 1200 | 1520 | 170 | 1.41 | 1 | 1200 | 3.33 | 51.0 | 71.9 | 84 | 1 |
| 1200 | 1500 | 90 | 2 | 1 | 1200 | 3.00 | 30.0 | 60.0 | 85 | 2 |
| 1220 | 1530 | 70 | 1.25 | 1 | 1220 | 3.17 | 22.1 | 27.6 | 87 | 1 |
| 1200 | 1450 | 170 | 0.843 | 1 | 1200 | 2.83 | 60.0 | 50.6 | 88 | 2 |
| 1200 | 1400 | | | 0 | x | x | x | x | 91 | 0 |
| 1210 | 1330 | 90 | 1.45 | 1 | 1210 | 1.33 | 67.5 | 97.9 | 89 | 2 |
| 1200 | 1320 | 220 | 1.2 | 1 | 1200 | 1.33 | 165.0 | 198.0 | 90 | 2 |
| **10** | **10** | **9** | **9** | **9** | **9** | **9** | **9** | **9** | | **16** |
| 1145 | 1320 | 70.0 | 0.843 | | 1145 | 1.3 | 20.0 | 18.4 | | |
| 1220 | 1530 | 220.0 | 2.000 | | 1220 | 3.5 | 165.0 | 198.0 | | |
| 1200 | 1475 | 100.0 | 1.250 | | 1200 | 3.0 | 51.0 | 60.0 | | |
| | | 124.4 | **1.297** | | | 2.7 | 55.4 | 70.6 | | |
| | | | 0.339 | | | 0.8 | 44.5 | 53.9 | | |
| | | | 26 | | | 3.0 | 80 | 76 | | |

61

*Basic Methods for Assessment of Renal Fluoride Excretion*

**Table 7.8** Dataset example and MS Excel computing table showing calculations of fluoride excretion of children providing morning, afternoon and nocturnal collections

| Enter source of data and a summary of fluoride exposure here | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Enter source of data here | | | | | | (Ten subjects for illustration: case 59 with "easy" data) | | | | | | | | | | | |

| Personal data | | | | Coded individual fluoride exposure | *MORNING* | | | | | Valid "=1" | *MORNING* | | | | | *AFTERNOON* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject No. | Gender m=1 f=2 | Age, yrs | Body weight kg | | No. | Field and laboratory data | | | | | Valid time at initial voiding hhmm | Duration of collection hh.dec | Values per hour | | No. | Field and laboratory data | |
| | | | | | | Time at initial voiding hhmm | Collection ended hhmm | Urine volume ml | F conc. ppm | | | | Urine flow ml/h | F excr. µg/h | | Time at initial voiding hhmm | Collection ended hhmm |
| cn1 | cn2 | cn3 | cn4 | | cn11 | cn12 | cn13 | cn14 | cn15 | cn16 | cn17 | cn18 | cn19 | cn20 | cn21 | cn22 | cn23 |
| 53 | 2 | 4 | 25 | | 53 | 900 | 1114 | 240 | 0.16 | 1 | 900 | 2.23 | 107.5 | 17.1 | 53 | 1330 | 1459 |
| 54 | 1 | 5 | | | 54 | 907 | 1107 | 35 | 0.34 | 1 | 907 | 2.00 | 17.5 | 5.9 | 54 | 1334 | 1504 |
| 56 | 2 | 5 | 27 | | 56 | 900 | 1100 | 60 | 0.5 | 1 | 900 | 2.00 | 30.0 | 15.0 | 56 | 1320 | 1520 |
| 57 | 1 | 4 | 19 | | 57 | 855 | | 17 | 0.46 | 0 | x | x | x | x | 57 | 1330 | 1510 |
| 58 | 1 | 4 | 22 | | 58 | 900 | 1116 | 75 | 0.34 | 1 | 900 | 2.27 | 33.1 | 11.3 | 58 | 1335 | 1503 |
| 59 | | 4 | 20 | | 59 | 1000 | 1100 | 100 | 0.2 | 1 | 1000 | 1.00 | 100.0 | 20.0 | 59 | 1330 | 1530 |
| 60 | 1 | 5 | 17 | | 60 | | | | | 0 | x | x | x | x | 60 | 1334 | 1504 |
| 61 | 2 | 5 | 23 | | 61 | 911 | 1118 | 10 | 0.31 | 1 | 911 | 2.12 | 4.7 | 1.4 | 61 | 1335 | 1503 |
| 62 | 1 | 4 | 23 | | 62 | 914 | 1110 | 40 | 0.97 | 1 | 914 | 1.93 | 20.7 | 20.1 | 62 | 1350 | |
| 63 | 2 | 4 | 20 | | 63 | 925 | 1100 | 60 | 0.72 | 1 | 925 | 1.58 | 37.9 | 27.3 | 63 | 1355 | 1515 |
| 10 | N | 10 | 9 | | N | 9 | 8 | 9 | 9 | 8 | 8 | 8 | 8 | 8 | | 10 | 9 |
| | Min | 4.0 | 17.0 | | Min | 855 | 1100 | 10.0 | 0.159 | | 900 | 1.00 | 4.7 | 1.4 | Min | 1320 | 1459 |
| | Max | 5.0 | 27.0 | | Max | 1000 | 1118 | 240.0 | 0.970 | | 1000 | 2.27 | 107.5 | 27.3 | Max | 1355 | 1530 |
| | Median | 4.0 | 22.0 | | Median | 907 | 1109 | 60.0 | 0.340 | | 909 | | 31.5 | 16.0 | Med. | 1334 | 1504 |
| | Mean | 4.4 | 21.8 | | Mean | | | 70.8 | 0.443 | | | 1.89 | 43.9 | 14.8 | Mean | | |
| Raw mean age | SD | 0.5 | 3.1 | | Standard deviation, SD | | | | 0.259 | | | 0.42 | 38.4 | 8.3 | SD | | |
| plus 0.5: | | 4.9 | | | Coeff. of variation, CV | | | | 59 | | | 22 | 87 | 56 | CV | | |
| | | | | | Standard error, SE | | | | 0.086 | | | 0.15 | 13.56 | 2.95 | SE | | |
| | | | | | CV = 100*SD/Mean | | | | | | | | | | | | |
| | N | % | | | Time of voiding the bladder: between 0001 and 2400 (0000 will invalidate the case) | | | | | | | | | | | | |
| Females | 3 | 30 | | | Row 10: cn means column number | | | | | | Explanations, formulas | | | | | | |
| Males | 7 | 70 | | | Leave blank those cells of the field and laboratory data where the data is missing | | | | | | cn18 = duration of collection in hours and decimals / cn19 = cn14/cn18 | | | | | | |
| Sum | 10 | 100 | | | Only those collections are valid where all 4 field and laboratory data are recorded | | | | | | cn20 = cn14*cn15/cn18 | | | | | | |

62

*Design of the final report for time-controlled urinary collections*

| Urine volume ml | F conc. ppm | Valid "=1" | AFTERNOON Valid time at initial voiding hhmm | Duration of collection hh.dec | Values per hour Urine flow ml/h | F excr. µg/h | No. | NIGHT Field and laboratory data Time at initial voiding hhmm | Collection ended hhmm | Urine volume ml | F conc. ppm | Valid "=1" | NIGHT Valid time at initial voiding hhmm | Duration of collection hh.dec | Values per hour Urine flow ml/h | F excr. µg/h | No. | N of valid collections cn16 plus cn26 plus cn36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cn24 | cn25 | cn26 | cn27 | cn28 | cn29 | cn30 | cn31 | cn32 | cn33 | cn34 | cn35 | cn36 | cn37 | cn38 | cn39 | cn40 | cn41 | cn42 |
| 80 | 0.103 | 1 | 1330 | 1.48 | 53.9 | 5.6 | 53 | 2210 | 720 | 140 | 0.72 | 1 | 2210 | 9.17 | 15.3 | 11.0 | 53 | 3 |
| 95 | 0.77 | 1 | 1334 | 1.50 | 63.3 | 48.8 | 54 | 2140 | 845 | 170 | 0.61 | 1 | 2140 | 11.08 | 15.3 | 9.4 | 54 | 3 |
| 100 | 1.0 | 1 | 1320 | 2.00 | 50.0 | 50.0 | 56 | 2100 | 700 | 200 | 0.4 | 1 | 2100 | 10.00 | 20.0 | 8.0 | 56 | 3 |
| 30 | 0.74 | 1 | 1330 | 1.67 | 18.0 | 13.3 | 57 | 2005 | 750 | 280 | 0.41 | 1 | 2005 | 11.75 | 23.8 | 9.8 | 57 | 2 |
| 28 | 1.14 | 1 | 1335 | 1.47 | 19.1 | 21.8 | 58 | 1735 | 805 | 255 | 0.68 | 1 | 1735 | 14.50 | 17.6 | 12.0 | 58 | 3 |
| 120 | 0.4 | 1 | 1330 | 2.00 | 60.0 | 24.0 | 59 | 2100 | 700 | 500 | 0.2 | 1 | 2100 | 10.00 | 50.0 | 10.0 | 59 | 3 |
| 95 | 0.249 | 1 | 1334 | 1.50 | 63.3 | 15.8 | 60 | 2100 | 845 | 170 | 0.612 | 1 | 2100 | 11.75 | 14.5 | 8.9 | 60 | 2 |
| 45 | 0.36 | 1 | 1335 | 1.47 | 30.7 | 11.0 | 61 | | 820 | 130 | 0.72 | 0 | x | x | x | x | 61 | 2 |
| 89 | 0.89 | 0 | x | x | x | x | 62 | 2030 | 830 | 205 | 0.76 | 1 | 2030 | 12.00 | 17.1 | 13.0 | 62 | 2 |
| 100 | 0.255 | 1 | 1355 | 1.33 | 75.0 | 19.1 | 63 | 2010 | 830 | 180 | 1.31 | 1 | 2010 | 12.33 | 14.6 | 19.1 | 63 | 3 |
| **10** | **10** | **9** | **9** | **9** | **9** | **9** | | **9** | **10** | **10** | **10** | **9** | **9** | **9** | **9** | **9** | | **26** |
| 28.0 | 0.103 | | 1320 | 1.33 | 18.0 | 5.6 | **Min** | 1735 | 700 | 130.0 | 0.200 | | 1735 | 9.17 | 14.5 | 8.0 | | |
| 120.0 | 1.140 | | 1355 | 2.00 | 75.0 | 50.0 | **Max** | 2210 | 845 | 500.0 | 1.310 | | 2210 | 14.50 | 50.0 | 19.1 | | |
| 92.0 | 0.570 | | 1334 | 1.50 | 53.9 | 19.1 | **Med** | 2100 | 812.5 | 190.0 | 0.646 | | 2100 | 11.75 | 17.1 | 10.0 | | |
| 78.2 | 0.591 | | | 1.60 | 48.2 | 23.3 | **Mean** | | | 223.0 | 0.642 | | | 11.40 | 20.9 | 11.2 | | |
| | 0.361 | | | 0.24 | 20.7 | 15.8 | **SD** | | | | 0.295 | | | 1.58 | 11.3 | 3.3 | | |
| | 61 | | | 15 | 43 | 68 | **CV** | | | | 46 | | | 14 | 54 | 30 | | |
| | 0.114 | | | 0.08 | 6.89 | 5.27 | **SE** | | | | 0.093 | | | 0.53 | 3.77 | 1.11 | | |
| | | | | | | | | | | | | | Total number of children: | | | 10 | | |
| | | | | | | | | | | | | | Number of valid collections: | | | 26 | | |
| | | | | | | | | | | | | | Collections per child: | | | 2.60 | | |

## Table 7.9 Ideal format of a dataset to be transferred to an evaluation centre

For designation of columns and data to be entered see **Table 7.6**

F exposure should be entered In columns 5–10 (not shown)

**The figures (*italics*) in the frames are the dates needed for complete evaluation**

(This line is also reserved for the summary of fluoride exposure (e.g. water; salt; milk; toothpaste and fluoride rinses)

### Subject

| ID No.ᵃ | Sex M=1 F=2 | Age (yrs) | Bw (kg) | F expos. | ID No. |
|---|---|---|---|---|---|
| 23 | 1 | 5 | 22 | | 23 |
| 24 | 2 | 5 | 24 | | 24 |
| 25 | 2 | 4 | 19 | | 25 |
| 27 | 1 | 6 | 28 | | 27 |
| 28 | 2 | 5 | 23 | | 28 |
| 29 | 1 | 6 | 20 | | 29 |
| 31 | 1 | 4 | 19 | | 31 |
| 33 | 2 | 4 | 20 | | 33 |
| 34 | 2 | 5 | 26 | | 34 |
| Cn1 | Cn2 | Cn3 | Cn4 | Cn5 | Cn11 |

### Morning — Field and laboratory data

| ID No. | Time initial voiding (hhmm) | Collect. ended (hhmm) | Urine volume (mL) | Fluoride concent. ppm |
|---|---|---|---|---|
| 23 | 910 | 1120 | 24 | 0.22 |
| 24 | 910 | 1100 | 60 | 0.43 |
| 25 | 915 | 1050 | 70 | 0.55 |
| 27 | 915 | | 25 | 0.22 |
| 28 | 840 | 1115 | 75 | 0.32 |
| 29 | 850 | 1100 | 60 | 0.79 |
| 31 | 905 | 1110 | 48 | 0.105 |
| 33 | 910 | 1110 | 45 | 0.46 |
| 34 | 850 | 1100 | 76 | 0.87 |
| N | 9 | 8 | 9 | 9 |
| Min | 840 | 1050 | 24.0 | 0.105 |
| Max | 915 | 1120 | 76.0 | 0.870 |
| Med | 910 | 1105 | 60.0 | 0.430 |
| Mean | | | 53.7 | **0.441** |
| SD | | | | 0.261 |

### Afternoon — Field and laboratory data

| ID No. | Time initial voiding (hhmm) | Collect. ended (hhmm) | Urine volume (mL) | Fluoride concent. (ppm) |
|---|---|---|---|---|
| 23 | 1320 | 1510 | 85 | 0.1 |
| 24 | 1320 | 1520 | 65 | 0.77 |
| 25 | 1330 | 1515 | 48 | 1.0 |
| 27 | 1310 | 1518 | 30 | 0.74 |
| 28 | 1310 | 1520 | 45 | 1.14 |
| 29 | 1300 | 1500 | 82 | 0.25 |
| 31 | 1335 | 1506 | 64 | 0.36 |
| 33 | | | | |
| 34 | 1340 | 1520 | | 0.96 |
| N | 8 | 8 | 8 | 8 |
| Min | 1300 | 1500 | 30.0 | 0.103 |
| Max | 1340 | 1520 | 100.0 | 1.140 |
| Med | 1320 | 1517 | 64.5 | 0.755 |
| Mean | | | 64.9 | **0.665** |
| SD | | | | 0.382 |

### Nocturnal — Field and laboratory data

| ID No. | Time initial voiding (hhmm) | Collect. ended (hhmm) | Urine volume (mL) | Fluoride concent. (ppm) |
|---|---|---|---|---|
| 23 | 2150 | 720 | 160 | 0.15 |
| 24 | 2200 | 845 | 122 | 0.7 |
| 25 | 2130 | 700 | 180 | 0.45 |
| 27 | 2115 | 750 | 170 | 0.65 |
| 28 | 2050 | 805 | 240 | 0.92 |
| 29 | 2155 | 845 | 220 | 0.3 |
| 31 | | 820- | 155 | 0.27 |
| 33 | 2045 | 830 | 260 | 0.45 |
| 34 | 2135 | 830 | 225 | 1.2 |
| | | | 9 | 9 |
| | 2045 | 700 | 122.0 | 0.150 |
| | 2200 | 845 | 260.0 | 1.200 |
| | 2133 | 820 | 180.0 | 0.450 |
| | | | 192.4 | **0.566** |
| | | | | 0.337 |

bw, body weight; Cn, columns; F, fluoride; h, hour; ID, identification; m, minute; MS, Microsoft; ppm, parts per million; SD, standard deviation; y, year

ᵃ ID No. is mandatory for Cn1, optional for further columns

Leave blank those cells where details are missing. Basically, a urine collection is valid only when all four sets of field and laboratory data are available

Note: data stored in MS Excel should be checked as far as is possible in MS Excel. The statistics N, Min, Max, Median, Mean and SD are useful for checking by the field worker, and for checking of correct transfers at the evaluation centre. If the data are sent via an MS Excel table, these statistics should be presented below the rows reserved for the subjects

# 8 Urine spot samples

Twenty-four hour urine collection is the most reliable method for estimating urinary excretion of fluoride. However, when it is not feasible to obtain 24-hour urine or shorter time-controlled collections, spot urine samples may be obtained. A spot urine sample is defined as an un-timed "single-void" urine sample. This method is the *least informative method* for studying fluoride exposure, because the amount of fluoride excreted per day or per hour cannot be calculated from the concentration alone.

Spot samples are relatively easy to obtain, and measurement of fluoride concentration is relatively simple. The method can be used in a number of situations. First, the value obtained can be compared with standards (Table 7.4). Urinary fluoride concentrations of 0.8–1.2 mg/L (i.e. ppm) are regarded as indicating optimal exposure to fluoride. Based on a large number of studies, mostly conducted in connection with fluoridated water, these limits have been found to be independent of age (*19, 45, 47, 51, 52, 58, 59*). Second, if repeated over a period of time, the values can rapidly disclose changes in fluoride exposure. Thus, such data can show whether a fluoride-based intervention (in water, salt or milk) has been successful in reaching the target community, or whether a source of excessive fluoride exposure has been successfully removed. Third, if the fluoride concentration in spot samples – obtained, for example, about 6 months after a baseline collection and after introduction of a fluoride-based programme – is 20% higher than the baseline measurement, it would be reasonable to assume that the intake of fluoride has also increased by about 20%.

If spot samples are collected, it is best to take them at several times within a day. Urine that has accumulated in the bladder over a short period may reflect a short-lived peak level of the fluoride concentration. Hence, the longer the urine is retained in the bladder, the more representative it is of 24-hour results. For each spot sample, the hour when it was obtained should be recorded. When spot samples are collected in a follow-up assessment of urinary fluoride, the time of day at which the urine is passed should be approximately equal to the collection times in the initial excretion study. In programmes where fluoride is given once or twice per day, spot urine samples

65

*Basic Methods for Assessment of Renal Fluoride Excretion*

are not useful unless they are scheduled in such a way as to be directly associated with the fluoride intake.

## 8.1 Creatinine

In healthy subjects, urinary creatinine excretion is fairly constant throughout the day. Creatinine concentration in urine is measured in most hospitals or laboratories as a routine test for evaluating kidney function, and the test is easy and relatively cheap. Due to the relative stability of creatinine within an individual, it has also been used for normalization of analytic concentrations. An estimate of 24-hour urinary excretion of fluoride can be calculated by multiplying the ratio of urinary fluoride to urinary creatinine (F: Cr ratio) with creatinine reference values. The mean 24-hour urinary creatinine value of 15 mg/kg bw/day (with 5th and 95th percentiles of 8 and 22 mg/kg bw/day) has been reported as the standard urinary excretion of creatinine (*60*). Also, a mean F: Cr ratio of 1.49 mg F/g Cr has been reported for children (*22*). In young children on a customary diet, good agreement has been reported between the measured 24-hour urinary fluoride excretion and the predicted 24-hour urinary fluoride excretion from the F: Cr ratio (*22*).

# 9   Provision of technical advice

WHO is willing to help in identifying experts who can assist countries in designing, directing or evaluating data from fluoride exposure studies. Contact the WHO Oral Health Programme, Department for Prevention of Non-communicable Diseases:

World Health Organization
20 Avenue Appia
CH-1211 Geneva – Switzerland
oralhealth@who.int

**Annex A**

# Apparatus and materials

Specific ion electrodes are used to determine fluoride in water and monitor renal fluoride excretion in community prevention programmes. The following apparatus and elements are needed for the procedure.

1) Polypropylene tubes, 15 mL with screw cap for fluoride determination in urine and water.
2) Disposable gloves to fit hand size of the operator.
3) Disposable paper towels.
4) Climate-controlled room. If tests are to be conducted in a laboratory, ambient conditions are usually maintained at $23 \pm 2°C$ and $50 \pm 10\%$ relative humidity; this corresponds roughly to "normal room temperature" in moderate climates, and most laboratories aim to maintain such environmental conditions. Fluoride determination can be conducted at the school or preschool site, if a suitable room is available. However, temperature fluctuation during the day can cause erratic readings – for example, a $1°C$ difference in temperature will give rise to a measurement error of about 2% – therefore, care must be taken to ensure that standard solutions (used for calibrating electrodes) and urine tests samples are at the same temperature. It is also important to note that lower or higher temperature affects the electrode slope; the slope of the fluoride electrode at $25°C$ should be 59.2 mV.
5) Running water and accessibility to a drain for disposing of urine after tests are conducted.
6) Distilled or deionized water to prepare standards and solutions (about 20 L, depending on the number of test samples to be evaluated). The number of fluoride determinations can be calculated by taking into consideration:
   - the number of participating subjects – children or adults;
   - the number of collection periods included in the study;
   - all cylinders (tubes) of drinking water brought by subjects; and
   - urine collections taken at the school or at the institution or place of employment if participants are adults.

68

7) Reliable pH/ISE meter compatible for use with specific fluoride ion electrodes, and to determine the pH of urine if required. Models that have been found to be reliable and simple to use include the Orion Model 720A Plus (available either for 220 or 110 volts operation) or the Orion Dual Star pH/ISE meter (Thermo-Orion Scientific, Beverly, MA, USA). The latter model comes with a universal power supply, with an adapter that has plugs to fit a variety of electric sockets; also, the input voltage can be either 110 or 220 volts. The meter sensitivity can be set to record one, two or three decimal points, depending on the precision desired. For calculation of fluoride excretion rates, meter sensitivity can be set to the nearest 0.01 ppm.

8) Reliable specific fluoride ion electrode. For example, the Orion 9609BN (Thermo-Orion Scientific, Beverly, MA, USA) has been found to be a reliable instrument. Two electrodes are recommended, to make it easier to obtain two readings from each sample. Again, the meter sensitivity can be set to record one, two or three decimal, depending on the precision desired. For calculation of fluoride excretion rates, meter sensitivity can be set to the nearest 0.01 ppm.

9) Reference electrode filling solution, depending on the electrode manufacturer recommendations. If using the Orion electrode, the filling solution recommended is Thermo-Orion Cat 900061.

10) Standard at 100 ppm (e.g. Ion plus Orion 940907).

11) Total ionic strength adjusting buffer (TISAB) to provide a constant background ionic strength, de-complex fluoride and adjust solution pH. Two TISAB buffers can be used: TISAB II for low-level measurements (e.g. Orion 94-09-09) or TISAB III concentrated (Orion 94-09-11).

---

Note: TISAB II and TISAB III can be prepared from laboratory supplies.

**Tisab II**

TISAB II is used for most measurements, but is particularly useful in measuring solutions that might have low concentrations of fluoride (<0.4 ppm) and in which no fluoride-complexing agents (e.g. aluminum or iron) are present.

To prepare TISAB II: Place about 500 ml of distilled water in a 1 L beaker. Add 57 mL of glacial acetic acid and 58 g of reagent-grade NaCl. Place the beaker in a water bath for cooling. Immerse a calibrated pH electrode into the solution and slowly add 5 M NaOH until the pH is between 5.0 and 5.5. Cool to room temperature. Pour into a 1 L volumetric flask and dilute to the 1 L mark with distilled water (*61*).

*Basic Methods for Assessment of Renal Fluoride Excretion*

---

**Tisab III**

Dissolve 300 g sodium citrate. $2H_2O$ (FW = 294.10), 22 g CDTA, and 60 g NaCl in 1 L water (*62*).

NOTE 2: When the study is conducted in communities that can only be accessed via extensive travel, use of TISAB III concentrated is advantageous because smaller quantities can be transported and are likely to be less expensive. TISAB II is supplied in 3.785 L containers (1 gallon), and it needs to be added to the urine sample in a 1:1 ratio (e.g. add 5 mL of TISAB II to 5 mL of urine). TISAB III is supplied in 500 mL bottles and needs to be added to the urine sample in a 0.1:1 ratio (e.g. add 0.5 mL of TISAB III to 5 mL of urine).

---

12) Magnetic stirrer with variable speed 110 or 220 volts (e.g. Corning P410).
13) Magnetic micro stirring bars, tetrafluorocarbon coated; $1.6 \times 7$ mm.
14) Stirring bar retriever, tetrafluorocarbon coated.
15) Plastic beakers, 250 mL capacity (e.g. Fisher Cat 02591–28).
16) Dark plastic bottles, 125 mL with screw cap, for storing standard solutions.
17) One precision micro litre adjustable volume pipette 100–1000 µl (e.g. Brinkman Eppendorf 2100Series Fisher catalogue 05–402–90) with pipette tips (e.g. Brinkman Eppendorf Pipette tips 05–403–26, box of 96) for 100–1000 µl micropipette.
18) One precision micro litre adjustable volume pipette 500–5000 µl (e.g. Brinkman Eppendorf 2100 Series Cat. 05–402–91) with pipette tips (e.g. Brinkman Eppendorf Pipette tips 05–403–71, Rack $5 \times 24 = 120$) for 500–5000 µl micropipette.
19) One precision micro litre adjustable volume pipette 1–10 mL (e.g. Brinkman Eppendorf 2100 Series Cat 05–403–121 with Brinkman Eppendorf Pipette tips 05–403–116; bulk two bags of 100 = 200) for 1–10 mL micropipette.
20) One plastic or metal test-tube rack with 40 orifices of 17 mm diameter (e.g. Fisher Cat No 14–809B).
21) Semi-logarithmic sheets (three cycles × 70 divisions) (e.g. Keuffel & Esser Co. No 465490).
22) Mini wipes, 10.2 cm, for wiping electrodes after rinsing (e.g. Fisher Cat No. 06–665–28).
23) Class B polypropylene (Nalgene) 100 mL volumetric flasks with polypropylene screw caps (e.g. Fisher 02–617–154).
24) Bimetal thermometer, Celcius scale 0–150°C (e.g. Fisher Catalogue No 15–077–30D).

*Annex A*

25) Polyethylene or polypropylene bucket for disposing of urine or water (about 15 L capacity).
26) Electrode stand and holder for two electrodes.
27) Plastic funnel.

# Annex B

# Steps for verifying function of apparatus

Examine all accessories, instrument (meter) and equipment (electrodes), micropipettes, magnetic stirrer and so on for functional effectiveness before they are used in a test. The electrode chamber must be filled with filling solution about 30–35 minutes (and preferably 1 hour) before its intended use, to allow time for electrode stabilization. The solution level should be at least 25 mm above the level of the sample and the reference junction; the chamber should be filled up to the edge of the hole. The reference junction *must* remain submerged to ensure proper flow rate.

## B1  Combination fluoride electrode preparation and checking electrode operation

1. Remove the rubber cap covering the electrode tip.
2. Fill the electrode (for example Model 96–0900 or 9609BN) chamber with special filling solution (for example Catalogue No. 900061) and ensure proper flow rate according to the electrode instruction manual.
3. Connect electrode to the meter.
4. Place 10 mL of distilled water and 10 mL of **TISAB II** into a 25 mL tube or cylinder; or 9 mL of distilled water and 1 mL of **TISAB III** into a 25 mL plastic tube or cylinder.
5. Rinse the electrode with distilled water, blot dry and place into the tube, stir thoroughly, wait for a stable reading and record the electrode potential in millivolts.
6. Pipette 1 mL of 100 ppm standard into the tube or cylinder and stir thoroughly. When a stable reading is displayed, record the electrode potential in millivolts.
7. Pipette 10 mL of the same standard (100 ppm) into the same cylinder and stir thoroughly. When a stable reading is displayed record the electrode potential in millivolts.
8. There should be a 54–60 mV difference between the two millivolt readings when the solution temperature is 20–25 °C. If the millivolt potential

72

*Annex B*

is not within this range, refer to the trouble shooting section of the electrode manual.

This procedure measures the electrode slope, which is defined as the change in millivolts observed every 10-fold change in concentration. Obtaining the slope value is the best way to check electrode operation.

# Annex C

# Calibration procedure

## C1  Preparation of standards

The standards should bracket the expected sample range; serial dilution is the best method for the preparation of the standards. This can be done starting from a fluoride level of 100 mg/L. The following concentrations are recommended as calibration points: 0.1, 0.5, 1.0 and 5.0 mg F/L. An additional calibration standard of 0.05 mg F/L can also be used. The calibrating solutions of the indicated concentrations can be prepared in relatively small quantities (e.g. 50 or 100 mL) so fresh solutions are always used. Calibration standards can be stored in dark plastic bottles provided with screw cap.

If certified calibrating solutions (per example, Orion) are not available, these can be prepared by starting from a 100 ppm F solution. This solution is commercially available (Orion catalogue No. 940907), or can be prepared (e.g. from a compound of sodium fluoride 100% pure or 99% pure). The reactive should be of high purity (preferably 100% pure). Considering that the molecular weight of the sodium fluoride (NaF) is 42 (19 F and 23 Na), the percentage of the fluoride available would be 45.2%. Hence, if the reactive is only 99% pure, the amount of fluoride would be 44.78%. Thus, in a container of 500 grams, only 223.9 grams are fluoride.

How much of the reactive compound of sodium fluoride needs to be weighed to prepare a solution of fluoride of 100 mg/L, given that in 500 g NaF there are 223.9 g F, and 100 mg F are needed? The calculation indicates that 0.223 g NaF is needed. This amount is deposited in a volumetric flask with a capacity of 1 L, and the flask is filled with distilled water to the 1-L mark.

### C1.1  Preparation of standard solutions by serial dilution

From 100 ppm solution takes 10 mL and dilute to 100 mL. This will give a standard of 10 ppm.

From 100 ppm solution takes 5 mL and dilute to 100 mL. This will give a standard of 5 ppm.

74

*Annex C*

| To prepare solutions with ppm | To a solution of 10 ppm | Add mL of distilled water to |
|---|---|---|
| 0.05 | 0.5 | 100 |
| 0.1 | 1.0 | 100 |
| 0.5 | 5.0 | 100 |
| 1.0 | 10.0 | 100 |

ppm, parts per million
Note: It is indispensable to use a micropipette

If numerous determinations are to be made, a larger quantity can be prepared maintaining the same proportions.

The desired amount of calibrating solution is deposited in a plastic container. Thus, for example, for 2 mL, a TISAB II solution in equal amounts (i.e. 2 mL) should be added.

NOTE: If a concentrated TISAB III solution has been added to the standards, this solution should be added to the test samples in the correct proportion (i.e. 1/10 of the amount of standard or sample). **Always use the same type of TISAB in the standards and the sample. Use of TISAB II in the standard and TISAB III in the sample, or vice versa, will cause erroneous concentration readings due to the difference in ionic strength and the dilution factor.**

## C2   Actual calibration procedure

The desired amount of calibrating solution (e.g. 5 mL) is deposited in a plastic container, such as a polypropylene tube of 50 mL capacity, and a TISAB II solution in equal amounts (i.e. 5 mL) is added. If a concentrated TISAB III solution is used, then 5 mL of standard solution are placed in the plastic tube and 0.5 mL of TISAB III added.

Note
In many laboratories carrying out fluoride analyses in the context of caries-preventive uses of fluoride, details of the procedures, the types of TISAB and other method details vary to some extent. This is evident from scientific publications that describe the analytical methods in detail. Some specialized laboratories take only 1 mL of urine to be mixed with 1 mL of TISAB

75

*Basic Methods for Assessment of Renal Fluoride Excretion*

II, to arrive at the 2 mL solution in which the fluoride is measured. Using small quantities, however, requires meticulous work by well-trained laboratory personnel. If, for instance, 0.04 mL of a strong fluoride solution (at, for example, 5 ppm F) is not completely blotted away from the electrode due to less than ideal working conditions, the amount of fluoride in that 0.04 mL will increase the measured concentration in the following urine-TISAB mixture by as much as 0.1 ppm, whereas when working with 5 mL + 5 mL, the concentration is raised only by 0.02 ppm. It is general rule that working with 5 mL + 5 mL is five times less sensitive to imprecise handling than working with 1 mL + 1 mL. Exercising care and good practice, it is possible to use 4 mL (2 mL sample + 2 mL TISAB II) or (4 mL sample + 0.4 mL TISAB III). In this case, 15 mL capacity tubes are suitable for use with the Orion 9609BN ion plus combination electrode. If a different model ion electrode that requires separate reference electrode is used, the size of the plastic cylinder should be large enough to accommodate both electrodes.

54. Determine the standard solution temperature using the thermometer [Annex A24)] and record it in the record book.
55. Deposit the desired amount of standard in separate plastic tubes and label each with the corresponding fluoride concentration.
56. Drop a micro stirring bar into each solution.
57. If two electrodes are to be used, each needs to be calibrated; connect the electrodes to the meter receptacles and note the location of each corresponding channel. If a Orion 720A plus or a Orion Dual Star meter is used, two receptacles are provided in the instrument for connecting two electrodes. Place the electrode inside the tube having the lowest concentration standard (i.e. 0.05 ppm or 0.1 ppm) taking care to maintain the solution level slightly below the electrode chamber's orifice.
58. Start the magnetic stirrer and stir the solution in a low setting. The stirrer platform may become warm, and heat transfer to the test samples will affect the accuracy of the calibration curve. Therefore, prevent heat transfer by placing a piece of cork or board as an insulator between the stirrer platform and the bottom of the test tube.
59. Follow manufacturer's instructions for operation of the meter for calibration procedures in the concentration mode. Each electrode to be used in fluoride determination must be calibrated separately. When a stable reading is observed on the display screen, record the reading. Remove the electrode from the plastic tube, rinse it with distilled or deionized water and blot with fine tissue.

*Annex C*

60. Proceed with the next concentration standard (i.e. 0.5) repeating the process until readings from all succeeding standard solutions (1.0, 5.0 and 10.0 ppm) are obtained.

61. If using the Orion Dual Star meter, a calibration curve can be displayed. Although modern meters automatically construct a calibration curve in the meter memory, it is important to be able to construct a calibration curve on semi-logarithmic paper. Electrode potentials of standard solutions are measured and plotted on the linear axis (ordinate) against their concentrations on the long axis (abscissa). The registered values for each standard solution are entered onto semi-logarithmic paper. This can be made in the millivolts or the concentration mode. The values of the obtained reading of each solution are connected by a line. If the electrode is working correctly, and standard solutions properly made, the readings should be connected essentially by a straight line. If calibration is satisfactory, proceed with the next step.

## C3 Determination of fluoride in urine and water

If the public health facility has a laboratory or if the oral health personnel desire to conduct the determination of fluoride in urine or water, the following procedure is recommended:

1. Ensure that urine test samples are brought to room temperature, and that their temperature and that of the standard are the same.

2. The person responsible for conducting fluoride determination **must** decide, ahead of time, the quantity of urine sample that will be used in the tests. This quantity regulates the amount of TISAB that will be needed. Further, a decision must be made as to whether TISAB II or TISAB III will be used. The same type of TISAB (II or III) must be added to both standard solutions and urine test samples.

3. Depending of the type of TISAB used (TISAB II or TISAB III), use a micropipette to measure either 5 mL (2 mL or 4 mL if using a 15 mL tube) of urine from the plastic tube containing the samples collected from each child in the corresponding collection period.

Add either 5 or 2 mL of TISAB II or 0.4 mL of TISAB III to the sample and gently mix it.

2. Drop a mini stirring bar into the sample.

3. Start the magnetic stirrer, set at a low speed. Place the plastic tube containing the sample over it and ensure that the electrode is properly held in place in the electrode stand or holder. Follow the procedures

*Basic Methods for Assessment of Renal Fluoride Excretion*

given by the meter manufacturer to obtain direct readings in the concentration mode.

4. When a stable reading is obtained, record it as the concentration of fluoride in the sample with electrode No. 1.

5. Carefully remove the electrode from the tube containing the sample, rinse the electrode with distilled or deionized water, and blot the electrode, taking care not to rub the lanthanum membrane at the tip of the electrode.

6. Place electrode No. 2, which has been connected to the other channel, and repeat steps 3–5.

> The average of the two determinations is recorded as the concentration of fluoride in the urine obtained from the child in the corresponding collection period.

7. Repeat the procedure in an identical manner for each of the urine test samples collected in a given collection period, ensuring that calibration of each electrode is verified every 1.5 hours, or even more frequently if there is any temperature change in the room where tests are being conducted.

The described procedure is identical for determining fluoride concentration in water.

Keep in mind the importance of ensuring that standards and test samples are at the same temperature during measurements (25°C is recommended), and retain a constant stirring speed. Two parallel determinations are made and the average value is calculated and used for further processing.

It is also important to verify the calibration of the electrode every 1.5 hours, or even more frequently if there is any temperature change in the room where tests are being conducted.

> NOTE Electrodes do not last indefinitely. Those in regular daily use may often function satisfactorily for 1–2 years, whereas those used intermittently last longer. Indications of breakdown include erratic read-outs taking several minutes to stabilize, and slope out of range (normally 54–50 mV per 10-fold change in F concentration). If such irregularities are observed, electrode replacement is recommended.

# References

1 Petersen P.E. *The world oral health report*. WHO/NMH/NPH/ORH/03.2 2003 (http://www.who.int/oral_health/media/en/orh_report03_en.pdf, accessed 10 December 2013).

2 Petersen P.E., Lennon M.A. Effective use of fluorides for the prevention of dental caries in the 21st century: The WHO approach. *Community Dent Oral Epidemiol*, 2004, 32:319–321 (http://www.who.int/entity/oral_health/media/en/orh_cdoe_319to321.pdf, accessed 10 December 2013).

3 *Fluorides and oral health*. Technical Report Series No. 846, Geneva, World Health Organization, 1994 (http://whqlibdoc.who.int/trs/WHO_TRS_846.pdf, accessed 10 December 2013).

4 *Fluoridation and dental health*. WHA28.64, Geneva, World Health Organization, World Health Assembly (WHA), 1975 (http://apps.who.int/iris/bitstream/10665/95721/1/WHA28.64_fre.pdf, accessed 10 December 2013).

5 *Fluoridation and dental health*. WHA22.30, Geneva, World Health Organization, World Health Assembly (WHA), 1969 (http://apps.who.int/iris/bitstream/10665/91255/1/WHA22.30_eng.pdf, accessed 10 December 2013).

6 *Fluorides and the prevention of dental caries*. WHA31.50, Geneva, World Health Organization, World Health Assembly (WHA), 1978 (http://whqlibdoc.who.int/wholis/3/WHA31_R50_eng.pdf, accessed 10 December 2013).

7 *Report on global oral health EB120/10 and draft resolution EB120.R5*. Executive Board Meeting January 2007, Geneva, World Health Organization, 2007 (http://apps.who.int/gb/ebwha/pdf_files/EB120/b120_r5-en.pdf, accessed 10 December 2013).

8 *Oral health: Action plan for promotion and integrated disease prevention*. WHA60.17, Geneva, World Health Organization, World Health Assembly (WHA), 2007 (http://www.healthsystemsevidence.org/R.aspx?U=-1&T=EXTERNAL&A=21036&D=FreeFullText-Full-text+report+(free)&L=http%3a%2f%2fapps.who.int%2fgb%2febwha%2fpdf_files%2fWHASSA_WHA60-Rec1%2fE%2fWHASS1_WHA60REC1-en.pdf, accessed 10 December 2013).

9 Marthaler T.M., Petersen P.E. Salt fluoridation – an alternative in automatic prevention of dental caries. *Int Dent J*, 2005, 55(6):351–358 (http://www.who.int/oral_health/publications/orh_IDJ_salt_fluoration.pdf, accessed 10 December 2013).

*Basic Methods for Assessment of Renal Fluoride Excretion*

10  *Milk fluoridation for the prevention of dental caries*. In: Bánóczy J, Petersen PE & Rugg-Gunn AJ, eds. Geneva, World Health Organization, 2009 (http://www.who.int/oral_health/publications/milk_fluoridation_2009_en.pdf, accessed 10 December 2013).

11  Marthaler T.M. *Monitoring of renal fluoride excretion in community prevention progammes on oral  health*. WHO/NCD/NCS/ORH/99-1, Geneva, World Health Organization, 1999.

12  *Oral health surveys: Basic methods* (5th Edition). Geneva, World Health Organization, 2013 (http://apps.who.int/iris/handle/10665/41905, accessed 13 December 2013).

13  Murray J.J. *Appropriate use of fluorides for human health*. Geneva, World Health Organization, 1986 (http://whqlibdoc.who.int/publications/1986/9241542039_(part1).pdf, accessed 10 December 2013).

14  Rugg-Gunn A.J., Villa A.E., Buzalaf M.R. Contemporary biological markers of exposure to fluoride. *Monogr Oral Sci*, 2011, 22:37–51.

15  Buzalaf M.A.R., Rodrigues M., Pessan J., Leite A., Arana A., Villena R. et al. Biomarkers of fluoride in children exposed to different sources of fluoride. *J Dent Res*, 2011, 90(2):215–219.

16  Pessan J.P., Buzalaf M.R. Historical and recent biological markers of exposure to fluoride. *Monogr Oral Sci*, 2011, 22:52–65.

17  Villa A., Anabalon M., Zohouri V., Maguire A., Franco A.M., Rugg-Gunn A. Relationships between fluoride intake, urinary fluoride excretion and fluoride retention in children and adults: An analysis of available data. *Caries Res*, 2010, 44(1):60–68

18  Levy S.M., Kiritsy M.C., Warren J.J. Sources of fluoride intake in children. *J Public Health Dent*, 1995, 55(1):39–52.

19  Rugg-Gunn A.J., Nunn J.H., Ekanayake L., Saparamadu K.D., Wright W.G. Urinary fluoride excretion in 4-year-old children in Sri Lanka and England. *Caries Res*, 1993, 27(6):478–483.

20  Baez R.J., Podairu A., Marthaler T.M., Baez M.X., Floarea L. Urinary fluoride excretion by children and elderly individuals in Romania (Timisoara and Bucharest). *Oral Health and Dental Management in the Black Sea Countries*, 2007, 6(3[21]):3–11 (http://www.oralhealth.ro/volumes/2007/volume-3/V3-07-1.pdf, accessed 10 December 2013).

21  Zohouri F.V., Rugg-Gunn A.J. Total fluoride intake and urinary excretion in 4-year-old Iranian children residing in low-fluoride areas. *Br J Nutr*, 2000, 83(1):15–25.

22  Zohouri F.V., Swinbank C.M., Maguire A., Moynihan P.J. Is the fluoride/creatinine ratio of a spot urine sample indicative of 24-h urinary fluoride? *Community Dent Oral Epidemiol*, 2006, 34(2):130–138.

23  Ketley C.E., Cochran J.A., Lennon M.A., O'Mullane D.M., Worthington H.V. Urinary fluoride excretion of young children exposed to different fluoride regimes. *Community Dental Health*, 2002, 19(1):12–17.

24 Acevedo A.M., Febres-Cordero C., Feldman S., Arasme M.A., Pedauga D.F., Gonzalez H. et al. Urinary fluoride excretion in children aged 3 to 5 years exposed to fluoridated salt at 60 to 90 mgF/Kg in two Venezuelan cities. A pilot study. *Acta Odontol Latinoam*, 2007, 20(1):9–16.

25 Ketley C.E., Cochran J.A., Holbrook W.P., Sanches L., van Loveren C., Oila A.M. et al. Urinary fluoride excretion by preschool children in six European countries. *Community Dent Oral Epidemiol*, 2004, 32:62–68.

26 Franco A.M., Martignon S., Saldarriaga A., Gonzalez M.C., Arbelaez M.I., Ocampo A. et al. Total fluoride intake in children aged 22–35 months in four Colombian cities. *Community Dent Oral Epidemiol*, 2005, 33(1):1–8.

27 Haftenberger M., Viergutz G., Neumeister V., Hetzer G. Total fluoride intake and urinary excretion in German children aged 3–6 years. *Caries Res*, 2001, 35(6):451–457.

28 Villa A., Anabalon M., Cabezas L. The fractional urinary fluoride excretion in young children under stable fluoride intake conditions. *Community Dent Oral Epidemiol*, 2000, 28(5):344–355.

29 Ekstrand J., Fomon S.J., Ziegler E.E., Nelson S.E. Fluoride pharmacokinetics in infancy. *Pediatric Research*, 1994, 35(2):157–163.

30 Maguire A., Zohouri F.V., Hindmarch P.N., Hatts J., Moynihan P.J. Fluoride intake and urinary excretion in 6- to 7-year-old children living in optimally, sub-optimally and non-fluoridated areas. *Community Dent Oral Epidemiol*, 2007, 35(6):479–488.

31 Grijalva-Haro M.I., Barba-Leyva M.E., Laborin-Alvarez A. Fluoride intake and excretion in children of Hermosillo, Sonora, Mexico. *Salud Publica de Mexico*, 2001, 43(2):127–134.

32 Ekstrand J., Hardell L.I., Spak C.J. Fluoride balance studies on infants in a 1-ppm-water-fluoride area. *Caries Res*, 1984, 18(1):87–92.

33 Villa A.E., Salazar G., Anabalon M., Cabezas L. Estimation of the fraction of an ingested dose of fluoride excreted through urine in pre-school children. *Community Dent Oral Epidemiol*, 1999, 27(4):305–312.

34 Ketley C.E., Lennon M.A. Determination of fluoride intake from urinary fluoride excretion data in children drinking fluoridated school milk. *Caries Res*, 2001, 35(4):252–257.

35 Pessan J.P., Pin M.L.G., Martinhon C.C.R., de Silva S.M.B., Granjeiro J.M., Buzalaf M.A. Analysis of fingernails and urine as biomarkers of fluoride exposure from dentifrice and varnish in 4- to 7-year-old children. *Caries Res*, 2005, 39(5):363–370.

36 Villa A., Anabalon M., Cabezas L., Rugg-Gunn A. Fractional urinary fluoride excretion of young female adults during the diurnal and nocturnal periods. *Caries Res*, 2008, 42(4):275–281.

37 Villa A., Cabezas L., Anabalon M., Garza E. The fractional urinary fluoride excretion of adolescents and adults under customary fluoride intake conditions, in a

*Basic Methods for Assessment of Renal Fluoride Excretion*

community with 0.6-mg F/L in its drinking water. *Community Dental Health*, 2004, 21(1):11–18.

38  Spencer H., Lewin I., Wistrowski E., Samachson J. Fluoride metabolism in man. *Am J Med*, 1970, 49(6):807–813.

39  Maheshwari U.R., King J., Brunetti A.J., Hodge H.C., Newbrun E., Margen S. Fluoride balances in pregnant and nonpregnant women. *J Occup Med*, 1981, 23(7):465–468 (http://www.ncbi.nlm.nih.gov/pubmed/?term=Fluoride+balances+in+pregnant+and+nonpregnant+women, accessed 13 December 2013).

40  Spencer H., Kramer L., Osis D., Wiatrowski E. Excretion of retained fluoride in man. *J App Physiol*, 1975, 38(2):282–287.

41  Bingham S., Cummings J.H. The use of 4-aminobenzoic acid as a marker to validate the completeness of 24h urine collections in man. *Clin Sci*, 1983, 64(6):629–635.

42  Jakobsen J., Ovesen L., Fagt S., Pedersen A.N. Para-aminobenzoic acid used as a marker for completeness of 24 hour urine: assessment of control limits for a specific HPLC method. *Eur J Clin Nutr*, 1997, 51(8):514–519.

43  Baez R.J., Marthaler T.M., Baez M.X., Warpeha R.A. Urinary fluoride levels in Jamaican children after 21 years of salt fluoridation. *Schweiz Monatsschr Zahnmed*, 2010, 120:21–28.

44  Marthaler T.M. Urinary fluoride in pre-school children related to use of fluoridated milk or salt. *Caries Res*, 1994, 28:217.

45  Marthaler T.M., Binder-Fuchs M., Baez R.J., Menghini G. Urinary fluoride excretion in Swiss children aged 3 and 4 consuming fluoridated domestic salt. 2000, 5:9–17.

46  Marthaler T.M., Steiner M., Menghini G., De Crousaz P. Urinary fluoride excretion in children with low fluoride intake or consuming fluoridated salt. *Caries Res*, 1995, 29(1):26–34.

47  Baez R.J., Baez M.X., Marthaler T.M. Urinary fluoride excretion by children 4–6 years old in a south Texas community. 2000, 7(4):242–248.

48  Phantumvanit P., Sangkheaw S., Lekfuengfu P., Niyomsilp K. Urinary fluoride excretion in children drinking fluoridated school milk in Thailand. *Oral Health and Dental Management in the Black Sea Countries*, 2007, 6(2):12–20.

49  Steiner M. Fluoridausscheidung im Urin von Schulkindern im Zusammenhang mit der Speisesalzfluoridierung (Urinary fluoride excretion in children in relation to salt fluoridation). 1985, 95:1109–1117.

50  Marthaler T.M., Menghinin G.D., Steiner M., Sener-Zanola B., De Crousaz P. Excrecion urinaria de fluoruro en ninos suizos que consumen suplementos de fluoruro en la sal o el agua (Urinary fluoride excretions in Swiss children consuming supplemental fluoride in salt or drinking water). 1992, 4:27–35.

51  Pucci F.W., Dol I. *Estudio de excrecion urinaria de fluor en niños de 3 a 5 anos (A study of urinary fluoride excretion in children aged 3 to 5 years)*. Uruguay, Ministerio de Salud Publica (Ministry of Public Health), 1997.

52 Szekely M., Banoczy J., Fazakas Z., Hobai S., Villa A. A comparison of two methods for the evaluation of the daily urinary fluoride excretion in Romanian pre-school children. *Community Dental Health*, 2008, 25(1):23–27.

53 Hetzer G., Straube H., Neumeister V. Zur Verwendung fluoridierten Speisesalzes in der Gemeinschaftsvepflegung (About the use of fluoridated salt in canteens). *Dtsch Zahnarztl Z*, 1996, 51:679–682.

54 *Sodium intake in populations: Assessment of evidence*. Institute of Medicine of the National Academies, 1988 (http://www.iom.edu/~/media/Files/Report%20Files/2013/Sodium-Intake-Populations/SodiumIntakeinPopulations_RB.pdf, accessed 13 December 2013).

55 Smith S.M., Nillen J.L. *Urine preservative: Patent 6261844*. July 17 2001 (http://www.patentstorm.us/patents/6261844/description.html, accessed 10 December 2013).

56 Neefus J.D., Cholak J., Saltzman B.E. The determination of fluoride in urine using a fluoride-specific ion electrode. *Am Ind Hyg Assoc J*, 1970, 31(1):96–99.

57 Obry-Musset A.M., Bettembourg D., Cahen P.M., Voegel J.C., Frank R.M. Urinary fluoride excretion in children using potassium fluoride containing salt or sodium fluoride supplements. *Caries Res*, 1992, 26(5):367–370.

58 Zohouri F.V. *Fluoride intake and excretion in 4-year-old Iranian children*. PhD thesis, United Kingdom, University of Newcastle, 1997.

59 Rugg-Gunn A.J., Al-Mohammadi S.M., Butler T.J. Malnutrition and developmental defects of enamel in 2- to 6-year-old Saudi boys. *Caries Res*, 1998, 32(3):181–192.

60 Tietz N.W. *Clinical guide to laboratory tests*. Philadelphia, W.B. Saunders, 1983.

61 Orion Research. Analysis methods by pH and ion selective electrodes. Beverly, Massachusetts, 2011 (http://delloyd.50megs.com/moreinfo/ISE.html, accessed January 2012).

62 Analytical Chemistry Resources. Analysis methods by pH and ion selective electrodes. Delloyd's Lab Tech resources reagents and solutions (http://delloyd.50megs.com/moreinfo/ISE.html, accessed).

Basic Methods for

# Assessment of Renal Fluoride Excretion

in Community Prevention
Programmes for Oral Health

Population-wide automatic fluoridation through
water, salt, milk, or use of fluoridated toothpaste is
a most effective and equitable way of preventing
dental caries. At the same time, some degree of
unsighted enamel fluorosis may result when
children are exposed to fluoride above optimal
concentration and surveillance of fluoride
exposure may therefore be needed.

This manual informs about practical procedures in
such assessment based on experience from
existing national fluoridation programmes. The
assessment tools will primarily be useful in
assisting countries in achieving an effective
fluoride exposure. It is a hope that the manual will
stimulate oral health personnel and public health
administrators to use a systematic approach for
managing and analysing data obtained from
different levels of fluoride exposure. Finally, the
manual encourages inter-country collaboration on
surveillance systems for community programmes
using fluoride for prevention of dental caries.

**World Health Organization**

Oral Health Programme
Prevention of Non-communicable Diseases
www.who.int/oral_health

ISBN 978 92 4 154870 0



9 789241 548700

Created by WHO/Graphics

# EXHIBIT C



Received: 18 October 2023    |    Revised: 23 December 2023    |    Accepted: 15 February 2024

DOI: 10.1111/cdoe.12954

**COMMENTARY**



# Flawed MIREC fluoride and intelligence quotient publications: A failed attempt to undermine community water fluoridation

Juliet R. Guichon[1] 🔵  |  Colin Cooper[2]  |  Andrew Rugg-Gunn[3]  |  James A. Dickinson[4]

[1]Department of Community Health Sciences and Pediatrics, Cumming School of Medicine, University of Calgary, Calgary, Alberta, Canada

[2]School of Psychology, Queen's University, Belfast, UK

[3]Faculty of Medical Sciences, Newcastle University, Newcastle upon Tyne, UK

[4]Department of Family Medicine and Community Health Sciences, Cumming School of Medicine, University of Calgary, Calgary, Alberta, Canada

**Correspondence**

Juliet R. Guichon, Departments of Community Health Sciences and Pediatrics, Cumming School of Medicine, University of Calgary, Calgary, AB, Canada.
Email: guichon@ucalgary.ca

**Abstract**

**Objective:** To assess the evidence presented in a set of articles that use the Canadian Maternal–Infant Research on Environmental Chemicals (MIREC) study database to claim that community water fluoridation (CWF) is associated with harm to foetal and infant cognitive development.

**Methods:** Critical appraisal of measurements and processes in the MIREC database, and articles derived therefrom. MIREC's cohort is approximately 2000 pregnant women recruited in 10 centres across Canada, 2008–2011, leading to measuring 512 children aged 3–6 years in six cities. Fluoride exposure was measured by city fluoridation status, self-reports and maternal spot urine samples. Intelligence Quotient (IQ) was measured using the Wechsler Preschool and Primary Scale of Intelligence (WPPSI-III) by different assessors in each city.

**Results:** MIREC's fluoride and IQ measurements are invalid and therefore cannot support the claim that CWF is associated with IQ decline in children.

**Conclusions:** The MIREC fluoride-IQ articles' results should be considered unacceptable for legal and policy purposes; other water fluoridation studies and systematic reviews show no effect of fluoridation on cognition.

**KEYWORDS**

community water fluoridation, fluoride exposure, IQ

## 1 | INTRODUCTION

Community water fluoridation (CWF) is a public health success in reducing dental decay safely, economically and equitably.[1] Yet, CWF has continually faced opposition, mostly based on emotion, and using tenuous links to evidence to attempt to justify such opposition.[2] Each alleged scientific reason for opposition has been refuted, but another allegation often arises, like a zombie from the grave.

A current false claim holds that even the recommended low level of fluoride in water can affect the brains of a foetus and child.

That claim is made by fluoride opponents to cease CWF, and was accepted by decision-makers who ceased CWF in 2022 in State College, Pennsylvania.[3] The 'harm to babies' brain' claim is the basis for litigation to end water fluoridation, potentially for the entire United States, in litigation underway (as of this writing) in the United States Federal District Court.[4] Therefore, it is essential to appraise the quality of the evidence currently being used to oppose this valuable public health measure.

The claim that levels of fluoride associated with CWF are associated with harm to cognition was made most prominently in 2019 in *JAMA Pediatrics* by Green et al.[5] The Green et al. article, which

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.
© 2024 The Authors. *Community Dentistry and Oral Epidemiology* published by John Wiley & Sons Ltd.

| **WILEY**—COMMUNITY DENTISTRY AND ORAL EPIDEMIOLOGY

has been previously criticized for failure to provide robust evidence on exposure to fluoride and impaired intelligence,[6] is one of a series of six articles,[5,7-11] reporting similar analyses conducted by overlapping groups of researchers, using the Canadian Maternal–Infant Research on Environmental Chemicals (MIREC) Study[12] (Table 1). The articles seek to determine whether foetal exposure to fluoride in utero, and through early feeding and infancy, are causally linked to intellectual impairment in childhood. To make such a determination, the MIREC fluoride-IQ authors must measure foetal fluoride exposure and childhood Intelligence Quotient (IQ) accurately, perform appropriate statistical analyses and interpret their results appropriately. These authors have not done so. Therefore, the articles are of no utility. To demonstrate this fact, we first describe the MIREC database and its methods, and then these authors' use of measurements and their statistical analyses. We offer our analysis to show the fatal flaws in these measurements that the authors have not addressed.

## 2 | THE MIREC STUDY

The MIREC study aimed to create a research database to study the effects of environmental chemicals on pregnant women and their children.[12] Funded by Health Canada, the Ontario Ministry of the Environment and a grant from the Canadian Institutes of Health Research,[12] the study focused on the effects of prenatal exposure to 'priority environmental chemicals'. The chemicals of specific interest[13] included heavy metals, phthalates, brominated flame retardants and bisphenol A (BPA), but not fluoride. Consequently, measurements of fluoride were not included in the original data set. The MIREC database has since been used in secondary analyses by the MIREC fluoride-IQ authors to study the effects of maternal and infant exposure to fluoride on the IQ of the resulting child.

The MIREC participants were women recruited from prenatal clinics in cities across Canada. The recruitment sites, response rates and participant characteristics differed between centres,[12] consequently comparisons among them must be corrected for a variety of social factors, such as parental education and social status.

## 3 | MEASUREMENT QUALITY

### 3.1 | Measurement of exposure: fluoride

For a foetus to be exposed to fluoride, fluoride must reach the foetus via the bloodstream. Because foetal blood samples are not available, measuring fluoride exposure of the foetus is necessarily indirect. The researchers presumed that maternal intakes and blood levels of fluoride correspondingly affected the foetus. The MIREC database used three methods to attempt to determine fluoride exposure of the pregnant woman as a proxy measure of foetal exposure: (1) Maternal exposure through community water fluoridation; (2) Analysis of self-reports by the pregnant woman of what the woman drank; and (3) Measurement of fluoride in three untimed spot urine samples from the pregnant woman.

The first measure is uncontroversial; community water fluoridation was a practice in three of the six cities that were studied—Hamilton, Toronto and Halifax, and not in Vancouver, Kingston and Montreal. The concentrations of fluoride in the water are publicly available information. This is a measure of fluoride exposure experienced by the whole community. But these authors wished to undertake individual intake analyses to provide greater precision in determining effects, so they analysed two other exposure measures.

The second exposure measure—self-reports of intake—is weak. The self-reports provide estimates of how many 'cups' of tap water and water-based beverages were usually consumed daily, during the pregnancy at trimesters one and three. Yet, neither the MIREC beverage questionnaire nor the estimates of fluoride intake from those data has been validated, as stated by some of these authors themselves.[5] Such estimates are subject to recall error. Self-reports of usual energy intake by dietary questionnaire are unreliable.[14] Reports of fluid intake based on people's estimates of what they usually drink are similarly uncertain.

The third fluoride measurement—measuring fluoride in maternal urine—is an attempted proxy measure of maternal blood levels. The MIREC database contains only spot urine samples from the pregnant women collected in each trimester of the pregnancy, at delivery and in the early postnatal period (up to 10 weeks). (These 'spot' samples had no limits or requirements on time of day, or recent intake of fluoride.) The researchers detail how the fluoride levels in the urine samples were chemically assayed, with checks for validity. However, there are at least two problems with this third measure of chronic (i.e. duration of pregnancy) fluoride exposure to the foetus.

First, spot urine tests are inadequate to measure chronic (i.e. duration of pregnancy) fluoride exposure accurately in an individual, let alone in the foetus of a pregnant woman, because they measure fluoride concentration in urine at only one point in the day. Fluoride levels vary throughout the day with a short half-life, depending upon whether a person has been recently exposed to fluoride; these levels also vary from day to day. For example, if the individual had just brushed her teeth with fluoridated toothpaste or had just drunk black tea (which has high fluoride levels), then the spot urine test would misrepresent her average fluoride exposure in a day; current or concurrent exposure measurements are not useful because they are so variable. Indeed, some of the MIREC fluoride-IQ authors, who assert that maternal fluoride exposure is associated with decreased IQ, have conceded that spot urine tests are not useful in estimating the duration and persistence of fluoride exposure, such as here:[15]

> [U]se of one spot urine sample may have introduced error given the short half-life of fluoride and the impact of consuming tea or inadvertent ingestion of fluoridated dental products prior to urine sampling. [...]

> Taken together, urinary fluoride level varies substantially depending on participant behaviour prior to

16600538, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

COMMUNITY
DENTISTRY AND
ORAL EPIDEMIOLOGY —WILEY— | 367

16000528, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

TABLE 1  Published studies arising from MIREC database, testing for intelligence quotient effects of fluoride exposure during foetal development.

| Publication | Authors | Exposure | Outcome | Reported main results |
|---|---|---|---|---|
| Association between Maternal Fluoride Exposure during Pregnancy and IQ Scores in Offspring in Canada. JAMA Pediatrics 2019, 173(10), pp. 940–948 | Green, R., Lanphear, B., Hornung, R., Flora D., Martinez-Mier, E.A., Neufeld, R., Muckle, G., Till, C. | Fluoride: water fluoridation by city, individual levels by maternal intake questionnaire, maternal spot urine levels. | Intelligence Quotient (IQ) measured by Wechsler Preschool and Primary Scale of Intelligence-III Outcome Full-scale IQ at 3–4 years, by IQ tests with no validation. | No differences in IQ between children in fluoridated and non-fluoridated cities. No main effect of maternal urinary fluoride on full-scale IQ was observed in a regression analysis. Subgroup analysis: A 1 mg/L increase in specific gravity adjusted maternal urinary fluoride was associated with a 4.49-point lower IQ score (95% CI: −8.38 to −0.60) in boys. In contrast, there was a 2.4-point increase in FSIQ in girls, but it was not statistically significant. |
| Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environment International 2020, 134, 105315 | Till, C., Green, R., Flora, D., Hornung, R., Martinez-Mier, E. A., Blazer, M, Farmus, L., Ayotte, P., Muckle, G., Lanphear, B. | Estimation of fluoride exposure from formula: not validated. Maternal spot urine tests. | IQ measured by Wechsler Preschool and Primary Scale of Intelligence-III. | Breast-fed children had better Performance IQ scores than formula-fed children in fluoridated areas. Fluoride from tap water elevated the estimate of fluoride exposure arising from infant formula. Adjustment for foetal fluoride exposure did not explain the observed association. Likely confounded by higher maternal education and income levels among breastfeeding women. |
| Critical windows of fluoride neurotoxicity in Canadian children. Environmental Research 2021, 200, 111315 | Farmus, L., Till, C., Green, R., Hornung, R., Martinez-Mier, E. A., Ayotte, P., Muckle, G., Lanphear, B.P., Flora, D.B. | Three exposure 'windows' to fluoride examined: prenatal; infancy; and childhood, using, inter alia, maternal spot urine levels. | IQ measured by Wechsler Preschool and Primary Scale of Intelligence-III. | Many models were investigated and covariates were not selected in a systematic manner. Performance IQ was most strongly linked to fluoride exposure during the prenatal period. Fluoride exposure was not associated with Verbal IQ across any exposure window. However, fluoride exposures during pregnancy, infancy and childhood were not associated with Performance IQ once the city-level effect was controlled and adjustments were made for multiple testing. |

(Continues)

WILEY–Community DENTISTRY AND ORAL EPIDEMIOLOGY

GUICHON ET AL.

16000528, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 1** (Continued)

| Publication | Authors | Exposure | Outcome | Reported main results |
|---|---|---|---|---|
| Iodine Status Modifies the Association between Fluoride Exposure in Pregnancy and Preschool Boys' Intelligence. Nutrients 2022, 14(14), 2920 | Goodman, C., Hall, M., Green, R., Hornung, R., Martinez-Mier, E. A., Lanphear, B., Till, C. | Fluoride: Maternal spot urine levels. Iodine: Spot urine levels. | IQ measured by Wechsler Preschool and Primary Scale of Intelligence-III. | A three-way interaction term examined maternal spot urinary fluoride and maternal spot urinary iodine on child IQ by child sex. Low iodine status was associated with a stronger fluoride effect in boys but not in girls. Among girls, IQ increased with increasing levels of fluoride in low and adequate iodine status groups but was not statistically significant. |
| Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. Science of the Total Environment 2023, 869, 161149 | Hall, M., Lanphear, B., Chevrier, J., Hornung, R., Green, R., Goodman, C., Ayotte, P., Martinez-Mier, E. A., Zoeller, R. T., Till, C. | Fluoride: Water fluoride concentration, maternal spot urinary fluoride and maternal fluoride intake. | IQ measured by Wechsler Preschool and Primary Scale of Intelligence-III. | Water fluoride concentration and fluoride intake were associated with primary hypothyroidism but maternal urinary fluoride was not. |
| Dose dependence of prenatal fluoride exposure associations with cognitive performance at school age in three prospective studies. European Journal of Public Health 2024, 34(1), 143–149 | Grandjean, P., Meddis, A., Nielsen, F., Beck, I. H., Bilenberg, N., Goodman, C. V., Hu, H., Till, C., Budtz-Jørgensen, E. | Fluoride: Maternal spot urinary fluoride. | IQ measured by Wechsler Preschool and Primary Scale of Intelligence-III. | Maternal urinary fluoride was not associated with full-scale IQ for the MIREC cohort or in the Odense Child Cohort. However, the authors combined these non-comparable cohorts with the ELEMENT cohort to generate a bench mark concentration analysis that purports to show a relationship of fluoride exposure to IQ. |

COMMUNITY
DENTISTRY AND
ORAL EPIDEMIOLOGY —WILEY 369

16000528, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

sampling and may not be representative of long-term fluoride exposure.

Elsewhere, some of the MIREC fluoride-IQ authors also have conceded that spot urine tests are not a valid method to determine chronic exposure:[16]

> [...] overnight fasting or 24-h urine samples are considered to be the optimal dosimeter for measuring chronic fluoride exposure (WHO 2014). In contrast, the present study measured the concentration of fluoride in a spot urine sample that did not control for recent fluoride ingestion.

But later, some of these authors have confusingly argued that spot urine samples *are* reliable to assess chronic fluoride exposure in individuals. They write[17]

> Urinary fluoride is not a perfect measure of **fluoride intake**, but it is reliable, and it is the optimal biomarker of concurrent fluoride exposure (Rugg-Gunn et al., 2011)[18] [emphasis added].

Those authors appear to be suggesting that Rugg-Gunn and colleagues claim that spot urine tests validly and reliably measure individuals' chronic fluoride exposure (duration of pregnancy – the meaningful measure). However, Rugg-Gunn et al. explicitly stated the opposite, noting that even 24-h urine samples (daily excretion) cannot measure chronic fluoride exposure in individuals. Rugg-Gunn et al. write:[18]

> Plots of daily urinary fluoride excretion against total daily fluoride intake suggest that daily urinary fluoride excretion is suitable for predicting fluoride intake **for groups of people, but not for individuals**. While fluoride concentrations in [blood] plasma, saliva and urine have some ability to predict fluoride exposure, **present data are insufficient to recommend utilizing fluoride concentrations in these body fluids as biomarkers of contemporary fluoride exposure for individuals**. Daily [24 h] fluoride excretion in urine can be considered a useful biomarker of contemporary fluoride exposure for groups of people, and normal values have been published. [emphasis added].

Aylward et al.[19] also reinforce the point that spot urine tests do not reliably measure chronic fluoride exposure in individuals, noting,

> Because of substantial within- and between-individual variation in urinary flow and creatinine excretion rates, as well as the rapid urinary elimination pharmacokinetics of fluoride, concentrations of fluoride in individual spot samples may vary substantially even when underlying exposures rates are consistent and within the exposure guidance values.

In other words, even though 24-h urine tests cannot tell us an individual's chronic exposure to fluoride, the MIREC fluoride-IQ authors who use the MIREC data attempt to claim that *three* maternal spot urine tests can reliably reveal the chronic fluoride exposure of a foetus to fluoride. These authors write,[16]

> To enhance our measurement, we therefore measured urinary fluoride at three time points, providing a more sensitive measurement of MUF [maternal urinary fluoride] concentration than if only one measurement were used. We only included participants who had valid fluoride measurements at each trimester in the analysis [...]

This measurement 'enhancement' is, in fact, minimal. Pooling three samples reduces the random variation of single measurements, but does not make the measurement 'more sensitive', which would imply being able to detect smaller quantities. (Perhaps, the authors mean 'consistent', i.e. with lower variation). But even averaging three spot urine samples of the pregnant woman cannot reliably tell us the woman's chronic fluoride levels or intake. Further, by excluding women who did not supply three samples, the authors have limited the study population even further, with the possibility of selection bias (e.g. those who provided three urine samples might be more consistent in other behaviours compared to those who did not). That bias might confound any relationships with child IQ.

Even though Rugg-Gunn et al. and Alyward have made clear that neither spot urine nor 24-h urine can tell us how much fluoride an individual was exposed to, some MIREC fluoride-IQ authors surprisingly claim that spot maternal urine tests can be used to estimate foetal exposure to fluoride. This claim raises the second problem regarding the authors' third attempted measure of fluoride: The authors incorrectly claim that fluoride in urine is correlated to fluoride in blood. These authors reference a study by Thomas et al.[20] claiming, 'the Thomas (2016) study did find a moderate correlation ($r = .29$) between the two biomarkers [urine and blood] during early stages of pregnancy'.[17] But actually, Thomas et al. concluded that there is almost no correlation between fluoride measures in urine and in blood. Thomas et al. stated:[20]

> In general, **there was a lack of correlation between these two biomarkers [urine and blood]**, though a significant correlation was found in fluoride levels between urine and [blood] plasma of mothers sampled during **early** stages of pregnancy. Across the three stages of pregnancy, maternal urinary fluoride and plasma values (Figure 2) were not different and remained fairly stable as pregnancy progressed. As a summary measure of consistency in fluoride concentrations across the three stages of pregnancy from

which we sampled biomarkers, the ICC [Intra-class correlation coefficient] for urine was 0.25 and for plasma was 0.39. [emphasis added].

In their 2016 article, Thomas et al.[20] report that the correlation coefficients *do not* show a correlation between the amount of fluoride in a pregnant woman's urine and in her blood. They assessed correlation coefficients relating fluoride levels in the woman's urine (creatinine-adjusted) and her blood plasma at two different stages of pregnancy. Among the participants, the correlations were 0.29 and −0.24 during early and late pregnancy respectively. These values are below 0.5—the recommended standard to indicate 'moderate' effects.[21] Furthermore, a multiple regression analysis did not show an association between the fluoride biomarkers of the pregnant woman's urine and blood plasma. In other words, the 2016 Thomas article describes low and variable, sometimes negative correlation of creatine-adjusted maternal urine fluoride with blood plasma fluoride, at least in Mexico City where fluoride supplementation occurs through fluoridated salt rather than water. It is unclear why the authors assert the opposite of what Thomas et al. state.

To summarize concerns about measuring foetal exposure to fluoride using spot maternal urine samples, there is a consensus in the scientific community that a spot maternal urine sample is not a valid biomarker of an individual's chronic exposure to fluoride.[22] Spot urine tests are not valid to quantify fluoride exposure in a pregnant woman or her foetus, no matter how precisely the researchers measured fluoride in the spot urine samples. Because the researchers report accessing only spot maternal urine tests in the MIREC database to assess foetal exposure (three in total) and there is low correlation of fluoride levels in urine and blood plasma, users of that database simply cannot reliably measure the pregnant woman's or the foetus' exposure to fluoride.

## 3.2 | Measurement of the outcome: IQ of children

The MIREC data claim to report the IQ of children using the Wechsler Preschool and Primary Scale of Intelligence, Third Edition, (WPPSI-III). But the IQ testing of the children in the MIREC sample is unreliable.

To measure the IQ of children in a comparable way, one must use standardized test administration. This testing approach is important especially because of the young age of the children—aged 3 to 4 years at the time of the IQ test. (A small subset of the children were aged 5–6 years when tested.) IQ testing of young children is notoriously difficult because the test must be administered and scored by an interviewing examiner, unlike the more straightforward written 'tests' that older children can complete on paper. Moreover, assessing such young children challenges even experienced examiners.[23] Little is published about sex differences in attention in preschool children, but they are found in slightly older children, so sex differences might affect test scoring.[24] In addition and irrespective

of the age of the research subject, major sources of errors can occur in IQ testing. When different people administer the test, they introduce the possibility of differences in administration, scoring and interpretation across the population being studied. These issues of variability are well known. The National Institute of Environmental Health Sciences report, *Evaluating Features and Application of Neurodevelopmental Tests in Epidemiological Studies*, provides examples of factors that could present problems and introduce bias in the test results.[25] As Styck and Walsh report, 'examiner errors occur frequently and impact index and FSIQ [full scale IQ] scores', concluding that 'current estimates for the standard error of measurement of popular IQ tests may not adequately capture the variance due to the examiner'.[26]

So, for young children, it is vital to assess IQ using a consistent and reliable approach: Ideally, the same test administrator, with quality checks. Yet, the MIREC IQ data were created by a 'single staff person from each study site' according to Etzel et al.[27]; in other words, there were different MIREC IQ assessors in each of six cities. If examiners differed in the way in which they coded the children's behaviours into IQ, then this difference could lead to an apparent effect of fluoridation even if none existed. Thus, systematic variations among the six examiners might be a confounding variable. The examiners' backgrounds are described only as being 'research assistants', not formally trained psychometricians. According to Etzel et al., 'Study staff from each participating study site completed a 3-day training session that was led by a PhD-level psychologist (E.O.) and focused on specialized training of these assessment tools'.[27] According to some MIREC fluoride-IQ researchers,[17] regular site visits were made to observe these examiners, and test protocols were double scored. However, none of the MIREC fluoride-IQ articles describes the training process. A doctoral degree does not, of itself, provide the specialized training necessary to administer the WPPSI-III and it is not stated whether the psychologist who trained the administrators was an accredited, formally trained administrator of the WPPSI-III, as is desirable for test validity. Even the best testers will differ within themselves (if they retested the same subject) and between one another. Their accuracy may 'drift' over time. Analysis of accuracy would enable us to understand the variation, so we can understand how much difference in test score is meaningful. Therefore, validation of the IQ test scores would normally be expected in a research study. But none of MIREC fluoride-IQ articles present quality assurance statistics of the results, comparisons over time or among the study centres. For all these reasons, the MIREC IQ data do not permit anyone to know whether comparisons of IQ in fluoridated and non-fluoridated cities are meaningful.

Such failure to assure that the IQ assessments are valid is concerning. It appears that either the MIREC fluoride-IQ researchers are oblivious to the issues that cause variability in test results, or they have chosen not to address these issues—either in their articles or in their response to expressed concerns.[28,29] The issues of variability and therefore potential bias created by using different assessors of IQ in each city make it difficult to accept any claim of a small IQ decrement in children associated with fluoride exposure.

16000538, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Indeed, if foetal fluoride exposure at fluoridation levels really did affect IQ, then the mean IQ of children in fluoridated cities should be systematically different from that in non-fluoridated cities. In the total sample of children, the mean IQ scores were 108.07 (SD = 13.31) and 108.21 (SD = 13.72) in non-fluoridated and fluoridated communities respectively. Yet, the children's IQ scores varied by 4–8 points among the six cities regardless of the fluoridation status.[28,30] This anomaly suggests that differences among cities in measurement or other factors such as maternal IQ are at least as large or larger than the effects of water fluoridation.

In the MIREC Green et al. article,[5] the authors reported in a table that average IQ was the same in fluoridated and unfluoridated cities but did not discuss the null finding. They engaged in *post hoc* analysis claiming differences between boys and girls, reporting this secondary analysis as the main effect. They allege that there is a 4-point difference between boys and girls, but given the measurement variation in scores for IQ testing, 4 points is not a large or even medium-sized effect.[31] Indeed, according to Ferguson[21] an IQ difference of over six points is required for the 'recommended minimum effect size representing a "practically" significant effect for social science data'.

Figure 3A in Green et al.[5] shows the relationship between the (disputed) estimate of maternal fluoride concentration and IQ for boys and girls. The figure reveals a very wide dispersion of fluoride levels, with most children being exposed to low levels of fluoride. The scores of the 10 or so boys exposed to the highest values of fluoride will have an undue influence on the regression coefficient. In other words, the presence of a few boys who were exposed to high levels of fluoride will lead to the relationship between fluoride concentration and IQ being overestimated for the group as a whole.

The Green et al.[5] article claims an association between fluoride exposure and IQ and purports to find only a 4-point difference in boys but not in girls. The random variance and bias due to variation in test administrators can account for far more than that difference.

By reporting an IQ point difference that was assessed using different IQ test administrators in different cities without careful validation, that is less than a third of the standard deviation of the test, and that varies independently of the city's fluoridation status, the MIREC database does not offer high-quality, reliable data about the children's IQ. Therefore, finding a decrease of four points in an IQ score only in boys (but not in girls) for every 1 mg/L increase in alleged fluoride concentration in urine is almost certainly a spurious finding.[32-34]

Measurement error has often been incorrectly considered to result only in a 'bias toward the null'. That is, errors in measurement make it less likely that one can observe a true association. However, in other situations, measurement error can result in a spurious overestimate of the true association.[35] That may be the case here. Other biases, such as measurement errors of outcome and covariates, confounding and selection bias, are also present in these MIREC fluoride-IQ articles.

## 3.3 | Lack of an appropriate conceptual model to assess causation

Addressing the complex question of the causal effect of fluoride on children's IQ requires models that incorporate knowledge and understanding of the causal mechanisms.[36] The MIREC fluoride-IQ articles apparently disregard several prenatal and postnatal factors that may influence children's IQ, such as maternal IQ, paternal IQ, gestational age, birth weight, breastfeeding, disease infections, traumatic events, exposure to environmental pollutants and social factors (e.g. attendance at daycare and kindergarten, and other social interactions). Conducting data analysis without an operational model that translates abstract concepts into measurable variables can oversimplify a complex problem.[37]

A conceptual model such as a directed acyclic graph can guide variable selection as well as indicate scenarios that might give rise to unanticipated 'backdoor pathways'.[38] In other MIREC articles, some of the MIREC fluoride-IQ authors used a simple version of a directed acyclic graph,[39,40] suggesting that the MIREC fluoride-IQ authors are aware of the value of the organizational tool but chose not to use it in all the articles they created.

Another major issue that raises questions about the validity of this set of articles is the absence of an operational model. The MIREC fluoride-IQ authors are not explicit about the question they are asking and the assumptions guiding their data analysis. Their analytical strategy relies on the selection of confounders based on *p*-values, a method widely acknowledged as not providing a reliable measure of evidence regarding a model or hypothesis.[41] This modelling strategy aligns more with prediction models rather than a causal inference model that specifies the role of each variable, including exposures, mediators, effect modifiers and confounders, which specification is necessary to address a causal question.

We did not undertake a formal quality assessment of these articles because we are not conducting a systematic review. Instead, we discuss the severe limitations that the MIREC fluoride-IQ authors have not addressed in their articles. Kumar et al. rated the Green et al. article as having a high risk of bias.[42] Kumar et al. stated,[42]

> Uncritical acceptance of fluoride-IQ studies, including non-probability sampling, inadequate attention to accurate measurement of exposure, covariates and outcomes, and inappropriate statistical procedures, has hindered methodological progress. Therefore, the authors urge a more scientifically robust effort to develop valid prenatal and postnatal exposure measures and to use interventional studies to investigate the fluoride-IQ hypothesis in populations with high fluoride (endemic) exposure.

As mentioned, the Green et al.[5] MIREC fluoride-IQ article reported in a table that the main overall effect was null. The question arises as to why the authors emphasize their *post hoc* analysis that claims to show a 4-point reduction for boys. This isolated secondary finding

16000538, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

16600530, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

lacks empirical corroboration, which is necessary for it to be regarded as causative. The authors themselves rightly note that such a finding 'requires more investigation'.

Several post-publication letters with respect to the Green et al. article specifically[32,34] and reviews of the MIREC fluoride-IQ articles generally[33,42-44] raise concerns regarding the overinterpretation of the findings resulting from their analytical approach. These concerns include inappropriate regression modelling based on a convenience sample of clusters of individuals and correlated observations, and inadequate attention to influential outlying observations. The MIREC fluoride-IQ articles in Table 1 show improper focus on subgroup analysis, and the failure to adjust significance levels given that the authors engaged in multiple testing. This 'data-dredging' approach ensures that at least some of the *p*-values will be 'significant' by chance. Such approaches might assist in exploratory analyses, but need replication before being accepted as evidence of an association – let alone cited as proof of causation, as some of the MIREC fluoride-IQ authors assert.[45,46]

## 3.4 | Other studies

Other published studies have addressed the same question: whether fluoridation affects foetal and child IQ. One replication study in Spain, which also used spot maternal urine as a proxy for foetal fluoride exposure, but different standard IQ tests, showed opposite effects: Fluoride led to a slight increase in boys' cognition, but not girls'.[47] Long-term cohort studies with larger samples and with IQ measurements at older ages, in New Zealand[48] and of military conscripts in Sweden[49] have shown no effect of fluoridation on cognitive development. A national cohort study of Australian children reported no impact of exposure to water fluoridation throughout life on measures of school-age executive functioning, emotional and behavioural development.[50]

Our critique is important because, among other reasons, members of the MIREC fluoride-IQ research group have self-cited their MIREC-based fluoride-IQ studies. For example, a recent report[11] of an alleged association between fluoride and cognition combined Danish data with data from two other studies, one of which was the MIREC study. The Danish data alone showed no association between fluoride and cognitive performance and, as our analysis has shown, the MIREC data cannot be used to claim an association between maternal fluoride exposure and diminished IQ. Consequently, this recent article[11] is also invalid.

## 4 | CONCLUSION

Researchers using the MIREC database claim that raised maternal fluoride exposure reduces children's IQ. They used what was available to them: spot urine tests of the pregnant women and IQ tests conducted on very young children by different assessors in six different cities. Although future studies might be designed to measure

cognition in the MIREC cohort accurately, the flawed assessment of exposure to fluoride is insurmountable. Because the MIREC database offers neither valid data on maternal or foetal fluoride exposure, nor reliable measures of the IQ of the resulting children, the database cannot be used to make claims that fluoride exposure affects IQ.

## AUTHOR CONTRIBUTIONS

Drs. Guichon and Dickinson created the draft which Drs. Rugg-Gunn and Cooper reviewed, including with specific attention to fluoride measurement (Dr. Andrew Rugg-Gunn) and intelligence measurement (Dr. Colin Cooper). All authors collaborated until satisfied with the final iteration.

## ACKNOWLEDGEMENTS

The authors acknowledge and thank Dr. Mark Moss and Dr. Belinda Nicolau who assisted with epidemiological expertise, and Dr. Nicolau for assessing an article in Portuguese.

## FUNDING INFORMATION

The authors have received no funding to create this article.

## CONFLICT OF INTEREST STATEMENT

The authors report no conflicts of interest, understood to mean a conflict between one's duty and one's interest.

## PATIENT CONSENT STATEMENT

No patients were involved in this work.

## PERMISSION TO REPRODUCE MATERIAL FROM OTHER SOURCES

Where we quote words or ideas published in other journals, we cite the sources.

## ORCID

*Juliet R. Guichon* https://orcid.org/0000-0003-0537-4215

## REFERENCES

1. Centers for Disease Control and Prevention. Community water fluoridation. Accessed December 21, 2023. https://www.cdc.gov/fluoridation/index.html
2. Lowery G, Flinders M, Gibson BJ. When evidence alone is not enough: the problem, policy and politics of water fluoridation in England. *Evid Policy*. 2021;17(3):507-523.
3. Rushton G. *State college borough water authority board votes to stop fluoridation*. StateCollege.com. Published July 21, 2022. Accessed December 21, 2023. https://www.statecollege.com/articles/state-college/state-college-borough-water-authority-board-votes-to-stop-fluoridation/
4. Calendar for Judge Edward M. Chen, Courtroom 5, 17th Floor Courtroom Deputy: Vicky Ayala, Northern District of California. In Food & Water Watch vs EPA, Northern District of California, Motion to Lift Stay, Status Conference. Accessed December 21, 2023. https://apps.cand.uscourts.gov/CEO/cfd.aspx?7144
5. Green R, Lanphear B, Hornung R, et al. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. *JAMA Pediatr*. 2019;173(10):940-948.

GUICHON ET AL.

COMMUNITY
DENTISTRY AND
ORAL EPIDEMIOLOGY **WILEY** | **373**

16000528, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

6. Oliveira BH, Cruz LR, Normando D, Cury JA. Fluoreto e inteligência: avaliação crítica de um estudo de coorte prospectivo. *Revista Científica do CRO-RJ (Rio de Janeiro Dental Journal)*. 2021;6(1):2-11.

7. Farmus, Linda, et al. Critical windows of fluoride neurotoxicity in Canadian children. *Environmental Research*. 2021;200:11315.

8. Till C, Green R, Flora D, et al. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. *Environ Int*. 2020;134:105315.

9. Goodman CV, Hall M, Green R, et al. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. *Nutrients*. 2022;14(14):2920.

10. Hall M, Lanphear B, Chevrier J, et al. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. *Sci Total Environ*. 2023;869:161149.

11. Grandjean P, Meddis A, Nielsen F, et al. Dose dependence of prenatal fluoride exposure associations with cognitive performance at school age in three prospective studies. *Eur J Public Health*. 2024;34(1):143-149.

12. Arbuckle TE, Fraser WD, Fisher M, et al. Cohort profile: the maternal–infant research on environmental chemicals research platform. *Paediatr Perinat Epidemiol*. 2013;27(4):415-425.

13. Government of Canada. Chemicals management plan. Chemicals at a Glance. Accessed December 21, 2023. https://www.canada.ca/en/health-canada/services/chemical-substances/fact-sheets/chemicals-glance.html

14. Hill RJ, Davies PS. The validity of self-reported energy intake as determined using the doubly labelled water technique. *Br J Nutr*. 2001;85(4):415-430.

15. Riddell JK, Malin AJ, McCague H, Flora DB, Till C. Urinary fluoride levels among Canadians with and without community water fluoridation. *Int J Environ Res Public Health*. 2021;18(12):6203.

16. Till C, Green R, Grundy JG, et al. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. *Environ Health Perspect*. 2018;126(10):107001.

17. Critical windows of fluoride neurotoxicity in Canadian children by Farmus and colleagues – In reply to Guichon et al. (2022) https://doi.org/10.1016/j.envres.2022.115201

18. Rugg-Gunn AJ, Villa AE, Buzalaf MR. Contemporary biological markers of exposure to fluoride. *Fluoride Oral Environ*. 2011;22:37-51.

19. Aylward LL, Hays SM, Vezina A, Deveau M, St-Amand A, Nong A. Biomonitoring equivalents for interpretation of urinary fluoride. *Regul Toxicol Pharmacol*. 2015;72(1):158-167.

20. Thomas DB, Basu N, Martinez-Mier EA, et al. Urinary and plasma fluoride levels in pregnant women from Mexico City. *Environ Res*. 2016;150:489-495.

21. Ferguson CJ. An effect size primer: a guide for clinicians and researchers. *Prof Psychol Res Pract*. 2009;40(5):532-538. doi:10.1037/a0015808

22. Baez RJ, Petersen PE, Marthaler TM, World Health Organization. *Basic Methods for Assessment of Renal Fluoride Excretion in Community Prevention Programmes for Oral Health*. World Health Organization; 2014 (This document was produced by a nine person working group of WHO, including Dr. Andrew Rugg-Gunn.).

23. Ford L, Kozey ML, Negreiros J. Cognitive assessment in early childhood: theoretical and practice perspectives. In: Flanagan DP, Harrison PL, eds. *Contemporary Intellectual Assessment: Theories, Tests, and Issues*. Vol 2022. 4th ed. The Guilford Press; 2012:585-622.

24. Efrat B, Orna T. Sex differences in the sustained attention of elementary school children. *BMC Psychol*. 2022;10(1):307.

25. White RF, Braun JM, Kopylev L, et al. NIEHS report on evaluating features and application of neurodevelopmental tests in epidemiological studies: NIEHS report 01. 2022; doi:10.22427/NIEHS-01

26. Styck KM, Walsh SM. Evaluating the prevalence and impact of examiner errors on the Wechsler scales of intelligence: a meta-analysis. *Psychol Assess*. 2016;28(1):3-17.

27. Etzel T, Muckle G, Arbuckle TE, et al. Prenatal urinary triclosan concentrations and child neurobehavior. *Environ Int*. 2018;114:152-159.

28. Guichon J, Nicolau B, Brandini M, Caron C, Mitchell I, D'Souza V. Letter to the editor regarding "Critical windows of fluoride neurotoxicity in Canadian children" by Farmus and colleagues. *Environ Res*. 2023:111315. doi:10.1016/j.envres.2021.111315

29. Guarino B. *Study raises questions about fluoride and children's IQ*. The Washington Post; 2019.

30. Green RR. *Prenatal Fluoride Exposure and Neurodevelopmental Outcomes in a National Birth Cohort*. York University. Published July, 2018. Accessed December 22, 2023. https://yorkspace.library.yorku.ca/server/api/core/bitstreams/c76e89ec-188c-4fb2-8b31-2738f926cc4c/content

31. Cohen J. A power primer. *Psychol Bull*. 1992;112(1):155-159.

32. Ritchie SJ, Morris AJ, McConway K. Association between maternal fluoride exposure and child IQ. *JAMA Pediatr*. 2020;174(2):213.

33. National Academies of Sciences, Engineering, and Medicine. Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects: A Letter Report. 2021.

34. Baguley T, Jones O, Leahy J, et al. *Expert reaction to study looking at maternal exposure to fluoride and IQ in children*. Science Media Center. Published online August 19, 2019. Accessed December 22, 2023. https://www.sciencemediacentre.org/expert-reaction-to-study-looking-at-maternal-exposure-to-fluoride-and-iq-in-children/

35. Yland JJ, Wesselink AK, Lash TL, Fox MP. Misconceptions about the direction of bias from nondifferential misclassification. *Am J Epidemiol*. 2022;191(8):1485-1495.

36. Schuch HS, Nascimento GG, Demarco FF, Haag DG. Causal inference in dentistry: time to move forward. *Community Dent Oral Epidemiol*. 2023;51(1):62-66.

37. Celeste RK, Colvara BC, Rech RS, Reichenheim ME, Bastos JL. Challenges in operationalizing conceptual models in aetiological research. *Community Dent Oral Epidemiol*. 2023;51(1):58-61.

38. Digitale JC, Martin JN, Glymour MM. Tutorial on directed acyclic graphs. *J Clin Epidemiol*. 2022;142:264-267.

39. Goodman C, Hall M, Green R, et al. Maternal fluoride exposure, fertility and birth outcomes: the MIREC cohort. *Environ Adv*. 2022;7:100135.

40. Goodman CV, Till C, Green C, et al. Prenatal exposure to legacy PFAS and neurodevelopment in preschool-aged Canadian children: the MIREC cohort. *Neurotoxicol Teratol*. 2023;98:107181.

41. Karpen SC. P value problems. *Am J Pharm Educ*. 2017;81(9):6570.

42. Kumar JV, Moss ME, Liu H, Fisher-Owens S. Association between low fluoride exposure and children's intelligence: a meta-analysis relevant to community water fluoridation. *Public Health*. 2023;219:73-84.

43. Canadian Agency for Drugs and Technologies in Health. CADTH Rapid Response Report: Summary With Critical Appraisal Community Water Fluoridation Exposure: A Review of Neurological and Cognitive Effects – A 2020 Update. 2020. Accessed February 24, 2023. https://www.ncbi.nlm.nih.gov/books/NBK567579/pdf/Bookshelf_NBK567579.pdf

44. Guth S, Hüser S, Roth A, et al. Contribution to the ongoing discussion on fluoride toxicity. *Arch Toxicol*. 2021;95:2571-2587.

45. Lanphear B, Till C, Birnbaum LS. "It is time to protect kids' developing brains from fluoride" Mounting evidence suggests fluoride may be hampering brain development and reducing kids' IQ. The US needs to rethink this exposure for pregnant women and children." and accompanying video, Environmental Health News, October 7, 2020. Accessed December 22, 2023. https://www.ehn.org/fluor

16000528, 2024, 4, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/cdoe.12954, Wiley Online Library on [16/07/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

ide-and-childrens-health-2648120286/particle-7?rebelltitem=1#rebelltitem1

46. Lanphear B. Sworn Declaration of Bruce Lanphear, MD, MPH, United States District Court for the Northern District of California at San Francisco, Food & Water Watch, et al. vs. U.S. Environmental Protection Agency, Civ. No. 17-Cv-02162-Emc, May 20. 2020 https://drive.google.com/file/d/1ZaQ5Izo_aNgFyYjKnSJIJDo_azDbdR_/view?usp=sharing

47. Ibarluzea J, Gallastegi M, Santa-Marina L, et al. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. *Environ Res*. 2022;207:112181.

48. Broadbent JM, Thomson WM, Ramrakha S, et al. Community water fluoridation and intelligence: prospective study in New Zealand. *Am J Public Health*. 2015;105(1):72-76.

49. Aggeborn L, Öhman M. The effects of fluoride in drinking water. *J Polit Econ*. 2021;129(2):465-491.

50. Do LG, Spencer AJ, Sawyer A, et al. Early childhood exposures to fluorides and child behavioral development and executive function: a population-based longitudinal study. *J Dent Res*. 2023;102(1):28-36.

**How to cite this article:** Guichon JR, Cooper C, Rugg-Gunn A, Dickinson JA. Flawed MIREC fluoride and intelligence quotient publications: A failed attempt to undermine community water fluoridation. *Community Dent Oral Epidemiol*. 2024;52:365-374. doi:10.1111/cdoe.12954

# EXHIBIT D

| RESEARCH AND PRACTICE |

# Community Water Fluoridation and Intelligence: Prospective Study in New Zealand

Jonathan M. Broadbent, PhD, W. Murray Thomson, PhD, Sandhya Ramrakha, PhD, Terrie E. Moffitt, PhD, Jiaxu Zeng, PhD, Lyndie A. Foster Page, PhD, and Richie Poulton, PhD

Community water fluoridation (CWF) is a cost-effective,[1,2] safe,[3] and environmentally friendly[4] means of reducing dental caries rates[3] and social inequalities.[5] However, CWF has recently been criticized as a cause of IQ deficits among children,[6] despite a lack of evidence to support that claim. This claim was considered pivotal in the recent rejection of CWF by voters in Portland, Oregon,[7] and by local government politicians in Hamilton, New Zealand. It is likely that such claims may continue to be lobbied against CWF worldwide.

Since the 1960s, about half of New Zealand's population has had access to CWF. Nationally, average fluoride intakes remain below the adequate intake level for dental caries protection, and CWF schemes are only 1 (albeit important) source of exposure to fluoride.[8] The New Zealand Ministry of Health supports CWF in policy, but implementation of that policy is decided upon and undertaken by Territorial Local Authorities (local government) mandated[9] to supply water services to people in their areas (and improve the health of their populations).

Hamilton city (New Zealand's fifth-largest metropolitan area) has had CWF since 1966 and has recently become a target for CWF opponents. Despite a binding 2006 referendum that showed 70% support for CWF among voting Hamiltonians,[10] Hamilton's City Council chose to relitigate CWF and held a tribunal on fluoridation in early 2013. The councilors voted to cease CWF, leading to an outcry from members of the public and health officials. A new referendum was then held (accompanying a local government election), which again showed 70% support for CWF among voting Hamiltonians.[11] The Hamilton City Council elected to await the outcome of a High Court ruling on a challenge to the legality of CWF in another New Zealand city (New Plymouth) before reinstating CWF. Following the release of the ruling in favor of CWF, the Hamilton City Council reversed their previous decision,

*Objectives.* This study aimed to clarify the relationship between community water fluoridation (CWF) and IQ.

*Methods.* We conducted a prospective study of a general population sample of those born in Dunedin, New Zealand, between April 1, 1972, and March 30, 1973 (95.4% retention of cohort after 38 years of prospective follow-up). Residence in a CWF area, use of fluoride dentifrice and intake of 0.5-milligram fluoride tablets were assessed in early life (prior to age 5 years); we assessed IQ repeatedly between ages 7 to 13 years and at age 38 years.

*Results.* No clear differences in IQ because of fluoride exposure were noted. These findings held after adjusting for potential confounding variables, including sex, socioeconomic status, breastfeeding, and birth weight (as well as educational attainment for adult IQ outcomes).

*Conclusions.* These findings do not support the assertion that fluoride in the context of CWF programs is neurotoxic. Associations between very high fluoride exposure and low IQ reported in previous studies may have been affected by confounding, particularly by urban or rural status. (*Am J Public Health.* 2015;105: 72–76. doi:10.2105/AJPH.2013.301857)

and voted in February 2014 to reintroduce CWF to Hamilton in April 2014.

In the tribunal submissions and hearings, CWF opponents relied heavily on 2 studies as the basis for linking CWF with IQ deficits. The first was a 2006 review article in which fluoride was included in a list of "compounds known to cause neurotoxicity in man"[12(p2169)]; however, the text of the same article stated that this had been inconclusive.[12(p2173)] The second study was a 2012 meta-analysis that compiled the findings of studies from China and Iran, which related IQ and naturally occurring fluoride in water and other sources of exposure, but none were in the context of CWF. The meta-analysis conceded that the included studies were of low quality and that potential confounders were not investigated.[13] Furthermore, the fluoride levels in the water sources for the high fluoride and low IQ groups had very high and variable fluoride levels. In a majority of the studies that considered fluoride in water, the reference groups had exposure to water with similar or even greater fluoride levels than those used in CWF programs. Selective readings of the meta-analysis generated enough misinformation that

a press release issued by the authors in September 2012 had to emphasize the fact that their research was irrelevant to CWF.[14]

The EU Scientific Committee on Health and Environmental Risks has reported on these fluoride–IQ studies and found them to be of simplistic methodological design with no (or at best little) control for confounders such as nutrition, exposure to iodine or lead, or socioeconomic status.[15] A New Zealand review also considered many of the same studies and found them to be of low quality and with a high risk of bias.[16]

Despite these problems, several public anti-CWF submissions that were made to the Hamilton City Council Fluoridation Tribunal cited these studies; for example, one submission stated "recent research findings show that fluoride can be toxic to children's brain development"[17]; another stated "The decrease in average IQ results in a significant drop in the number of geniuses in society and an equally disproportionate increase in the number of mentally handicapped people"[18]; yet another stated "fluoride is a known neurotoxin" and suggested a relationship with fictional World War II "mental numbing" experiments.[19] These statements

## RESEARCH AND PRACTICE

were presented as valid evidence at the Hamilton Water Fluoridation Tribunal, illustrating that these assertions continue to be cited extensively as conclusive proof that CWF causes IQ deficits, despite irrelevance of that work to CWF, and other limitations.

Recently, the authors of the first review have repeated the claim that children exposed to fluoride experience "IQ deficits,"[20] based on the meta-analysis.[13] They also assert that "confounding from other substances seemed unlikely in most of these studies."[20p332] This is in spite of concerns about confounding from other environmental exposures, a lack of consideration of the comparability of sizes of villages and other village characteristics such as proximity to school facilities, nature of local industry, and lack of relevance of the studies included in the meta-analysis to the use of CWF or fluoride toothpastes.

A prospective, longitudinal investigation of the association between early life exposure to artificially fluoridated water and IQ in childhood and in adulthood could redress many of the limitations of the studies included in the meta-analysis mentioned previously. It is also important that such studies should also investigate the relationship of fluoride in water with reasoning ability, problem solving, and memory, not just IQ.[16] Genetic effects can influence IQ,[21] but because environmental factors are more likely to cause variation in mental development in the early years than at older ages,[21] this study focuses upon early life exposure to fluoride during the first 5 years of life—a critical period in mental development.

We sought to test the hypothesis that spending childhood in an area with CWF is associated with lower IQ in childhood and adulthood. We hypothesized that any observed difference might be explained by confounding.

## METHODS

Participants were members of the Dunedin Multidisciplinary Health and Development Study, a longitudinal investigation of the health and behavior of a complete birth cohort of consecutive births between April 1, 1972, and March 31, 1973, in Dunedin, New Zealand. The cohort of 1037 children (91% of eligible births; 52% boys) was constituted at age 3 years. Cohort families represent the full range of socioeconomic status (SES) in the general population of New Zealand's South Island and are primarily

of white European ancestry. We conducted follow-up assessments with informed consent at 5, 7, 9, 11, 13, 15, 18, 21, 26, 32, and most recently at 38 years of age, when 95.4% of the 1007 living study members underwent assessment in 2010 to 2012. Because individuals with missing data on one wave tend to return to the study at some later wave(s), the attrition in the Dunedin Study has not been cumulative, and reasons for missing assessments seem to be idiosyncratic rather than systematic.

### Variables and Data Sources and Measurement

Preschool fluoride exposure was used in these analyses because this is when brain development is rapid and vulnerable, and thereafter the IQ is known to be relatively stable. Studies of twins indicate that environmental effects on IQ are greatest in the early years, and genetic effects are least during that period.[22] Thus, we report history of use of 0.5-milligram fluoride tablets (response options: ever, never) and use of fluoridated toothpaste (response options: always, sometimes, never, unknown) by age 5 years, according to parental interviews (n = 922). At that time, virtually all study members still resided in the Dunedin metropolitan area. Most suburbs of Dunedin have had CWF since 1967, but certain suburbs remain unfluoridated. We report residence in an area with or without CWF (0.7–1.0 ppm and 0.0–0.3 ppm fluoride, respectively) coded from residential address data to age 5 years (n = 922), or to age 3 years (n = 103) where residence data from age 5 years were unavailable (area of residence for 2 study members could not be coded at either age).

We assessed childhood IQ for each study member at ages 7, 9, 11, and 13 years by means of the Wechsler Adult Intelligence Scale-Revised (WISC-R).[23] The IQs determined at these 4 ages were averaged into 1 measure and standardized. Adult IQ was individually assessed at age 38 years by means of the Wechsler Adult Intelligence Scale—Fourth Edition (WAIS-IV).[24] Both the WISC-R and the WAIS-IV tests comprise a series of subtests that yield indices standardized to population norms (mean = 100; SD = 15). Tests were administered in the morning by trained psychometrists who were blind to the study members' previous IQ data. In addition, examiners were unaware

of the CWF status of participants' area of residence.

Many factors affect IQ, and studies investigating fluoride exposure and IQ must consider potential confounders.[16] Variables considered as prior causes common to both low IQ and adult mental disorders were included as confounders in our models, as done in previous research.[25]

Childhood measures included SES, birth weight, and breastfeeding. SES was based on parental occupation (and the educational level and income associated with that occupation in the New Zealand census)[26] and categorized into 3 groups. Low birth weight was defined as birth weight below 2.50 kilograms. Breastfeeding was defined as breastfeeding for 4 weeks or more.

Confounders for adult IQ included those previously cited, together with education achievements. Education achievements were defined as no school qualifications, school certificate, high school graduation, or university degree by age 38 years.

### Data analysis

We used General Linear Models to assess the association between CWF and IQ in childhood and adulthood, after adjusting for potential confounders. All statistical analyses were conducted in Intercooled Stata 13.1 (StataCorp LP, College Station, TX). Model assumptions were assessed by the residual diagnostics via various plots of residuals.

## RESULTS

Data on IQ were available for 992 and 942 study members in childhood and adulthood, respectively. Sex was not significantly associated with IQ. Associations of childhood SES ($F = 83.94$; n = 987; $P < .001$), breastfeeding ($F = 51.23$; n = 990; $P < .001$) and low birth weight ($F = 5.14$; n = 992; $P = .024$) with childhood IQ were statistically significant. Association of educational attainment ($F = 123.44$; n = 924; $P < .001$) with adult IQ was also statistically significant.

In childhood, no statistically significant difference in IQ existed between participants who had or had not resided in areas with CWF, used fluoride toothpaste, or used fluoride tablets, both before (Table 1) and after (Table 2) adjusting for potential confounding variables. An interaction term for breastfeeding and CWF status was considered, but was excluded from the model

**RESEARCH AND PRACTICE**

because it did not improve the model fit. Breastfeeding was associated with higher child IQ irrespective of residence in CWF areas (Table 3). Mean IQ subscale scores for verbal comprehension, perceptual reasoning, working memory, and processing speed did not significantly differ by exposure to CWF, use of fluoride toothpaste, or fluoride tablet consumption (Table 4).

## DISCUSSION

The findings do not support the assertion that fluoride exposure in the context of CWF can affect neurologic development or IQ. Study members who lived in areas with CWF before age 5 years had slightly higher IQs (on average) in adulthood than those who had not.

### Strengths and Limitations

This study has numerous strengths, including the robust IQ measures used, the presence of prospective data on use of fluoride tablets and fluoridated toothpaste, and the ability to link each child's address with historical administrative records of CWF. A limitation is that we did not ask how much water study members drank. Individual water-intake level was not directly measured, meaning that the CWF exposure variable is an ecological one. Other sources of fluoride are also important in assessment of total intake. Prior to age 5 years, water intake is thought to account for less than half of total fluoride intake among children.[8] Dietary fluoride was not considered, although we did consider exposure to fluoride from dentifrices and fluoride tablets. Virtually all study members were living in the Dunedin metropolitan area up to age 5 years, so in this study we found it unnecessary to control for confounding by differences in IQ associated with urban or rural area of residence. However, suburbs with CWF were mostly located in central Dunedin, and those without CWF were satellite suburbs.

An important oversight in past studies of exposure to naturally occurring water fluoride by IQ is the fact that the average IQ of rural dwellers is often lower than that of those who dwell in urban areas.[27,28] In New Zealand, natural levels of fluoride in water are generally less than 0.2 parts per million, and in areas with CWF, fluoride levels in the water are artificially adjusted upwards to the 0.7 to 1.0 parts per million range. Conversely, in many parts of China, fluoride levels in water are naturally high

(and variable), and in many areas with treatment facilities, fluoride levels are artificially adjusted downward. The urban and rural distribution of high and low fluoride areas is likely to be opposite in countries with naturally high levels of fluoride than in countries where the fluoride that are artificially reduced by water treatment plants when compared with countries that have naturally low levels which add fluoride through CWF programs. Investigation of the villages compared in the studies reviewed by Choi et al. reveals marked differences in their size and apparent affluence (while many included such little detail that it is not possible to identify from the text where the studies were actually conducted). Water improvement plants are also likely to remove lead from drinking water, and areas with such facilities are more likely to be urban or affluent. It is likely that differences in IQ observed may be attributable to urban–rural or socioeconomic differences, or removal of lead from drinking water.

### Causation

A previous report noted that a plausible biological link for an association between fluoridated water and IQ has not been established[15]; no plausible biological mechanism exists. However, we suggest that any observed link may be attributed to covariance by urban–rural

status (and exposure to lead, in some past studies). Because more education opportunities may be available for central city dwellers than those in satellite suburbs, this might explain the slightly higher IQ at age 38 years observed among those from areas with CWF. The urban–rural distribution of high and low fluoride areas in New Zealand runs counter to China and other countries that have high levels of natural fluoride. Regional differences in IQ are more likely related to urban–rural effects than to CWF status.

Breastfed children are known to have higher IQs than formula-fed babies, and previous research has indicated that genetic variations in fatty acid metabolic pathways may be responsible for variation in the effect of breastfeeding on IQ.[29] The relative fluoride content of breast milk and formula is unlikely to have any effect on IQ outcomes. In New Zealand, infant formulas are manufactured without added fluoride, so the fluoride in formula would be sourced from water. We found a tendency for children who had been breastfed to have higher IQs than those who were not breastfed (bottle-fed), regardless of the exposure of either group to CWF.

The Flynn Effect[30] is relevant but has not been considered by the previous studies, including the recent *Lancet Neurology* article.[20]

TABLE 1—Mean Weschler IQ Scores in Childhood and Adulthood by Sources of Fluoride Exposure: Dunedin Multidisciplinary Health and Development Study; Dunedin, New Zealand; 1972–2012

| Variable | IQ at Age 7–13 Years | | | IQ at Age 38 Years | | |
|---|---|---|---|---|---|---|
| | Mean (SD) | No. | P | Mean (SD) | No. | P |
| Area of residence (age 5 y) | | | .92 | | | .18 |
| CWF area | 100.0 (15.1) | 891 | | 100.2 (15.1) | 847 | |
| Never lived in CWF area | 99.8 (14.5) | 99 | | 98.1 (14.4) | 93 | |
| Unknown | | 2 | | | 2 | |
| Fluoride toothpaste (age 5 y) | | | .32 | | | .51 |
| Always | 100.2 (14.9) | 634 | | 100.0 (15.0) | 608 | |
| Sometimes | 98.7 (13.8) | 240 | | 98.8 (15.1) | 217 | |
| Never | 100.2 (20.5) | 22 | | 101.1 (11.5) | 20 | |
| Unknown | | 96 | | | 97 | |
| Fluoride tablets (age 5 y) | | | .71 | | | .83 |
| Ever used | 100.2 (15.0) | 139 | | 100.0 (15.4) | 136 | |
| Never used | 99.7 (14.7) | 763 | | 99.7 (14.8) | 715 | |
| Unknown | | 90 | | | 91 | |
| IQ known | 100.0 (15.0) | 992 | | 100.0 (15.0) | 942 | |

*Note.* CWF = community water fluoridation. At age 13 years, 1032 study members were living; at age 38 years, 1007 study members were living.

**RESEARCH AND PRACTICE**

TABLE 2—Unstandardized Parameter Estimates From General Linear Models of Childhood and Adulthood IQ: Dunedin Multidisciplinary Health and Development Study; Dunedin, New Zealand; 1972–2012

| | IQ at Age 7–13 Years (n = 983) | | IQ at Age 38 Years (n = 929) | |
|---|---|---|---|---|
| | b (95% CI) | P | b (95% CI) | P |
| **Unadjusted estimates** | | | | |
| Area of residence in childhood | | | | |
| Area with CWF | 0.15 (–2.96, 3.28) | .92 | 2.18 (–1.04, 5.39) | .18 |
| Area without CWF | Ref | | Ref | |
| Fluoride toothpaste in childhood | | | | |
| Always | 0.64 (–1.31, 2.59) | .52 | 0.01 (–2.00, 2.01) | .99 |
| Sometimes/never/unknown | Ref | | Ref | |
| Fluoride tablets in childhood | | | | |
| Ever | 0.26 (–2.43, 2.96) | .85 | –0.02 (–2.72, 2.71) | .99 |
| Never/unknown | Ref | | Ref | |
| **Adjusted estimates[a]** | | | | |
| Area of residence in childhood | | | | |
| Area with CWF | –0.14 (–3.49, 3.20) | .93 | 3.00 (0.02, 5.98) | .05 |
| Area without CWF | Ref | | Ref | |
| Fluoride toothpaste in childhood | | | | |
| Always | 0.83 (–0.96, 2.63) | .36 | 0.19 (–1.42, 1.80) | .82 |
| Sometimes/never/unknown | Ref | | Ref | |
| Fluoride tablets in childhood | | | | |
| Ever | –0.25 (–3.18, 2.68) | .87 | 1.61 (–0.97, 4.19) | .22 |
| Never/unknown | Ref | | Ref | |

Note. CI = confidence interval; CWF = community water fluoridation.
[a]Adjusted estimates for childhood IQ by CWF and other fluoride exposures controlled for sex, socioeconomic status in childhood, low birth weight, and breastfeeding. Analyses for adult IQ by CWF also controlled for educational achievements.

Based on Grandjean's previous collaboration with Choi,[13] Grandjean and Landrigan claimed that children exposed to fluoride experience "an average IQ decrement of about seven points."[20(p332)] If this claim were accurate, then major decrements in IQ in countries that have adopted CWF would be expected, as well as in the many countries where use of fluoride toothpastes is widespread (note that children up to age 5 years often ingest substantial quantities of fluoride during toothbrushing if given excessive quantities of toothpaste or not properly supervised during brushing).[31,32] No dramatic historical decreases in IQ have been seen following widespread implementation of CWF or worldwide introduction of fluoride toothpastes; instead, historical comparisons have documented substantial IQ gains across countries since the mid-1900s.[22,30,33]

### Relevance to the International Context

The participants of the Dunedin Study cohort are reasonably similar in their characteristics to populations in the European and North American context.[34] Where implemented in New Zealand, CWF is set at 0.7 to 1.0 parts per million fluoride, which is similar to the level of used in other countries that use CWF (e.g., United States and Australia at 0.7–1.2 ppm). The findings of this study are therefore likely to be generalizable to similar populations.

### Implications

Substantive research and quality data are required for addressing important public health issues. In New Zealand, it has been recommended that New Zealand government departments should employ a designated research-literate staff expert to interpret science for the benefit of politicians,[35] and our study suggests that local government organizations could benefit from the same. Scientists and policy makers should be reminded of the necessity of caution in attributing causality when evidence for it does not exist. ∎

### About the Authors

Jonathan M. Broadbent and Lyndie A. Foster Page are with the Discipline of Preventive and Restorative Dentistry, Department of Oral Rehabilitation, Faculty of Dentistry, University of Otago, Dunedin, New Zealand. W. Murray Thomson is with the Discipline of Dental Epidemiology and Public Health, Department of Oral Sciences, Faculty of Dentistry, University of Otago. Sandhya Ramrakha, Jiaxu Zeng, and Richie Poulton are with the Dunedin Multidisciplinary Health and Development Study Research Unit, Department of Preventive and Social Medicine, Dunedin School of Medicine, University of Otago. Terrie E. Moffitt is with the Department of Psychology and Neuroscience, Psychiatry and Behavioral Sciences, Duke University, Durham, NC.

Correspondence should be sent to Jonathan M. Broadbent, Discipline of Preventive and Restorative Dentistry, Department of Oral Rehabilitation, Faculty of Dentistry, University of Otago, PO Box 647, Dunedin, New Zealand (e-mail jonathan.broadbent@otago.ac.nz). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.

This article was accepted December 20, 2013.

### Contributors

All authors contributed to writing, critical review, and final approval of this article. J. M. Broadbent contributed to literature search, research design, data collection, data analysis, and data interpretation. W. M. Thomson contributed to literature search, research design, and data analysis. J. Zeng contributed to data analysis and interpretation. L. A. Foster Page contributed to literature

TABLE 3—Age 7–13 IQ by Breastfeeding and Fluoridation Status: Dunedin Multidisciplinary Health and Development Study; Dunedin, New Zealand; 1972–2012

| | Areas With CWF | | | Areas Without CWF | | |
|---|---|---|---|---|---|---|
| Status | Mean (SD) | No. | P | Mean (SD) | No. | P |
| Breastfeeding | | | < .01 | | | .09 |
| Not breastfed | 97.0 (15.3) | 460 | | 97.2 (15.8) | 45 | |
| Breastfed | 103.6 (13.9) | 429 | | 102.0 (13.1) | 54 | |
| Overall | 100.0 (15.1) | 889 | | 99.8 (14.5) | 99 | |

Note. CWF = community water fluoridation.

### RESEARCH AND PRACTICE

**TABLE 4—IQ Subtest Scores by Fluoride Exposure: Dunedin Multidisciplinary Health and Development Study; Dunedin, New Zealand; 1972–2012**

| Exposure | Verbal Comprehension Index Mean (SD) | P | Perceptual Reasoning Index Mean (SD) | P | Working Memory Index Mean (SD) | P | Processing Speed Index Mean (SD) | P |
|---|---|---|---|---|---|---|---|---|
| Area of residence in childhood | | .51 | | .18 | | .12 | | .47 |
| Area with CWF | 100.1 (14.9) | | 100.2 (15.1) | | 100.3 (15.0) | | 100.1 (15.1) | |
| Area without CWF | 98.9 (15.5) | | 98.0 (14.1) | | 97.7 (15.0) | | 98.9 (14.3) | |
| Fluoride toothpaste in childhood | | .97 | | .96 | | .61 | | .87 |
| Always | 100.0 (15.0) | | 100.0 (15.2) | | 99.8 (14.8) | | 100.1 (15.1) | |
| Sometimes/never | 100.0 (15.0) | | 100.0 (14.7) | | 100.3 (15.1) | | 99.9 (14.9) | |
| Fluoride tablets in childhood | | .59 | | .86 | | .66 | | .51 |
| Ever | 99.3 (14.7) | | 100.2 (15.7) | | 99.5 (15.6) | | 100.8 (15.5) | |
| Never | 100.1 (15.1) | | 100.0 (14.9) | | 100.1 (14.9) | | 99.9 (14.9) | |

*Note.* CWF = community water fluoridation.

search and data interpretation. S. Ramrakha, T. E. Moffitt, and R. Poulton contributed to literature search, research design, data collection, data management and interpretation.

**Acknowledgments**
This work was supported by the New Zealand Department of Education, the New Zealand Department of Health, the New Zealand National Children's Health Research Foundation, US National Institute of Dental and Craniofacial Research Grant R01 DE-015260-01A1, UK Medical Research Council Grant MR/K00381X/1, US National Institute on Aging Grant AG032282, and a programme grant from the Health Research Council of New Zealand. The Dunedin Multidisciplinary Health and Development Research Unit is supported by the Health Research Council of New Zealand.

We are indebted to previous researchers for collecting the early life data reported here, and to Study founder, Phil Silva. The Dunedin Study would not be possible but for the ongoing participation of the Study members, their families and friends.

**Human Participant Protection**
The Otago Ethics Committee approved each wave of the study. At each wave, the study protocols were described and study members gave informed consent before participating. Study members were physically examined, interviewed, and completed self-report questionnaires as appropriate.

**References**
1. National Fluoridation Information Service. *A Review of the Current Cost Benefit of Community Water Fluoridation Interventions.* Wellington, New Zealand: National Fluoridation Information Service Advisory; 2013.

2. Wright JC, Bates MN, Cutress T, Lee M. The cost-effectiveness of fluoridating water supplies in New Zealand. *Aust N Z J Public Health.* 2001;25(2):170–178.

3. Parnell C, Whelton H, O'Mullane D. Water fluoridation. *Eur Arch Paediatr Dent.* 2009;10(3):141–148.

4. Pollick HF. Water fluoridation and the environment: current perspective in the United States. *Int J Occup Environ Health.* 2004;10(3):343–350.

5. Riley JC, Lennon MA, Ellwood RP. The effect of water fluoridation and social inequalities on dental caries in 5-year-old children. *Int J Epidemiol.* 1999;28(2):300–305.

6. Mercola J. Harvard Study Confirms Fluoride Reduces Children's IQ. *The Huffington Post.* January 2013.

7. Hill K. Why Portland is wrong about water fluoridation [blog]. *Scientific American.* May 2013. Available at: http://blogs.scientificamerican.com/but-not-simpler/2013/05/22/why-portland-is-wrong-about-water-fluoridation. Accessed April 15, 2014.

8. Cressey P, Gaw S, Love J. Estimated dietary fluoride intake for New Zealanders. *J Public Health Dent.* 2010;70(4):327–336.

9. New Zealand Government. Health Act 1956, Pub Act 1956 No. 65 (October 25, 1956).

10. Waikato District Health Board. No new evidence since 2006 fluoridation referendum. *New Zealand Doctor "Un-Doctored."* New Zealand: MIMS (NZ) Ltd; 2011.

11. Waikato District Health Board. Hamilton has spoken—we want fluoride back in our water. *New Zealand Doctor "Un-Doctored."* New Zealand: MIMS (NZ) Ltd; 2013.

12. Grandjean P, Landrigan PJ. Developmental neurotoxicity of industrial chemicals. *Lancet.* 2006;368 (9553):2167–2178.

13. Choi AL, Sun G, Zhang Y, Grandjean P. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. *Environ Health Perspect.* 2012;120(10):1362–1368.

14. Choi AL, Grandjean P. Statement on fluoride paper. Harvard Press Release. Cambridge, MA: Harvard University; 2012.

15. Scientific Committee on Health and Environmental Risks. *Critical Review of Any New Evidence on the Hazard Profile, Health Effects, and Human Exposure to Fluoride and the Fluoridating Agents of Drinking Water.* Brussels, Belgium: European Commission; 2010.

16. National Fluoridation Information Service. *Fluoride Neurotoxicity: Review of Evidence From Drinking Water Studies.* Wellington, New Zealand: National Fluoridation Information Service Advisory; 2011.

17. Menkes D. Submission #1083 to the Hamilton Water Fluoridation Tribunal. 2013.

18. Wallis R. Submission #1047 to the Hamilton Water Fluoridation Tribunal. 2013.

19. Goodwin A. Submission #918 to the Hamilton Water Fluoridation Tribunal. 2013.

20. Grandjean P, Landrigan PJ. Neurobehavioural effects of developmental toxicity. *Lancet Neurol.* 2014;13(3):330–338.

21. Devlin B, Daniels M, Roeder K. The heritability of IQ. *Nature.* 1997;388(6641):468–471.

22. Nisbett RE, Aronson J, Blair C, et al. Intelligence: new findings and theoretical developments. *Am Psychol.* 2012;67(2):130–159.

23. Wechsler D. *Manual for the Wechsler Intelligence Scale for Children—Revised.* New York, NY: Psychological Corporation; 1974.

24. Wechsler D. *Wechsler Adult Intelligence Scale.* 4th ed. San Antonio, TX: Pearson Assessment; 2008.

25. Koenen KC, Moffitt TE, Roberts AL, et al. Childhood IQ and adult mental disorders: a test of the cognitive reserve hypothesis. *Am J Psychiatry.* 2009;166(1):50–57.

26. Elley WB, Irving JC. Revised socio-economic index for New Zealand. *N Z J Educ Stud.* 1976;7:153–167.

27. Emmett WG. The intelligence of urban and rural children. *Popul Stud.* 1954;7(3):207–221.

28. Alexopoulos DS. Urban vs rural residence and IQ. *Psychol Rep.* 1997;80(3):851–860.

29. Caspi A, Williams B, Kim-Cohen J, et al. Moderation of breastfeeding effects on the IQ by genetic variation in fatty acid metabolism. *Proc Natl Acad Sci U S A.* 2007;104(47):18860–18865.

30. Flynn JR. Massive IQ gains in 14 nations—what IQ tests really measure. *Psychol Bull.* 1987;101(2):171–191.

31. Mascarenhas AK, Burt BA. Fluorosis risk from early exposure to fluoride toothpaste. *Community Dent Oral Epidemiol.* 1998;26(4):241–248.

32. Hargreaves JA, Ingram GS, Wagg BJ. A gravimetric study of the ingestion of toothpaste by children. *Caries Res.* 1972;6(3):237–243.

33. Flynn JR. Requiem for nutrition as the cause of IQ gains: Raven's gains in Britain 1938–2008. *Econ Hum Biol.* 2009;7(1):18–27.

34. Poulton R, Caspi A, Milne BJ, et al. Association between children's experience of socioeconomic disadvantage and adult health: a life-course study. *Lancet.* 2002;360(9346):1640–1645.

35. Gluckman P. *Interpreting Science—Implications for Public Understanding, Advocacy and Policy Formation.* Auckland, New Zealand: Office of the Prime Minister's Science Advisory Committee; 2013.

# EXHIBIT E

Research Reports: Clinical

# Early Childhood Exposures to Fluorides and Child Behavioral Development and Executive Function: A Population-Based Longitudinal Study

Journal of Dental Research
2023, Vol. 102(1) 28–36
© International Association for Dental
Research and American Association for Dental,
Oral, and Craniofacial Research 2022
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/00220345221119431
journals.sagepub.com/home/jdr

L.G. Do[1] , A.J. Spencer[2], A. Sawyer[3], A. Jones[4], S. Leary[5], R. Roberts[3] , and D.H. Ha[1]

## Abstract

It is important to both protect the healthy development and maintain the oral health of the child population. The study examined the effect of early childhood exposures to water fluoridation on measures of school-age executive functioning and emotional and behavioral development in a population-based sample. This longitudinal follow-up study used information from Australia's National Child Oral Health Study 2012–14. Children aged 5 to 10 y at baseline were contacted again after 7 to 8 y, before they had turned 18 y of age. Percent lifetime exposed to fluoridated water (%LEFW) from birth to the age 5 y was estimated from residential history and postcode-level fluoride levels in public tap water. Measures of children's emotional and behavioral development were assessed by the Strength and Difficulties Questionnaire (SDQ), and executive functioning was measured by the Behavior Rating Inventory of Executive Function (BRIEF). Multivariable regression models were generated to compare the associations between the exposure and the primary outcomes and controlled for covariates. An equivalence test was also conducted to compare the primary outcomes of those who had 100% LEFW against those with 0% LEFW. Sensitivity analysis was conducted. A total of 2,682 children completed the SDQ and BRIEF, with mean scores of 7.0 (95% confidence interval, 6.6–7.4) and 45.3 (44.7–45.8), respectively. Those with lower %LEFW tended to have poorer scores of the SDQ and BRIEF. Multivariable regression models reported no association between exposure to fluoridated water and the SDQ and BRIEF scores. Low household income, identifying as Indigenous, and having a neurodevelopmental diagnosis were associated with poorer SDQ/BRIEF scores. An equivalence test confirmed that the SDQ/BRIEF scores among those with 100% LEFW were equivalent to that of those who had 0% LEFW. Exposure to fluoridated water during the first 5 y of life was not associated with altered measures of child emotional and behavioral development and executive functioning.

**Keywords:** risk and benefit balance, safety, childhood development, water fluoridation, equivalence test, Australia

## Introduction

Dental caries is the most prevalent noncommunicable chronic condition in children, resulting in costly treatment and an adverse impact on quality of life (Casamassimo et al. 2009). Drinking water, diet, and use of fluoridated toothpaste are the major sources of human exposure to fluoride. Water fluoridation (WF) and the use of fluoridated toothpaste are the main preventive programs against dental caries in Australia that have been attributed with the improvement in child dental health (Ha et al. 2016; National Health and Medical Research Council [NHMRC] 2017). It is crucial to ensure its effectiveness and safety to maintain public support for this important public health program.

The developing human brain is more susceptible to injury caused by chemicals than is the mature brain (Rice and Barone 2000). In theory, chemicals can cause brain injury at levels of exposure that would have little or no adverse effect in an adult (Grandjean and Landrigan 2014). Therefore, there are concerns based on the precautionary principle that the developing human brain may be influenced by early exposure to fluoride.

A major systematic review (McDonagh et al. 2000) did not identify human studies with acceptable scientific quality to inform a view of the effect of fluoride on children's development. Another review (Choi et al. 2012) reported lower intelligence quotient (IQ) scores (7 points) in Chinese and Indian children residing in areas with very high natural fluoride levels in water (from 2 to 7.6 mg/L) than that of children in areas with

[1]School of Dentistry, Faculty of Health and Behavioural Sciences, The University of Queensland, Herston, Queensland, Australia
[2]Australian Research Centre for Population Oral Health, Adelaide Dental School, The University of Adelaide, Adelaide, Australia
[3]School of Psychology, The University of Adelaide, Adelaide, Australia
[4]School of Population and Global Health, Population and Public Health, The University of Western Australia, WA, Australia
[5]Bristol Dental School, University of Bristol, Bristol, UK

**Corresponding Author:**
L.G. Do, School of Dentistry, Faculty of Health and Behavioural Sciences, The University of Queensland, 7th floor, Herston, Queensland 4006, Australia.
Email: l.do@uq.edu.au

fluoride levels of 0.5 to 1.0 mg/L. More recent systematic reviews concluded that WF is not associated with lowered intelligence (NHMRC 2017; Guth et al. 2020; Aggeborn and Öhman 2021).

Further studies since 2016 have examined the association between water fluoride levels and IQ that involved fluoride levels at or near those used in WF. A study found limited evidence of an association between urinary fluoride excretion and learning disability (Barberio et al. 2017). A Mexican study reported that maternal prenatal urinary fluoride was associated with a negative effect on intelligence in offspring aged 6 to 12 y (Bashash et al. 2017). A Swedish study found that there was no effect of fluoride in drinking water on cognitive development (Aggeborn and Öhman 2017). Studies from a Canadian cohort reported an association between maternal fluoride exposure and IQ score in offspring aged 3 to 4 y (Green et al. 2019; Till et al. 2020). These additional studies show inconsistent findings that challenge identifying evidence of an association between fluoride and child behavioral and cognitive development.

Research on the association between fluoride and child health has commonly used IQ collected in specified conditions as the outcome measure. Little is known about the association between exposure to fluoride and social, emotional, and self-regulatory behaviors and executive function of children measured in their daily environment. It is also important to investigate such an association at the population level. In previous research, the effect of low levels of lead exposure on these behaviors and functions has been assessed (Fruh et al. 2019), providing important comparative evidence for policy makers.

The study aimed to examine the effect of early childhood exposures to water fluoridation (measured as a composite index of lifetime residential history and drinking of fluoridated tap water) on measures of school-age emotional and behavioral development and executive functioning by applying a population-based cohort study design in a nationally representative sample.

## Methods

We used a longitudinal population-based research design to pursue the aims. The study sample of the Australia's National Child Oral Health Study (NCOHS) 2012–14 (Do and Spencer 2016) served as the framework for this study. NCOHS was a large population-based study of schoolchildren across Australia with a multistage, stratified random sample selection process to ensure its population representativeness. Some 24,664 study participants aged 5 to 14 y had both questionnaire and oral examination data (Do and Spencer 2016). In total, 15,793 of those served as the baseline sample because they were born during 2001 to 2008 and, hence, were under the age of 18 y when the follow-up study was conducted. NCOHS data have been used to investigate the association between WF and dental caries (Spencer et al. 2018).

Parents of NCOHS participants younger than 18 y at the time of this follow-up (2018–19) were sent an email containing a Participant Information Sheet, an invitation letter, and a link

to an online version of the study questionnaire. Nonrespondents were also posted a study package including a paper version of the questionnaire via the address obtained at the baseline. If again this received no response, participants were contacted via telephone available from the baseline. Up to 6 approaches were conducted.

### The Main Exposure

The NCOHS questionnaire collected a detailed residential history from birth of the children to the time of the baseline survey and included consumption of public water. Parents were asked to report drinking of public water by the child and use of any water filters that remove fluoride for each of the reported residences. We used a comprehensive database of postcode-level fluoride levels in public water supplies since the 1990s (Do and Spencer 2007). The residential history of NCOHS participants has been linked with the postcode-level fluoride concentration database to allow calculation of the individual-level percentage of lifetime exposure to fluoridated water (%LEFW) (Do and Spencer 2007). For this research, %LEFW from birth to age 5 y (the youngest age of those surveyed at baseline) was used to form 3 groups of participants: having 0%, >0% to <100%, and 100% LEFW.

### Primary Outcome Measures of Child Behavioral Development and Executive Function

We used the Strength and Difficulties Questionnaire (SDQ) (Goodman 2001) to measure emotional and behavioral development and the Behavior Rating Inventory of Executive Function (BRIEF) (Gioia et al. 2000) to measure child executive functioning.

The SDQ has been extensively validated as a measure of emotional and behavioral development among population-based and clinical samples of children aged 4 to 17 y. The 25-item scale is completed by parents and has 5 subscales measuring different aspects of emotional and behavioral development, including emotional symptoms, conduct problems, hyperactivity, peer problems, and prosocial skills. The SDQ has been used widely in population health surveys as a gold standard for assessing child emotional and behavioral development (Sawyer et al. 2015). A Total Difficulties Score (TDS) is generated by adding scores from all the scales (excluding prosocial behavior) and ranges from 0 to 40. Higher scores on the SDQ indicate a higher risk of psychosocial or mental health problems. A TDS score of 16 is considered an appropriate cut point for clinically significant mental health in population samples (Aoki et al. 2021). Hence, the SDQ TDS score was analyzed as a continuous variable, together with a dichotomized variable (SDQ16+). License for use of SDQ in this study was purchased from Youthinmind Ltd.

The BRIEF comprises 8 scales (Inhibit, Shift, Emotional Control, Initiate, Working Memory, Plan/Organize, Organization of Materials, and Monitor), which are combined to provide a Global Executive Composite for children aged 5 to

*Journal of Dental Research 102(1)*

18 y. The BRIEF scores are age- and gender-standardized, and higher scores reflect greater executive functioning difficulties. The scale has been found to have good internal consistency and test–retest reliability, as well as clinical validity (Gioia et al. 2000). Executive functioning is an important indicator of child cognitive development. $T$ scores are used to interpret the child's level of executive functioning as reported by the parents on the BRIEF questionnaire. The $T$ scores are linear transformations of the raw scale scores (mean Global Executive Composite [GEC] $T$ score = 50, SD = 10) and provide information about a child's scores relative to the scores of children in the standardization sample. Higher scores on the BRIEF (with GEC $T$ scores ≥65) indicate a greater level of dysfunction in a specific domain of executive function (Gioia et al. 2000). Hence, the BRIEF GEC $T$ score was analyzed as a continuous variable, together with a dichotomized variable (GEC65+). License for use of BRIEF was purchased from Psychological Assessment Resources.

### Other Covariates

Covariates used in the multivariable regression models were selected as potentially influencing the association between fluoride exposure and the outcomes. Covariates were child's age at follow-up, sex and Indigenous identity, household income, parental education and country of birth, area-level remoteness status, neurodevelopmental diagnosis, breastfeeding and toothbrushing with fluoride toothpaste in early childhood (see the Appendix).

### Statistical Analysis

We managed and analyzed data with SAS 9.4 (SAS Institute) and SAS-callable SUDAAN 11.3. Data collected in the follow-up questionnaire were merged with the NCOHS baseline data using individual unique identifiers. The SDQ TDS and the BRIEF GEC and their respective subscale scores were calculated based on the test manuals of the instruments.

All the analyses used SUDAAN complex sampling procedures to account for stratified sampling and clustering within areas. Mean and 95% confidence interval (CI) of the SDQ TDS and BRIEF GEC, as well as prevalence and 95% CI of SDQ16+ and GEC65+, were calculated for the exposure groups and covariates. Analyses were weighted to represent the target population. We conducted generalized linear regression models for the SDQ TDS and BRIEF GEC to estimate β coefficients of categories against the reference of each variable. Similarly, log-Poisson regression models with robust standard error estimation were generated for the prevalence of SDQ16+ and GEC65+ to estimate adjusted prevalence ratios (PR).

For sensitivity analysis, respective multivariable models were generated for SDQ TDS and BRIEF GEC stratified by sex and by neurodevelopmental diagnosis. Subscale scores of SDQ and BRIEF were also analyzed. Multiple imputation for missing data of covariates was also conducted (see the Appendix).

We tested the hypothesis of noninferiority between the groups by exposure to fluoride following standard approaches (Fleming 2008; Scott 2009; Schumi and Wittes 2011). We hypothesized that indicators of child health and development associated with exposure to water fluoridation would be noninferior to that associated with no exposure to WF by more than a clinically acceptable equivalence margin Δ (Fleming 2008; Scott 2009). This hypothesis was a more appropriate approach because the traditional null hypothesis of no difference cannot provide proof of similarity (Scott 2009; Schumi and Wittes 2011). This is an important principle in evaluating risk-benefit profiles of public health programs (Barker et al. 2002). We defined the equivalence margin Δ for SDQ TDS and BRIEF GEC as 1/8 of the standard deviation of their population norms. We then tested the estimated SDQ TDS and BRIEF GEC scores and their 95% CI bounds against the predetermined equivalence margins Δ for each outcome to test the study's hypothesis.

The study has received ethical approval from the University of Adelaide and the University of Queensland Human Research Ethics Committees. The study follows the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) Guidelines for observational human research.

## Results

A total of 2,682 (17%) participants completed the SDQ and BRIEF in the follow-up questionnaire (Table 1). The retention rate of the follow-up sample was associated with %LEFW, parental education, and household income. The retention rates were relatively higher among those with 100% LEFW, those whose parents had a tertiary education, and those with high household income compared with their respective counterparts. Some 11% of the follow-up sample reportedly had at least 1 neurodevelopmental diagnosis.

The mean SDQ TDS score was 7.0, with some 8% of the sample having a TDS score of 16+ (Table 2). The BRIEF GEC mean score was 45.3, with 4.6% of the sample having a GEC score of 65+. The SDQ TDS and BRIEF GEC scores were similar between groups by exposure to fluoridated water. Both means of SDQ TDS and BRIEF GEC and prevalence of SDQ16+ and GEC65+ were significantly associated with parental education and household income. Children of the lower socioeconomic groups defined by parental education and household income had higher mean scores of those indicators and prevalence of scores in the "clinical" range. Children who reportedly had a neurodevelopmental diagnosis had higher mean scores of SDQ TDS and BRIEF GEC. The prevalence of SDQ16+ and GEC65+ was some 5 times higher in those with a neurodevelopmental diagnosis than those without.

Estimates of the 4 multivariable regression models for the indicators of executive functioning and emotional and behavioral development are presented (Tables 3 and 4). Against the 100% LEFW group, those with 0% LEFW had comparable estimates of SDQ TDS and BRIEF GEC. Those with 0% LEFW had higher adjusted PRs of SDQ TDS of 16+ and

**Table I.** Study Sample Characteristics (Follow-up Sample $n$ = 2,682).

| Characteristic | Follow-up Sample | Baseline Sample |
|---|---|---|
| | Weight % (95% CI) | Weight % (95% CI) |
| % Lifetime exposure to fluoridated water, $n$ = 2,535 | | |
| 0% | 24.7 (21.9–27.8) | 33.5 (30.7–36.3) |
| >0% to <100% | 18.0 (15.9–20.3) | 17.5 (16.5–18.6) |
| 100% | 57.3 (53.5–60.9) | 49.0 (46.0–52.0) |
| Sex, n = 2,682 | | |
| Male | 47.4 (43.0–50.0) | 51.5 (50.2–52.8) |
| Female | 52.6 (49.0–56.0) | 48.5 (47.2–49.8) |
| Parental education, $n$ = 2,581 | | |
| School only | 14.6 (12.5–17.0) | 29.5 (27.7–31.4) |
| Vocational | 20.2 (17.5–23.1) | 21.8 (20.5–23.1) |
| Tertiary | 65.2 (61.6–68.6) | 48.7 (46.4–51.0) |
| Household income, $n$ = 2,576 | | |
| Low | 18.5 (16.1–21.1) | 32.3 (30.1–34.6) |
| Medium | 39.1 (35.8–42.5) | 38.3 (36.7–39.9) |
| High | 42.4 (38.6–46.3) | 29.4 (27.2–31.7) |
| Parent country of birth, $n$ = 2,670 | | |
| Other | 34.7 (31.9–37.5) | 36.5 (34.4–38.6) |
| Australia | 65.3 (62.5–68.1) | 63.5 (61.4–65.6) |
| Indigenous identity, $n$ = 2,668 | | |
| Indigenous | 2.0 (1.3–2.9) | 5.8 (4.9–6.9) |
| Non-Indigenous | 98.0 (97.1–98.7) | 94.2 (93.1–95.1) |
| Residential location, $n$ = 2,682 | | |
| Outer regional/remote and very remote | 11.1 (9.0–13.6) | 12.1 (10.0–14.5) |
| Inner regional | 19.4 (16.1–23.0) | 19.7 (16.9–22.8) |
| Major city | 69.5 (65.7–73.1) | 68.2 (64.6–71.6) |
| Breastfeeding duration, $n$ = 2,633 | | |
| Never breastfed | 16.1 (14.1–18.3) | 24.9 (23.5–26.4) |
| Breastfed to 6 mo | 33.3 (30.4–36.2) | 34.7 (33.3–36.0) |
| Breastfed 6 to 24 mo | 44.5 (41.4–47.7) | 34.1 (32.4–35.9) |
| Breastfed 24+ mo | 6.1 (5.0–7.5) | 6.3 (5.7–6.9) |
| Toothbrushing frequency, $n$ = 2,554 | | |
| <2 times/d | 27.1 (24.3–30.1) | 31.7 (30.2–33.3) |
| 2+ times/d | 72.9 (69.9–75.7) | 68.3 (66.7–68.8) |
| Neurodevelopmental diagnosis, $n$ = 2,682 | | |
| Yes | 11.9 (10.1–14.0) | NA |
| No | 88.1 (86.0–89.9) | NA |

Baseline sample: The study sample of the National Child Oral Health Study (NCOHS) 2012–14 who were born during 2001 to 2008, $n$ = 15,793.
Follow-up sample: The sample of NCOHS 2012–14 sample who were born during 2001 to 2008 and have complete data for the follow-up 2019–20.
Neurodevelopmental diagnosis: Study participants who reportedly had at least 1 diagnosed condition (attention-deficit disorder, attention-deficit/hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia). Toothbrushing frequency: Frequency of toothbrushing with fluoride toothpaste at the age of 2 y per day.
CI, confidence interval; NA, not available.

BRIEF GEC of 65+ than the 100% LEFW group, but the 95% CIs of the estimates contained 1.

The adjusted estimates of the mean scores of SDQ TDS and BRIEF GEC were associated with household income, Indigenous identity, and neurodevelopmental diagnosis (Table 3). The prevalence of SDQ16+ and GEC65+ was also associated with those factors as well as with parental education (Table 4). Children in the low socioeconomic groups had poorer indicators of executive functioning and emotional and behavioral development than their counterparts. Those who reportedly had a neurodevelopmental diagnosis had considerably poorer indicators of executive functioning and emotional and behavioral development than those without.

The sensitivity analyses stratified by sex and by having neurodevelopmental diagnosis and SDQ and BRIEF subscale analyses show that there was no association between %LEFW and the indicators of executive functioning and emotional and behavioral development (see the Appendix).

The predicted marginal estimates of the mean SDQ TDS score of the 100% LEFW group were plotted against the estimate of the 0% LEFW and the lower and upper equivalence margins Δ for SDQ TDS (Fig.). The lower 95% CIs of the estimate of the 100% LEFW group were lower than the lower bound of the equivalence margins (−Δ), while the upper 95% CI bound was lower than the upper Δ. This is equivalent to scenario B, "noninferiority shown," of possible scenarios of equivalence test (Scott 2009; Schumi and Wittes 2011).

Similarly, the predicted marginal estimate of the mean BRIEF GEC score of the 100% LEFW group was plotted against the estimate of the 0% LEFW and the lower and upper

*Journal of Dental Research 102(1)*

**Table 2.** SDQ and BRIEF Scores by Study Sample Characteristics and Covariates.

| | SDQ Total Score | | BRIEF | |
|---|---|---|---|---|
| Characteristic | Mean (95% CI) | % SDQ16+ (95% CI) | Mean (95% CI) | % GEC65+ (95% CI) |
| Total | 7.0 (6.6–7.4) | 8.0 (6.5–9.9) | 45.3 (44.7–45.8) | 4.6 (3.6–5.9) |
| % Lifetime exposure to fluoridated water | | | | |
| 0% | 7.6 (6.8–8.4) | 11.5 (8.2–16.0) | 45.8 (44.7–46.9) | 6.3 (4.2–9.4) |
| >0% to <100% | 7.0 (6.1–7.8) | 8.3 (4.2–15.7) | 45.5 (44.4–46.7) | 4.3 (2.5–7.5) |
| 100% | 6.7 (6.1–7.2) | 6.4 (4.8–8.6) | 44.9 (44.2–45.6) | 3.8 (2.6–5.5) |
| Sex | | | | |
| Male | 6.6 (6.1–7.1) | 6.0 (4.5–8.0) | 44.3 (43.7–44.9) | 3.3 (2.1–5.0) |
| Female | 7.3 (6.8–7.9) | 9.9 (7.4–13.0) | 46.1 (45.3–46.9) | 5.8 (4.3–7.8) |
| Parental education | | | | |
| School only | 8.5 (7.3–9.7) | 14.8 (10.0–21.3) | 46.8 (45.3–48.4) | 8.8 (5.4–14.1) |
| Vocational | 8.0 (7.1–8.9) | 10.9 (7.3–15.9) | 46.7 (45.4–48.1) | 7.5 (4.6–12.0) |
| Tertiary | 6.3 (5.9–6.7) | 5.8 (4.1–8.0) | 44.4 (43.8–45.0) | 2.8 (1.9–4.0) |
| Household income | | | | |
| Low | 9.7 (8.8–10.6) | 17.3 (12.6–23.4) | 48.1 (46.8–49.4) | 9.1 (6.0–13.4) |
| Medium | 6.9 (6.5–7.4) | 7.6 (5.6–10.2) | 45.2 (44.4–45.9) | 4.6 (3.1–6.9) |
| High | 5.9 (5.3–6.5) | 5.1 (3.1–8.4) | 44.1 (43.3–45.0) | 2.9 (1.8–4.8) |
| Parent country of birth | | | | |
| Other | 7.0 (6.4–7.6) | 9.4 (6.3–13.7) | 44.9 (44.0–45.8) | 4.2 (2.6–6.5) |
| Australia | 7.0 (6.6–7.5) | 7.3 (5.8–9.3) | 45.4 (44.8–46.1) | 4.9 (3.6–6.5) |
| Indigenous identity | | | | |
| Indigenous | 12.4 (8.4–16.4) | 31.3 (15.4–53.3) | 52.0 (47.9–56.1) | 19.3 (9.4–35.4) |
| Non-Indigenous | 6.9 (6.5–7.3) | 7.6 (6.1–9.5) | 45.1 (44.6–45.6) | 4.3 (3.3–5.6) |
| Residential location | | | | |
| Outer regional/remote and very remote | 7.7 (6.8–8.6) | 9.5 (6.6–13.6) | 46.0 (44.9–47.2) | 7.3 (4.6–11.5) |
| Inner regional | 8.0 (7.1–8.9) | 11.3 (8.0–15.7) | 46.6 (45.5–47.8) | 6.1 (3.9–9.4) |
| Major city | 6.6 (6.1–7.1) | 6.9 (5.0–9.3) | 44.7 (44.1–45.4) | 3.8 (2.7–5.3) |
| Breastfeeding duration | | | | |
| Never breastfed | 8.2 (7.1–9.3) | 15.7 (10.5–22.7) | 46.0 (44.6–47.4) | 6.7 (4.0–11.0) |
| Breastfed to 6 mo | 6.8 (6.2–7.5) | 7.3 (4.5–11.6) | 44.7 (43.8–45.7) | 3.7 (2.3–5.9) |
| Breastfed 6 to 24 mo | 6.6 (6.1–7.1) | 7.1 (5.1–9.9) | 45.3 (44.5–46.0) | 4.2 (2.9–6.2) |
| Breastfed 24+ mo | 7.4 (6.0–8.7) | 7.6 (3.6–15.3) | 46.0 (44.1–47.9) | 6.4 (2.7–14.4) |
| Toothbrushing frequency | | | | |
| <2 times/d | 7.3 (6.7–8.0) | 8.8 (6.3–12.1) | 45.5 (44.6–46.3) | 4.4 (3.1–6.3) |
| 2+ times/d | 6.6 (6.1–7.1) | 7.6 (5.8–9.9) | 44.9 (44.2–45.6) | 4.6 (3.3–6.5) |
| Neurodevelopmental diagnosis | | | | |
| Yes | 13.3 (11.9–14.9) | 32.9 (25.8–40.8) | 51.2 (49.7–52.7) | 22.6 (16.7–29.8) |
| No | 6.1 (5.8–6.5) | 4.6 (3.3–6.5) | 43.7 (43.2–44.2) | 2.2 (1.5–3.3) |

For the SDQ and BRIEF, lower scores are better.
BRIEF, Behavior Rating Inventory of Executive Function; CI, confidence interval; GEC, Global Executive Composite; GEC65+, Global Executive Composite group with BRIEF total score of 65 or higher; SDQ, Strength and Difficulties Questionnaire; SDQ16+, group with Strength and Difficulties Questionnaire total score of 16 or higher.

equivalence margins Δ for BRIEF GEC (Fig.). The 95% CIs of the estimate were within the bounds of the lower and upper equivalence margins. This scenario demonstrates an equivalence between the 2 groups.

## Discussion

This longitudinal population-based study aimed to investigate the potential effect of exposure to fluoridated water in early childhood on child emotional and behavioral development and executive functioning. The study has consistently demonstrated that exposure to fluoridated water by young Australian children was not associated with those important developmental

functions. The indicators of 2 widely validated measures of emotional and behavioral development and executive functioning among those Australian children who had whole lifetime exposure to fluoridated water were at least equivalent to those of children who did not have any exposure to fluoridated water.

To our knowledge, this study is the first to investigate an association between exposure to fluoridated water and measures of executive function and behavioral development in a national representative study sample. Executive functioning and emotional and behavioral development are key aspects of childhood development and daily life (Diamond 2013). Those aspects are affected by chemical injury to the developing brain.

**Table 3.** Multivariable Regression Models for SDQ TDS and BRIEF GEC Scores.

| Characteristic | SDQ TDS (n = 2,144) β (95% CI) | BRIEF GEC (n = 2,267) β (95% CI) |
|---|---|---|
| Intercept | 4.04 (3.03–5.04) | 41.81 (40.20–43.43) |
| % Lifetime exposure to fluoridated water | | |
| 0% | 0.41 (−0.49 to 1.30) | 0.34 (−1.01 to 1.69) |
| >0% to <100% | 0.23 (−0.93 to 1.39) | 0.55 (−1.06 to 2.16) |
| 100% | Reference | Reference |
| Sex | | |
| Male | −0.05 (−0.78 to 0.69) | −0.83 (−1.97 to 0.16) |
| Female | Reference | Reference |
| Parental education | | |
| School only | 0.62 (−0.42 to 1.66) | 1.03 (−0.68 to 2.75) |
| Vocational | 0.96 (−0.18 to 2.10) | 2.06 (0.41–3.71) |
| Tertiary | Reference | Reference |
| Household income | | |
| Low | 2.14 (1.03–3.25) | 1.95 (0.30–3.59) |
| Medium | 0.73 (−0.07 to 1.53) | 0.55 (−1.06 to 2.16) |
| High | Reference | Reference |
| Parent country of birth | | |
| Other | 0.85 (0.02–1.67) | 0.84 (−0.42 to 2.11) |
| Australia | Reference | Reference |
| Indigenous identity | | |
| Indigenous | 3.85 (1.06–6.65) | 4.10 (0.85–7.35) |
| Australia | Reference | Reference |
| Residential location | | |
| Outer regional/remote and very remote | 0.23 (−0.80 to 1.25) | 0.21 (−1.37 to 1.78) |
| Inner regional | 0.50 (−0.47 to 1.46) | 1.07 (−0.35 to 2.50) |
| Major city | Reference | Reference |
| Breastfeeding duration | | |
| Never breastfed | 0.60 (−0.54 to 1.75) | 0.42 (−1.20 to 2.04) |
| Breastfed 6 to 24 mo | 0.18 (−0.63 to 1.00) | 1.05 (−0.15 to 2.25) |
| Breastfed 24+ mo | 0.64 (−0.83 to 2.11) | 1.94 (−0.28 to 4.17) |
| Breastfed to 6 mo | Reference | Reference |
| Toothbrushing frequency | | |
| <2 times/d | 0.53 (−0.17 to 1.23) | 0.15 (−0.93 to 1.22) |
| 2+ times/d | Reference | Reference |
| Neurodevelopmental diagnosis | | |
| Yes | 7.13 (5.69–8.56) | 10.25 (7.75–12.76) |
| No | Reference | Reference |

Beta coefficient (β), relative to the reference group, was estimated by multivariable generalized linear regression models with robust standard error estimation using SAS-callable SUDAAN PROC REGRESS. Multivariable regression models controlled for all the reported variables and age at follow-up. BRIEF, Behavior Rating Inventory of Executive Function; CI, confidence interval; GEC, Global Executive Composite; SDQ, Strength and Difficulties Questionnaire; TDS, Total Difficulties Score.

In a recent study of the effect of lead at a level even lower than the Centers for Disease Control and Prevention (CDC) reference level of 5 μg/dL in whole blood, effects of lead exposure on child emotion and behaviors and executive functioning were detected (Fruh et al. 2019). Similar associations were reported between early life exposure to per- and polyfluoroalkyl substances (PFAS) and child emotion and behaviors and executive functioning (Stein et al. 2014; Harris et al. 2021). Given the uncertainty in evidence of the association between exposure to fluoridated water and child development, any research on such an association should target primary outcomes of child development that are sensitive to even small chemical injury and use instruments that can reliably measure those outcomes. The 2 instruments used in this study (SDQ and

BRIEF) have shown high reliability in measuring those aspects (Nyongesa et al. 2019; Thompson et al. 2021). Hence, the study contributes to addressing the call to investigate the potential neurotoxic effect of fluoride (Bellinger 2019).

Our study findings were consistent with recent major systematic reviews (NHMRC 2017; Guth et al. 2020; Aggeborn and Öhman 2021), which concluded no association between water fluoridation and the cognitive function of children or adults. An earlier systematic review by UK Medical Research Council (McDonagh et al. 2000) concluded that there was no clear evidence of potential adverse effects other than dental fluorosis.

Several recent individual studies using IQ reported varying findings. A study in Mexico reported no association between

**Table 4.** Multivariable Regression Models for the Prevalence of Clinically High Scores of the Strength and Difficulties Questionnaire and Behavior Rating Inventory of Executive Function.

| Characteristic | % SDQ16 (n = 2,144)<br>PR (95% CI) | % GEC65+ (n = 2,267)<br>PR (95% CI) |
|---|---|---|
| % Lifetime exposure to fluoridated water | | |
| 0% | 1.77 (1.03–3.05) | 1.24 (0.64–2.40) |
| >0% to <100% | 1.33 (0.53–3.33) | 0.98 (0.46–2.09) |
| 100% | Reference | Reference |
| Sex | | |
| Male | 1.02 (0.62–1.68) | 0.87 (0.48–1.60) |
| Female | Reference | Reference |
| Parental education | | |
| School only | 1.52 (0.58–2.62) | 1.99 (0.84–4.71) |
| Vocational | 1.47 (0.88–2.74) | 2.35 (1.21–4.55) |
| Tertiary | Reference | Reference |
| Household income | | |
| Low | 1.48 (0.79–2.81) | 1.21 (0.53–2.76) |
| Medium | 1.19 (0.68–2.07) | 1.09 (0.53–2.22) |
| High | Reference | Reference |
| Parent country of birth | | |
| Other | 1.95 (1.26–3.01) | 1.56 (0.86–2.84) |
| Australia | Reference | Reference |
| Indigenous identity | | |
| Indigenous | 1.92 (1.05–3.49) | 1.59 (0.45–5.58) |
| Australia | Reference | Reference |
| Residential location | | |
| Outer regional/remote and very remote | 1.00 (0.55–1.82) | 1.08 (0.48–2.41) |
| Inner regional | 1.07 (0.63–1.82) | 1.04 (0.48–2.26) |
| Major city | Reference | Reference |
| Breastfeeding duration | | |
| Never breastfed | 1.12 (0.66–1.89) | 1.36 (0.62–2.97) |
| Breastfed 6 to 24 mo | 0.89 (0.50–1.58) | 1.41 (0.74–2.70) |
| Breastfed 24+ mo | 1.11 (0.49–2.52) | 2.58 (1.05–6.33) |
| Breastfed to 6 mo | Reference | Reference |
| Toothbrushing frequency | | |
| <2 times/d | 1.01 (0.68–1.52) | 0.72 (0.41–1.28) |
| 2+ times/d | Reference | Reference |
| Neurodevelopmental diagnosis | | |
| Yes | 6.81 (4.25–10.89) | 9.59 (5.17–17.79) |
| No | Reference | Reference |

Multivariable regression models controlled for all the reported variables and age at follow-up.
CI, confidence interval; GEC65+, Global Executive Composite group with Behavior Rating Inventory of Executive Function total score of 65 or higher; PR, prevalence ratio relative to the reference group, estimated by multivariable log-binomial models with robust standard error estimation using SAS-callable SUDAAN PROC LOGLINK; SDQ16+, group with Strength and Difficulties Questionnaire total score of 16 or higher.

IQ score measured by Raven's Coloured Progressive Matrices and fluoride exposure level (Soto-Barreras et al. 2019). A study in Spain reported that maternal fluoride levels were associated with better cognitive scores in childhood (Ibarluzea et al. 2022). A study from Canada reported an association between measures of fluoride exposure and the hyperactivity/inattention subscale score of the SDQ but not with the TDS or other subscale scores (Riddell et al. 2019). We did not find any association between all subscale scores and fluoride exposure. The Green et al. study (Green et al. 2019) reported an association among boys but not among girls. We did not find any association in the whole sample as well as among males and females separately. The Till et al. study (Till et al. 2020), using data from the same sample, reported an association between

Performance IQ and infant formula use. Such association might also be explained by the strong effect of breastfeeding duration on IQ, as reported in a population-based birth cohort study sample in Denmark, which is not fluoridated (Mortensen et al. 2002). Many biological and social factors can cause large IQ differences (Nisbett et al. 2012). Even in the same household, Kristensen and Bjerkedal reported a difference in IQ of 3 points in early adulthood favoring firstborn children over later-born children (Kristensen and Bjerkedal 2007).

A feature of our study is the use of equivalence tests to investigate an association between fluoride exposure and the primary outcomes. We aim to investigate if early life exposure to fluoride altered the normal childhood development. Water fluoridation is effective in preventing dental caries in children

*Childhood Exposures to Fluorides and Child Behavioral Development/Executive Function*     35



**Figure.** Equivalence test of Strength and Difficulties Questionnaire Total Difficulties Score (SDQ TDS) and Behavior Rating Inventory of Executive Function Global Executive Composite (BRIEF GEC) score. LEFW, lifetime exposed to fluoridated water; WF, water fluoridation.

(NHMRC 2017; McDonagh et al. 2000). An important research question remains about potential risks of early life exposures to fluoride. To have an acceptable risk/benefit balance, preventive programs must not alter the normal development of children. In other words, their effects on cognitive and behavioral development of children must be equivalent/noninferior to that observed in children who do not have early life exposures to fluoride. Therefore, the burden of proof lies with an alternative hypothesis that the population means are equivalent/noninferior. Such evidence can be provided with a test of equivalence/noninferiority, as used in our study.

A strength of this study is its population representativeness. The baseline NCOHS study sample was randomly selected to represent the Australian child population at the time. This follow-up study targeted the whole NCOHS sample aged 5 to 10 y at baseline. While there were variations in retention rates, our investigation confirmed that those variations did not confound the association between the exposure and the outcomes. The directions of the associations between the exposure and the SDQ and BRIEF scores were highly consistent with each other, further confirming the overall conclusion of the study. The directions of the associations between covariates (neurodevelopmental diagnosis, parental education, household income, and Indigenous status) and the primary outcomes were as expected. The residential history was collected from parental responses, which might be subject to recall error. It is believed that residential location at birth and during the first few years of life of children up to the age of 10 y at baseline could be easily recalled. Our equivalence test focused on children having 2 absolutely opposite levels of exposure to fluoridated water. The equivalence margins Δ were clinically small

(one-eighth of the standard deviation of the respective population norms of the SDQ and BRIEF). Despite that, the outcome measures of child behavioral and emotional development and executive functioning of those contrasting groups were still equivalent.

## Conclusion

This nationwide population-based follow-up study has provided consistent evidence that exposure to fluoridated water by young children was not negatively associated with child emotional, behavioral development, and executive functioning in their adolescent years. Children who had been exposed to fluoridated water for their whole early childhood had their measures of emotional, behavioral development, and executive functioning at least equivalent to that of children who had no exposure to fluoridated water.

## Author Contributions

L.G. Do, contributed to conception, design, data acquisition, analysis, and interpretation, drafted and critically revised the manuscript; A.J. Spencer, contributed to conception, design, data acquisition and interpretation, critically revised the manuscript; A. Sawyer, A. Jones, S. Leary, contributed to conception, design and data interpretation, critically revised the manuscript; R. Roberts, data acquisition and interpretation, critically revised the manuscript; D.H. Ha, contributed to conception, design, data acquisition, analysis, and interpretation, critically revised the manuscript. All authors gave final approval and agree to be accountable for all aspects of the work.

## Acknowledgments

Study participants are gratefully acknowledged. Chingwen Tiew, Rachel Lane, and the Tooth for Health team are acknowledged for their contribution to the project.

## Declaration of Conflicting Interests

The authors declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The authors disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: The follow-up study was funded by a National Health and Medical Research Council Project Grant APP1161581.

## ORCID iDs

L.G. Do (ID) https://orcid.org/0000-0003-3684-9949

R. Roberts (ID) https://orcid.org/0000-0002-9547-9995

## References

Aggeborn L, Öhman M. 2017. The effects of fluoride in the drinking water. Uppsala, Sweden: Institute for Housing and Urban Research (IBF) and Department of Women's and Children's Health at Uppsala University [accessed 2022 Jul 27]. https://econpapers.repec.org/paper/hhsifauwp/2017_5f020.htm.

Aggeborn L, Öhman M. 2021. The effects of fluoride in drinking water. J Polit Econ. 129(2):465–491.

Aoki A, Ganchimeg T, Naranbaatar N, Khishigsuren Z, Gundegmaa L, Bat-Erdene S, Munkhbaatar B, Mori R, Kikuchi A, Soya H, et al. 2021. Validation of the parent version of the Strengths and Difficulties Questionnaire (SDQ) to screen mental health problems among school-age children in Mongolia. BMC Psychiatry. 21(1):218.

Barberio AM, Quinonez C, Hosein FS, McLaren L. 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: implications for community water fluoridation. Can J Public Health. 108(3):e229–e239.

Barker LE, Luman ET, McCauley MM, Chu SY. 2002. Assessing equivalence: an alternative to the use of difference tests for measuring disparities in vaccination coverage. Am J Epidemiol. 156(11):1056–1061.

Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, et al. 2017. Fluoride exposure and cognitive outcomes in children at 4 and 6–12 years of age in Mexico. Environ Health Perspect. 125(9):097017.

Bellinger DC. 2019. Is fluoride potentially neurotoxic? JAMA Pediatr. 173(10):915–917.

Casamassimo PS, Thikkurissy S, Edelstein BL, Maiorini E. 2009. Beyond the dmft: the human and economic cost of early childhood caries. J Am Dent Assoc. 140(6):650–657.

Choi AL, Sun G, Zhang Y, Grandjean P. 2012. Developmental fluoride neurotoxicity: a systematic review and meta-analysis. Environ Health Perspect. 120(10):1362–1368.

Diamond A. 2013. Executive functions. Annu Rev Psychol. 64(1):135–168.

Do LG, Spencer AJ. 2007. Risk-benefit balance in the use of fluoride among young children. J Dent Res. 86(8):723–728.

Do LG, Spencer AJ, editors. 2016. Oral health of Australian children. The National Child Oral Health Study 2012–14. Adelaide, South Australia: University of Adelaide Press [accessed 2022 Jul 27]. https://www.adelaide.edu.au/press/titles/ncohs

Fleming TR. 2008. Current issues in non-inferiority trials. Stat Med. 27(3):317–332.

Fruh V, Rifas-Shiman SL, Amarasiriwardena C, Cardenas A, Bellinger DC, Wise LA, White RF, Wright RO, Oken E, Claus Henn B. 2019. Prenatal lead exposure and childhood executive function and behavioral difficulties in project viva. Neurotoxicology. 75:105–115.

Gioia GA, Isquith PK, Guy SC, Kenworthy L. 2000. Test review behavior rating inventory of executive function. Child Neuropsychol. 6(3):235–238.

Goodman R. 2001. Psychometric properties of the strengths and difficulties questionnaire. J Am Acad Child Adolesc Psychiatry. 40(11):1337–1345.

Grandjean P, Landrigan PJ. 2014. Neurobehavioural effects of developmental toxicity. Lancet Neurol. 13(3):330–338.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in Canada. JAMA Pediatr. 173(10):940–948.

Guth S, Hüser S, Roth A, Degen G, Diel P, Edlund K, Eisenbrand G, Engel K-H, Epe B, Grune T, et al. 2020. Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses. Arch Toxicol. 94(5):1375–1415.

Ha DH, Roberts-Thomson KF, Peres KG, Arrow P, Do LG. 2016. Oral health status of Australian children. In: Do LG, Spencer AJ, editors. Oral health of Australian children: the National Child Oral Health Study 2012–14. Adelaide: University Press.

Harris MH, Oken E, Rifas-Shiman SL, Calafat AM, Bellinger DC, Webster TF, White RF, Sagiv SK. 2021. Prenatal and childhood exposure to per- and polyfluoroalkyl substances (PFAS) and child executive function and behavioral problems. Environ Res. 202:111621.

Ibarluzea J, Gallastegi M, Santa-Marina L, Jiménez Zabala A, Arranz E, Molinuevo A, Lopez-Espinosa MJ, Ballester F, Villanueva CM, Riano I, et al. 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environ Res. 207:112181.

Kristensen P, Bjerkedal T. 2007. Explaining the relation between birth order and intelligence. Science. 316(5832):1717.

McDonagh MS, Whiting PF, Wilson PM, Sutton AJ, Chestnutt I, Cooper J, Misso K, Bradley M, Treasure E, Kleijnen J. 2000. Systematic review of water fluoridation. BMJ. 321(7265):855–859.

Mortensen EL, Michaelsen KF, Sanders SA, Reinisch JM. 2002. The association between duration of breastfeeding and adult intelligence. JAMA. 287(18):2365–2371.

National Health and Medical Research Council. 2017. Information paper—water fluoridation: dental and other human health outcomes. Canberra, Australia: National Health and Medical Research Council [accessed 2022 Jul 27]. https://www.nhmrc.gov.au/about-us/publications/water-fluoridation-dental-and-other-human-health-outcomes

Nisbett RE, Aronson J, Blair C, Dickens W, Flynn J, Halpern DF, Turkheimer E. 2012. Intelligence: new findings and theoretical developments. Am Psychol. 67(2):130–159.

Nyongesa MK, Ssewanyana D, Mutua AM, Chongwo E, Scerif G, Newton CRJC, Abubakar A. 2019. Assessing executive function in adolescence: a scoping review of existing measures and their psychometric robustness. Front Psychol. 10:311.

Rice D, Barone S. 2000. Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. Environ Health Perspect. 108(3):511–533.

Riddell JK, Malin AJ, Flora D, McCague H, Till C. 2019. Association of water fluoride and urinary fluoride concentrations with attention deficit hyperactivity disorder in Canadian youth. Environ Int. 133(Pt B):105190.

Sawyer AC, Miller-Lewis LR, Searle AK, Sawyer MG, Lynch JW. 2015. Is greater improvement in early self-regulation associated with fewer behavioral problems later in childhood? Dev Psychol. 51(12):1740–1755.

Schumi J, Wittes JT. 2011. Through the looking glass: understanding non-inferiority. Trials. 12:106.

Scott IA. 2009. Non-inferiority trials: determining whether alternative treatments are good enough. Med J Aust. 190(6):326–330.

Soto-Barreras U, Escalante-Villalobos KY, Holguín-Loya B, Perez-Aguirre B, Nevárez-Rascón A, Martinez-Martínez RE, Loyola-Rodríguez JP. 2019. Effect of fluoride in drinking water on dental caries and IQ in children. Fluoride. 52(3):474–482.

Spencer A, Do L, Ha D. 2018. Contemporary evidence on the effectiveness of water fluoridation in the prevention of childhood caries. Comm Dent Oral Epidemiol. 46(4):407–415.

Stein CR, Savitz DA, Bellinger DC. 2014. Perfluorooctanoate exposure in a highly exposed community and parent and teacher reports of behaviour in 6-12-year-old children. Paediatr Perinat Epidemiol. 28(2):146–156.

Thompson JMD, Stykerman RF, Wall CR, Murphy R, Mitchell EA, Waldie KE. 2021. Factor structure of the SDQ and longitudinal associations from pre-school to pre-teen in New Zealand. PLoS One. 16(3):e0247932.

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 134:105315.

# EXHIBIT F

Research Reports: Clinical

# Early Childhood Exposures to Fluorides and Cognitive Neurodevelopment: A Population-Based Longitudinal Study

Journal of Dental Research
2025, Vol. 104(3) 243–250
© The Author(s) 2024

Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/00220345241299352
journals.sagepub.com/home/jdr

L.G. Do[1] , A. Sawyer[2], A. John Spencer[3], S. Leary[4], J.K. Kuring[2], A.L. Jones[5], T. Le[1], C.E. Reece[2], and D.H. Ha[1]

## Abstract

It is important to maintain confidence in the risk and benefit balance of major caries-preventive programs using fluoride. The ongoing debate about potential effects of early-life exposures to fluoride on cognitive neurodevelopment requires high-quality scientific evidence. This study aimed to investigate the potential effects of fluoride exposure on cognitive neurodevelopment assessed with the Wechsler Adult Intelligence Scale 4th edition (WAIS-IV) in an Australian population-based sample. The sample was selected from the National Child Oral Health Study (NCOHS) 2012–2014. NCOHS collected data on socioeconomic factors, oral health behaviors, and residential history to estimate percentage lifetime exposure to fluoridated water during the first 5 y of life (%LEFW). NCOHS children were also examined by trained and calibrated examiners to assess dental fluorosis (a reliable and valid biomarker of total fluoride intake during early childhood). The sample was followed up in 2022–2023 to collect data on cognitive neurodevelopment (intelligence quotient [IQ]) using the WAIS-IV, which was administered by trained and calibrated qualified psychologists. Multivariable regression models were generated to investigate associations between the 2 exposure measurements (%LEFW and dental fluorosis) with full-scale IQ (FSIQ) scores, controlling for important confounding effects. Hypotheses of noninferiority were also tested, contrasting different levels of exposure to fluoride. Some 357 participants aged 16 to 26 y completed the WAIS-IV, with a mean FSIQ score of 109.2 (95% confidence interval [CI]: 107.8–110.5). The estimates of the multivariable regression models demonstrated slightly higher FSIQ scores among the exposed than the nonexposed. The adjusted β of 100%LEFW versus 0%LEFW was 1.07 (95% CI: −2.86, 5.01) and of having dental fluorosis versus no fluorosis was 0.28 (95% CI: −3.00, 3.57). The hypothesis of noninferiority tests found that FSIQ scores of those exposed and nonexposed to fluoride were equivalent. The study provided consistent evidence that early childhood exposure to fluoride does not have effects on cognitive neurodevelopment.

Keywords: fluoride use, water fluoridation, intelligence quotient, child development, population programs, risk assessment

## Introduction

Water fluoridation (WF) and fluoridated toothpaste are the main preventive programs against dental caries (McDonagh et al. 2000; Centers for Disease Control and Prevention 2001; National Health and Medical Research Council 2017). It is crucial to assure the effectiveness and safety of fluoride to ensure population health and thus to maintain public support for this important public health program. As a public health measure, preventive programs using fluoride require ongoing research to maintain its balance of risk and benefits (Do and Spencer 2007).

The developing human brain is more susceptible to changes caused by chemicals than is the mature brain. The major windows of developmental vulnerability occur during infancy and early childhood (Rice and Barone 2000). Therefore, there are concerns built on the precautionary principle that the developing human brain may be influenced by early excessive exposure to fluoride. Reports from the National Toxicology Program (NTP) raised concern that fluoride was a cognitive neurodevelopmental hazard (NTP 2020). However, that statement has

been criticized for lack of credible evidence (National Academies of Sciences, Engineering, and Medicine 2020), and was later withdrawn (NTP 2024).

The topic of potential neurodevelopmental effects of fluoride has been contentiously debated. Major reviews have concluded that fluoride at the level practiced in WF programs does not negatively affect child neurodevelopment (Guth et al. 2020;

[1]School of Dentistry, Faculty of Health and Behavioural Sciences, The University of Queensland, Australia
[2]School of Psychology, The University of Adelaide, Australia
[3]Adelaide Dental School, The University of Adelaide, Australia
[4]Bristol Dental School, University of Bristol, UK
[5]Sunshine Coast Health Institute, Sunshine Coast University Hospital, Australia

A supplemental appendix to this article is available online.

Corresponding Author:
L.G. Do, School of Dentistry, Faculty of Health and Behavioural Sciences, The University of Queensland, Herston Oral Health Centre, 7th floor, Herston, Queensland 4006, Australia.
Email: l.do@uq.edu.au

Aggeborn and Öhman 2021; Kumar et al. 2023). However, some other reviews continued to raise the concern (Grandjean 2019; Grandjean et al. 2024), mostly using data from the MIREC study series (Green et al. 2019, 2020; Till et al. 2020). A recent critical appraisal of the evidence emphasized the importance of exposure measurement, outcome measurement, and analytical approaches in investigating potential effects of fluoride on cognitive neurodevelopment (Guichon et al. 2024).

This study aimed to investigate potential links between early exposure to fluoride (measured by percentage lifetime exposure to fluoridated water and the presence of dental fluorosis) and cognitive neurodevelopment (measured as full-scale intelligence quotient [IQ] using the Wechsler Adult Intelligence Scale [WAIS-IV]) in a population-based sample of Australian young adults.

## Methods

The study has received ethical approval from the University of Adelaide and University of Queensland Human Research Ethics Committees. The study follows the STROBE Guidelines for observational human research. Participants provided written informed consent at baseline and follow-up.

This study was built on a large existing population-based study, the Australia's National Child Oral Health Study (NCOHS) 2012–2014 (Do and Spencer 2016). The NCOHS sample was selected using a multistage, stratified random selection process to ensure its population representativeness. Data collection included comprehensive parental questionnaires and a detailed oral epidemiological examination.

NCOHS children were examined by trained and calibrated examiners to record dental fluorosis (a reliable and valid clinical biomarker of total fluoride intake during early childhood). The questionnaire collected detailed information on parental socioeconomic status and child health behaviors and practices, including toothbrushing with fluoridated toothpaste and additional forms of fluoride. NCOHS data have been used to investigate the effects of fluoridation on dental caries (Spencer et al. 2018) and on socioeconomic inequality in child oral health (Do et al. 2018).

In 2020–2021, a first follow-up of the NCOHS sample investigated associations between exposure to fluoridation and child behavioral development (Do et al. 2023). As part of this follow-up study, in 2022–2023 a subset of NCOHS participants who had turned 16+ y was recruited and completed the WAIS-IV to investigate the associations between early-life exposures to fluoride and neurodevelopment (Appendix Fig. 1). Those who were identified as having dental fluorosis in the NCOHS clinical assessment were first invited to participate in the intelligence assessment. A random sample of participants without dental fluorosis with similar age ($\pm1$ y) and same sex were subsequently selected and invited, with a ratio of 4 to 1 (the prevalence of dental fluorosis was 18%). All IQ tests were conducted one-on-one in psychological clinics or specially hired quiet offices to ensure appropriate psychological test administration conditions.

### Exposure Measurements

The NCOHS questionnaire collected a detailed residential history from birth to the time of the survey and included consumption of public water and other water sources. The residential history of participants has been linked to the postcode-level fluoride concentration in public water database that was updated yearly by water authorities. The F levels in water were coded 0.5 for levels of >0.3 to ≤0.7 mgF/L, and coded 1 for levels of >0.7 to 1.1 mgF/L. The number of years residing at each location was multiplied by the fluoride concentration. The products were summed and divided by the child's age and multiplied by 100 to express the individual-level percentage lifetime access to the equivalent of ≥0.7 mg F in drinking water (%LEFW). If fluoride-removing water filters were used at a location, or nonpublic water sources (bottled, well water, rainwater), the fluoride concentration was set to 0 mg/L. Three groups were formed: having 0%LEFW, >0% to <100%LEFW, and 100%LEFW. This is the most robust and rigorous method of assessing exposure to fluoridated water (Do et al. 2009; Slade et al. 1995) and has been well accepted internationally (Hillier et al. 2000). We used %LEFW from birth to age 5 y to maintain consistency between participants.

NCOHS children were examined by trained and calibrated dental examiners who were not aware of questionnaire results. Dental fluorosis was assessed on permanent maxillary central incisors, which develop during the first years of life. Dental fluorosis is an objective clinical biomarker of total exposure and individual susceptibility to fluoride. Examiners were trained in differentiating dental fluorosis from nonfluorotic opacities using the Russell criteria (Russell 1961). Severity of dental fluorosis was assessed using the Thylstrup and Fejerskov (TF) Index (Fejerskov et al. 1988). Most observed cases with fluorosis had TF scores of 1 or 2 (very mild to mild). Only 0.9% of the children had a TF score of 3+ (Do and Spencer 2016). For this study, participants were grouped as having (TF 1+) or not having dental fluorosis.

### Primary Outcome: Cognitive Neurodevelopment

The WAIS-IV is an individually administered standardized assessment of intelligence for people aged 16+ y. The scales consist of 10 subtests that are used to calculate the full-scale IQ (FSIQ) score and 4 indices (verbal comprehension, perceptual reasoning, working memory, and processing speed) (Wechsler 2008). Scores on these scales are age standardized and have a mean of 100 and standard deviation of 15. The WAIS-IV provides a reliable and valid estimate of intellectual functioning with high stability (Saklofske et al. 2018).

Qualified psychologists, employed to administer the WAIS-IV, underwent training and administration compliance testing ran by J.K.K., a neuropsychologist with extensive experience in Wechsler intelligence scales. All participants were administered the WAIS-IV test one-on-one with a trained psychologist in standardized conditions for the psychological

assessment (in a quiet room, with participants facing a monotonic wall without any distractions). The psychologists and participants were not aware of the exposure status of the participants. Test scoring was conducted using Q-Global, which is Pearson's web-based system for scoring and reporting assessments, including the WAIS-IV. Using the Q-Global system allowed standardized scoring and interpretation across all administering psychologists. J.K.K. regularly checked test administration and scoring of all examiners to check for any issues with assessment and scoring. The computed FSIQ scores and index scores were combined and merged with participants' existing NCOHS data to allow for data management and analysis.

### Covariates

Covariates used in the multivariable regression models were selected as potentially influencing the associations between fluoride exposures and the outcomes (see the directed acyclic graph in Appendix Fig. 2). Covariates were age at follow-up, sex, household income, parental education and country of birth, participants' neurodevelopmental diagnosis (attention-deficit hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia), breastfeeding duration (never, up to 6 mo, 6 to 24 mo, and 24+ mo), and toothbrushing with fluoride toothpaste collected retrospectively for age 2 y (<2 times/day, 2+ times/day).

### Analytical Approaches

We analyzed the associations between FSIQ scores and the exposures sequentially from bivariate to multivariable generalized linear regression models using SAS Proc GENMOD. Two sets of models were generated for each exposure. Model 1 controlled for socioeconomic factors and neurodevelopmental diagnosis. Model 2 additionally controlled for breastfeeding duration and toothbrushing with fluoride toothpaste during early childhood.

We further tested hypotheses of equivalence between the groups by exposure to fluoride following standard approaches (Fleming 2008; Scott 2009; Schumi and Wittes 2011). We hypothesized that measures of cognitive neurodevelopment associated with fluoride exposure in early childhood would be noninferior to those associated with no exposure to fluoride by more than a clinically acceptable equivalence margin Δ (Fleming 2008; Scott 2009). The hypothesis of equivalence was a more appropriate approach because the traditional null hypothesis of no difference cannot provide proof of similarity (Scott 2009; Schumi and Wittes 2011). This is an important principle in evaluating the risk-benefit profiles of public health programs (Barker et al. 2002). We defined the equivalence margin Δ for the FSIQ score as one-quarter of its standard deviation (equal to 3.75).

We used SAS Proc POWER to estimate a required sample to test a hypothesis of noninferiority in FSIQ scores between children with and without exposures to fluoride (expected minimum ratios of 1 to 4) with a stringent equivalence margin Δ of 3.75 FSIQ points. Some 342 children would be required at power of 0.9, $\alpha = 0.05$.

We also conducted sensitivity analysis using stratified analyses by key socioeconomic factors and neurodevelopmental diagnosis (see Appendix). Multivariable models were also generated for the WAIS-IV index scores (see Appendix). While the main analyses were conducted without imputation for missing data, multiple imputation for missing data of covariates was generated as sensitivity analysis (see Appendix).

## Results

A total of 357 participants completed the WAIS-IV (Table 1). The participants' ages ranged from 16 to 26 y, with a mean of 19.6 y (SD = 2.3) and a median of 19.4 y (IQR = 17.7–21.1). The groups by exposure to fluoridated water (%LEFW) varied by the distributions of sex, socioeconomic factors, and residential status. However, the 95% confidence intervals (CIs) of the estimates overlap. The proportions of participants who reportedly did not have a neurodevelopmental diagnosis were comparable between the 3 LEFW groups. The distributions by sex and socioeconomic factors were comparable between those with and without dental fluorosis (Table 2). A higher proportion of participants with dental fluorosis had parents born overseas. There was also a higher proportion of participants without dental fluorosis who reportedly had a neurodevelopmental diagnosis. However, the 95% CIs of the estimates overlap.

The study sample had a mean full-scale IQ score of 109.2 (95% CI: 107.8–110.5). Participants who had 0%LEFW had a slightly lower unadjusted mean full-scale IQ score than the other 2 exposure groups did (Table 3). The multivariable models 1 and 2 demonstrated that those who had 0%LEFW had lower FSIQ scores than those who had whole or part of their first 5 y of life exposed to fluoridated water. The largest difference was found between the >0% to <100%LEFW group and the 0%LEFW group.

The unadjusted mean FSIQ scores were comparable between those with or without dental fluorosis on their maxillary central incisors (Table 4). Both multivariable models also confirmed that those 2 groups did not have meaningful differences in their FSIQ scores. Estimates of other coefficients from the same models are presented in the Appendix (Appendix Tables 1 and 2).

Equivalence tests were conducted for full model-adjusted IQ scores between those with 100%LEFW versus 0%LEFW and between those with versus those without dental fluorosis (Fig. 1). The adjusted FSIQ scores of those who had 100%LEFW were slightly higher (better) than those of the 0%LEFW group. The lower 95% CI bound of the estimate was higher than the lower bound of the equivalence margins, whereas the upper 95% CI of the estimate was higher than the upper bound of the equivalence margin. This indicates that the FSIQ scores of those who had 100%LEFW were not inferior to the FSIQ scores of the 0%LEFW group. Similarly, the adjusted estimate of the FSIQ score of those with dental fluorosis was not inferior to that of those without dental fluorosis. The 95%

*Journal of Dental Research 104(3)*

**Table 1.** Study Sample Characteristics by Percentage Lifetime Exposure to Fluoridated Water during the First 5 y of Life ($N = 357$).

| | % Lifetime Exposure to Fluoridated Water (% LEFW), col % (95% CI) | | |
|---|---|---|---|
| | 0% ($n = 68$) | >0% to <100% ($n = 83$) | 100% ($n = 194$) |
| Age, y, mean (SD) | 20.9 (2.6) | 19.6 (2.3) | 19.2 (2.2) |
| Sex | | | |
| Male | 41.2 (29.4, 52.9) | 53.8 (42.9, 64.3) | 47.4 (40.4, 54.5) |
| Female | 58.8 (47.1, 70.6) | 46.4 (35.7, 57.1) | 52.6 (45.5, 59.6) |
| Parental education | | | |
| School only | 9.0 (2.1, 15.8) | 6.0 (0.9, 11.0) | 3.1 (0.6, 5.5) |
| Vocational | 13.4 (5.2, 21.6) | 7.1 (1.6, 12.7) | 10.8 (6.4, 15.2) |
| Tertiary | 77.6 (67.6, 87.6) | 86.9 (79.7, 94.2) | 86.1 (81.2, 91.0) |
| Household income | | | |
| Low | 20.6 (10.6, 30.7) | 17.5 (9.1, 25.9) | 15.3 (10.1, 20.4) |
| Medium | 47.6 (35.2, 60.0) | 41.3 (30.4, 52.1) | 34.7 (27.9, 41.5) |
| High | 31.7 (20.2, 43.3) | 41.3 (30.4, 52.1) | 50.0 (42.9, 57.1) |
| Parent country of birth | | | |
| Other | 32.8 (21.5, 44.1) | 64.3 (54.0, 74.6) | 38.3 (31.4, 45.2) |
| Australia | 67.2 (55.9, 78.5) | 35.7 (25.4, 46.0) | 61.7 (54.8, 68.6) |
| Residential location | | | |
| Regional | 26.5 (15.9, 37.0) | 19.0 (10.6, 27.5) | 11.9 (7.3, 16.4) |
| Major city | 73.5 (63.0, 84.1) | 81.0 (72.5, 89.4) | 88.1 (83.6, 92.7) |
| Neurodevelopmental diagnosis | | | |
| Yes | 13.2 (5.1, 21.3) | 8.3 (2.4, 14.3) | 8.2 (4.4, 12.1) |
| No | 73.5 (63.0, 84.1) | 76.2 (67.0, 85.3) | 75.8 (69.7, 81.8) |
| Not reported | 13.2 (5.1, 21.3) | 15.5 (7.7, 23.2) | 16.0 (0.8, 21.2) |
| Breastfeeding duration | | | |
| Never breastfed | 12.3 (4.3, 20.3) | 10.7 (4.1, 17.4) | 12.6 (7.9, 17.4) |
| Breastfed to <6 mo | 27.7 (16.8, 38.6) | 41.7 (31.1, 52.3) | 26.3 (20.0, 32.6) |
| Breastfed 6 to 24 mo | 43.1 (31.0, 55.2) | 42.9 (32.2, 53.5) | 52.6 (45.5, 59.8) |
| Breastfed 24+ mo | 16.9 (7.8, 26.1) | 4.8 (0.2, 9.3) | 8.4 (4.5, 12.4) |
| Toothbrushing frequency | | | |
| <2 times/day | 40.3 (28.5, 52.1) | 39.0 (28.4, 49.6) | 45.7 (38.3, 53.1) |
| 2+ times/day | 59.7 (47.9, 71.5) | 61.0 (50.4, 71.6) | 54.3 (46.9, 61.7) |

95% CI, 95% confidence intervals of the estimates; % LEFW, percentage lifetime exposure to fluoridated water.
Study sample: the National Child Oral Health Study 2012–2014 sample who were aged 16+ y and have completed an IQ test for the follow-up 2022–2023. Twelve participants had missing data on %LEFW. Neurodevelopmental diagnosis: study participants who reportedly had at least 1 diagnosed condition (attention-deficit hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia). Toothbrushing frequency: toothbrushing with fluoride toothpaste at the age of 2 y.

CIs of the estimate were also slightly higher than the lower and upper bounds of the equivalence margins.

Similar multivariable models stratified by sex, parental education, household income, and neurodevelopmental diagnosis demonstrated that the full-scale IQ scores were comparable across different levels of exposure to fluoride in early childhood in this study sample (Appendix Tables 3–6). Similarly, multivariable models generated for WAIS-IV index scores (Verbal Comprehension Index, Perceptual Reasoning Index, Working Memory Index, Processing Speed Index) demonstrated no associations between different levels of fluoride exposure with those index scores (Appendix Table 7). Multiple imputation analysis did not reveal any associations between %LEFW and dental fluorosis with the FSIQ score (Appendix Tables 8–10).

## Discussion

This multidisciplinary follow-up study investigated if early-life exposure to fluoride (measured by exposure to fluoridated water during the first 5 y of life and presence of dental fluorosis) had an effect on child cognitive neurodevelopment (IQ scores measured by the WAIS-IV). The multiple comprehensive approaches used in the study have consistently demonstrated that early-life exposure to fluoride by Australian children did not have any measurable effect on their cognitive neurodevelopment.

The findings of the study are in line with recent major systematic reviews (Canadian Agency for Drugs and Technologies in Health 2020; Guth et al. 2020; Aggeborn and Öhman 2021; Kumar et al. 2023; Veneri et al. 2023) and recent individual studies (Ibarluzea et al. 2022; Lin et al. 2023). These reviews summarized epidemiological evidence of the potential association between exposure to fluoride and cognitive neurodevelopment. These reviews concluded that exposure to fluoride at the levels practiced in community WF programs was not associated with a negative effect on cognitive neurodevelopment. The reported negative association between fluoride exposure and IQ was observed in some included studies with high risk of bias but not in studies with low risk of bias (Veneri et al. 2023). Such findings emphasized the importance of quality

**Table 2.** Study Sample Characteristics by Presence of Dental Fluorosis on Maxillary Central Incisors (*N* = 357).

| | Dental fluorosis, col % (95% CI) | |
|---|---|---|
| | No (*n* = 256) | Yes (*n* = 83) |
| Age, y, mean (SD) | 19.6 (2.3) | 19.5 (2.2) |
| Sex | | |
|   Male | 47.3 (41.1, 53.4) | 41.7 (31.1, 52.3) |
|   Female | 52.7 (46.6, 58.9) | 58.3 (47.7, 68.9) |
| Parental education | | |
|   School only | 5.6 (2.7, 8.4) | 4.9 (0.2, 9.7) |
|   Vocational | 9.9 (6.2, 13.6) | 12.3 (5.1, 19.5) |
|   Tertiary | 84.5 (80.0, 89.0) | 82.7 (74.4, 91.0) |
| Household income | | |
|   Low | 18.3 (13.4, 23.1) | 14.6 (6.9, 22.3) |
|   Medium | 38.2 (32.1, 44.3) | 40.2 (29.6, 50.9) |
|   High | 43.5 (37.3, 49.7) | 45.1 (34.3, 55.9) |
| Parent country of birth | | |
|   Other | 45.3 (39.1, 51.4) | 34.9 (24.6, 45.2) |
|   Australia | 54.7 (48.6, 60.9) | 65.1 (54.8, 75.4) |
| Residential location | | |
|   Regional | 15.2 (10.8, 19.7) | 23.8 (14.7, 33.0) |
|   Major city | 84.8 (80.3, 89.2) | 76.2 (67.0, 85.3) |
| Neurodevelopmental diagnosis | | |
|   Yes | 9.8 (6.1, 13.4) | 6.0 (0.9, 11.0) |
|   No | 76.2 (70.9, 81.4) | 73.8 (64.4, 83.3) |
| Not reported | 14.1 (9.8, 18.3) | 20.2 (11.6, 28.9) |
| Breastfeeding duration | | |
|   Never breastfed | 11.5 (7.5, 15.5) | 14.8 (7.0, 22.6) |
|   Breastfed to <6 mo | 30.6 (24.8, 36.3) | 29.6 (19.6, 39.6) |
|   Breastfed 6 to 24 mo | 48.4 (42.2, 54.6) | 49.4 (38.4, 60.3) |
|   Breastfed 24+ mo | 9.5 (5.9, 13.2) | 6.2 (0.9, 11.4) |
| Toothbrushing frequency | | |
|   <2 times/day | 43.8 (37.4, 50.1) | 38.0 (27.2, 48.7) |
|   2+ times/day | 56.3 (49.9, 62.6) | 62.0 (51.3, 72.8) |

95% CI, 95% confidence intervals of estimates; SD, standard deviation.
Study sample: the National Child Oral Health Study 2012–2014 sample who were aged 16+ y and have completed an IQ test for the follow-up 2022–2023. Sixteen participants had missing data on dental fluorosis. Neurodevelopmental diagnosis: study participants who reportedly had at least 1 diagnosed condition (attention-deficit hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia). Toothbrushing frequency: frequency of toothbrushing with fluoride toothpaste at the age of 2 y per day.

**Table 3.** Unadjusted Full-Scale IQ Scores by Exposures and Multivariable Regression Models for Adjusted Full-Scale IQ Scores by Percentage Lifetime Exposure to Fluoridated Water.

| | Full-Scale IQ Score (*N* = 357) | Multivariable Model 1 | Multivariable Model 2 |
|---|---|---|---|
| | Mean (95% CI) | β (95% CI) | β (95% CI) |
| Model intercept | | 109.4 (105.3, 113.5) | 110.7 (106.3, 115.2) |
| Lifetime exposure to fluoridated water | | | |
|   100% | 109.1 (107.3, 110.9) | 1.12 (−2.81, 5.05) | 1.07 (−2.86, 5.01) |
|   >0% to <100% | 110.7 (107.6, 113.7) | 2.24 (−2.17, 6.66) | 2.52 (−1.92, 7.00) |
|   0% | 108.6 (105.6, 111.5) | Ref | Ref |

95% CI, 95% confidence intervals of estimates; Ref, reference.
Study sample: the National Child Oral Health Study 2012–2014 sample who were aged 16+ y and have completed an IQ test for the follow-up 2022–2023. Neurodevelopmental diagnosis: study participants who reportedly had at least 1 diagnosed condition (attention-deficit hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia). Toothbrushing frequency: frequency of toothbrushing with fluoride toothpaste at the age of 2 y per day. Estimates of covariates are presented in Appendix Table 1. Model 1: multivariable regression models controlling for socioeconomic factors, neurodevelopmental diagnosis, and age at IQ test. Model 2: model 1 plus covariates (breastfeeding duration and toothbrushing frequency at age 2 y).

investigation including exposure measurement, outcome measurement, and controlling for potential confounding effects.

This study used 2 different measures of fluoride exposure in early childhood to ensure comprehensiveness in exposure measurement. The %LEFW has been frequently used to investigate the effect of WF on dental caries and dental fluorosis in Australian studies (Do and Spencer 2007; Slade et al. 2018; Spencer et al. 2018). This measure is an objective quantification of the amount of lifetime a person resided in an area, the fluoride level of public water supplies, and use of water during

*Journal of Dental Research  104(3)*

**Table 4.**  Unadjusted Full-Scale IQ Scores by Exposures and Multivariable Regression Models for Adjusted Full-Scale IQ Scores by Dental Fluorosis.

|  | Full-Scale IQ Score (N = 357) | Multivariable Model 1 | Multivariable Model 2 |
|---|---|---|---|
|  | Mean (95% CI) | β (95% CI) | β (95% CI) |
| Model intercept |  | 110.2 (107.3, 113.1) | 111.6 (108.3, 114.9) |
| Dental fluorosis |  |  |  |
| Yes | 109.4 (107.8, 111.0) | 0.27 (−3.04, 3.58) | 0.28 (−3.00, 3.57) |
| No | 109.3 (106.5, 112.1) | Ref | Ref |

95% CI, 95% confidence intervals of estimates; Ref, reference.
Study sample: the National Child Oral Health Study 2012–2014 sample who were aged 16+ y and have completed an IQ test for the follow-up 2022–2023. Neurodevelopmental diagnosis: study participants who reportedly had at least 1 diagnosed condition (attention-deficit hyperactivity disorder, autism spectrum disorder, dyslexia, dyscalculia). Toothbrushing frequency: frequency of toothbrushing with fluoride toothpaste at the age of 2 y per day. Estimates of covariates are presented in Appendix Table 2. Model 1: multivariable regression models controlling for socioeconomic factors, neurodevelopmental diagnosis, and age at IQ test. Model 2: model 1 plus covariates (breastfeeding duration and toothbrushing frequency at age 2 y).



**Figure 1.**  Equivalence test of IQ scores by percentage lifetime exposure to fluoridated water and by presence of dental fluorosis.

that life period. We maximized the validity of %LEFW by also considering sources of water and water filtration. The focus on the 0- 5-y age period further standardized the exposure. This exposure measurement was used to investigate the association with dental caries in the same population (Spencer et al. 2018). A strong and dose-response association was reported, indicating that %LEFW actually measured fluoride exposure in this population, given the primary action of fluoride in preventing dental caries. Dental fluorosis is a reliable and valid individual biological marker of sustained total intake of fluoride in early childhood (Fejerskov et al. 1988). This measure is an individual indicator of actual total intake of fluoride during a certain life period (the first 3 y of life for maxillary central incisors) and can be measured only through clinical assessment, which was assessed by trained and calibrated dental examiners (Do

and Spencer 2016). To prevent unconscious bias, we ensured that the study psychologists were blinded of the exposure status of the participants.

In this current study sample, analysis using both exposure measures consistently indicated that early-life exposure to fluoride had no effect on cognitive development. A recent study investigating the association between dental fluorosis and IQ in children aged 6 to 12 y (Lin et al. 2023) also reported no association between dental fluorosis and IQ, similar to our findings.

The primary outcome measurement, IQ, is a complex measure to collect (Nisbett et al. 2012). Variability in collecting IQ data may lead to incorrect findings (Guichon et al. 2024). We focused on training and calibrating WAIS-IV administrators who were already qualified psychologists to achieve high

*Early Childhood Exposures to Fluoride and Cognitive Neurodevelopment*                                                                          249

quality and consistency of assessment. The chief examiner (J.K.K.) conducted training and administration compliance testing with all examiners to ensure accurate and consistent administration and scoring across the team. We used the WAIS-IV to collect IQ data, which has long been considered the gold standard of intelligence assessment. The test's full set of index scores allows for a comprehensive evaluation of different components of cognitive development. While the use of the WAIS-IV was time-consuming and costly, its comprehensiveness provided sufficient quality of data to address our important research question. The excellent stability of the WAIS-IV in measuring IQ in adults ensured the accuracy of the outcome as compared with other instruments used in children (Saklofske et al. 2018). We also analyzed WAIS-IV index scores as secondary outcome variables. While increasing the number of analyses might lead to false-positive findings, the lack of such errors further supported our overall conclusion.

Further to having reliable and valid exposure measurements and outcomes, our analytical approaches aimed to reduce potential analytical biases. We developed our analytical models using a theory-based approach. The variables included in the models were selected a priori with a directed acyclic graph to control for confounding effects. We also included breast-feeding duration, a strong factor associated with cognitive neurodevelopment (Mortensen et al. 2002; Nisbett et al. 2012). Toothbrushing with fluoridated toothpaste at the age of 2 y was also included to investigate its potential effect.

Another important feature of the study was the testing of a hypothesis of equivalence. Such a feature is important in addressing the question of whether or not early-life exposure to fluoride alters normal cognitive neurodevelopment. Under the strict criteria of equivalence hypothesis testing, and stringent equivalence margins, our analyses demonstrated that IQ scores of those who had early-life exposure to fluoride were at least equivalent to those without exposure. The evidence of equivalence was observed even between the opposite extreme groups in terms of exposure to fluoride. In other words, it can be concluded with confidence that early-life exposure to fluoride did not alter normal cognitive neurodevelopment in this study population.

A potential limitation of the study was the relatively smaller sample size than the original NCOHS sample. However, this sample has been estimated to have adequate power to test the hypothesis of equivalence using stringent equivalence margins. The sample was also randomly selected from a nationally representative population. It was not possible to conduct the IQ assessments on all eligible NCOHS participants due to its very high cost and the time-consuming nature of the WAIS-IV. It could be argued that %LEFW was not a biological individual measure of exposure. However, we calculated %LEFW using individual factors to capture variations between individuals. There might be potential diffusion effects of WF; however, any such diffusion effects would likely be minor in Australia given the distribution of the population and would not meaningfully change the categorizations of exposures to WF. The use of individual-level dental fluorosis enhanced our exposure measurements. The presence and severity of dental fluorosis are sensitive to the total intake of fluoride. Dental fluorosis was mild in our study, so that possible effects of higher levels of fluoride intake may not be observed. Our results are relevant to populations with developed programs such as WF. The unadjusted FSIQ score was slightly lower in the 0%LEFW group than in the 100%LEFW (0.5 IQ), which was within the margin of error. The FSIQ scores in the study sample were higher than the population norms, a phenomenon reported in developed countries (Nisbett et al. 2012). Finally, there were small amounts of missing data. The impact of this was examined in the sensitivity analyses with multiple imputation, which did not alter the overall conclusion.

## Conclusion

This population-based follow-up study has provided consistent scientific evidence that early-life exposure to fluoride was not negatively associated with cognitive neurodevelopment. The findings, in combination with the current body of knowledge, provide assurance that the currently practiced WF programs are both effective and safe for young children.

## Authors' Contributions

L.G. Do, contributed to conception and design, data acquisition, analysis, and interpretation, drafted and critically revised the manuscript; A. Sawyer, contributed to conception and design, data acquisition and interpretation, critically revised manuscript; A. John Spencer, S. Leary, A. Jones, contributed to conception and design, data interpretation, critically revised manuscript; J.K. Kuring, T. Le, C.E. Reece, contributed to design, data acquisition and interpretation, critically revised manuscript; D.H. Ha, contributed to conception and design, data acquisition, analysis, and interpretation, critically revised the manuscript. All authors gave their final approval and have agreed to be accountable for all aspects of the work.

## Declaration of Conflicting Interests

The authors declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The authors disclosed receipt of the following financial support for the research, authorship, and/or publication of this article: This follow-up study was funded by a National Health and Medical Research Council Project grant No. APP1161581. Study participants are gratefully acknowledged. The Tooth for Health project's team members are acknowledged for their contribution to the project. The University of Queensland School of Psychology and the University of Adelaide School of Psychology are acknowledged for providing access to clinical facilities.

## ORCID iDs

L.G. Do (iD) https://orcid.org/0000-0003-3684-9949

C.E. Reece (iD) https://orcid.org/0000-0002-1128-6652

250

# References

Aggeborn L, Öhman M. 2021. The effects of fluoride in drinking water. J Polit Econ. 129(2):465–491.

Barker LE, Luman ET, McCauley MM, Chu SY. 2002. Assessing equivalence: an alternative to the use of difference tests for measuring disparities in vaccination coverage. Am J Epidemiol. 156(11):1056–1061.

Canadian Agency for Drugs and Technologies in Health. 2020. Community water fluoridation exposure: a review of neurological and cognitive effects—a 2020 update. Cadth Rapid Response Reports. Ottawa (ON): Canadian Agency for Drugs and Technologies in Health.

Centers for Disease Control and Prevention. 2001. Recommendations for using fluoride to prevent and control dental caries in the United States. MMWR Recomm Rep. 50(RR-14):1–42.

Do LG, Ha D, Roberts-Thomson K, Jamieson L, Peres MA, Spencer AJ. 2018. Race– and income-related inequalities in oral health in Australian children Race– and income-related inequalities in oral health in Australian children by fluoridation status. JDR Clin Trans Res. 3(2):170–179.

Do LG, Spencer AJ. 2007. Risk-benefit balance in the use of fluoride among young children. J Dent Res. 86(8):723–728.

Do LG, Spencer AJ, editors. 2016. Oral health of Australian children. The National Child Oral Health Study 2012-14. Adelaide (Australia): University of Adelaide Press.

Do LG, Spencer AJ, Ha DH. 2009. Association between dental caries and fluorosis among south Australian children. Caries Res. 43(5):366–373.

Do LG, Spencer AJ, Sawyer A, Jones A, Leary S, Roberts R, Ha DH. 2023. Early childhood exposures to fluorides and child behavioral development and executive function: a population-based longitudinal study. J Dent Res. 102(1):28–36.

Fejerskov O, Manji F, Baelum V. 1988. Dental fluorosis: a handbook for health workers. Copenhagen (Denmark): Munksgaard.

Fleming TR. 2008. Current issues in non-inferiority trials. Stat Med. 27(3):317–332.

Grandjean P. 2019. Developmental fluoride neurotoxicity: an updated review. Environ Health. 18(1):110.

Grandjean P, Meddis A, Nielsen F, Beck IH, Bilenberg N, Goodman CV, Hu H, Till C, Budtz-Jørgensen E. 2024. Dose dependence of prenatal fluoride exposure associations with cognitive performance at school age in three prospective studies. Eur J Public Health. 34(1):143–149.

Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier EA, Neufeld R, Ayotte P, Muckle G, Till C. 2019. Association between maternal fluoride exposure during pregnancy and IQ scores in offspring in canada. JAMA Pediatr. 173(10):940–948.

Green R, Rubenstein J, Popoli R, Capulong R, Till C. 2020. Sex-specific neurotoxic effects of early-life exposure to fluoride: a review of the epidemiologic and animal literature. Curr Epidemiol Rep. 7(4):263–273.

Guichon JR, Cooper C, Rugg-Gunn A, Dickinson JA. 2024. Flawed MIREC fluoride and intelligence quotient publications: a failed attempt to undermine community water fluoridation. Community Dent Oral Epidemiol. 52(4):365–374.

Guth S, Hüser S, Roth A, Degen G, Diel P, Edlund K, Eisenbrand G, Engel K-H, Epe B, Grune T, et al. 2020. Toxicity of fluoride: critical evaluation of evidence for human developmental neurotoxicity in epidemiological studies, animal experiments and in vitro analyses. Arch Toxicol. 94(5):1375–1415.

Hillier S, Cooper C, Kellingray S, Russell G, Hughes H, Coggon D. 2000. Fluoride in drinking water and risk of hip fracture in the UK: a case-control study. Lancet. 355(9200):265–269.

Ibarluzea J, Gallastegi M, Santa-Marina L, Jiménez Zabala A, Arranz E, Molinuevo A, Lopez-Espinosa MJ, Ballester F, Villanueva CM, Riano I, et al. 2022. Prenatal exposure to fluoride and neuropsychological development in early childhood: 1-to 4 years old children. Environ Res. 207:112181.

Kumar JV, Moss ME, Liu H, Fisher-Owens S. 2023. Association between low fluoride exposure and children's intelligence: a meta-analysis relevant to community water fluoridation. Public Health. 219:73–84.

Lin YY, Hsu WY, Yen CE, Hu SW. 2023. Association of dental fluorosis and urinary fluoride with intelligence among schoolchildren. Children (Basel). 10(6):987.

McDonagh MS, Whiting PF, Wilson PM, Sutton AJ, Chestnutt I, Cooper J, Misso K, Bradley M, Treasure E, Kleijnen J. 2000. Systematic review of water fluoridation. BMJ. 321(7265):855–859.

Mortensen EL, Michaelsen KF, Sanders SA, Reinisch JM. 2002. The association between duration of breastfeeding and adult intelligence. JAMA. 287(18):2365–2371.

National Academies of Sciences, Engineering, and Medicine. 2020. The National Academies collection: reports funded by National Institutes of Health. Review of the draft NTP monograph: systematic review of fluoride exposure and neurodevelopmental and cognitive health effects. Washington (DC): National Academies Press (US).

National Health and Medical Research Council. 2017. Information paper—water fluoridation: dental and other human health outcomes. Canberra (Australia): National Health and Medical Research Council.

National Toxicology Program. 2020. Second draft NPT monograph on the systematic review of fluoride exposure and neurodevelopmental and cognitive health effects. Research Triangle Park (NC): National Toxicology Program.

National Toxicology Program. 2024. NTP monograph on the state of the science concerning fluoride exposure and neurodevelopment and cognition: a systematic review. Research Triangle Park (NC): National Toxicology Program.

Nisbett RE, Aronson J, Blair C, Dickens W, Flynn J, Halpern DF, Turkheimer E. 2012. Intelligence: new findings and theoretical developments. Am Psychol. 67(2):130–159.

Rice D, Barone S. 2000. Critical periods of vulnerability for the developing nervous system: evidence from humans and animal models. Environ Health Perspect. 108(3):511–533.

Russell AL. 1961. The differential diagnosis of fluoride and nonfluoride enamel opacities. J Public Health Dent. 21:143–146.

Saklofske DH, Rum R, Schoenberg MR. 2018. Wechsler intelligence tests for adults and children. In: Kreutzer J, DeLuca J, Caplan B, editors. Encyclopedia of clinical neuropsychology. Cham (Switzerland): Springer International Publishing. p. 1–11.

Schumi J, Wittes JT. 2011. Through the looking glass: understanding non-inferiority. Trials. 12:106.

Scott IA. 2009. Non-inferiority trials: determining whether alternative treatments are good enough. Med J Aust. 190(6):326–330.

Slade GD, Davies MJ, Spencer AJ, Stewart JF. 1995. Associations between exposure to fluoridated drinking water and dental caries experience among children in two Australian states. J Public Health Dent. 55(4):218–228.

Slade GD, Grider WB, Maas WR, Sanders AE. 2018. Water fluoridation and dental caries in U.S. children and adolescents. J Dent Res. 97(10):1122–1128.

Spencer A, Do L, Ha D. 2018. Contemporary evidence on the effectiveness of water fluoridation in the prevention of childhood caries. Community Dent Oral Epidemiol. 46(4):407–415.

Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. 2020. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 134:105315.

Veneri F, Vinceti M, Generali L, Giannone ME, Mazzoleni E, Birnbaum LS, Consolo U, Filippini T. 2023. Fluoride exposure and cognitive neurodevelopment: systematic review and dose-response meta-analysis. Environ Res. 221:115239.

Wechsler D. 2008. Wechsler Adult Intelligence Scale—fourth edition (WAIS-IV). San Antonio (TX): The Psychological Corporation.