Exhibit 1

**No. 25-384**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

Food and Water Watch et al.,

*Plaintiffs-Appellees,*

v.

United States Environmental Protection Agency et al.,

*Defendants-Appellants.*

————————

On Appeal from the United States District Court
for the Northern District of California
No. 3:17-cv-02162 (Hon. Edward M. Chen)
Hon. Edward M. Chen

---

## APPELLEES' OPPOSITION TO THE FEDERAL APPELLANTS'
## MOTION FOR JUDICIAL NOTICE

---

Michael Connett
Siri & Glimstad, LLP
700 S Flower Street
Suite 1000
Los Angeles, CA 90017
Direct: 888-747-4529
Email: mconnett@sirillp.com

Chris Nidel
Nidel & Nace, PLLC
1 Church Street
Suite 802
Rockville, MD 20850
Direct: 202-780-5153
Email: chris@nidellaw.com

## INTRODUCTION

Pursuant to Rules 27 and 29 of the Federal Rules of Appellate Procedure, the Plaintiffs-Appellees ("**Plaintiffs**" and "**Appellees**") oppose the Federal Appellants' ("**EPA**" and "**Appellants**") Motion for Judicial Notice. The Motion should be denied because (1) there are no unusual or extraordinary circumstances to justify the Court judicially noticing facts that Appellants could have, but did not, present to the district court, and, even if there were such circumstances, the (2) proffered facts regarding the "natural" fluoride content of the Kansas and Missouri Rivers are subject to reasonable dispute and thus not an appropriate matter for judicial notice.

## RELEVANT PROCEDURAL HISTORY

The procedural history most relevant to the instant motion begins on February 19, 2021, the date Plaintiffs moved to amend their complaint with supplemental pleadings, including additional allegations related to the standing of Jessica Trader, a member of the Plaintiff Food & Water Watch. Declaration of Michael Connett in Support of Appellees' Opposition to Motion for Judicial Notice ("Connett Decl.") ¶ 2.

On May 11, 2021, the district court granted the Plaintiffs' motion to amend their complaint with supplemental pleadings. *Id.* ¶ 3. Subsequent to this decision, the parties met and conferred on a process by which Plaintiffs could introduce the

1

additional allegations related to Jessica Trader's standing into the evidentiary record. *Id.* ¶ 3. As noted in a joint status report to the court dated October 10, 2022, "[t]he parties agreed that Plaintiffs could offer their supplemental evidence on standing in the form of a declaration by Jessica Trader, and EPA could then decide whether or not to depose Ms. Trader regarding the facts set forth in the declaration." *Id.* ¶ 3 & Exhibit A.[1]

On May 1, 2023, Plaintiffs served EPA with a copy of Jessica Trader's supplemental declaration. Connett Decl. ¶ 4.

On May 15, 2023, counsel for EPA notified Plaintiffs that "Defendants will not depose Ms. Trader concerning the statements in her declaration." Connett Decl. ¶ 5 & Exhibit B.

On December 22, 2023, the parties filed a joint pre-trial conference statement with the Court wherein the parties identified the "Disputed Legal Issues for the Second Phase of Trial." Connett Decl. ¶ 6 & Exhibit C. The parties identified two legal disputes, but neither of these disputes related to the sufficiency of the standing allegations in Jessica Trader's supplemental declaration. *Id.*

In early 2024, the parties began and completed the second phase of trial. Connett Decl. ¶ 7. At trial, Plaintiffs introduced Ms. Trader's supplemental declaration into evidence without objection or dispute. *Id.* ¶ 8. For its part, EPA did

---

[1] All exhibits identified herein are attached to the supporting declaration from Michael Connett.

not introduce evidence or argument to counter or contest Ms. Trader's standing. *Id.* ¶ 9.

On September 24, 2024, the district court issued its Findings of Fact and Conclusions of Law wherein it determined that Ms. Trader's declaration was sufficient to establish Plaintiffs' standing. *See* 2-ER-72-151.

On January 17, 2025, the EPA issued notice of its intention to appeal the district court's decision. Connett Decl. ¶ 11.

On July 16, 2025, counsel for EPA notified Plaintiffs of EPA's intention to request judicial notice of factual content contained in three webpages from a public utility named WaterOne. Connett Decl. ¶ 12. This was the first time that these webpages have been cited in this litigation. *Id.*

On July 17, 2025, Plaintiffs notified EPA that they would oppose EPA's request for judicial notice. *Id.* ¶ 13.

On July 18, 2025, EPA filed its Motion for Judicial Notice ("Motion") alongside its Opening Appeal Brief ("Appeal"). *See* Dkt. No. 23-1. In its Motion, the EPA requested that the Court take judicial notice of certain *factual content* contained in the three webpages, including the statement that "[f]luoride is a naturally occurring element in the Kansas and Missouri Rivers at 0.24 ppm – 0.4 ppm . . ., which means that about 35-60% of the fluoride in our water is naturally occurring." EPA Mot. at 2.

In its Appeal, the EPA argued that the Court can assume how Ms. Trader would respond to the information contained in the three webpages. Specifically, the EPA has asked the Court to infer that, even if EPA banned fluoridation, "Trader would be unlikely to start drinking from the public water supply given its naturally occurring fluoride levels." EPA App. Br. at 41.

## ARGUMENT

EPA's Motion for Judicial Notice should be denied for two separate and independent grounds. First, there are no unusual or extraordinary circumstances that would justify taking judicial notice of facts that could have been, but were not, presented in the district court proceedings. Second, the assertion that fluoride "naturally" occurs at "0.24 to 0.4 ppm" in the Kansas and Missouri Rivers is subject to reasonable dispute and thus not a fact that can be judicially noticed as true.

### A. There Are No Unusual or Extraordinary Circumstances to Justify Taking Judicial Notice of Facts that EPA Could Have, But Did Not, Present to the District Court

The Ninth Circuit has stated that "[s]ave in unusual circumstances, we consider only the district court record on appeal." *Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003); *see also Barilla v. Ervin*, 886 F.2d 1514, 1521 n.7 (9th Cir. 1989) ("Only in extraordinary situations should the record on appeal be

supplemented with material that was not before the district court."). Accordingly, it is "rarely appropriate" for an appellate court "to take judicial notice of facts that were not before the district court." *Fleischer Studios, Inc. v. A.V.E.L.A., Inc.*, 654 F.3d 958, 966 (9th Cir. 2011) (citation omitted); *accord Reina-Rodriguez v. United States*, 655 F.3d 1182, 1193 (9th Cir. 2011) ("[W]e rarely take judicial notice of facts presented for the first time on appeal." (citation omitted)). As the Ninth Circuit has explained, a party "may not cure her failure to present the trial court with facts sufficient to establish the validity of her claim by requesting that this court take judicial notice of such facts." *Fleischer*, 654 F.3d at 966 (quoting *Jespersen v. Harrah's Operating Co.*, 444 F.3d 1104, 1110 (9th Cir. 2006) (en banc)). Consistent with this rule, the Ninth Circuit has repeatedly denied motions for judicial notice on the grounds that the documents at issue were not presented to the district court.[2]

Here, EPA asks this Court to take judicial notice of documents, and facts, that were never produced in the district court proceedings below. EPA does not point to any "unusual" or "extraordinary" circumstances that would make the "rarely appropriate" tool of appellate judicial notice an appropriate tool here.

---

[2] *See, e.g., Fleischer*, 654 F.3d at 966; *Reina-Rodriguez v. United States*, 655 F.3d at 1193; *Skydiving Sch., Inc. v. GoJump Am., Ltd. Liab. Co.*, No. 24-1822, 2025 WL 502491, 2025 U.S. App. LEXIS 3520, at *3 n.1 (9th Cir. Feb. 14, 2025); *Anh Tuyet Thai v. Cty. of L.A.*, Nos. 23-55326, 23-55327, 2025 U.S. App. LEXIS 3299, at *2 (9th Cir. Feb. 12, 2025); *San Miguel Pure Foods Co. v. Ramar Int'l Corp.*, 625 F. App'x 322, 326 n.1 (9th Cir. 2015).

Importantly, the facts that EPA seeks to judicially notice are *not* new, and were publicly available on the WaterOne website *prior* to EPA's receipt of Jessica Trader's supplemental declaration.[3] *See United States ex rel. Wilkins v. United Health Grp., Inc.*, 659 F.3d 295, 303 (3d Cir. 2011) ("[W]e think that ordinarily a court of appeals should not take judicial notice of documents on an appeal which were available before the district court decided the case but nevertheless were not tendered to that court, the precise situation here."); *Zell v. Jacoby-Bender, Inc.*, 542 F.2d 34, 38 (7th Cir. 1976) (same). Worse, EPA's Appeal makes clear that it intends to ask the Court to make assumptions about how Ms. Trader would respond to the purported facts in its Motion, despite denying Ms. Trader the opportunity to respond for herself. *See* EPA Mot. at 41; *Scheiding v. Dinwiddie Constr. Co.*, 69 Cal.App.4th 64, 81 (1999) ("[W]e can infer nothing at all with respect to questions which were neither asked nor answered."). In short, EPA seeks to use judicial notice as a means to create a *new record* on appeal; a record that is *foreign* to the one below. This is grounds, by itself, to deny EPA's motion.

---

[3] EPA received Ms. Trader's supplemental standing declaration on May 1, 2023. Connett Decl. ¶ 4. An archive of the "Fluoride" page on the WaterOne website from December 2022 shows that it presented the exact same information about "naturally occurring" fluoride in the Kansas and Missouri Rivers that EPA now moves to judicially notice. *See* Connett Decl. ¶ 23 & **Exhibit M** ("Fluoride is a naturally occurring element in the Kansas and Missouri Rivers at 0.24 ppm - 0.4 ppm. WaterOne maintains the minimum recommended target for oral health benefits (0.7 ppm), which means that about 35-60% of the fluoride in our water is naturally occurring.").

6

The fact that the documents at issue relate to the Plaintiffs' standing does not change this result. While it is true that standing is never waived as a *legal* issue, this does not give carte blanche license to untether the *factual* content of a party's appeal from the evidentiary record below. EPA cites no case law to the contrary, and its motion should be denied accordingly.

**B. The Assertion that the Kansas and Missouri Rivers Contain 0.24 to 0.4 ppm of "Natural" Fluoride Is Subject to Reasonable Dispute**

Even *if* there were unusual or exceptional circumstances at issue here (there are not), EPA's Motion must still be denied because the proffered factual assertion regarding the amount of "naturally occurring" fluoride in the Kansas and Missouri Rivers is subject to reasonable dispute.

Courts are generally wary of taking judicial notice where the request goes beyond recognizing the *existence* of the documents, and extends to the truth of the specific *factual content* therein. *See, e.g.*, *Lee v. City of L.A.*, 250 F.3d 668, 690 (9th Cir. 2001) ("But the court did more than take judicial notice of undisputed matters of public record. The court took judicial notice of disputed facts stated in public records."); *Lutge v. Harrington*, No. 23-15057, 2024 U.S. App. LEXIS 3688, at *6 (9th Cir. Feb. 16, 2024) ("[W]e take judicial notice of the existence of the state court pleadings as publicly filed court records, but not the truth of the statements and assertions made within those pleadings."). Even when the materials

at issue are *government* documents, courts still generally limit judicial notice to the existence of the documents. *See, e.g.*, *Sneed v. P&G*, __ F. Supp.3d __, U.S. Dist. LEXIS 65365, at *7-9 (N.D. Cal. Apr. 4, 2025) (taking judicial notice of FDA website for purpose of showing "the FDA has published the information therein on its website—*not that the contents of that webpage are in fact true*" (emphasis added)).

Courts will only judicially notice the truth of the factual statements contained in documents if "neither party disputes the . . . the accuracy of the information." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010*); accord Ariz. Libertarian Party v. Reagan*, 798 F.3d 723, 727 n.3 (9th Cir. 2015) ("We may take judicial notice of official information posted on a governmental website, the accuracy of which [is] undisputed." (citations omitted)).

Here, the key fact that EPA seeks to establish through judicial notice is that the Kansas and Missouri rivers contain "0.24 to 0.4 ppm" of "naturally occurring fluoride."[4] As explained herein, this fact is subject to reasonable dispute and is, indeed, disputed by Plaintiffs.

First, the claim that the fluoride in the Kansas and Missouri Rivers is "naturally occurring" is at best unsupported, and at worst, plainly incorrect. There

---

[4] If the Court were to deny judicial notice of this fact (as it should) the remainder of the facts that EPA seeks judicial notice of (i.e., that WaterOne supplies water to Leawood, and monitors said water for fluoride) become irrelevant.

are many sources of fluoride in the modern environment, including *anthropogenic sources* such as fertilizer runoff, industrial discharges, and wastewater effluent from communities that fluoridate their water. *See* Exhibit D (listing anthropogenic sources of fluoride in river water).[5] For example, due to the presence of *extensive* agricultural operations alongside the Kansas and Missouri Rivers, fertilizer runoff is likely a significant source of the fluoride found in these bodies of water. *See* Exhibit E. Wastewater effluent from fluoridating communities is also expected to be a source of the fluoride as well. *See* Exhibits F, G, & H. The analyses that must be done to differentiate anthropogenic from natural sources of fluoride are highly specialized[6] and unlikely to be performed by a local water utility. *See* Exhibit J ("Utilities may lack the specialized studies or isotopic analyses needed to accurately differentiate these sources, as such analyses are complex and not routinely conducted."). Consistent with this, the fleeting references to "naturally

---

[5] Since the record before the district court does not contain any information on the sources of fluoride in river water, Appellees must necessarily rely here on documents that are *not* in the record, including summaries from Grok, a "cutting-edge artificial intelligence chatbot." *See* https://grok.online/about (last accessed Aug. 12, 2025). "Designed to push the boundaries of conversational AI, Grok combines real-time data access with deep reasoning capabilities, making it a powerful took for users seeking fast, intelligent, and insightful responses." *Id.*

[6] Appellees have attached a published study which highlights the complexity of source tracing analyses. The study, conducted in Ontario, Canada, sought to identify the origins of fluoride in well water, and found that fertilizer runoff was a significant source for some of the wells. *See* Exhibit I at 13.

occurring fluoride" on the WaterOne webpages make no mention of WaterOne doing any testing to confirm these conclusory assertions, let alone any details about the type of testing that was performed. EPA has thus failed to provide sufficient information to permit the Court to verify the accuracy of the assertion that the fluoride is "naturally occurring." *See* Fed. R. Evid. 201(c) ("The court . . . must take judicial notice if a party requests it and *the court is supplied with the necessary information*." (emphasis added)).

  Second, even if it were indisputably true that all of the fluoride in the rivers is "natural" (it is not), the claim that these rivers contain 0.24 to 0.4 ppm fluoride is also subject to reasonable dispute. As noted by the artificial intelligence system Grok, "Local public utilities are not infallible sources of information for determining fluoride levels in source water" because "errors can occur due to testing inaccuracies, outdated reports, or variations in source water quality." Exhibit K. Consistent with this, the water utility for nearby Kansas City has reported that the fluoride level in the Missouri River is sometimes non-detectable (i.e., "ND"), which presumably reflects a lower concentration than 0.24 ppm. Exhibit L at 3. For "precise" data, Grok recommends "cross-referencing utility reports with independent testing or state health department records." Exhibit K. EPA has provided no such cross-referencing in its motion. In short, the two brief statements on the WaterOne website are not sufficient, in the absence of competent

10

corroboration, to indisputably demonstrate the fluoride content of the Kansas and Missouri Rivers.

## CONCLUSION

For the foregoing reasons, EPA's Motion for Judicial Notice should be denied in its entirety.

Dated: August 12, 2025

By: */s/ Michael Connett*
Michael Connett
Siri & Glimstad, LLP
700 S Flower Street
Suite 1000
Los Angeles, CA 90017
Direct: 888-747-4529
Email: mconnett@sirillp.com

No. 25-384

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Food and Water Watch et al.,

*Plaintiffs-Appellees,*

v.

United States Environmental Protection Agency et al.,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the Northern District of California
No. 3:17-cv-02162 (Hon. Edward M. Chen)
Hon. Edward M. Chen

## DECLARATION IN SUPPORT OF APPELLEES' OPPOSITION TO THE FEDERAL APPELLANTS' MOTION FOR JUDICIAL NOTICE

I, Michael Connett, declare as follows:

1.      I am an attorney licensed to practice law in California, Oregon, and Pennsylvania, and served as the lead attorney for Plaintiffs in this litigation. I make this declaration in support of Appellees' Opposition to the Federal Appellants' ("**EPA**") Motion for Judicial Notice. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.     On February 19, 2021, the Plaintiffs/Appellees filed a motion for leave to amend their complaint with supplemental pleadings, including additional allegations related to the standing of Jessica Trader, a member of the Plaintiff Food & Water Watch. *See* 5-ER-910-935.

3.     On May 11, 2021, the district court granted the Plaintiffs/Appellees' motion to amend their complaint with supplemental pleadings. *See* 1-ER-4-18. Subsequent to the district court's order, the parties met and conferred on a process by which Plaintiffs/Appellees could introduce the additional allegations related to Jessica Trader's standing into the evidentiary record. As noted in a joint status report to the court, "[t]he parties agreed that Plaintiffs could offer their supplemental evidence on standing in the form of a declaration by Jessica Trader, and EPA could then decide whether or not to depose Ms. Trader regarding the facts set forth in the declaration." A true and correct copy of this joint status report is attached hereto as **Exhibit A**.

4.     On May 1, 2023, Plaintiffs/Appellees served EPA with a copy of Jessica Trader's supplemental declaration.

5.     On May 15, 2023, counsel for EPA notified Plaintiffs via email that "Defendants will not depose Ms. Trader concerning the statements in her declaration." A true and correct copy of said email from EPA's counsel is attached hereto as **Exhibit B**.

6.    On December 22, 2023, the parties filed a joint pre-trial conference statement with the Court wherein the parties identified the "Disputed Legal Issues for the Second Phase of Trial." The parties identified two legal disputes, but neither of these disputes related to the sufficiency of the standing allegations in Jessica Trader's supplemental declaration. A true and correct excerpt of the joint pre-trial conference statement is attached hereto as **Exhibit C**.

7.    In early 2024, the parties began and completed the second phase of trial.

8.    At trial, Plaintiffs/Appellees introduced Ms. Trader's supplemental declaration into evidence without objection or dispute. *See* 3-ER-343-350.

9.    For its part, EPA did not introduce evidence or argument to counter or contest Ms. Trader's standing.

10.    Thereafter, on September 24, 2024, the district court issued its Findings of Fact and Conclusions of Law wherein it determined that Ms. Trader's declaration was sufficient to establish Plaintiffs/Appellees' standing.

11.    On January 17, 2025, the EPA issued notice of its intention to appeal the district court's decision.

12.    On July 16, 2025, counsel for EPA notified me via email of EPA's intention to request judicial notice of factual content contained in three webpages

from a public utility named WaterOne. This was the first time that these webpages have been cited in this litigation.

13.     On July 17, 2025, I emailed counsel EPA's counsel to inform him that Appellees would oppose EPA's request for judicial notice.

14.     A true and correct copy of an exchange I had with the artificial intelligence chatbot system "Grok" regarding anthropogenic sources of fluoride in river water is attached hereto as **Exhibit D**. This exchange occurred on August 12, 2025.

15.     A true and correct copy of an exchange I had with Grok regarding fluoride contamination of the Kansas and Missouri Rivers from fertilizer runoff is attached hereto as **Exhibit E**. This exchange occurred on August 12, 2025.

16.     A true and correct copy of an exchange I had with Grok regarding the contribution to river fluoride levels from wastewater effluent from cities that fluoridate their water is attached hereto as **Exhibit F**. This exchange occurred on August 11, 2025.

17.     A true and correct copy of an exchange I had with Grok regarding the contribution to fluoride levels in the Missouri River from wastewater effluent from cities that fluoridate their water is attached hereto as **Exhibit G**. This exchange occurred on August 11, 2025.

18.     A true and correct copy of an exchange I had with Grok regarding the contribution to fluoride levels in the Kansas River from wastewater effluent from cities that fluoridate their water is attached hereto as **Exhibit H**. This exchange occurred on August 11, 2025.

19.     A true and correct copy of a study that I downloaded from the Elsevier website on August 11, 2025 is attached hereto as **Exhibit I**.

20.     A true and correct copy of an exchange I had with Grok regarding the reliability, or lack thereof, of statements from local public utilities on the source allocation of background fluoride levels in river water is attached hereto as **Exhibit J**. This exchange occurred on August 12, 2025.

21.     A true and correct copy of an exchange I had with Grok regarding the reliability, or lack thereof, of statements from local public utilities on the fluoride levels in source water is attached hereto as **Exhibit K**. This exchange occurred on August 12, 2025.

22.     A true and correct copy of a water quality report that I downloaded from the website https://www.kcwater.us/ on August 11, 2025 is attached as **Exhibit L**.

23.     A true and correct copy of an archived page of the "Fluoride" page from the WaterOne website that I obtained on the Wayback Machine website on August 12, 2025 is attached as **Exhibit M**. The archived version of the Fluoride

page that I obtained from the Wayback Machine is available at the following URL

https://web.archive.org/web/20221203192423/https://www.waterone.org/203/Fluor
ide.  The archive date is listed as December 3, 2022, which is the oldest archived

date that the Wayback Machine provides for the WaterOne Fluoride page.

     I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. Executed on this 12th day of August

2025.

             By: *_/s/ Michael Connett_*
             Michael Connett

Exhibit A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 17-cv-02162-EMC <br><br> **FIFTH JOINT STATUS REPORT** |

The parties hereby submit the following Fifth Joint Status Report:

On September 12, 2022, the Plaintiffs filed a Motion to Lift the Stay and Take the Case Out of Abeyance. On September 26, 2022, the EPA filed an opposition to this motion, along with a Cross-Motion to Lift Stay to Decide Merits on Trial Record.

Shortly after EPA filed its cross-motion, the parties met and conferred regarding a process for Plaintiffs to offer evidence in support of their supplemental standing allegations. The parties agreed that Plaintiffs could offer their supplemental evidence on standing in the form of a declaration by Jessica Trader, and EPA could then decide whether or not to depose Ms. Trader regarding the facts set forth in the declaration. EPA will notify the Court within fourteen days of Plaintiffs' filing Ms. Trader's declaration whether the Agency intends to depose Ms. Trader or raise any evidentiary objections to any particular statements contained within the declaration.

EPA's agreement to the process is expressly without waiver of its rights to argue on appeal, if appropriate, that the Court should have dismissed for lack of standing after trial and

1  should not have permitted Plaintiffs to supplement their complaint with new standing allegations

2  or otherwise to correct Plaintiffs' standing deficiencies after trial.

3

4         Dated:   October 19, 2022             Respectfully submitted,

5

6                                    */s/ Michael Connett*
   MICHAEL CONNETT

7                                    WATERS, KRAUS & PAUL
   222 N. Pacific Coast Hwy

8                                    El Segundo, CA 90245
   *Attorneys for Plaintiffs*

9

10                                   TODD KIM
   Assistant Attorney General

11

12                                   */s/ Brandon N. Adkins (by permission)*
   BRANDON N. ADKINS

13                                   PAUL A. CAINTIC
   United States Department of Justice

14                                   Environment & Natural Resources
   Division

15                                   P.O. Box 7611

16                                   Washington, D.C. 20044
   Tel: (202) 616-9174 (Adkins)

17                                   Tel: (202) 514-2593 (Caintic)

18                                   Fax: (202) 514-8865
   Brandon.Adkins@usdoj.gov

19                                   Paul.Caintic@usdoj.gov

20                                   *Attorneys for Defendants*

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 19th day of October, 2022, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Michael Connett*

Michael Connett

Attorney for Plaintiffs

Exhibit B

**From:** **Adkins, Brandon (ENRD)** Brandon.Adkins@usdoj.gov
**Subject:** RE: FWW v EPA - Declaration of Jessica Trader
**Date:** May 15, 2023 at 5:17 PM
**To:** Michael Connett mconnett@waterskraus.com
**Cc:** Caintic, Paul (ENRD) Paul.Caintic@usdoj.gov, Ong, Emmet (USACAN) Emmet.Ong@usdoj.gov



<div style="background-color:#f5d77a">

[CAUTION]: External Email

</div>

Michael,

The parties agreed to a process for Plaintiffs to offer evidence in support of their supplemental standing allegations, as reflected in the Fifth and Seventh Joint Status Reports (ECF Nos. 316, 350). Plaintiffs accordingly served the attached declaration by Ms. Jessica Trader, dated May 1, 2023, to support Plaintiffs' supplemental standing allegations.

Further to our agreement, and without waiving any rights in this proceeding or on appeal with respect to Plaintiffs' standing, Defendants will not depose Ms. Trader concerning the statements in her declaration.

Thanks very much.

Best,
Brandon

‾‾‾‾‾‾
**Brandon N. Adkins**
United States Department of Justice
Environment and Natural Resources Division
(202) 616-9174 | brandon.adkins@usdoj.gov

---

**From:** Adkins, Brandon (ENRD)
**Sent:** Monday, May 1, 2023 2:12 PM
**To:** Michael Connett <mconnett@waterskraus.com>
**Cc:** Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>; Ong, Emmet (USACAN) <EOng@usa.doj.gov>
**Subject:** RE: FWW v EPA - Declaration of Jessica Trader

Received.

‾‾‾‾‾‾
**Brandon N. Adkins**
United States Department of Justice
Environment and Natural Resources Division
(202) 616-9174 | brandon.adkins@usdoj.gov

---

**From:** Michael Connett <mconnett@waterskraus.com>
**Sent:** Monday, May 1, 2023 12:36 PM
**To:** Adkins, Brandon (ENRD) <Brandon.Adkins@usdoj.gov>
**Cc:** Caintic, Paul (ENRD) <Paul.Caintic@usdoj.gov>; Ong, Emmet (USACAN) <EOng@usa.doj.gov>
**Subject:** [EXTERNAL] FWW v EPA - Declaration of Jessica Trader

Brandon –

Per our agreed upon schedule, please find attached a copy of Jessica Trader's declaration.

Michael



**Michael Connett | Partner**
222 N Pacific Coast Highway, Suite 1900 | El Segundo, CA 90245
Toll Free 800-226-9880 | Phone 310-414-8146
Fax 310-414-8156
mconnett@waterskraus.com | www.waterskrauspaul.com

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.

Malicious phishing attempts continue to increase. Please be aware that scammers target firms by spoofing email domains and other sophisticated tactics. Our banking information rarely changes. If you receive a request to change wiring information associated with our firm, we request that you independently verify by calling a known contact within our firm or independently emailing a member of our firm before taking any action. Thank you

Jessica Trader Declaration.pdf

# Exhibit C

C. ANDREW WATERS, ESQ., CA Bar No. 147259
MICHAEL CONNETT, ESQ., CA Bar No. 300314
KAY REEVES, ESQ., *Pro Hac Vice*
WATERS, KRAUS & PAUL
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
310-414-8146 Telephone
310-414-8156 Facsimile

*Attorneys for Plaintiffs*

*Additional counsel listed in signature pages*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FOOD & WATER WATCH, INC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL., et al., <br><br> *Defendants*. | Case No.: 17-cv-02162-EMC <br><br> **JOINT PRE-TRIAL CONFERENCE STATEMENT** |

In accordance with the Court's June 6, 2023, Scheduling Order (ECF No. 355), the undersigned counsel of record respectfully submit the following Joint Pretrial Conference Statement:

**1. The Action.**

a. <u>Substance of the Action</u>: Plaintiffs have brought this case under Section 21 of the Toxic Substances Control Act (15 U.S.C. § 2620), on the grounds that the addition of fluoridation chemicals to drinking water presents an unreasonable risk of neurologic harm. Plaintiffs contend that the recent NIH-funded prospective cohort studies, taken together with the findings of the National Toxicology Program (NTP) and the many studies of fluoride neurotoxicity in both animals and humans, demonstrate that

         iii.        Plaintiffs have not provided any way to convert a urinary-fluoride-based dose response to total intake levels, which is critical to making a risk calculation and subsequent determination. Assuming a one-to-one linear relationship of biomarkers based on dose-response data with intake levels is not supported by limited existing low-exposure data.

         iv.        Plaintiffs did not conduct an exposure assessment.

         v.        Uncertainty in the hazard assessment and variability in response between the most reliable and robust studies at this time makes a risk estimation highly uncertain.

         vi.        Plaintiffs have not set forth a scientifically defensible basis to conclude that there is an unreasonable risk of neurotoxic harm as a result of exposure to fluoride in the United States through the addition of fluoridation chemicals to drinking water.

**3.   Disputed Legal Issues for Second Phase of Trial:[3]**

    1.      The parties have a dispute regarding how to handle impeachment materials for EPA's expert, Dr. Jesus Ibarluzea. At the time Plaintiffs took Dr. Ibarluzea's deposition, there was an understanding by the parties that Dr. Ibarluzea would be appearing live at trial through Zoom. Based on this understanding, Plaintiffs forewent a trial preservation examination and thus did not show Dr. Ibarluzea several impeachment materials (i.e., documents that Dr. Ibarluzea has written) that are probative to his credibility. Subsequent to the deposition, Dr. Ibarluzea informed EPA that he is no longer available to testify live at trial. Given this development, the parties have a dispute about if and how Plaintiffs can introduce materials that impeach Dr. Ibarluzea's credibility. The parties will continue meeting and conferring on this issue, but anticipate that the Court's guidance will be helpful at the Pretrial Hearing on January 16.

---

[3]     The parties identify here only disputed legal issues for the second phase of trial and expressly reserve their rights regarding legal issues that have already been decided.

2.     EPA contends that for the reasons set forth in Defendants' Motion in Limine (ECF No. 374) testimony by Brian Berridge should be excluded.

**4.  Estimated of Trial Time:**

Plaintiffs' position is that the fact-finding mission of the Court will be enhanced by utilizing all 8 days of the 8-day trial schedule, or at least, not eliminating days from the calendar prior to the commencement of trial. Plaintiffs will be calling 6 witnesses in their case-in-chief, for which they expect to need at least 4 trial days. The fact that EPA believes it can present its case in less time than Plaintiffs is not a proper basis for shortening the trial. First, Plaintiffs anticipate the cross-examination of EPA's experts will likely yield some of the most probative and clarifying information for the Court's determination. Second, it is appropriate for Plaintiffs to have more total trial time than EPA given that the Plaintiffs bear the ultimate burden of proof. While it is possible the trial may be completed in less than 8 days, Plaintiffs ask that the full two-week trial calendar be reserved in order to ensure that the disputed factual issues receive the full and proper vetting they deserve.

Defendants believe trial should be limited to six trial days (assuming about five hours per day), with each side having up to fifteen hours to use to present opening and closing argument (if they wish), direct examination of the party's witnesses, and cross-examination of the opposing party's witnesses. One day would remain available at the end of the second trial week in case additional time is needed due to technical or logistical issues that might arise. The Court is already familiar with the general issues in the case, and the second trial will be limited to new scientific studies published since the first trial. The parties disclosed a total of seven expert witnesses (four experts by Plaintiffs and three experts by Defendants, one of whom was EPA's Rule 30(b)(6) designee during fact discovery). Plaintiffs also disclosed a former NTP official to testify about irrelevant political interference with publication of a previous draft of the NTP State of the Science Monograph. That testimony should be excluded for the reasons stated in EPA's motion in limine. The Court will be familiar with all the expert witnesses

1

TODD KIM
Assistant Attorney General

2

3

*/s/ Brandon N. Adkins*
BRANDON N. ADKINS

4

PAUL A. CAINTIC
United States Department of Justice

5

Environment & Natural Resources Division
P.O. Box 7611

6

Washington, D.C. 20044
Tel: (202) 616-9174 (Adkins)

7

Tel: (202) 514-2593 (Caintic)

8

Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

9

Paul.Caintic@usdoj.gov

10

ISMAIL J. RAMSEY

11

United States Attorney

12

MICHELLE LO

13

Chief, Civil Division

14

EMMET P. ONG
Assistant United States Attorney

15

1301 Clay Street, Suite 340S

16

Oakland, California 94612-5217
Tel: (510) 637-3929

17

Fax: (510) 637-3724
Emmet.Ong@usdoj.gov

18

19

*Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Joint Pre-Trial Conference Statement was served by Notice of Electronic Filing this 22nd day of December, 2023, upon all ECF registered counsel of record using the Court's CM/ECF system.

<div align="center">

*/s/ Michael Connett*

Michael Connett

</div>

Exhibit D



What are some of the anthropogenic sources of the fluoride found in rivers?

Anthropogenic sources of fluoride in rivers include:

1. **Industrial discharges**: Factories producing aluminum, phosphate fertilizers, glass, ceramics, and fluorochemicals release fluoride-containing wastewater into rivers.

2. **Agricultural runoff**: Phosphate fertilizers and pesticides containing fluoride wash into rivers from farmlands during rain or irrigation.

3. **Municipal wastewater**: Treated sewage from households and water treatment plants, including fluoride from dental products like toothpaste, contributes to river fluoride levels.

4. **Coal combustion**: Fly ash from coal-fired power plants can release fluoride into waterways through improper disposal or runoff.

5. **Mining activities**: Fluoride-rich minerals, like fluorite, released during mining can contaminate nearby rivers via runoff or leaching.

These sources vary by region and industrial activity, with concentrations depending on regulatory controls and treatment processes.

Exhibit E



what percentage of fluoride in Kansas River is from fertilizer runoff?

There's no direct data specifying the exact percentage of fluoride in the Kansas River from fertilizer runoff. Fluoride in the river comes from multiple sources, including natural erosion of rocks, fertilizer runoff, and industrial discharges. Phosphate fertilizers, which often contain 1.5–4% fluoride, contribute to fluoride levels in surface water through runoff, but the precise contribution to the Kansas River isn't quantified in available studies.

Local water quality reports, like those for Lawrence, KS, note fluoride in the river but don't break down the proportion from runoff versus other sources. Without specific monitoring data, it's tough to pin down an exact percentage—best guess, it's a notable but unmeasured fraction of the total fluoride load. You'd need to check with the Kansas Department of Health and Environment or local water utilities for more detailed studies.

20 web pages

Would your answer be the same for the Missouri River?

The situation for the Missouri River is similar but not identical. Like the Kansas River, there's no specific data isolating the percentage of fluoride in the Missouri River from fertilizer runoff. Fluoride in the Missouri River comes from multiple sources, including natural geological sources, agricultural runoff (especially from phosphate fertilizers containing 1.5–4% fluoride), and industrial or municipal discharges. The Missouri River's larger watershed, spanning multiple states with varied agricultural and industrial activity, makes source attribution even more complex.

No studies or water quality reports found provide a precise breakdown of fluoride from runoff versus other sources for the Missouri River. Fertilizer runoff likely contributes a notable but unquantified portion, influenced by the extensive agricultural activity in the basin. For a more accurate estimate, you'd need to consult the Missouri Department of Natural Resources or regional water authorities for detailed monitoring data.

fluoride sources comparison

Comparing fluoride sources for the Kansas River and Missouri River involves looking at their shared and distinct characteristics, given the lack of specific data on the percentage of fluoride from fertilizer runoff for either river. Both rivers are influenced by similar fluoride sources—natural, agricultural, and anthropogenic—but their scale, watershed, and regional context lead to some differences. Below is a concise comparison based on available information:

## Shared Sources of Fluoride

1. **Natural Sources:**
   - Both rivers receive fluoride from the erosion of fluoride-containing rocks and minerals (e.g., fluorite) in their watersheds. Soils in the Great Plains, including Kansas and Missouri, naturally contain fluoride, which leaches into surface waters.
   - Contribution: Significant but varies by geology; no precise percentage available for either river.

2. **Fertilizer Runoff:**
   - Phosphate fertilizers, used extensively in agriculture across both watersheds, contain 1.5–4% fluoride. Runoff from agricultural fields carries fluoride into both rivers.
   - Contribution: Notable but unquantified. Likely a meaningful fraction in both rivers due to heavy agricultural activity, but no studies specify the exact percentage for either.

3. **Industrial and Municipal Discharges:**
   - Both rivers receive fluoride from wastewater treatment plants, industrial effluents (e.g., from manufacturing or mining), and urban runoff. Fluoride may also come from fluoridated drinking water discharges.
   - Contribution: Varies by location and population density; not specifically quantified for either river.

## Differences in Fluoride Sources

1. **Watershed Size and Land Use:**
   - **Kansas River:** Smaller watershed (about 60,000 square miles), primarily in Kansas, with heavy agricultural activity (corn, soybeans, wheat). Fertilizer runoff is a key fluoride source, but the smaller scale means fewer industrial inputs compared to the Missouri River.

smaller scale means fewer industrial inputs compared to the Missouri River.

- **Missouri River:** Much larger watershed (over 500,000 square miles), spanning multiple states (e.g., Montana, Nebraska, Missouri). Greater diversity in land use, including more urban and industrial areas, likely increases contributions from municipal and industrial discharges relative to the Kansas River.

2. **Agricultural Intensity:**

- **Kansas River:** High agricultural activity in a concentrated area suggests fertilizer runoff may contribute a relatively larger share of fluoride, though still unquantified.
- **Missouri River:** Agriculture is widespread, but the river's length and diverse inputs (e.g., mining in upstream states) dilute the proportional impact of fertilizer runoff compared to the Kansas River.

3. **Urban Influence:**

- **Kansas River:** Fewer large urban centers (e.g., Topeka, Lawrence) mean less fluoride from municipal sources like fluoridated water or urban runoff.
- **Missouri River:** Major cities (e.g., Kansas City, St. Louis) increase fluoride inputs from wastewater and fluoridated drinking water discharges, potentially making urban sources more significant than in the Kansas River.

## Data Gaps and Recommendations

- **Quantification:** No specific studies provide the percentage of fluoride from fertilizer runoff for either river. Estimates would require targeted monitoring of fluoride levels and source tracking, which isn't publicly available in current data.
- **Regional Variation:** The Missouri River's larger and more diverse watershed likely results in a broader mix of fluoride sources, while the Kansas River's fluoride load may be more heavily tied to agriculture.
- **Next Steps:** For precise data, contact the Kansas Department of Health and Environment (for the Kansas River) or the Missouri Department of Natural Resources (for the Missouri River). Local water quality reports or USGS studies might offer insights if available.

In summary, fertilizer runoff is a significant but unquantified fluoride source for both rivers, with the Kansas River likely more dominated by agricultural inputs and the Missouri River having a more varied mix due to its scale and urban influences. Without specific data, exact percentages remain elusive for both.

Exhibit F



> If multiple cities fluoridate their water, and these cities exist along the same river, will fluoridation increase the fluoride level in the river?

Yes, fluoridation of water in multiple cities along the same river could increase the fluoride level in the river, but the extent depends on several factors. Fluoride added to municipal water supplies typically ranges from 0.7 to 1.2 mg/L (ppm), as recommended by health authorities like the CDC for dental health. When this water is used and discharged as wastewater (e.g., from households, industries, or treatment plants), some fluoride enters the river.

Key factors influencing the increase:

1. **Wastewater Treatment:** Most wastewater treatment plants do not specifically remove fluoride, so a portion of the fluoride from fluoridated water remains in treated effluent released into the river.

2. **Dilution:** Rivers have natural flow rates and volumes that dilute added fluoride. Larger rivers with high flow are less likely to show significant concentration increases compared to smaller rivers.

3. **Cumulative Effect:** If multiple cities along the river fluoridate their water and discharge wastewater, the downstream fluoride concentration could incrementally increase, especially in low-flow conditions or smaller rivers.

4. **Natural Fluoride Levels:** Rivers already contain natural fluoride from geological sources (typically 0.1–0.3 mg/L but varying by region). Anthropogenic additions would add to this baseline.

5. **Other Sources:** Industrial discharges, agricultural runoff, or natural mineral leaching can also contribute fluoride, potentially amplifying the effect.

Studies suggest that municipal fluoridation can lead to detectable increases in river fluoride levels, particularly downstream of urban areas. For example, a study in the Grand River (Ontario, Canada) found fluoride concentrations increased from 0.1–0.2 mg/L upstream to 0.3–0.5 mg/L downstream of fluoridating cities. However, these levels typically remain below environmental safety thresholds (e.g., EPA's maximum contaminant level of 4 mg/L for drinking water or ecological guidelines around 1.9 mg/L for aquatic life).

Without specific data on the river's flow, the number of cities, their discharge volumes, and treatment processes, it's hard to quantify the exact increase. If you have details about the river or cities involved, I can search for more precise data or model the impact. Would you like me to do that?

Exhibit G



Are there cities on the Missouri River that are upstream of Kansas City which fluoridate their drinking water?

To determine if cities on the Missouri River upstream of Kansas City fluoridate their drinking water, we need to consider the major cities along the river, the water fluoridation status in Missouri, and the specific context of each city's water treatment practices. Kansas City, Missouri, is a key reference point, as it draws its drinking water from the Missouri River and fluoridates it, maintaining levels around 0.62 parts per million (ppm). The Missouri River flows through several states, including Montana, North Dakota, South Dakota, Nebraska, Iowa, and Missouri, before reaching Kansas City. I'll focus on cities in these states that are upstream of Kansas City and examine their fluoridation practices based on available information.

## Missouri River Cities Upstream of Kansas City

Major cities on the Missouri River upstream of Kansas City include:

- **Omaha, Nebraska:** A significant city on the Missouri River, located upstream of Kansas City.
- **Council Bluffs, Iowa:** Across the river from Omaha, also upstream.
- **Sioux City, Iowa:** Further upstream from Omaha.
- **St. Joseph, Missouri:** Closer to Kansas City but still upstream.
- **Leavenworth, Kansas:** Just upstream of Kansas City, on the west bank of the Missouri River.
- **Atchison, Kansas:** Further upstream from Leavenworth.
- **Nebraska City, Nebraska:** Upstream of Omaha.
- **Yankton, South Dakota:** Further upstream in South Dakota.
- **Pierre, South Dakota:** The capital, located further upstream.
- **Bismarck, North Dakota:** A major city further upstream.
- **Great Falls, Montana:** Near the headwaters of the Missouri River.

Smaller communities like Fort Benton, Montana, or Chamberlain, South Dakota, may also exist, but I'll focus on these larger cities due to their prominence and available data.

## Fluoridation in Missouri and Neighboring States

Missouri has a relatively high rate of water fluoridation, with 75.6% of people served by public water systems receiving fluoridated water in 2018, ranking 27th among U.S. states. Local governments in Missouri control fluoridation policy, as the state's Department of Natural Resources is prohibited from mandating or banning it (Missouri Revised Statute § 640.135). In contrast, Kansas has a lower fluoridation rate, with 63.9% of its population served by fluoridated water systems in 2024, ranking 33rd. Nebraska and Iowa have higher rates, with 74.1% and 88.8% respectively, meeting or nearing the Healthy People 2030 goal of 77.1%. South Dakota and North Dakota data are less comprehensive, but fluoridation is common in larger cities. Montana's fluoridation status varies, with some cities opting out.

## Fluoridation Status of Upstream Cities

Based on available information and logical inference:

- **Omaha, Nebraska:** Omaha draws water from the Missouri River and fluoridates its drinking water. The Metropolitan Utilities District (MUD) manages Omaha's water supply, and Nebraska's high fluoridation rate (74.1%) suggests that Omaha, as a major city, follows this practice. Public records indicate Omaha adds fluoride to meet the U.S. Department of Health and Human Services' recommended level of 0.7 ppm.
- **Council Bluffs, Iowa:** Across the river from Omaha, Council Bluffs also uses the Missouri River for its water supply. Iowa's high fluoridation rate (88.8%) strongly suggests that Council Bluffs fluoridates its water, consistent with state practices and CDC recommendations.
- **Sioux City, Iowa:** Sioux City, further upstream, relies on a combination of Missouri River water and groundwater. Given Iowa's strong fluoridation record, it is highly likely that Sioux City fluoridates its public water supply, aligning with the 0.7 ppm standard.
- **St. Joseph, Missouri:** St. Joseph, located upstream of Kansas City, draws water from the Missouri River. Missouri's fluoridation rate and local control policies suggest that St. Joseph likely fluoridates its water, as it is a sizable city with a public water system. The CDC's My Water's Fluoride database, though not real-time, supports fluoridation in many Missouri cities of similar size.
- **Leavenworth, Kansas:** Leavenworth, just upstream of Kansas City, uses the Missouri River for its water supply. Kansas has a lower fluoridation rate, but Leavenworth's proximity to Kansas City and its urban status suggest it likely fluoridates its water, though confirmation from local water utility records would be needed.
- **Atchison, Kansas:** Further upstream, Atchison's smaller size and Kansas's variable fluoridation practices make it less certain, but many Kansas cities with public water systems add fluoride. It's



- **Nebraska City, Nebraska**: This smaller city likely fluoridates, given Nebraska's high fluoridation rate, but specific data is sparse.
- **Yankton, South Dakota**: Yankton's water treatment practices are less documented, but South Dakota's larger cities often fluoridate, suggesting a likelihood of fluoridation.
- **Pierre, South Dakota**: As the state capital, Pierre likely fluoridates its water, consistent with public health practices in urban areas.
- **Bismarck, North Dakota**: Bismarck, a major city, draws water from the Missouri River and likely fluoridates, as North Dakota's larger cities typically follow CDC guidelines.
- **Great Falls, Montana**: Great Falls has historically fluoridated its water, though some Montana communities have debated or discontinued fluoridation. It's likely but not certain without current local data.

## Challenges and Considerations

- **Data Gaps**: The CDC's My Water's Fluoride database is not real-time and relies on voluntary state reporting, making it incomplete. Local water utility reports (e.g., Consumer Confidence Reports) are the best source for current fluoridation status, but these are not uniformly available for all cities.
- **Local Control**: In Missouri, fluoridation decisions are made by city councils or referendums, leading to variability. Kansas and other states have similar local discretion, which complicates a uniform answer.
- **Natural Fluoride**: The Missouri River naturally contains fluoride at about half the recommended level (0.35 ppm). Cities may add fluoride to reach the optimal 0.7 ppm, but some may rely on natural levels or opt out due to local policies or public opposition.
- **Recent Debates**: Fluoridation has faced scrutiny, with some communities (e.g., Abilene, Kansas) briefly halting it before reinstating it due to dental health advocacy. This suggests variability in smaller cities but consistency in larger ones like Omaha or Sioux City.

## Conclusion

Several cities on the Missouri River upstream of Kansas City likely fluoridate their drinking water, including:

- **Omaha, Nebraska**
- **Council Bluffs, Iowa**
- **Sioux City, Iowa**
- **St. Joseph, Missouri**



- **Local Control:** In Missouri, fluoridation decisions are made by city councils or referendums, leading to variability. Kansas and other states have similar local discretion, which complicates a uniform answer.

- **Natural Fluoride:** The Missouri River naturally contains fluoride at about half the recommended level (0.35 ppm). Cities may add fluoride to reach the optimal 0.7 ppm, but some may rely on natural levels or opt out due to local policies or public opposition.

- **Recent Debates:** Fluoridation has faced scrutiny, with some communities (e.g., Abilene, Kansas) briefly halting it before reinstating it due to dental health advocacy. This suggests variability in smaller cities but consistency in larger ones like Omaha or Sioux City.

## Conclusion

Several cities on the Missouri River upstream of Kansas City likely fluoridate their drinking water, including:

- **Omaha, Nebraska**
- **Council Bluffs, Iowa**
- **Sioux City, Iowa**
- **St. Joseph, Missouri**
- **Leavenworth, Kansas** (probable, pending local confirmation)
- **Bismarck, North Dakota** (likely)
- **Pierre, South Dakota** (likely)

Smaller cities like Atchison, Nebraska City, or Yankton may also fluoridate, but data is less definitive. Great Falls, Montana, probably fluoridates, though Montana's practices vary. For precise information, check local water utility Consumer Confidence Reports or the CDC's My Water's Fluoride database (https://nccd.cdc.gov/DOH_MWF/). Missouri's fluoridation rate and local control suggest most urban areas upstream of Kansas City fluoridate, while Kansas's lower rate introduces some uncertainty for smaller cities.

If you need specific details for a particular city, I can guide you on accessing local water reports or search for additional sources if requested.

20 web pages

Exhibit H



Are there cities on the Kansas River that are upstream of Leawood which fluoridate their drinking water?

To determine if cities along the Kansas River upstream of Leawood, Kansas, fluoridate their drinking water, we need to identify the relevant cities and examine their water treatment practices. Leawood sources its drinking water from the Kansas and Missouri Rivers, with treatment processes including fluoride supplementation. The Kansas River is a water supply source for several cities upstream of Leawood, including Manhattan, Topeka, Lawrence, and Olathe, as well as WaterOne in Johnson County. Below, I assess the fluoridation status of these cities based on available information.

## Cities on the Kansas River Upstream of Leawood

The Kansas River flows through Kansas, with Leawood located near its confluence with the Missouri River. Cities upstream include:

- **Manhattan**
- **Topeka**
- **Lawrence**
- **Olathe**

WaterOne, a regional water utility in Johnson County, also serves areas near Leawood, including parts of Overland Park and other communities, and draws from the Kansas River.

## Fluoridation Status

1. **Manhattan:**

   - Limited specific data is available on Manhattan's water fluoridation practices in the provided references. However, a 2020 CDC Fluoridation Status Report indicates that some Kansas water systems, including smaller ones, fluoridate their water. Given that Manhattan is a significant city and 65% of Kansans had access to fluoridated water in 2006, it's plausible that Manhattan fluoridates its water, but confirmation from the local water utility's Water Quality Report is needed.



**2. Topeka:**

- Topeka uses the Kansas River as a water source. While no direct mention of Topeka's fluoridation status appears in the references, Kansas has 326 community water systems that adjust fluoride levels, and an additional 63 have naturally occurring fluoride at or above optimal levels (0.7 ppm). Topeka, as a major city, likely follows the common practice of fluoridation, but this should be verified with Topeka's Water Quality Report. 🔗 🔗

**3. Lawrence:**

- Lawrence also draws water from the Kansas River. Like Manhattan and Topeka, specific fluoridation data is not detailed in the references, but the prevalence of fluoridation in Kansas (with 295 of 861 water systems adding fluoride as of 2024) suggests Lawrence likely fluoridates. The city's Water Quality Report would provide definitive information. 🔗 🔗

**4. Olathe:**

- Olathe explicitly fluoridates its drinking water, sourcing fluorosilicic acid from Harcros Chemicals in Kansas City, Kansas, to achieve the recommended 0.7 ppm level. This confirms that Olathe, upstream of Leawood, adds fluoride to its water supply. 🔗

**5. WaterOne (Johnson County):**

- WaterOne, serving parts of Johnson County including areas near Leawood, fluoridates its water as mandated by a 1965 public referendum. It maintains fluoride levels at 0.7 ppm, supplementing the naturally occurring fluoride (0.24–0.4 ppm) in the Kansas and Missouri Rivers. WaterOne's service area includes communities like Overland Park, which also has fluoridated water. 🔗 🔗

### Additional Context

- **Fluoridation in Kansas:** Approximately 72.3% of the U.S. population connected to community water systems receives fluoridated water, but Kansas lags behind its neighbors, with only 65% of residents accessing fluoridated water in 2006., Of Kansas's 861 water systems, 295 add fluoride, and 25 counties, primarily in Central Kansas, lack fluoridated water entirely. 🔗 🔗 🔗
- **Leawood's Context:** Leawood's water, sourced from the Kansas and Missouri Rivers, contains naturally occurring fluoride but is supplemented with silicofluorides to reach optimal levels for dental health. 🔗
- **Verification:** The best source for precise fluoridation data is each city's local water provider's Water Quality Report, typically listing fluoride under "Inorganic Contaminants" with a range of 0.2–1 mg/L. The CDC's My Water's Fluoride tool provides general information but may not be real-time or



upstream of Leawood, adds fluoride to its water supply.

**5. WaterOne (Johnson County):**

- WaterOne, serving parts of Johnson County including areas near Leawood, fluoridates its water as mandated by a 1965 public referendum. It maintains fluoride levels at 0.7 ppm, supplementing the naturally occurring fluoride (0.24–0.4 ppm) in the Kansas and Missouri Rivers. WaterOne's service area includes communities like Overland Park, which also has fluoridated water.

**Additional Context**

- **Fluoridation in Kansas:** Approximately 72.3% of the U.S. population connected to community water systems receives fluoridated water, but Kansas lags behind its neighbors, with only 65% of residents accessing fluoridated water in 2006., Of Kansas's 861 water systems, 295 add fluoride, and 25 counties, primarily in Central Kansas, lack fluoridated water entirely.
- **Leawood's Context:** Leawood's water, sourced from the Kansas and Missouri Rivers, contains naturally occurring fluoride but is supplemented with silicofluorides to reach optimal levels for dental health.
- **Verification:** The best source for precise fluoridation data is each city's local water provider's Water Quality Report, typically listing fluoride under "Inorganic Contaminants" with a range of 0.2–1 mg/L. The CDC's My Water's Fluoride tool provides general information but may not be real-time or comprehensive.,

**Conclusion**

Of the cities on the Kansas River upstream of Leawood, **Olathe** and **WaterOne** (serving parts of Johnson County, including Overland Park) are confirmed to fluoridate their drinking water, targeting 0.7 ppm., For **Manhattan**, **Topeka**, and **Lawrence**, fluoridation is likely given Kansas's widespread practice (295 of 861 water systems add fluoride), but specific confirmation requires checking their respective Water Quality Reports. To verify, visit each city's water utility website and review the most recent Water Quality Report for fluoride levels under "Inorganic Contaminants."

If you need assistance accessing these reports or further details on a specific city, let me know!

20 web pages

Exhibit I

Science of the Total Environment 923 (2024) 171485

Contents lists available at ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv




# Geospatial analysis of groundwater arsenic and fluoride in Quaternary aquifers of southern Ontario, Canada

Nazia Nawrin [a, *], Emmanuelle Arnaud [a], Elizabeth Priebe [b]

[a] School of Environmental Sciences and Morwick G360 Groundwater Research Institute, University of Guelph, 50 Stone Road East, Guelph, Ontario N1G 2W1, Canada
[b] Canadian Nuclear Laboratories, 286 Plant Rd, Chalk River, Ontario K0J 1J0, Canada

## HIGHLIGHTS

- As and F⁻ from 515 water wells were analyzed with physiography and other variables.
- 4 out of 8 physiographic settings are significant explanatory variables.
- High As and F⁻ in bored/dug wells attributed to application of phosphate fertilizer.
- Textures of glacial till influence As and F⁻ concentrations in drilled wells.
- High As and F⁻ in drilled wells attributed to local bedrock clasts.

## GRAPHICAL ABSTRACT



## ARTICLE INFO

Editor: JV Cruz

Keywords:
Groundwater quality
Overburden well
Ordinary least squares regression
Geographically weighted regression
Physiography
Till texture

## ABSTRACT

The geological setting of an area plays a critical role in the transfer and ultimate distribution of hydrochemical constituents present in groundwater. In southern Ontario, Canada, the present physiography was significantly influenced by glacial processes during the Quaternary period. The heterogeneous nature and complex pattern of shallow subsurface glacial overburden sediments, likely affect the fate of different groundwater constituents. In this study, arsenic (As) and fluoride (F⁻) concentrations from 515 water wells, that are constructed within overburden sediment, were analyzed with the physiographic map of southern Ontario along with other related variables. Geospatial mapping and several spatial statistical analyses were performed to examine the possible geological influence on As and F⁻ distribution and water-well susceptibility at a regional scale. Key findings suggest four physiographic settings were significant variables influencing the distribution of As and F⁻ in differently constructed bored/dug and drilled wells. Bored/dug wells in Bevelled Till Plains and bored/dug wells in Undrumlinized and Bevelled Till Plains were found to be relatively susceptible to As and F⁻ contamination respectively. In contrast, bored/dug and drilled wells in Drumlinized Till Plains and Drumlins and drilled wells in Sand Plains seemed to be relatively safe from F⁻ and As respectively. The statistical regression analyses suggested that other variables, such as the application of phosphate fertilizer and the textures of till, influenced the spatial distribution of As and F⁻ as well as which types of wells (bored/dug or drilled) were impacted. The geospatial mapping and statistical cluster analysis indicated that the possible sources of elevated As and F⁻ in drilled wells are the clasts of underlying bedrock. The relationship between physiographic settings and impacted overburden

*Abbreviations:* AGG, Ambient Groundwater Geochemistry; GWR, Geographically Weighted Regression; MAC, Maximum Acceptable Concentration; OGS, Ontario Geological Survey.

* Corresponding author.
*E-mail address:* nnawrin29@gmail.com (N. Nawrin).

https://doi.org/10.1016/j.scitotenv.2024.171485
Received 16 August 2023; Received in revised form 23 February 2024; Accepted 3 March 2024
Available online 5 March 2024
0048-9697/© 2024 Elsevier B.V. All rights reserved.

N. Nawrin et al.    Science of the Total Environment 923 (2024) 171485

wells in southern Ontario provides planners with an approach to water-well susceptibility assessments at the regional scale, which in turn can guide further local analysis for water resource management.

## 1. Introduction

Groundwater is considered an important source of water for drinking, irrigation, farming as well as industrial uses (Foster et al., 2013). With a growing population and surface water pollution that can lead to serious water-borne diseases, many countries in the second half of the nineteenth century began to rely on groundwater as they considered it a safe source of water (Zektser and Everett, 2004). In Canada, the use of groundwater for domestic purposes has increased from 10 % in the late 1960s to 30 % in the late 1990s with the increase in population and demand (Kohut et al., 2014; Statistics Canada, 2006). In ten provinces of Canada, the percentage of groundwater users ranges from 23.1 % in Alberta to 100 % in Prince Edward Island (Kohut et al., 2014). In the province of Ontario, approximately 28.5 % of the population depends on groundwater for domestic use (Government of Canada, 2013; Statistics Canada, 1996) and in rural Ontario, about 90 % (1.3 million people) rely on their private water wells, both bored/dug and drilled, for domestic water supply (Singer, 1990; Sharpe et al., 2014a). Many of those wells are getting their water supplies from relatively small (tens of square kilometers) but significant overburden aquifers found in glacial sand and gravel deposits from the Quaternary period (Government of Canada, 2013; Sharpe et al., 2014a).

Groundwater aquifers in regions with glacial landforms and glacial overburden sediments are coming under increasing pressure from various land use changes and impacts from certain human activities. Groundwater contamination in these aquifers can occur either from the natural interaction of rock or sediment with water in the subsurface or from anthropogenic sources, such as crop fertilizers, pesticides, and chemicals from mines and industrial processes (Foster and Chilton, 2003). When the constituents present in groundwater exceed drinking water standards, it becomes unsafe for public use (WHO, 2011).

The physiography (i.e., surface features) of southern Ontario has been profoundly reshaped by the last Quaternary glaciation (Chapman and Putnam, 1984). The glacial processes played a significant role in determining the surface topography that persists today, as well as the nature and distribution of shallow subsurface sediments underneath those surface landforms. Both landforms and subsurface sediments will in turn affect groundwater recharge and flow as well as the transport and fate of hydrochemical constituents and ultimately groundwater quality.

The purpose of this study was to establish whether the spatially variable physiographic settings and geology of southern Ontario were indeed related to the distribution of groundwater arsenic (As) and fluoride ($F^-$). The spatial distribution of As and $F^-$ in overburden glacial aquifers of southern Ontario was first assessed using a large ambient groundwater geochemistry dataset together with physiographic and geological maps. Ordinary least squares regression, geographically weighted regression and spatial autocorrelation analyses were then used to evaluate the relative importance of physiographic setting and other factors in determining the distribution of As and $F^-$.

## 2. Arsenic and fluoride as two important groundwater constituents in Canada

### 2.1. Arsenic (As)

Arsenic is a contaminant of concern as it is a known human carcinogen; inorganic forms of As could be responsible for lung, bladder, liver, skin cancer as well as vascular and neurological effects in human (Carex Canada, 2018; Health Canada, 2020; Kapaj et al., 2006). The natural or geogenic source of As in groundwater is the dissolution of As-bearing rocks or minerals, particularly pyrite, arsenopyrite, and some

other sulphide minerals (Ahmed et al., 2004; Herath et al., 2016). Sulphide minerals may act as both source and sink for As (Erickson and Barnes, 2005). Arsenic can also be naturally present in higher levels in finer-grained argillaceous sediments, bituminous partings, phosphorite, and reduced marine sediments (Bhattacharya et al., 2002; Cramer et al., 1988; Francesconi and Kuehnelt, 2002; Herath et al., 2016). Industrial effluents, agricultural activities (phosphate fertilizers and arsenical pesticides), coal and oil exploitation and combustion, mining of metal ores, and use of chromated copper arsenate (CCA) in the wood preservation industry are common anthropogenic sources that release As into groundwater (Health Canada, 2006; Niagu et al., 2007; Tremearne and Jacob, 1941; Wang and Mulligan, 2006).

Whether released from natural or anthropogenic sources, as can be found at higher levels in groundwater under favorable natural biogeochemical environments (Erickson and Barnes, 2005; Health Canada, 2020; Herath et al., 2016; Nath et al., 2009). Reducing (anaerobic) conditions in the presence of natural organic matter in aquifer sediments act as important geochemical triggers to release As into groundwater systems (Erickson and Barnes, 2005; Herath et al., 2016). On the other hand, oxidizing conditions result in As adsorbing onto clays, metal oxyhydroxides, and organic matter found in sediments, thus attenuating the concentration of dissolved As (III) in groundwater (Biswas et al., 2014, 2012; Herath et al., 2016; Hossain et al., 2023). Hence, the presence of clay minerals and organic matter and the redox and adsorption reactions play a critical role in the natural attenuation and transformation of As in groundwater.

Dissolved As in groundwater systems has been reported from different parts of Canada, and these were mainly focused on localized high As sites (Boyle et al., 1998; Grantham and Jones, 1977; McGuigan et al., 2010; Meranger et al., 1984; Wang and Mulligan, 2006; Yan et al., 2000). Previous studies reported the natural occurrences of As in groundwater of Canada but these were generally within the safe drinking limit (10 μg/L), except for very limited areas in British Columbia (Rivera, 2014). Elevated As concentrations in Canada have been found in some areas near mining and ore processing facilities, e.g., Nova Scotia, and in agricultural lands affected by the use of arsenical pesticides, e.g., Niagara, Ontario (Health Canada, 2006; Rivera, 2014; Wang and Mulligan, 2006). There have been no detailed investigations carried out in southern Ontario, one of the highly populated regions of Canada, until now.

In southern Ontario, disseminated pyrite, a potential natural source of As, is found to be associated with the Paleozoic bedrock namely the Devonian Kettle Point and Dundee formations, and Hamilton Group, the Silurian Gasport Formation and Eramosa Member of the Lockport Formation, and the Ordovician Gull River Formation (Armstrong and Carter, 2010; Brunton et al., 2007). Moreover, the Devonian Amherstburg and Dundee formations and the Bertie and Bass Islands formations, all contain bituminous dolostone and limestone, which are also possible geogenic source of As (Armstrong and Carter, 2010; Armstrong and Dodge, 2007).

Globally, As contaminated groundwater is well known to occur in deltaic sediments under reducing conditions in various countries around the world (Herath et al., 2016; Mukherjee et al., 2014; Nath et al., 2009); in some part of India (West Bengal) and Bangladesh, its provenance is related to As-bearing bedrock within the Himalaya Mountains, which underlie the head waters of large rivers feeding those deltaic settings (Desbarats et al., 2014, 2017; Goodbred and Kuehl, 2000; Hoque et al., 2012; Mukherjee et al., 2009; Ravenscroft et al., 2005). While less common, studies done in previously glaciated areas have shown that high As concentrations exceeding safe drinking water standards can be found in glacial aquifers in the upper midwestern United States

*N. Nawrin et al.*

*Science of the Total Environment 923 (2024) 171485*

(Erickson and Barnes, 2005; Erickson et al., 2019; Root et al., 2010), where far-travelled glacially-derived sediments are sourced from As-bearing bedrock.

### 2.2. Fluoride (F⁻)

At an optimum 1 mg/L concentration, $F^-$ can reduce the risk of dental cavities (IGRAC, 2004; WHO, 2004). However, exposure to higher than 1.5 mg/L can cause dental fluorosis (WHO, 2004). The more adverse health effects are skeletal fluorosis and crippling fluorosis associated with prolonged high $F^-$ exposure in drinking water (WHO, 2004), although this very high exposure level has rarely been recorded in Canada (Health Canada, 2010). Fluoridation is a well-known process where $F^-$ components are added to drinking water supplies for dental health benefits (Health Canada, 2010). In Ontario, Brantford was the first community to fluoridate their water supply starting in 1945. Until 2007, 75.9 % of Ontario communities had a fluoridated water supply (Rabb-Waytowich, 2009). Many communities have since voted to stop fluoridation in their tap water in the last couple of years as some questions have arisen about its beneficial effects (Rabb-Waytowich, 2009). Fluoride can be dissolved into groundwater system naturally from interacting with various rock types that contain fluoride-bearing minerals, e.g., fluorite, apatite, micas, illites (Bailey et al., 2009; Frencken, 1992; IGRAC, 2004; Kimambo et al., 2019).

Shallow aquifers that contain recently infiltrated water usually have low $F^-$ content whereas deeper aquifers can contain relatively high $F^-$ concentrations due to longer residence times (Frencken, 1992; IGRAC, 2004; Ijumulana et al., 2022; Navarro et al., 2017; Noor et al., 2022). Moreover, some properties of groundwater, e.g., pH, temperature, hardness, and the presence of ion-exchangeable aquifer materials, such as clays, may influence the mobilization and transport of $F^-$ in groundwater (Health Canada, 2010; Sharpe et al., 2014b).

Many studies related to $F^-$ have been done considering the health risk factor (Barberio et al., 2017; Ijumulana et al., 2021; Kimambo et al., 2019; Rabb-Waytowich, 2009; Till et al., 2018; Vithanage and Bhatta-charya, 2015), but detailed groundwater studies of $F^-$ are limited in Canada (Bondu et al., 2022; Desbarats, 2009; MacRitchie et al., 2007). A previous study showed that naturally occurring $F^-$ is common in Ontario groundwater within safe drinking water limit (1.5 mg/L); however, some higher $F^-$ concentrations were found in the Provincial Groundwater Monitoring Network (PGMN) wells of southern Ontario (MacRitchie et al., 2007; Sharpe et al., 2014b). In southern Ontario, argillaceous limestone and dolostone as well as shale dominated units that may contain F-bearing minerals (Sharpe et al., 2014b) are mostly associated with younger Devonian formations (e.g., Kettle point, Hamilton group, Marcellus, Dundee, and Lucas formations; Armstrong and Carter, 2010). Several studies have also reported the role of phosphate fertilizer as a significant man-made source of $F^-$ in groundwater (Kundu and Mandal, 2009; Mezghani et al., 2005; Navarro et al., 2017; Ramteke et al., 2018). In areas of intensive agricultural practices such as southern Ontario, $F^-$ contamination may occur due to the use of phosphate fertilizers and pesticides that may eventually reach the groundwater through runoff and infiltration (Navarro et al., 2017; Sharpe et al., 2014b). Phosphate rock used in making fertilizer is also known to contain arsenic, cadmium, uranium, and lead; therefore, these constituents may also get released from phosphate fertilizers along with $F^-$ to the groundwater system (Ramteke et al., 2018). While the application of this kind of phosphate fertilizer was at one time commonly used, its application is now very limited in Ontario (OMAFRA, 2018).

## 3. Materials and methods

### 3.1. Geology of the study area

Southern Ontario is underlain by Precambrian and Paleozoic bedrock covered with variable thickness of overburden sediment (unconsolidated glacial sediment). Southern Ontario's landscape was shaped by the Late Wisconsinan glaciation, which scoured the underlying Paleozoic carbonate and mixed siliciclastic bedrock and left behind a number of landforms that contain very complex and heterogeneous unconsolidated overburden sediments (clay, silt, sand and gravel). Chapman and Putnam (1984) delineated and described the physiographic settings that exist in southern Ontario (Fig. 1) based on the surficial geology and topographic characteristics of the region. Till plains are usually characterized by till, which is a poorly sorted heterogeneous mixture of clay, silt, and sand with stones and record the deposition of those materials as the ice advanced and retreated over an area. Undrumulined or Drumlinized Till Plains refers to the presence or absence of drumlins (oval-shaped hills with smooth convex contours formed subglacially) on the surface of a till plain. Moraines are prominent glacial landforms in southern Ontario; these were formed by receding or advancing glaciers and typically occur today as regional topographic highs. Till Moraines were presumed to consist primarily of till but have been shown to be relatively heterogenous in nature (e.g., Arnaud et al., 2018). In contrast, Kame Moraines are irregularly shaped hills composed of stratified sand and gravel, created as a result of meltwater drainage within the ice. During the last glacial retreat, extensive lowland areas were submerged in glacial lakes. Consequently, sediment deposited in those glacial lake basins in shoreline, deltaic and glaciolacustrine environments formed several Sand and Clay Plains throughout southern Ontario. Bevelled Till Plains are comparatively flat, reworked till plains that were subsequently overlain by a shallow layer of glaciolacustrine clay. Spillways, also common throughout southern Ontario, are known as the abandoned channel of a glacial meltwater stream identified by its entrenched topography, and association with gravel beds (Chapman and Putnam, 1984).

### 3.2. Hydrogeology of the study area

Groundwater in southern Ontario is found in both bedrock aquifers and overburden aquifers (Singer et al., 2003). Although bedrock aquifers are considered a comparatively more important source of groundwater in the study area, an investigation by Singer et al. (2003) identified the presence of 164 overburden aquifers in 26 areas across southern Ontario. The water wells (typically private domestic or farm wells in rural settings) constructed within these overburden aquifers may penetrate till, sand and/or gravel, or silt (Singer et al., 2003). As a result, the variability of glacial sediment and associated geochemical conditions have a significant effect on the quality of groundwater extracted from these overburden aquifers.

The Ontario Geological Survey (OGS) ran an Ambient Groundwater Geochemistry (AGG) sampling program from 2007 to 2014 across southern Ontario with a $10 \times 10$ km grid resolution in order to characterize baseline groundwater geochemistry of the major bedrock and overburden units (Hamilton, 2015). The AGG dataset contains analytical data, location, well depth, type of well construction and other parameters for approximately 2300 groundwater samples collected from domestic, farm and monitoring water wells tapping into both overburden sediment and bedrock aquifers (Hamilton, 2015). The present study makes use of this extensive AGG dataset (MRD 283-REV, Hamilton, 2015) for 515 water samples collected from the wells that are constructed within the overburden aquifers.

### 3.3. Dataset characteristics and data curation

The As and $F^-$ concentrations for five hundred and fifteen (515) overburden wells (bored/dug and drilled) (Fig. 1) out of a total of 2300 wells were separated from bedrock and sediment-bedrock interface wells and then imported into ArcGIS for spatial analysis using ArcMap (v.10.7). The analytical method detection limit for As was 0.03 μg/L, whereas the analytical method detection limit for $F^-$ was 0.02 mg/L (Hamilton, 2015).

*N. Nawrin et al.*        *Science of the Total Environment 923 (2024) 171485*



**Fig. 1.** Study area map showing AGG bored/dug and drilled overburden well locations and distribution of physiographic settings in southern Ontario, Canada. Map created using ESRI ArcMap 10.7 with the OGS AGG dataset (Hamilton, 2015) and physiographic data (Chapman and Putnam, 2007).

The physiographic map (Chapman and Putnam, 2007), surficial geology map (Ontario Geological Survey, 2010) and Paleozoic geology map (Armstrong and Dodge, 2007) of southern Ontario by the OGS and the Agricultural Resource Inventory (1983) map covering southern

Ontario were integrated with the AGG dataset to get the geological and land use information at each well location using ArcGIS.

Eight (8) of the 17 physiographic settings in southern Ontario (Fig. 1; Chapman and Putnam, 1984) – Till Moraines, Spillways, Kame



**Fig. 2.** AGG overburden well depth vs frequency of well count (number of wells) in eight physiographic settings of southern Ontario.

N. Nawrin et al.                                                                                                                                                    Science of the Total Environment 923 (2024) 171485

Moraines, Undrumlinized Till Plains, Drumlinized Till Plains and Drumlins, Bevelled Till Plains, Sand Plains and Clay Plains - were chosen for having sufficient number of overburden bored/dug ($n = 7$ to 53) and drilled wells ($n = 12$ to 75) to assess their relationship to groundwater chemistry (Fig. 2). The overburden wells on Sand and Clay Plains of the Ottawa area, in eastern Ontario, were excluded from the AGG dataset for this investigation because of the much larger density of data in this area, which can influence the overall statistics (Palmer and Faloutsos, 2000) and because the mixed marine and lacustrine depositional history of Clay Plains in the Ottawa region is unique, making them distinct from the other Clay Plains in southern Ontario.

Wells were separated according to well construction (bored/dug vs drilled) for data analysis because well construction is considered a strong influencing factor on groundwater quality (Conboy and Goss, 2000; U.S. EPA, 2016). In southern Ontario, bored/dug wells are shallow (depth 0.9 m to 32 m, Supplementary Information (SI) Table SI-1), large diameter open holes that are typically less protected from surface contamination as they are not cased continuously. Drilled wells, in contrast, are generally deeper (depth 2.7 m to 170.7 m, Table SI-1) and provide better protection from contaminants due to continuous casing and grouting along the outer annular space of the casing. In this study, the total number of bored/dug and drilled wells are 224 and 291, respectively (Table SI-1). The majority of bored/dug wells are completed at less or equal to 15 m in depth in all physiographic settings, whereas drilled wells tend to be completed between 16 and 50 m depth, with the wells located on Drumlinized Till Plains and Drumlins having the largest number of wells >51 m depth (Fig. 2). The standard deviation (SD) of drilled well depths (mean depth of $35.83 \text{ m} \pm 25.19 \text{ m}$) indicates more variability in depth ranges compared to bored/dug wells (mean depth of $8.83 \text{ m} \pm 5.43 \text{ m}$) (Table SI-1).

### 3.4. Data analyses

#### 3.4.1. Geospatial analysis

In this study, geospatial analysis was performed with concentrations of As and $F^-$ to examine the distribution of impacted wells relative to eight physiographic settings and their level of contamination at a regional scale. Cluster and Outlier analysis (Anselin Local Moran's I), which compares individual points to its neighbours in order to establish if the local spatial pattern is statistically distinct, was performed to identify clusters of high concentrations within the study area (Anselin, 1995; Ijumulana et al., 2020; see supplementary information for more details).

#### 3.4.2. Statistical analyses

Ordinary Least Squares (OLS) regression analysis and Geographically Weighted Regression (GWR) analysis, two spatial statistical techniques, were done to quantitatively assess the relationship of As and $F^-$ concentrations with well depth, geological (physiography, till texture, surficial deposits texture, subcropping Paleozoic bedrock formations (Fig. SI-1)), and/or geochemical attributes (e.g., oxidation reduction potential (ORP), presence of other chemical constituents, such as fluoride (relative to As), and arsenic and cadmium (relative to $F^-$)). The overall goal of these analyses was to examine if these explanatory variables are influencing factors that can help predict the water well's susceptibility to groundwater contamination.

The starting point for all spatial regression analyses is to use OLS as it provides basic statistical results and performance metrics of the global model using the given variables (see the supplementary information; Charlton and Fotheringham, 2009; ESRI). GWR is an outgrowth of the OLS regression model, adding a level of modeling sophistication by allowing spatially varying local relationships between the nonstationary dependent and explanatory variables (Fotheringham et al., 1998; Mohammadi et al., 2019; Páez and Wheeler, 2009). Considering the global regression model given by Fotheringham et al. (1998, 2002),

$$y_i = \beta_0 + \sum_k \beta_k x_{ik} + \varepsilon_i \tag{1}$$

where, $y_i$ is the dependent variable, $\beta_0$ is the coefficient intercept, $\beta_k$ is the global regression coefficient for independent/explanatory variables $x_k$ at location $I$, and $\varepsilon_i$ is the residuals or error term. GWR method extends this traditional linear regression equation by allowing local parameters to be measured so that the model equation is rewritten as (Fotheringham et al., 1998, 2002),

$$y_i = \beta_0(u_i v_i) + \sum_k \beta_k(u_i v_i) x_{ik} + \varepsilon_i \tag{2}$$

where, $y_i$ is the dependent variable, $(u_i, v_i)$ are the geographical coordinates for point $I$, $\beta_0(u_i, v_i)$ is the coefficient intercept, $\beta_k(u_i, v_i)$ is the local regression coefficient for independent/explanatory variables $x_k$ at location $I$, and $\varepsilon_i$ is the residuals or error term (see SI for detailed mathematical model). GWR was performed for those OLS models that were statistically significant based on joint F-statistics with p-value, as GWR can improve predicting spatial relationships between nonstationary variables (ESRI; Fotheringham et al., 1998, 2002). T-statistics with p-value also revealed the individual statistically significant explanatory variables from the OLS models (ESRI).

The GWR model produces results including measure of goodness of fit – $R^2$ and adjusted $R^2$ (see the SI). Adjusted $R^2$ value is a measure of goodness of fit that takes into account multiple explanatory variables; it is almost always smaller than the $R^2$ value and provides a more accurate measure of model performance (Charlton and Fotheringham, 2009; ESRI; Oden et al., 2009; Saunders et al., 2012). Hence, the regression result of each GWR model, i.e., how well the model's predicted values explain the variation in the observed dependent variable values, was evaluated by referring to the adjusted $R^2$ value in this study. It should be noted that there are no set criteria as to what universally represents a 'good' adjusted $R^2$ value, because the precision of the statistic may vary depending on sample size and what features are being modelled (Rosenshein, ESRI tutorial, 2012; Saunders et al., 2012). Moreover, to get a coherent story, adjusted $R^2$ value should be considered in combination with the spatial pattern of residuals, other analyses, variable types (categorical or continuous) and in-depth knowledge of the study area.

Spatial autocorrelation (Moran's I) analysis was performed using the GWR residuals to determine if they were spatially random or clustered (based on the computation of z-score and p-value); spatially random residuals are indicative of a properly specified GWR model (Fig. SI-2), where the explanatory variables analyzed are sufficient to explain the observed spatial patterns of the dependent variable. In contrast, a GWR model is considered misspecified (i.e., it is missing a key explanatory variable) when there is statistically significant clustering of high and/or low GWR residuals. (Fig. SI-2; ESRI; Meik and Lawing, 2017; Rosenshein, ESRI tutorial, 2012). Statistically significant OLS models with properly specified GWR models were analyzed for final interpretation in this study. The detailed methodology of OLS, GWR and spatial autocorrelation analyses has been included in the supplementary information.

### 4. Results

#### 4.1. Geospatial analysis

##### 4.1.1. Arsenic

The highest mean As concentration was 4.1 µg/L in both bored/dug wells (from Bevelled Till Plains (SD 5.5 µg/L)) and drilled wells (from Undrumlinized Till Plains (SD 4.6 µg/L)) (Fig. 3). Although this mean concentration is within the maximum acceptable concentration (MAC) limit of 10 µg/L (Ontario Safe Drinking Water Act, 2002; Health Canada, 2020), maximum As concentrations in bored/dug wells of the Bevelled Till Plains (17.6 µg/L), Clay Plains (17.5 µg/L) and Undrumlinized Till

*N. Nawrin et al.*                                                                                           *Science of the Total Environment 923 (2024) 171485*



**Fig. 3.** Maximum, minimum, mean and standard deviation of As concentration in bored/dug and drilled wells on eight physiographic settings of southern Ontario.

Plains (11.6 μg/L) exceeded the MAC limit of 10 μg/L. Except for Bevelled Till Plains, both maximum and mean concentrations of As are relatively higher in drilled wells of 7 physiographic settings than bored/dug wells. Among drilled wells, the highest maximum As concentration crossing the MAC limit is found in Drumlinized Till Plains (21.2 μg/L), though maximum As concentrations also exceed the MAC limit in Till Moraines, Undrumlinized Till Plains and Clay Plains. In terms of both maximum and mean As concentration, Spillways show lower values in both types of wells compared to other physiographic settings (Fig. 3).

Two percent of 224 bored/dug wells and 4 % of 291 drilled wells are impacted with As above the MAC limit. Bevelled Till Plains have 14 % of 21 bored/dug wells and Undrumlinized Till Plains, Till Moraines and Clay Plains have 12 % of 24, 9 % of 32 and 8 % of 36 drilled wells with As above the MAC limit, respectively (Fig. SI-3). Although 14 % of 21 bored/dug wells are contaminated, 100 % of 12 drilled wells have As below the MAC limit in Bevelled Till Plains, suggesting drilled well construction may be an appropriate mitigating strategy in this physiographic setting.

Cluster and outlier analysis (Anselin, 1995; Ijumulana et al., 2020) and mapping show that above MAC As in drilled wells is mostly clustered in the south-western portion of the Province following the Paleozoic Devonian rocks boundary and in the Niagara Peninsula area following older strata of Silurian and Ordovician age (Figs. 4a and SI-5). This is consistent with the distribution of naturally occurring As-containing bedrock (Silurian Eramosa Member of the Lockport Formation and Bass Islands Formation, and Devonian Amherstburg and Dundee formations (Armstrong and Dodge, 2007; Brunton et al., 2007; Colgrove and Hamilton, 2018)).

In terms of physiography, Till Moraines, Undrumlinized Till Plains, Drumlinized Till Plains and Drumlins around London, Ontario and Clay Plains and Kame Moraines in the Niagara Peninsula are the physiographic settings that have drilled wells with elevated As concentrations (Figs. 3 and 4a). In contrast, three of five sparsely distributed bored/dug wells with elevated As above MAC are from Bevelled Till Plains (Fig. 4b).

In sum, observations from geospatial analysis suggest that elevated As is more likely to occur in drilled rather than bored/dug wells. In terms of drilled wells, high As is more likely connected to specific underlying

Paleozoic bedrock formations regardless of physiographic setting, which suggests a geogenic source. In terms of bored/dug wells, Bevelled Till Plains seem to have a higher prevalence of elevated As concentrations, more than other physiographic settings, posting the top mean concentration and having an above MAC rate of 14 %. The impermeability and/or the redox conditions of the top clay layer of Bevelled Till Plains probably favor elevated As in groundwater of shallow bored/dug wells in this physiographic setting.

### 4.1.2. Fluoride

The highest mean F⁻ concentration is 0.5 mg/L in bored/dug wells of Undrumlinized Till Plains (SD 0.5 mg/L) and Bevelled Till Plains (SD 0.6 mg/L). The highest mean F⁻ concentration in drilled wells is 0.9 mg/L, observed in both Undrumlinized Till Plains (SD 0.54 mg/L) and Clay Plains (SD 0.73 mg/L; Fig. 5). None of the highest mean values have crossed the MAC limit of 1.5 mg/L (Ontario Safe Drinking Water Act, 2002; Health Canada, 2020). In contrast, Bevelled Till Plains (2.44 mg/L), Sand Plains (1.53 mg/L) and Undrumlinized Till Plains (1.5 mg/L) all have a maximum F⁻ concentration in bored/dug wells at or exceeding the MAC limit. All physiographic settings except for Kame Moraines have a maximum concentration of F⁻ in drilled wells that exceeds the MAC limit. Among drilled wells, the highest maximum F⁻ concentration exceeding MAC is found in Clay Plains (2.8 mg/L) (Fig. 5).

One percent of 224 bored/dug wells and 8 % of 291 drilled wells have F⁻ concentrations above the MAC limit. Only Bevelled Till Plains (10 % of 21 wells) and Sand Plains (3 % of 37 wells) have high F⁻ containing bored/dug wells above the MAC limit (Fig. SI-4). Except for Kame Moraines and Drumlinized Till Plains and Drumlins, the other physiographic settings have 5 %–25 % of their drilled wells with above MAC F⁻; among these, a significant number of them are located on Bevelled Till Plains (25 % of 12 wells), Clay Plains (19 % of 36 wells) and Sand Plains (15 % of 62 wells). Thus, Bevelled Till Plains indicates relatively greater percent of above MAC F⁻ in both bored/dug (10 %) and drilled (25 %) wells compared to other physiographic settings. Moreover, although Clay and Sand Plains reveal above MAC F⁻ in drilled wells, their bored/dug wells were comparatively free from F⁻ (Fig. SI-4).

Cluster and outlier analysis (Anselin, 1995; Ijumulana et al., 2020)

*N. Nawrin et al.*

*Science of the Total Environment 923 (2024) 171485*



*(caption on next page)*

*N. Nawrin et al.*    *Science of the Total Environment 923 (2024) 171485*

**Fig. 4.** Arsenic concentrations in overburden drilled wells (a) and bored/dug wells (b) located in eight different physiographic settings of southern Ontario. Note As concentrations above the MAC (10 μg/L) limit in overburden drilled wells may be associated with certain Paleozoic geological units in southern Ontario (shown in (a); Hamilton, 2015). Map created using ESRI ArcMap 10.7 with the OGS AGG dataset (Hamilton, 2015), physiographic data (Chapman and Putnam, 2007) and Paleozoic Geology data (Armstrong and Dodge, 2007) for southern Ontario.



**Fig. 5.** Maximum, minimum, mean and standard deviation of F⁻ concentration in bored/dug and drilled wells on eight physiographic settings of southern Ontario.

and mapping of wells with F⁻ above MAC demonstrated that drilled wells with high F⁻ are mostly located west of London, Ontario regardless of physiographic setting and follows the distribution of certain Devonian-aged bedrock (Figs. 6a and SI-6). There is also a small cluster of above MAC F⁻ in drilled wells near Sauble Beach (Figs. 6a and SI-6); these drilled wells are completed in overburden sediment that overlie subcropping Lower Devonian bedrock. In addition, there are two single above MAC F⁻ drilled wells over the Silurian Guelph Formation, one is in Sand Plains of the Niagara Peninsula, and another is in Spillways near Owen Sound (Fig. 6a). In contrast, only three bored/dug wells with above MAC F⁻ are found. Two of these are located on agricultural Bevelled Till Plains, whereas the other is on an agricultural Sand Plain southwest of London, Ontario (Fig. 6b).

In sum, the geospatial maps and charts show that groundwater in drilled wells have higher maximum and mean F⁻ concentrations than bored/dug wells in southern Ontario. In addition, elevated F⁻ in groundwater appears to be connected to particular F-bearing bedrock formations rather than physiographic settings.

### 4.2. Statistical analyses

#### 4.2.1. Arsenic

The OLS and GWR models for As in both bored/dug and drilled wells were statistically significant and properly specified, respectively, for physiography ("physio" in Table 1) and with other factors (i.e. surficial deposits textures, till textures, Paleozoic subcropping bedrock, ORP, well depth and fluoride) (Table 1); this means one, or more than one, explanatory variables used in these models are the key variables for predicting As concentration in groundwater.

T-statistics results from the OLS As-bored/dug wells models revealed

that Bevelled Till Plains, ORP and fluoride were the significant explanatory variables (Table 2) that contributed to the overall models being statistically significant (Table 1). In the GWR analysis, As concentrations in bored/dug wells showed 14.8 % adjusted $R^2$ with physiography, which increased when ORP (18.9 %) and fluoride (39.6 %) were added. Only Bevelled Till Plains among eight physiographic settings resulted in a 23.6 % adjusted $R^2$ with a statistically significant OLS model having high joint F-statistics value (Tables 1 and 2).

T-statistics results from the OLS As well models showed that Undrumlinized Till Plains, Sand Plains, Clay Plains, surficial glacial till deposit (both sandy and silty-clayey till) and sand-gravel deposit, ORP and fluoride were the significant explanatory variables (Table 2) that contributed to the overall models being statistically significant (Table 1). In the GWR analysis, As concentrations in drilled wells showed 18.1 % adjusted $R^2$ with physiography, which increased minimally when surficial deposits texture (20.8 %), till texture (20.2 %), ORP (21.5 %) and fluoride (21.7 %) were added. Although being a consistently statistically significant explanatory variable in all other OLS models (Table 1), GWR analysis of Undrumlinized Till Plains with As in drilled wells resulted in a misspecified model with a clustering pattern of GWR residuals (Table 1). In contrast, Sand Plains, as an individual physiographic setting, with As in drilled wells resulted in a statistically significant and properly specified GWR model with 13.4 % adjusted $R^2$ (Tables 1 and 2). When considering As in both type of wells, As-bearing bedrock formations and well depth were not identified as significant explanatory variables (Table 2) nor did adding these to the adjusted $R^2$ in the GWR (Table 1). Table 2 showed negative t-statistic values and negative coefficients for some explanatory variables (e.g., As-bored/dug wells-ORP, As-drilled wells-ORP, -glacial sand & gravel deposit, -sandy till, and -Sand Plains), suggesting negative

*N. Nawrin et al.*                                                                                   *Science of the Total Environment 923 (2024) 171485*





9

N. Nawrin et al.                                                                                          Science of the Total Environment 923 (2024) 171485

**Fig. 6.** Fluoride concentrations in overburden drilled (a) and bored/dug (b) wells located in eight different physiographic settings of southern Ontario. Note F⁻ concentrations above the MAC (1.5 mg/L) limit in overburden drilled wells may be associated with certain Paleozoic geological units in southern Ontario (shown in (a); Hamilton, 2015). Map created using ESRI ArcMap 10.7 with the OGS AGG dataset (Hamilton, 2015), physiographic data (Chapman and Putnam, 2007) and Paleozoic Geology data (Armstrong and Dodge, 2007) for southern Ontario.

◄

correlations between As and these mentioned explanatory variables.

### 4.2.2. Fluoride

The OLS and GWR models for F⁻ in bored/dug wells were statistically analyzed and properly specified, respectively, for physiography (i.e., "physio") and with other factors (i.e. Paleozoic subcropping bedrock, well depth, arsenic-cadmium) and for Undrumlinized Till Plains, Drumlinized Till Plains and Drumlins, Bevelled Till Plains as individual physiographic settings (Table 1); this means one, or more than one, explanatory variables used in these models are the key variables for predicting F⁻ concentration in groundwater.

T-statistics results from the OLS F-bored/dug wells models showed that Undrumlinized Till Plains, Drumlinized Till Plains & Drumlins, Bevelled Till Plains, potential F-bearing bedrock, arsenic and well depth were the significant explanatory variables (Table 2) that contributed to the overall models being statistically significant (Table 1). In the GWR models, F⁻ concentrations in bored/dug wells showed 24.5 % adjusted $R^2$ with physiography, which increased when well depth (26.1 %) and arsenic-cadmium (58.3 %) were added. Among eight physiographic settings, Undrumlinized Till Plains (23.0 %), Drumlinized Till Plains & Drumlins (25.9 %), Bevelled Till Plains (27.8 %) with F⁻ in bored/dug wells resulted in properly specified GWR models (Table 1); However, Drumlinized Till Plains & Drumlins was found to be negatively correlated with concentrations of F⁻ in bored/dug wells (Table 2). Although potential F-bearing bedrock was initially identified as a significant explanatory variable (Table 2), this variable did not increase the adjusted $R^2$ in F-bored/dug wells when added to the physiography GWR model (Table 1).

The OLS and GWR models for F⁻ in drilled wells were statistically significant and properly specified, respectively, for physiography with texture of till deposits (adjusted $R^2$ 58.7 %) and Drumlinized Till Plains and Drumlins (adjusted $R^2$ 47.4 %) as an individual physiographic setting (Table 1).

T-statistics results from the OLS F-drilled wells models revealed that Kame Moraine, Undrumlinized Till Plains, Drumlinized Till Plains & Drumlins, Clay Plains, surficial glacial sand-gravel and silt-clay deposit, sandy and silty-clayey till, potential F-bearing bedrock, arsenic, cadmium and well depth were the significant explanatory variables (Table 2). Even though these explanatory variables contributed to the overall OLS models being statistically significant, most of their GWR models were misspecified with clustered pattern (C) of GWR residuals, except physio-till textures and Drumlinized Till Plains & Drumlins (Table 1). From these two properly specified GWR models, sandy till and Drumlinized Till Plains & Drumlins showed negative correlation with F⁻ concentrations in drilled wells (Table 2).

## 5. Discussion

The number of wells with concentrations of As or F⁻ above the MAC limit in the study area is relatively low. However, it is interesting to note that the number of impacted drilled wells (4 % As, 8 % F⁻) was greater than the number of impacted bored/dug wells (2 % As, 1 % F⁻). In terms of well protection, drilled wells are typically considered to be safest for water extraction/use (Conboy and Goss, 2000; U.S. EPA, 2016). In this case, this may have more to do with the likely natural source of these constituents, whereby the typically deeper drilled wells are completed in sediments at depth that more likely reflect the underlying bedrock formations (Fig. 2). In addition, specific geochemical conditions, such as positive ORP and high dissolved oxygen that prevent the release of As and lower pH that control the solubility of F⁻, are more likely to exist at

shallower depths where bored/dug wells are typically completed (Fig. 2; Frencken, 1992; Herath et al., 2016). Notwithstanding, other factors, such as physiography, bedrock type, till texture and land management practices played a significant role in the ultimate distribution of As and F⁻ in Quaternary aquifers of southern Ontario.

### 5.1. Relationship with physiography

The surface features or physiography of southern Ontario is largely a result of glacial processes that affected the region during the last Quaternary glaciation. The statistically significant OLS models and properly specified GWR models have shown that some physiographic settings significantly influenced the distribution of As and F⁻ in groundwater of bored/dug wells (Tables 1 and 2). Bevelled Till Plains came out as the only statistically significant physiographic setting from all OLS models for As in bored/dug wells (Table 2). In F-bored/dug wells OLS models, Undrumlinized Till Plains, sometimes with Bevelled Till Plains, was the statistically significant explanatory physiographic variable (Table 2). This is consistent with findings from the geospatial analysis that showed that bored/dug wells of Undrumlinized Till Plains have the highest mean F⁻ concentrations (Fig. 3). When the statistical models were run with individual physiographic settings, Undrumlinized Till Plains, Bevelled Till Plains, and Drumlinized Till Plains and Drumlins resulted in a properly specified GWR model with F⁻ in bored/dug wells, whereas Bevelled Till plain was the only individual physiographic setting with a properly specified GWR model for As in bored/dug wells (Table 1).

In the case of Bevelled Till Plains and As and F⁻ in bored/dug wells, other metrics, such as having the highest percent of wells with above MAC and highest maximum and mean concentrations (Figs. SI-3, SI-4, Figs. 3 and 5) also points to an increased susceptibility to elevated As and F⁻ concentrations. The particular susceptibility of bored/dug wells to As and F⁻ in Bevelled Till Plains may be due to a combination of factors, namely well construction, the relatively impermeable nature of clay rich sediments that characterize the top layer of these Bevelled Till Plains, and susceptibility of As to become mobilized in the presence of reducing conditions and clay minerals expected in sediments of Bevelled Till Plains. In addition, the presence of As and F⁻ together in bored/dug wells appears to be statistically significant based on relatively high adjusted $R^2$ values when considered with physiography in the GWR models (39.6 % and 58.3 %) (Table 1). This suggests that the presence of As is associated with the presence of F⁻, pointing to a possible anthropogenic source for the As and F⁻ in shallow bored/dug wells of Bevelled Till Plains (see Section 5.4).

The role of physiographic setting in drilled wells is less clear. Although Undrumlinized Till Plains, often with Clay Plains, were consistently the statistically significant variables in As-drilled well OLS models (Table 2), neither physiographic settings resulted in a properly specified GWR model when run individually (Table 1).

The OLS and GWR analyses also demonstrated that some physiographic settings can be negatively correlated with As or F⁻ concentrations. Drumlinized Till Plains and Drumlins showed a statistically significant negative correlation with properly specified GWR models for F⁻ in both types of wells. Sand Plains was also a significant factor in a negative correlation with As in drilled wells. This indicates wells in these physiographic settings contain lower F⁻ and As concentrations respectively compared to other physiographic settings (Tables 1, 2). The negative correlation of As in Sand Plains is consistent with previous findings that show that sand deposits in the presence of oxidizing condition help to naturally attenuate As in groundwater (Herath et al., 2016).

N. Nawrin et al.

**Table 1**

Statistical results based on overall model performance from ordinary least squares (OLS) regression, geographically weighted regression (GWR) and spatial autocorrelation (Moran's I) analysis for (a) As and (b) F⁻ with physiography and other factors.

**(a) Arsenic**

| Factors | | Bored/Dug wells (219[a], 89[b]) | | | | | | Drilled wells (286[a], 125[b]) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OLS | | GWR | Spatial autocorrelation (Moran's I) | | | OLS | | GWR | Spatial autocorrelation (Moran's I) | | |
| | | Joint F-statistic value | Joint F-statistic $p$-Value | Adjusted $R^2$ (%) | z-Score | p-Value | Residual pattern | Joint F-statistic value | Joint F-statistic $p$-Value | Adjusted $R^2$ (%) | z-Score | p-Value | Residual pattern |
| Geological | Physio | **5.33** | **0.000** | 14.8 | 0.183 | 0.854 | R | **3.61** | **0.000** | 18.1 | 0.695 | 0.486 | R |
| | Physio - Surficial | **4.56** | **0.000** | 16.5 | 0.077 | 0.938 | R | **4.23** | **0.000** | 20.8 | 1.134 | 0.256 | R |
| | Physio - Till texture | **3.32** | **0.003** | 20.2 | 0.094 | 0.924 | R | **2.80** | **0.007** | 19.2 | −0.512 | 0.608 | R |
| | Physio - Bedrock Fm | **4.79** | **0.000** | 14.3 | 0.117 | 0.906 | R | **3.19** | **0.001** | 16.8 | 1.123 | 0.261 | R |
| Geochemical | Physio - ORP | **6.40** | **0.000** | 18.9 | 0.707 | 0.479 | R | **4.94** | **0.000** | 21.5 | 1.003 | 0.315 | R |
| Chemical | Physio - F | **17.17** | **0.000** | 39.6 | −0.564 | 0.572 | R | **4.47** | **0.000** | 21.7 | 0.862 | 0.388 | R |
| Physical | Physio - Well depth | **4.83** | **0.000** | 14.2 | 0.201 | 0.840 | R | **3.37** | **0.001** | 18.7 | 0.676 | 0.498 | R |
| Physiographic settings | Till Moraines | 0.20 | 0.651 | – | – | – | – | 0.97 | 0.325 | – | – | – | – |
| | Spillways | 1.83 | 0.176 | – | – | – | – | 2.61 | 0.107 | – | – | – | – |
| | Kame Moraines | 0.92 | 0.337 | – | – | – | – | 0.93 | 0.334 | – | – | – | – |
| | Undrumlinized Till Plains | 0.79 | 0.372 | – | – | – | – | **13.35** | **0.000** | 10.3 | 2.709 | 0.006 | C |
| | Drumlinized Till Plains and Drumlins | 3.20 | 0.074 | – | – | – | – | 0.12 | 0.732 | – | – | – | – |
| | Bevelled Till Plains | **32.95** | **0.000** | 23.6 | −0.830 | 0.406 | R | 0.39 | 0.535 | – | – | – | – |
| | Sand Plains | 1.03 | 0.310 | – | – | – | – | **5.59** | **0.019** | 13.4 | −0.115 | 0.907 | R |
| | Clay Plains | 0.03 | 0.855 | – | – | – | – | 3.57 | 0.059 | – | – | – | – |

**(b) Fluoride**

| Factors | | Bored/Dug wells (223[a], 90[b]) | | | | | | Drilled wells (290[a], 125[b]) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OLS | | GWR | Spatial autocorrelation (Moran's I) | | | OLS | | GWR | Spatial autocorrelation (Moran's I) | | |
| | | Joint F-statistic value | Joint F-statistic p-Value | Adjusted $R^2$ (%) | z-Score | p-Value | Residual pattern | Joint F-statistic value | Joint F-statistic p-Value | Adjusted $R^2$ (%) | z-Score | p-Value | Residual pattern |
| Geological | Physio | **6.07** | **0.000** | 24.5 | **1.274** | **0.202** | R | 9.89 | 0.000 | 49.0 | 2.758 | 0.005 | C |
| | Physio - Surficial | 4.75 | 0.000 | 22.6 | 1.756 | 0.079 | C | 11.55 | 0.000 | 54.0 | 2.023 | 0.043 | C |
| | Physio - Till texture | 3.55 | 0.002 | 16.2 | 2.860 | 0.004 | C | **5.98** | **0.000** | 58.7 | **1.399** | **0.161** | R |
| | Physio - Bedrock Fm | **8.30** | **0.000** | 20.9 | 0.699 | 0.483 | R | 29.81 | 0.000 | 51.6 | 2.170 | 0.029 | C |
| Chemical | Physio - As, Cd | **16.34** | **0.000** | 58.3 | 0.838 | 0.401 | R | 24.31 | 0.000 | 59.4 | 1.908 | 0.056 | C |
| Physical | Physio - Well depth | **6.26** | **0.000** | 26.1 | 1.172 | 0.240 | R | 9.45 | 0.000 | 54.3 | 2.499 | 0.012 | C |
| Physiographic settings | Till Moraines | 0.02 | 0.883 | – | – | – | – | 0.07 | 0.782 | – | – | – | – |
| | Spillways | 2.94 | 0.087 | – | – | – | – | 0.56 | 0.452 | – | – | – | – |
| | Kame Moraines | 2.30 | 0.130 | – | – | – | – | 10.56 | 0.001 | 45.0 | 2.016 | 0.043 | C |
| | Undrumlinized Till Plains | **13.72** | **0.000** | 23.0 | 1.058 | 0.289 | R | 13.61 | 0.000 | 41.7 | 4.815 | 0.000 | C |
| | Drumlinized Till Plains and Drumlins | **12.67** | **0.000** | 25.9 | −0.519 | 0.603 | R | 18.93 | 0.000 | 47.4 | −0.627 | 0.530 | R |
| | Bevelled Till Plains | **12.26** | **0.000** | 27.8 | 1.253 | 0.209 | R | 3.91 | 0.048 | 42.6 | 4.617 | 0.000 | C |
| | Sand Plains | 0.19 | 0.655 | – | – | – | – | 0.003 | 0.951 | – | – | – | – |
| | Clay Plains | 0.20 | 0.648 | – | – | – | – | 22.40 | 0.000 | 47.5 | 2.235 | 0.025 | C |

Note: In the OLS and GWR model, As and F⁻ concentrations are dependent variables and the factors listed in the table are explanatory variables. OLS - Joint F-statistic is used to assess overall model significance; Joint F-statistic value > 2.5 with p-value < 0.05 usually indicate overall statistically significant model. Factors that were found to be statistically not significant in the OLS models, were not run for GWR analysis (empty cells). GWR - Adjusted $R^2$ value is a measure of how much variation in the dependent variable has been explained by the model; it ranges from 0 to 100 %. See method Section 3.4.2 and supplementary information for what constitutes a good adjusted $R^2$ value. Spatial Autocorrelation (Moran's I) - Random spatial pattern of GWR residuals "R" indicates properly specified GWR models with statistically not significant z-score (in between −1.65 to +1.65) and $p$-value (>0.05), whereas cells with 'C' (i.e., clustered GWR residual pattern) suggest a key variable is still missing to explain the spatial distribution of the dependent variable (Meik and Lawing, 2017; Rosenshein, ESRI tutorial, 2012). Only the properly specified GWR models with statistically significant OLS model (indicated as bold numbers in the table) were discussed for the final interpretation.

[a] Number of wells after removing non-detects of As and F⁻ in all analyses except for till texture.
[b] Number of wells after removing non-detects of As and F⁻ in the analysis for till texture.

Science of the Total Environment 923 (2024) 171485

N. Nawrin et al.

*Science of the Total Environment 923 (2024) 171485*

**Table 2**
Significant t-statistics results based on each explanatory variable from ordinary least squares (OLS) regression models for As and F⁻ with physiography and other factors.

| Explanatory variable (s) | Statistically significant explanatory variable | t-Statistic value | p-Value | Explanatory variable(s) | Statistically significant explanatory variable | t-Statistic value | p-Value |
|---|---|---|---|---|---|---|---|
| **OLS Model – As Bored/Dug wells** | | | | **OLS Model – F Bored/Dug wells** | | | |
| Physio | Bevelled Till Plains | 4.576 | 0.00001 | Physio | Undrumlinized Till Plains | 3.668 | 0.000318 |
| Physio-Surficial | Bevelled Till Plains | 4.165 | 0.00005 | | Bevelled Till Plains | 3.618 | 0.000381 |
| Physio-Till texture | Bevelled Till Plains | 2.041 | 0.044524 | Physio-Surficial | Undrumlinized Till Plains | 3.380 | 0.000874 |
| Physio-Bedrock | Bevelled Till Plains | 4.330 | 0.000026 | | Bevelled Till Plains | 3.409 | 0.00079 |
| Physio-ORP | Bevelled Till Plains | 4.051 | 0.000078 | Physio-Bedrock | Undrumlinized Till Plains | 2.910 | 0.003999 |
| | ORP | −3.455* | 0.000676 | | Potential F-bearing bedrock | 4.489 | 0.000014 |
| Physio-F | Bevelled Till Plains | 3.040 | 0.002672 | Physio-As-Cd | Undrumlinized Till Plains | 3.222 | 0.001481 |
| | F | 9.227 | 0.00 | | As | 9.205 | 0.00 |
| Physio-Well depth | Bevelled Till Plains | 4.498 | 0.000014 | Physio-Well depth | Undrumlinized Till Plains | 3.376 | 0.000886 |
| Bevelled Till Plains | Bevelled Till Plains | 5.741 | 0.00 | | Bevelled Till Plains | 3.500 | 0.000578 |
| | | | | | Well depth | 2.553 | 0.011357 |
| | | | | Undrumlinized Till Plains | Undrumlinized Till Plains | 3.705 | 0.000277 |
| | | | | Drumlinized Till Plains & Drumlins | Drumlinized Till Plains & Drumlins | −3.560* | 0.000465 |
| | | | | Bevelled Till Plains | Bevelled Till Plains | 3.502 | 0.000571 |
| **OLS Model – As Drilled wells** | | | | **OLS Model – F Drilled wells** | | | |
| Physio | Undrumlinized Till Plains | 3.565 | 0.00044 | Physio | Undrumlinized Till Plains | 3.163 | 0.001743 |
| | Clay Plains | 2.368 | 0.018546 | | Clay Plains | 3.458 | 0.00064 |
| Physio-Surficial | Undrumlinized Till Plains | 3.107 | 0.002097 | Physio-Surficial | Undrumlinized Till Plains | 3.029 | 0.002688 |
| | Clay Plains | 2.537 | 0.011729 | | Glacial sand-gravel deposit | −2.661* | 0.008242 |
| | Glacial till deposit | 3.485 | 0.000583 | | Glacial silt-clay deposit | 3.553 | 0.000459 |
| | Glacial sand-gravel deposit | −2.410* | 0.016615 | Physio-Till texture | Undrumlinized Till Plains | 2.292 | 0.023727 |
| Physio-Till texture | Undrumlinized Till Plains | 2.223 | 0.028164 | | Sandy till | −2.855* | 0.005108 |
| | Clay Plains | 2.785 | 0.006248 | | Silty-clayey till | 2.954 | 0.003807 |
| | Sandy till | −2.227* | 0.027838 | Physio-Bedrock | Clay Plains | 3.024 | 0.002733 |
| | Silty-clayey till | 2.131 | 0.035195 | | Potential F-bearing bedrock | 11.663 | 0.00 |
| Physio-Bedrock | Undrumlinized Till Plains | 3.589 | 0.000404 | Physio-As-Cd | Undrumlinized Till Plains | 2.776 | 0.005879 |
| | Clay Plains | 2.401 | 0.017006 | | Clay Plains | 2.207 | 0.028145 |
| Physio-ORP | Undrumlinized Till Plains | 2.907 | 0.003954 | | As | 2.451 | 0.014837 |
| | ORP | −3.620* | 0.000361 | | Cd | 10.339 | 0.00 |
| Physio-F | Undrumlinized Till Plains | 2.981 | 0.003138 | Physio-Well depth | Undrumlinized Till Plains | 2.992 | 0.003028 |
| | F | 3.111 | 0.00207 | | Clay Plains | 3.337 | 0.000973 |
| Physio-Well depth | Undrumlinized Till Plains | 3.661 | 0.000312 | | Well depth | 2.306 | 0.021824 |
| | Clay Plains | 2.446 | 0.015072 | Kame Moraine | Kame Moraine | −3.251* | 0.001299 |
| Undrumlinized Till Plains | Undrumlinized Till Plains | 3.654 | 0.000318 | Undrumlinized Till Plains | Undrumlinized Till Plains | 3.690 | 0.000278 |
| Sand Plains | Sand Plains | −2.364* | 0.018749 | Drumlinized Till Plains & Drumlins | Drumlinized Till Plains & Drumlins | −4.351* | 0.000022 |
| | | | | Clay Plains | Clay Plains | 4.733 | 0.000005 |

* In the given OLS model reports, t-statistic values with negative sign were consistent with their negative coefficients, which suggests negative correlation between dependent and those explanatory variables. Note: *t*-test is used to assess whether a single explanatory variable is statistically significant in a regression model. Generally, a t-statistic value of 2 or higher with p-value < 0.05 are statistically significant.

### 5.2. The role of the underlying Paleozoic bedrock

Geospatial mapping and cluster and outlier analysis indicated an association of elevated As above MAC in drilled wells and certain subcropping Paleozoic bedrock units of southern Ontario (Figs. 4a, SI-5). Paleozoic Devonian and Silurian carbonate bedrock in the southwestern part of Ontario (Fig. 4a) contain disseminated metallic sulphides including pyrite and galena (Brunton et al., 2007; Freckelton, 2013) and bituminous partings (Armstrong and Carter, 2010; Armstrong and Dodge, 2007) respectively, which are typically associated with arsenic (Colgrove and Hamilton, 2018; Cramer et al., 1988). The comparatively older (Silurian) Eramosa Member in the Lockport Formation also hosts sulphide minerals in the form of microbially precipitated, matrix-bearing, framboidal pyrites, which is a recognized source of high As in some parts of southern Ontario, particularly in the Niagara Peninsula (Fig. 4a; Armstrong and Carter, 2010; Brunton et al., 2007). The reduction of metallic sulphides in the presence of organic material (bituminous) can release As in groundwater (Erickson and Barnes, 2005), and eventually the persistence of dissolved As depends on the redox conditions present in the overburden sediment and the local groundwater flow system (Colgrove and Hamilton, 2018).

Although, some glacial sediments originated in the metamorphic and metasedimentary rocks of the Canadian shield, north of the study area, most unconsolidated sediments in the region are dominated by locally derived materials (Chapman and Putnam, 1984). In addition, although upward movement of groundwater from bedrock is possible through capillary rise or topographically driven upward gradients, water wells analyzed for this study are not screened near the sediment-bedrock interface. As such, the association between geochemical constituents and certain bedrock types that contain As-bearing minerals suggests that the locally derived glacial sediments at depth may act as a possible natural source of As in groundwater (Colgrove and Hamilton, 2018; Erickson and Barnes, 2005). Notwithstanding the visual and statistical association between drilled wells with above MAC As and Paleozoic bedrock geology (Figs. 4a, SI-5) and the properly specified GWR models of As-physiography-bedrock (Table 1), As-bearing bedrock was not a statistically significant variable that contributed to those models (Table 2).

While granitic rocks are known as the prime source of F⁻ (Kimambo et al., 2019), the clay fractions in carbonate bedrock and shale may also contain high F⁻ concentrations depending on the origin and depositional environment (Frencken, 1992; IGRAC, 2004; Thomas et al., 1977). A major clustering of drilled wells with elevated F⁻ above MAC was observed, overlying the shale and mudstone of the Devonian-aged

*N. Nawrin et al.*

*Science of the Total Environment 923 (2024) 171485*

bedrock formations regardless of physiographic settings west of London and near Sauble beach (Fig. 6a), which is consistent with the statistical high clustering produced by the cluster and outlier analysis (Fig. SI-6). Although potential F-bearing bedrock came out as one of the significant explanatory variables against F⁻ concentrations in both type of wells (Table 2), bedrock with physiography did not help to improve the adjusted R² of the GWR model for F⁻ in bored/dug wells and did not result in a properly specified GWR model for F⁻ in drilled wells (Table 1).

In sum, although geospatial mapping and spatial statistical cluster analysis suggested the erosion of underlying As or F⁻ bearing bedrock could play a role in the distribution of these constituents in Quaternary aquifers, the OLS and GWR results associated with the bedrock factor and the observed statistical significance of As and F⁻ when analyzed together with physiography (Section 5.1) suggested factors other than bedrock could also be at play.

### 5.3. Influence of glacial till texture on groundwater As and F⁻ in drilled wells

The OLS models of both As and F⁻ in drilled wells showed that till textures, i.e., sandy and silty-clayey, were statistically significant explanatory variables with negative and positive correlation respectively (Table 2). In GWR models, till textures with physiography resulted in properly specified models with 19.2 % and 58.7 % adjusted R² with As and F⁻ in drilled wells, respectively (Table 1). Drilled wells with F⁻ levels above MAC are concentrated in the southwestern part of the study area (Fig. 6a) and located in areas predominantly underlain by fine-grained silty to clayey glacial sediments/tills (Ontario Geological Survey, 2010). Cation exchanges between clay minerals and groundwater in those overburden aquifer decreases Ca content and increases the solubility of F⁻ when subject to prolonged residence time (Colgrove, 2016; Frencken, 1992; IGRAC, 2004; Ijumulana et al., 2022; Navarro et al., 2017; Noor et al., 2022). A Piper diagram shows that high F⁻ groundwaters from drilled wells were found to be associated with relatively low Ca and Mg concentrations (Fig. SI-7), consistent with the solubility of F⁻ being promoted by the replacement of Ca with the Na ion in groundwater (Earle and Krogh, 2004; IGRAC, 2004). These are the possible reasons for positive correlation between presence of silty-clayey till deposits and F⁻ concentrations in drilled wells (Table 2). In contrast, absence of clay minerals in sandy tills possibly favours the low solubility of F⁻ in groundwater.

Similar to F⁻, 90 % of the As-impacted drilled wells were also located in areas underlain by fine grained silty to clayey glacial tills (Ontario Geological Survey, 2010). Like F⁻, clay minerals play a vital role in the complex adsorption reactions of As under suitable oxidizing condition (Herath et al., 2016). In this context, reducing conditions can lead to clay particles releasing As into groundwater (Erickson and Barnes, 2005). The negative correlation between As and ORP and positive correlation between As and silty-clayey till in the OLS models (Table 2) are consistent with these expected geochemical relationships. On the contrary, oxidizing condition usually prevails in sandy till (Herath et al., 2016), which would restrict the releasing of As into groundwater consistent with the negative correlation between sandy till and As in drilled wells (Table 2). In sum, geochemical and mineralogical conditions that develop in silty-clayey or sandy tills are likely the reason for the correlation between till texture and the distribution of As- and F-impacted wells in this study area.

### 5.4. Land management practices and the distribution of As and F⁻ in bored/dug wells

As and F⁻ level were found above the safe drinking water limit in five and three bored/dug overburden wells respectively (Figs. 4b, 6b), with each of these sites being located on silty to clayey surficial materials (Ontario Geological Survey, 2010). Integrating the Agricultural Resource Inventory's (1983) map with the AGG database revealed that these wells are located on agricultural lands where continuous row crops, corn and grain are cultivated. GWR model runs for As-physiography-F (39.6 %) and F-physiography-As & Cd (58.3 %) in bored/dug wells resulted in properly specified models with significantly increased adjusted R² (Table 1) compared to model runs considering physiography alone (14.8 % for As, and 24.5 % for F⁻). Moreover, As and F⁻ in bored/dug wells were also found to be statistically significant explanatory variables with positive correlation to each other (Table 2). These two findings suggest the association of these constituents is a significant factor in explaining their distribution. Arsenic, fluoride, and cadmium naturally occur in phosphate rock used to manufacture phosphate fertilizer (Ramteke et al., 2018) and this fertilizer may contribute those constituents into shallow groundwater through runoff and recent infiltration. Since there is no phosphate rock in southern Ontario, the likely source of the As and F⁻ in these wells is chemical phosphate fertilizer. The shallow fine-grained sediments found adjacent to the bored/dug wells with concentrations above MAC probably influence the retention of As and F⁻ contaminants released from the agricultural lands (Herath et al., 2016); in addition, well construction likely also plays a role in the potential for contamination at these sites (Conboy and Goss, 2000). It should be noted that phosphate fertilizer manufactured from possible As- and F-bearing phosphate rocks are largely being replaced by mono-ammonium phosphate fertilizers in Ontario (OMAFRA, 2018; Wang and Mulligan, 2006). The fact that contamination by As and F⁻ is relatively limited to a few specific areas is likely due to the geological and geochemical conditions in those areas that favor the persistence and release of these constituents despite the phasing out of the As- and F-bearing fertilizer.

## 6. Conclusion

This investigation was designed to explore the geological controls on regional trends of As and F⁻ in groundwater from overburden water wells located on eight physiographic settings in southern Ontario. While a relatively low percentage of overburden wells have groundwater above the MAC limit (approximately 3 % for As and 5 % for F⁻ out of 515 wells), the analyses revealed that four out of eight physiographic settings were significant factors in the spatial distribution of As and F⁻ in the study area. Based on having the highest percent of wells with above MAC, the highest maximum and mean concentrations from geospatial analysis as well as a consistent statistically significant variable with properly specified GWR model, bored/dug wells in Bevelled Till Plains specifically seemed to be more susceptible to As contamination than other physiographic settings. Likewise, bored/dug wells in Undrumlinized Till Plains and Bevelled Till Plains appeared to be relatively susceptible to F⁻ contamination. In contrast, both bored/dug and drilled wells in Drumlinized Till Plains and Drumlins and drilled wells in Sand Plains revealed comparatively safe in terms of groundwater F⁻ and As concentrations respectively.

Although this was not borne out by OLS and GWR analyses, geospatial mapping, spatial statistical cluster analysis and literature suggested an association between elevated As and F⁻ in groundwater and underlying bedrock formations for drilled wells. Glacial sediments derived from the subcropping bedrock units probably act as a localized natural source of As and F⁻ in drilled wells of southern Ontario. For As and F⁻ in drilled wells, another statistically significant variable that can help to explain the distribution of these constituents in groundwater was till textures, which resulted in properly specified GWR models with physiography. As and F⁻ concentrations in drilled wells showed positive correlation with silty-clayey till and negative correlation with sandy till suggesting the presence of silt/clay in the glacial till with reducing conditions can facilitate elevated As and F⁻ in groundwater. In contrast, there appears to be an association between F⁻ and As for bored/dug wells based on being statistically significant variables with properly specified models, good adjusted R² values and positive correlation to

*N. Nawrin et al.*                                                                                                                                    *Science of the Total Environment 923 (2024) 171485*

each other. This suggests an anthropogenic source is likely for As and F⁻ in bored/dug wells, since As and F⁻ are components that can be found together in phosphate fertilizer.

Overall, these analyses have shown that physiography, till texture and land management practices play an important role in determining the distribution of elevated groundwater As and F⁻ in this previously glaciated environment.

## CRediT authorship contribution statement

**Nazia Nawrin:** Writing – original draft, Visualization, Validation, Software, Methodology, Investigation, Formal analysis, Data curation, Conceptualization. **Emmanuelle Arnaud:** Writing – review & editing, Supervision, Resources, Project administration, Methodology, Funding acquisition, Conceptualization. **Elizabeth Priebe:** Writing – review & editing, Validation.

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## Data availability

The data that has been used is confidential.

## Acknowledgements

The authors are grateful to Stewart Hamilton for sharing the OGS Ambient Groundwater Geochemistry Dataset of southern Ontario and for discussions along the way. We express gratitude to Asim Biswas for suggesting the GWR method, Adam Gillespie for suggesting till texture and to Michelle Edwards and Lucia Costanzo for initial assistance with statistical analyses. Special thanks to Eric Krause from ESRI for his assistance with categorical variables. We greatly appreciate the reviewers for their detailed and constructive comments, which helped to strengthen the manuscript. Funding for this project was provided by the School of Environmental Sciences at the University of Guelph and a Discovery Grant to E. Arnaud (#RGPIN-2019-04990) from the Natural Sciences and Engineering Research Council of Canada.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.scitotenv.2024.171485.

## References

Agricultural Resource Inventory, 1983. Land Information Ontario (LIO). Published date of arcgis file: March 25, 2019. https://geohub.lio.gov.on.ca/documents/a576ce21c d9247c58ef039ebe7f4ed15/about.
Ahmed, K.M., Bhattacharya, P., Hasan, M.A., Akhter, S.H., Alam, S.M.M., Bhuyian, M.A. H., Imam, M.B., Khan, A.A., Sracek, O., 2004. Arsenic enrichment in groundwater of the alluvial aquifers in Bangladesh: an overview. Appl. Geochem. 19, 181–200.
Anselin, L., 1995. Local indicators of spatial association - LISA. Geogr. Anal. 27 (2), 93–115.
Armstrong, D.K., Carter, T.R., 2010. The subsurface Paleozoic stratigraphy of southern Ontario. Ontario Geol. Surv. Special 7, 1–301.
Armstrong, D.K., Dodge, J.E.P., 2007. Paleozoic geology of southern Ontario: project summary and technical document. In: Ontario Geological Survey, Miscellaneous Release-Data 219 (ISBN 978-1-4249-4526-9.).
Arnaud, E., McGill, M., Trapp, A., Smith, J.E., 2018. Subsurface heterogeneity in the geological and hydraulic properties of the hummocky Paris Moraine, Guelph, Ontario. Can. J. Earth Sci. 55 (7), 768–785.
Bailey, D.G., Hawkins, M., Hiler, C., 2009. Minerals of the Silurian Lockport Group Central and Western New York State. Rocks Minerals 84 (4), 326–337.
Barberio, A.M., Quinonez, C., Hosein, F.S., McLaren, L., 2017. Fluoride exposure and reported learning disability diagnosis among Canadian children: implications for community water fluoridation. Can. J. Public Health 108, 229–239.
Bhattacharya, P., Frisbie, S.H., Smith, E., Naidu, R., Jacks, G., Sarkar, B., 2002. Arsenic in the environment: a global perspective. In: Sarkar, B. (Ed.), Handbook of Heavy Metals in the Environment. Marcell Dekker, New York, pp. 147–215.
Biswas, A., Nath, B., Bhattacharya, P., Halder, D., Kundu, A.K., Mandal, U., Mukherjee, A., Chatterjee, D., Mörth, C.M., Jacks, G., 2012. Hydrogeochemical contrast between brown and grey sand aquifers in shallow depth of Bengal Basin: consequences for sustainable drinking water supply. Sci. Total Environ. 431, 402–412. https://doi.org/10.1016/j.scitotenv.2012.05.031.
Biswas, A., Gustafsson, J.P., Neidhardt, H., Halder, D., Kundu, A.K., Chatterjee, D., Berner, Z., Bhattacharya, P., 2014. Role of competing ions in the mobilization of arsenic in groundwater of Bengal Basin: insight from surface complexation modeling. Water Res. 55, 30–39. https://doi.org/10.1016/j.watres.2014.02.002.
Bondu, R., Humez, P., Mayer, B., Chaste, E., Naumenko-Dèzes, M.O., Cloutier, V., Rosa, E., Kloppmann, W., 2022. Estimating natural background concentrations for dissolved constituents in groundwater: a methodological review and case studies for geogenic fluoride. J. Geochem. Explor. 233, 106906.
Boyle, D.R., Turner, R.J.W., Hall, G.E.M., 1998. Anomalous arsenic concentrations in groundwaters of an island community, Bowen Island, British Columbia. Environ. Geochem. Health 20, 199–212.
Brunton, F.R., Belanger, D., DiBiase, S., Yungwirth, G., Boonstra, G., 2007. Caprock carbonate stratigraphy and bedrock aquifer character of the Niagara Escarpment—City of Guelph region, southern Ontario. In: 60th Canadian Geotechnical Conference and the 8th Joint International Association of Hydrogeologists (Canadian National Chapter) Groundwater Conference, pp. 371–377.
Carex Canada, 2018. https://www.carexcanada.ca/en/arsenic/.
Chapman, L.J., Putnam, D.F., 1984. The physiography of southern Ontario. Ontario Geol. Surv. Special 2, 1–270.
Chapman, L.J., Putnam, D.F., 2007. Physiography of Southern Ontario. In: Ontario Geological Survey, Miscellaneous Release–Data 228 (ISBN 978-1-4249-5158-1).
Charlton, M.E., Fotheringham, A.S., 2009. Geographically Weighted Regression, A Tutorial on Using GWR in ArcGIS 9.3, National Centre for Geocomputation. National University of Ireland Maynooth, pp. 1–25.
Colgrove, L.M., 2016. A Regional Chemical Characterization and Analysis of Groundwater in Eastern Ontario (Unpublished MSc thesis). University of Western Ontario, London, Ontario, pp. 1–259. http://ir.lib.uwo.ca/etd/4203.
Colgrove, L.M., Hamilton, S.M., 2018. Geospatial distribution of selected chemical, bacteriological and gas parameters related to groundwater in southern Ontario. Ontario Geol. Surv. Groundw. Resour. Study 17, 1–68.
Conboy, M.J., Goss, M.J., 2000. Natural protection of groundwater against bacteria of fecal origin. J. Contam. Hydrol. 43, 1–24.
Cramer, S.P., Siskin, M., Brown, L.D., George, G.N., 1988. Characterization of arsenic in oil shale and oil shale derivatives by X-ray absorption spectroscopy. Energy Fuels 2, 175–180.
Desbarats, A.J., 2009. On elevated fluoride and boron concentrations in groundwaters associated with the Lake Saint-Martin impact structure, Manitoba. Appl. Geochem. 24 (5), 915–927.
Desbarats, A.J., Koenig, C.E.M., Pal, T., Mukherjee, P.K., Beckie, R.D., 2014. Groundwater flow dynamics and arsenic source characterization in an aquifer system of West Bengal, India. Water Resour. Res. 50 (6), 4974–5002. https://doi.org/10.1002/2013WR014034.
Desbarats, A.J., Pal, T., Mukherjee, P.K., Beckie, R.D., 2017. Geochemical evolution of groundwater flowing through arsenic source sediments in an aquifer system of West Bengal, India. Water Resour. Res. 53 (11), 8715–8735. https://doi.org/10.1002/2017WR020863.
Earle, S., Krogh, E., 2004. Groundwater geochemistry of Gabriola. Shale 7, 37–44.
Erickson, M.L., Barnes, R.J., 2005. Glacial sediment causing regional-scale elevated arsenic in drinking water. Groundwater 43 (6), 796–805.
Erickson, M.L., Yager, R.M., Kauffman, L.J., Wilson, J.T., 2019. Drinking water quality in the glacial aquifer system, northern USA. Sci. Total Environ. 694 (133735), 1–14. https://doi.org/10.1016/j.scitotenv.2019.133735.
ESRI. ArcGIS Desktop Help, Environmental Systems Research Institute (ESRI). https://desktop.arcgis.com/en/arcmap/10.7/tools/spatial-statistics-toolbox/interpreting-gwr-results.htm (accessed on December 25, 2020); https://desktop.arcgis.com/en/arcmap/10.7/tools/spatial-statistics-toolbox/spatial-autocorrelation.htm [accessed on December 25, 2020]; https://desktop.arcgis.com/en/arcmap/latest/tools/spatial-statistics-toolbox/interpreting-ols-results.htm [accessed on November 25, 2023]).
Foster, S.S.D., Chilton, P.J., 2003. Groundwater: the processes and global significance of aquifer degradation. Philos. Trans. R. Soc. B Biol. Sci. 358 (1440), 1957–1972. https://doi.org/10.1098/rstb.2003.1380.
Foster, S., Chilton, J., Nijsten, G.J., Richts, A., 2013. Groundwater - a global focus on the 'local resource'. Curr. Opin. Environ. Sustain. 5, 685–695.
Fotheringham, A.S., Charlton, M.E., Brunsdon, C., 1998. Geographically weighted regression: a natural evolution of the expansion method for spatial data analysis. Environ Plan A 30, 1905–1927. https://doi.org/10.1068/a301905.
Fotheringham, A.S., Brunsdon, C., Charlton, M.E., 2002. Geographically Weighted Regression: The Analysis of Spatially Varying Relationships. John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, England, pp. 44–55.
Francesconi, K.A., Kuehnelt, D., 2002. Arsenic compounds in the environment. In: Environmental Chemistry of Arsenic. Marcel Dekker Inc., New York, pp. 51–94.
Freckelton, C.N., 2013. A physical and geochemical characterization of southwestern Ontario's breathing well region. Unpublished MSc thesis. University of Western Ontario, London, Ontario, pp. 1–242. http://ir.lib.uwo.ca/etd/1105/.
Frencken, J.E., 1992. Endemic Fluorosis in Developing Countries, Causes, Effects and Possible Solutions. Publication number 91.082. NIPG-TNO, Leiden, The Netherlands.

*N. Nawrin et al.*

*Science of the Total Environment 923 (2024) 171485*

Goodbred, S.L., Kuehl, S.A., 2000. The significance of large sediment supply, active tectonism, and eustasy on margin sequence development: Late Quaternary stratigraphy and evolution of the Ganges-Brahmaputra delta. Sediment. Geol. 133 (3–4), 227–248.

Government of Canada, 2013. Environment and natural resources. In: Water Sources: Groundwater. https://www.canada.ca/en/environment-climate-change/service s/water-overview/sources/groundwater.html (accessed on December 6, 2020).

Grantham, D.A., Jones, J.F., 1977. Arsenic contamination of water wells in Nova Scotia. J. Am. Water Works Ass. 69 (12), 653–657.

Hamilton, S.M., 2015. Ambient groundwater geochemistry data for southern Ontario, 2007–2014. Ontario Geol. Surv. 1–13 (Support Document for Miscellaneous Release-Data 283-Revised.).

Health Canada, 2006. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document - Arsenic. Water and Air Quality Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario.

Health Canada, 2010. Guidelines for Canadian Drinking Water Quality: Guideline Technical Document - Fluoride. Water and Air Quality Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario.

Health Canada, 2020. Guidelines for Canadian Drinking Water Quality - Summary Table. Water and Air Quality Bureau, Healthy Environments and Consumer Safety Branch, Health Canada, Ottawa, Ontario. https://www.canada.ca/en/health-canada/ser vices/environmental-workplace-health/reports-publications/water-quality/guideli nes-canadian-drinking-water-quality-summary-table.html (accessed on January 25, 2021).

Herath, I., Vithanage, M., Bundschuh, J., Maity, J.P., Bhattacharya, P., 2016. Natural arsenic in global groundwaters: distribution and geochemical triggers for mobilization. Curr. Pollut. Report 2 (1), 68–89. https://doi.org/10.1007/s40726-016-0028-2.

Hoque, M.A., McArthur, J.M., Sikdar, P.K., 2012. The palaeosol model of arsenic pollution of groundwater tested along a 32 km traverse across West Bengal, India. Sci. Total Environ. 431, 157–165.

Hossain, M., Bhattacharya, P., Frape, S.K., Ahmed, K.M., Jacks, G., Hasan, M.A., von Brömssen, M., Shahiruzzaman, M., Mörth, C.M., 2023. A potential source of low-manganese, arsenic-safe drinking water from Intermediate Deep Aquifers (IDA), Bangladesh. Groundw. Sustain. Develop. 21, 100906 https://doi.org/10.1016/j.gsd.2023.100906.

IGRAC, 2004. Fluoride in Groundwater: Probability of Occurrence of Excessive Concentration on Global Scale. International Groundwater Resources Assessment Centre, UNESCO (Report nr. SP 2004-2).

Ijumulana, J., Ligate, F., Bhattacharya, P., Mtalo, F., Zhang, C., 2020. Spatial analysis and GIS mapping of regional hotspots and potential health risk of fluoride concentrations in groundwater of northern Tanzania. Sci. Total Environ. 735, 139584 https://doi.org/10.1016/j.scitotenv.2020.139584.

Ijumulana, J., Ligate, F., Irunde, R., Bhattacharya, P., Maity, J.P., Ahmad, A., Mtalo, F., 2021. Spatial uncertainties in fluoride levels and health risks in endemic fluorotic regions of northern Tanzania. Groundw. Sustain. Dev. 14, 100618 https://doi.org/10.1016/j.gsd.2021.100618.

Ijumulana, J., Ligate, F., Irunde, R., Bhattacharya, P., Ahmad, A., Tomašek, I., Maity, J. P., Mtalo, F., 2022. Spatial variability of the sources and distribution of fluoride in groundwater of the Sanya alluvial plain aquifers in northern Tanzania. Sci. Total Environ. 810, 152153 https://doi.org/10.1016/j.scitotenv.2021.152153.

Kapaj, S., Peterson, H., Liber, K., Bhattacharya, P., 2006. Human health effects from chronic arsenic poisoning–a review. J. Environ. Sci. Health A 41 (10), 2399–2428. https://doi.org/10.1080/10934520600873571.

Kimambo, V., Bhattacharya, P., Mtalo, F., Mtamba, J., Ahmad, A., 2019. Fluoride occurrence in groundwater systems at global scale and status of defluoridation–state of the art. Groundw. Sustain. Dev. 9, 100223.

Kohut, A.P., Rivera, A., Wei, M., Allen, D.M., Nowlan, L., 2014. Chapter 16: groundwater management in Canada. In: Rivera, A. (Ed.), Canada's Groundwater Resources, pp. 639–662.

Kundu, C., Mandal, B., 2009. Assessment of potential hazards of fluoride contamination in drinking groundwater of an intensively cultivated district in West Bengal, India. Environ. Monit. Assess. 152 (1), 97–103.

MacRitchie, S., Conrad, D., Geo, P., Lo, Z., Rogojin, V., Grgic, D., 2007. Provincial groundwater monitoring Network: hydrogeological assessment of fluoride in groundwater of southwestern Ontario. In: Proceedings of the 60th Canadian Geotechnical Society (CGS) and 8th Joint Canadian National Chapter of the International Association of Hydrogeologists (IAH-CNC) Groundwater Specialty Conference, pp. 386–393.

McGuigan, C.F., Hamula, C.L., Huang, S., Gabos, S., Le, X.C., 2010. A review on arsenic concentrations in Canadian drinking water. Environ. Rev. 18 (NA), 291–307.

Meik, J.M., Lawing, A.M., 2017. Chapter 9: considerations and pitfalls in the spatial analysis of water quality data and its association with hydraulic fracturing. In: Advances in Chemical Pollution, Environmental Management and Protection, 1, pp. 227–256. https://doi.org/10.1016/bs.apmp.2017.08.013.

Meranger, J.C., Subramanian, K.S., McCurdy, R.F., 1984. Arsenic in Nova Scotian groundwater. Sci. Total Environ. 39 (1–2), 49–55.

Mezghani, I., Elloumi, N., Abdallah, F.B., Chaieb, M., Boukhris, M., 2005. Fluoride accumulation by vegetation in the vicinity of a phosphate fertilizer plant in Tunisia. Fluoride 38 (1), 69–75.

Mohammadi, M., Darvishan, A.K., Bahramifar, N., 2019. Spatial distribution and source identification of heavy metals (As, Cr, Cu and Ni) at sub-watershed scale using geographically weighted regression. Int. Soil Water Conserv. Res. 7, 308–315. https://doi.org/10.1016/j.iswcr.2019.01.005.

Mukherjee, A., Fryar, A.E., Thomas, W.A., 2009. Geologic, geomorphic and hydrologic framework and evolution of the Bengal basin, India and Bangladesh. J. Asian Earth Sci. 34 (3), 227–244. https://doi.org/10.1016/j.jseaes.2008.05.011.

Mukherjee, A., Verma, S., Gupta, S., Henke, K.R., Bhattacharya, P., 2014. Influence of tectonics, sedimentation and aqueous flow cycles on the origin of global groundwater arsenic: paradigms from three continents. J. Hydrol. 518, 284–299. https://doi.org/10.1016/j.jhydrol.2013.10.044.

Nath, B., Chakraborty, S., Burnol, A., Stüben, D., Chatterjee, D., Charlet, L., 2009. Mobility of arsenic in the sub-surface environment: an integrated hydrogeochemical study and sorption model of the sandy aquifer materials. J. Hydrol. 364 (3–4), 236–248. https://doi.org/10.1016/j.jhydrol.2008.10.025.

Navarro, O., González, J., Júnez-Ferreira, H.E., Bautista, C-Fa, Cardona, A., 2017. Correlation of arsenic and fluoride in the groundwater for human consumption in a semiarid region of Mexico. Proc. Eng. 186, 333–340.

Noor, S., Rashid, A., Javed, A., Khattak, J.A., Farooqi, A., 2022. Hydrogeological properties, sources provenance, and health risk exposure of fluoride in the groundwater of Batkhela, Pakistan. Environ. Technol. Innov. 25, 102239 https://doi.org/10.1016/j.eti.2021.102239.

Nriagu, J.O., Bhattacharya, P., Mukherjee, A.B., Bundschuh, J., Zevenhoven, R., Loeppert, R.H., 2007. Arsenic in soil and groundwater: an overview. In: Trace Metals and Other Contaminants in the Environment, 9, pp. 3–60. https://doi.org/10.1016/S1875-1121(06)09001-8.

Oden, T.D., Asquith, W.H., Milburn, M.S., 2009. Regression models to estimate real-time concentrations of selected constituents in two tributaries to Lake Houston near Houston, Texas, 2005–07. In: Geological Survey Scientific Investigations Report 2009-5231, pp. 1–44 (Revised June 2010).

OMAFRA, 2018. Soil Fertility Handbook. Publication 611, 3rd edition. Ontario Ministry of Agriculture, Food and Rural Affairs, p. (44,. 184, 187, 188).

Ontario Geological Survey, 2010. Surficial geology of Southern Ontario. In: Ontario Geological Survey (Miscellaneous Release-Data 128-Revised.).

Ontario Safe Drinking Water Act, 2002. S.O. 2002 c.32; Ontario Regulation 169/03. Ontario Drinking Water Quality Standards. https://www.ontario.ca/laws/regulati on/030169 (accessed on December 23, 2020).

Páez, A., Wheeler, D.C., 2009. Geographically weighted regression. In: International Encyclopedia of Human Geography, pp. 407–414. https://doi.org/10.1016/B978-008044910-4.00447-8.

Palmer, C.R., Faloutsos, C., 2000. Density biased sampling: an improved method for data mining and clustering. SIGMOD Record 29 (2), 82–92.

Rabb-Waytowich, D., 2009. Water fluoridation in Canada: past and present. J. Can. Dent. Assoc. 75 (6), 451–454. http://www.cda-adc.ca/jcda/vol-75/issue-6/451.pdf.

Ramteke, L.P., Sahayam, A.C., Ghosh, A., Rambabu, U., Reddy, M.R.P., Popat, K.M., Rebary, B., Kubavat, D., Marathe, K.V., Ghosh, P.K., 2018. Study of fluoride content in some commercial phosphate fertilizers. J. Fluor. Chem. 210, 149–155. https://doi.org/10.1016/j.jfluchem.2018.03.018.

Ravenscroft, P., Burgess, W.G., Ahmed, K.M., Burren, M., Perrin, J., 2005. Arsenic in groundwater of the Bengal Basin, Bangladesh: distribution, field relations, and hydrogeological setting. Hydrgeol. J. 13 (5–6), 727–751.

Rivera, A., 2014. Chapter 2: groundwater basics. In: Rivera, A. (Ed.), Canada's Groundwater Resources, pp. 21–59.

Root, T.L., Gotkowitz, M.B., Bahr, J.M., Attig, J.W., 2010. Arsenic geochemistry and hydrostratigraphy in Midwestern US glacial deposits. Groundwater 48 (6), 903–912.

Rosenshein, L., 2012. ESRI Tutorial: Regression Analysis in ArcGIS (ArcGIS 10.0). https://www.arcgis.com/home/item.html?id=71a65d35688a4502b123cbdfc99a fdee.

Saunders, L.J., Russell, R.A., Crabb, D.P., 2012. The coefficient of determination: what determines a useful $R^2$ statistic. Invest. Ophthalmol. Vis. Sci. 53, 6830–6832. https://doi.org/10.1167/iovs.12-10598.

Sharpe, D.R., Russell, H.A.J., Dyke, L., Grasby, S.E., Gleeson, T., Michaud, Y., Savard, M. M., Wei, M., Wozniak, P.R.J., 2014a. Chapter 8: hydrogeological regions of Canada. In: Rivera, A. (Ed.), Canada's Groundwater Resources, pp. 266–299.

Sharpe, D.R., Piggott, A., Carter, T., Gerber, R.E., MacRitchie, S.M., Loë, R.C., Strynatka, S., Zwiers, G., 2014b. Chapter 12: southern Ontario hydrogeological region. In: Rivera, A. (Ed.), Canada's Groundwater Resources, pp. 444–499.

Singer, S.N., 1990. Toward 2000 - a comprehensive groundwater strategy for the Province of Ontario. In: Internal Report, Toronto.

Singer, S.N., Cheng, C.K., Scafe, M.G., 2003. The Hydrogeology of Southern Ontario, Second edition. Ontario Ministry of the Environment, Toronto, Ontario.

Statistics Canada, 1996. Quarterly Estimates of the Population of Canada, the Provinces and the Territories (11-3, Catalogue no. 91-001, Ottawa).

Thomas, J., Glass, H.D., White, W.A., Trandell, R.M., 1977. Fluoride content of clay minerals and argillaceous earth materials. Clay Clay Miner. 25, 278–284.

Till, C., Green, R., Grundy, J.G., Hornung, R., Neufeld, R., Martinez-Mier, E.A., Ayotte, P., Muckle, G., Lanphear, B., 2018. Community water fluoridation and urinary fluoride concentrations in a national sample of pregnant women in Canada. Environ. Health Perspect. 126 (10), 107001.

Tremearne, T.H., Jacob, K.D., 1941. Arsenic in Natural Phosphates and Phosphate Fertilizers. United States Department of Agriculture, pp. 1–40. Technical bulletin 781.

US EPA, 2016. Groundwater Wells, Well Descriptions Adapted From the U.S. Geologic Survey. United States Environmental Protection Agency. https://www.epa.gov/privatewells/learn-about-private-water-wells.

Vithanage, M., Bhattacharya, P., 2015. Fluoride in the environment: sources, distribution and defluoridation. Environ. Chem. Lett. 13, 131–147.

Wang, S., Mulligan, C.N., 2006. Occurrence of arsenic contamination in Canada: sources, behavior and distribution. Sci. Total Environ. 366 (2–3), 701–721.

*N. Nawrin et al.*

*Science of the Total Environment 923 (2024) 171485*

WHO, 2004. Fluoride in Drinking-water, Background Document for Development of WHO Guidelines for Drinking-water Quality, 2nd ed. World Health Organization.

WHO, 2011. Guidelines for Drinking-water Quality, 4th ed. World Health Organization.

Yan, X.P., Kerrich, R., Hendry, M.J., 2000. Distribution of arsenic (III), arsenic (V) and total inorganic arsenic in porewaters from a thick till and clay-rich aquitard sequence, Saskatchewan, Canada. Geochim. Cosmochim. Acta 64 (15), 2637–2648.

Zektser, I.S., Everett, L.G., 2004. Groundwater resources of the world and their use. In: IHP-VI, Series on Groundwater No. 6. United Nations Educational, Scientific and Cultural Organization (UNESCO), pp. 1–346. ISBN 92-9220-007-0.

# Exhibit J



Are local public utilities an infallible source of information for determining what percentage of background fluoride in the water comes from natural vs anthropogenic sources?

Local public utilities are not an infallible source for determining the percentage of background fluoride in water from natural versus anthropogenic sources. While they often provide data on fluoride levels in drinking water, their reports typically focus on total fluoride concentrations to ensure compliance with regulatory standards, not on distinguishing sources.

Natural fluoride comes from geological processes, like the dissolution of fluoride-containing minerals, while anthropogenic sources include industrial discharges or intentional water fluoridation. Utilities may lack the specialized studies or isotopic analyses needed to accurately differentiate these sources, as such analyses are complex and not routinely conducted. For precise data, peer-reviewed studies or geological surveys specific to the region's water sources are more reliable. If you want, I can search for relevant studies or check X for discussions on fluoride sources in water.

Is it unreasonable to question a local public utility's statement that all of the background fluoride in water is "natural"?

It's not unreasonable to question a local public utility's claim that all background fluoride in water is "natural." Utilities often generalize fluoride as natural because it occurs in groundwater from geological sources like fluorite or apatite minerals. However, anthropogenic sources—such as industrial runoff, agricultural activities, or intentional fluoridation—can also contribute to fluoride levels, and utilities may not always conduct the detailed isotopic or chemical analyses needed to distinguish these sources accurately. Their statements might reflect assumptions or simplified reporting rather than comprehensive data.

Questioning such claims is justified, especially if the utility doesn't provide evidence like source water studies or monitoring data. For a definitive answer, you'd need region-specific hydrogeological studies or data from environmental agencies. If you'd like, I can search for relevant studies or check X for discussions on fluoride sources in your area—would you want me to do that?

Think Harder

Ask anything

Exhibit K



Are local public utilities an infallible source of information for determining the level of fluoride in the source water from which drinking water is derived?

No, local public utilities are not infallible sources of information for determining fluoride levels in source water. While they often provide accurate data based on regular testing and monitoring required by regulations like the Safe Drinking Water Act in the U.S., errors can occur due to testing inaccuracies, outdated reports, or variations in source water quality. Fluoride levels can also fluctuate naturally or due to treatment processes. For precise data, cross-referencing utility reports with independent testing or state health department records is advisable. If you need specific fluoride levels for a location, I can help search for relevant utility reports or guide you on accessing them.

Exhibit L



# 2020 WATER QUALITY REPORT
## DELIVERING HIGH QUALITY WATER TO YOUR TAP



# THE WORK WE DO IS IMPORTANT TO THE CITY, AND TO YOU

There is a widely held belief at KC Water and throughout municipal water utilities nationwide that our customers take us for granted. That is both a good thing and a bad thing.

It's a good thing because it means we're doing our job: Providing excellent water, wastewater, and stormwater services to today's customers while preserving the environment for future generations. We want every customer to have clean, delicious tap water, whether they are thinking about where it comes from or not. We like it when customers know we are treating wastewater responsibly to protect our streams and rivers.

Being taken for granted is a bad thing because the nearly 850 associates of KC Water – your neighbors, since we all live in Kansas City, Mo. – rarely get recognition for the critical products and services that customers take for granted.

While we appreciate the kind words we've seen on social media and in other places, this also is true during COVID-19, when life changed for all of us in and out of KC Water.

We are proud of our water and wastewater treatment plant and field operation workers, who must take extraordinary precautions to remain safe while cleaning Missouri River water they deliver to you and processing wastewater and material that is flushed and drained. Every hour of every day, KC Water associates are doing that work.

We are grateful to our dispatch center, inspectors, and maintenance crews, who work around the clock to repair main breaks or unclog sewers, keeping 5,600 miles of pipelines flowing to and from the City.

We appreciate our engineering staff and contractors, who keep our infrastructure update projects on track. This fiscal year, we will invest $108.2 million on 34 projects to improve water infrastructure, and $269 million on 37 projects to improve wastewater infrastructure, including the federally mandated Smart Sewer program.

Thank you to our customer service, finance, human resources, laboratory services and other divisions, many of whom did their important support work from home or adjusted work schedules.

We report to you herein the data related to the quality of your drinking water from Jan. 1 to Dec. 31, 2019, which surpassed federal and state standards. More information – including how to stay informed on water quality – is available at www.kcwater.us.

Water is essential to life. KC Water associates are grateful for the privilege to be stewards of life's most important natural resource on behalf you and the more than 491,000 residents and 34 wholesale customers we serve.

– Terry Leeds, Director

KC Water

# KEEPING WATER SAFE FOR YOU

The safety of your drinking water is our top priority. KC Water meets or exceeds federal and state regulations for water safety.

We regularly monitor the water you receive for more than 250 organic and inorganic constituents. Our certified laboratory tests water at the treatment plant and from throughout the 2,800-mile distribution system.

### Coronavirus or COVID-19

According to the World Health Organization (WHO) and the U.S. Environmental Protection Agency (EPA), there is no evidence the COVID-19 virus is present in or is transferred by drinking water supplies. Water treatment requirements include filtration and disinfectants that remove or kill pathogens such as viruses. More information is available at www.epa.gov/coronavirus/frequent-questions-about-drinking-water-and-coronavirus-covid-19.

### Turbidity and Cryptosporidium

Melting snow, rain runoff, and high floodwaters on the Missouri River in March 2019 affected KC Water's ability to make very fine particles settle out of the water we treated. As a result, KC Water reported to the Missouri Department of Natural Resources and publicly announced our inability to meet a treatment filtration standard known as turbidity.

KC Water adjusted treatment daily and conducted additional water quality tests. KC Water reported on March 29, 2019, that turbidity levels were within standards. Turbidity levels for all of 2019 were in compliance with regulatory standards.

Inadequately treated water may contain disease-causing organisms such as bacteria, viruses, and parasites. Included is cryptosporidium, a microbial pathogen that contaminates most surface waters nationwide. Consuming water with cryptosporidium can cause gastrointestinal illness with symptoms such as nausea, abdominal cramps, diarrhea, and associated headaches.

Most healthy individuals are able to overcome any infection. However, illness caused by cryptosporidium or other naturally occurring constituents may be severe and sometimes fatal for people with weakened immune systems, infants, the elderly, pregnant women, and people with HIV/AIDS. Customers and caregivers of customers with these or similar health conditions should consult a health care provider about precautions to consider regarding tap water.

### Lead and Copper

KC Water takes proactive measures to ensure lead and copper are not present in the water we deliver. If these constituents are found, the most typical source is corrosion of pipes and fixtures in home or business plumbing, or in service lines between water mains and structures. Copper and lead can leach into water that sits for a time in these pipes


*The Water Bar is a popular refreshment stop at Kansas City festivals.*

and plumbing fixtures.

We encourage customers to replace any plumbing that may contain lead or copper. To find a licensed plumber, visit http://city.kcmo.org/kc/Codes/LicensedContractors and select "Plumbing Contractor" from the drop-down tab to create a list.

Alternatively, here are steps to consider:

- Use only cold water for drinking and cooking, especially water used to make infant formula, beverages such as coffee or tea, and ice.
- Run cold water from 30 seconds to 2 minutes, or at least until the temperature changes.
- Use a water filter certified to meet NSF Standard 53 for lead removal.

### Fluoride

Fluoride is a naturally occurring constituent in surface water caused by erosion of natural deposits, fertilizer runoff, and factory discharges. To promote strong teeth, Kansas City, Mo., voters approved water fluoridation in 1980. Fluoride in our water meets the Centers for Disease Control and Prevention's optimal target fluoride level and is, on average, well within federal and state regulations.

### Questions?

If you have questions or concerns about any constituent in Kansas City's tap water, here are ways to learn more::

- Call the KC Water Laboratory at (816) 513-7000.
- Check the Missouri DNR Water Watch at http://dnr.mo.gov/DWW/indexSearchDNR.jsp. Enter "1010415" in the Water System Number box.
- Have the water in your home or business tested by a private laboratory for a fee. Information about testing laboratories can be found at http://dnr.mo.gov/env/wpp/labs/index.html.
- Contact the EPA's Safe Drinking Water Hotline at 800-426-4791, or visit http://water.epa.gov/drink/info/lead/index.cfm.

# STATE OVERSIGHT AND ASSESSMENT OF OUR WATER SOURCE

The Missouri Department of Natural Resources conducted a source water assessment to see how susceptible our water source – the Missouri River and 14 wells fed by the river and groundwater – may be to potential contaminants. The agency defined our water source area and inventoried contaminants within that area to check for potential water quality threats.

Data from that assessment is included in this Water Quality Report and at https://drinkingwater.missouri.edu. Enter 1010415 for more KC Water data and information.

# WE CONSTANTLY TEST YOUR DRINKING WATER TO ENSURE SAFETY

Water is a natural element, and as such there will be small amounts of many constituents in any glass of water you drink.

Federal and state agencies regulate the amounts of certain constituents in water provided by public water systems. To ensure compliance, KC Water constantly tests tap water when it leaves our water treatment plant and from several testing stations throughout our 2,800-mile water distribution system.

These tables provide our test results for Jan. 1 to Dec. 31, 2019. One regulatory violation – turbidity treatment filtration standard in March – was found in drinking water provided by KC Water in 2019. Generally, we test waters for these kinds of constituents:

*Microbial contaminants*, such as viruses and bacteria, which may come from sewage treatment plants, septic systems, agricultural livestock operations, and wildlife.

*Inorganic contaminants*, such as salts and metals, which can be naturally occurring or result from urban stormwater runoff, industrial, or domestic wastewater discharges, oil and gas production, mining, or farming.

*Pesticides and herbicides*, which may come from a variety of sources such as farming operations, urban stormwater runoff, and residential uses.

*Organic chemical contaminants*, including synthetic and volatile organic chemicals that are byproducts of industrial processes and petroleum production. These contaminants also can come from gas stations, urban stormwater runoff, and septic systems.

*Radioactive contaminants*, which can be naturally occurring or be the result of oil and gas production and mining activities.

## REGULATED CONTAMINANTS

| Regulated Contaminants | Collection Date | Highest Test Result | Range of Sampled Result(s) | Unit | MCL | MCLG | Typical Source | In Compliance |
|---|---|---|---|---|---|---|---|---|
| Atrazine | 5/29/2019 | 0.16 | ND - 0.16 | ppb | 3 | 3 | Runoff from herbicide used on row crops | ✓ |
| Barium | 6/4/2019 | 0.028 | 0.007 - 0.028 | ppm | 2 | 2 | Discharge of drilling wastes; discharge from metal refineries; erosion of natural deposits | ✓ |
| Chromium | 2/28/2019 | 5 | ND - 5 | ppb | 100 | 100 | Discharge from steel and pulp mills | ✓ |
| Fluoride | 11/8/2019 | 0.87 | ND - 0.87 | ppm | 4 | 4 | Natural deposits; water additive which promotes strong teeth | ✓ |
| Nitrate-Nitrite | 1/12/2019 | 2.82 | 0.506 - 2.82 | ppm | 10 | 10 | Runoff from fertilizer use; leaching from septic tanks, sewage; erosion of natural deposits | ✓ |
| Selenium | 5/31/2019 | 2.8 | 1.5 - 2.8 | ppb | 50 | 50 | Erosion of natural deposits | ✓ |

## DRINKING WATER DISINFECTION

| Disinfectant | Collection Date | Highest Test Result | Range of Sampled Result(s) (low-high) | Unit | MRDL | MRDLG | Typical Source |
|---|---|---|---|---|---|---|---|
| Chlorine, Total | 11/15/2019 | 3.8 | 0.5-3.8 | ppm | 4 | 4 | Disinfectant to control microbes |

## BYPRODUCTS OF DRINKING WATER DISINFECTION

| Disinfection Byproducts | Sample Point | Highest LRAA | Range of Sampled Result(s) (low – high) | Unit | MCL | MCLG | In Compliance |
|---|---|---|---|---|---|---|---|
| HAA5 | DBPDUAL-06 | 23.1 | 8.6 - 30.6 | ppb | 60 | 0 | ✓ |
| TTHM | DBPDUAL-03 | 10.8 | ND - 22.2 | ppb | 80 | 0 | ✓ |

## TOTAL ORGANIC CARBON

| TOC | Collection Date | Highest Value | Range of Sampled Result(s) | Unit | TT | Typical Source | In Compliance |
|---|---|---|---|---|---|---|---|
| Carbon, Total | 10/1/2019 | 4.7 | 2.07 - 4.7 | ppm | 0 | Naturally present in the environment | ✓ |

## LEAD AND COPPER

| Lead and Copper | Collection Date | 90% of KC water levels were less than | Range of Sampled Result(s) | Unit | AL | Sites Over AL | Typical Source | In Compliance |
|---|---|---|---|---|---|---|---|---|
| Copper | 2019 | 0.004 | ND - 0.022 | ppm | 1.3 | 0 | Corrosion of household plumbing systems | ✓ |
| Lead | 2019 | 2.1 | ND - 35.8 | ppb | 15 | 1 | Corrosion of household plumbing systems | ✓ |

## WATER CLOUDINESS (TURBIDITY)

| % of samples in compliance with standard | Months Occurred | Monitoring Violation | Highest Single Measurement | Month Occurred | Sources | In Compliance |
|---|---|---|---|---|---|---|
| 97 | 12 | No | 0.96 NTU | March | Soil Runoff | ✓ |

## MICROBIOLOGICAL CONTAMINANTS

| Microbiological | Result | MCL | MCLG | Typical Source | In Compliance |
|---|---|---|---|---|---|
| Coliform (TCR) | In the month of July, 2.69% of samples returned as positive | TT | N/A | Naturally present in the environment | ✓ |

## UNREGULATED CONTAMINANT MONITORING RULE

| Unregulated Contaminant Monitoring Rule | Recommended Federal Level | Average Value | Range of Sampled Results | Unit |
|---|---|---|---|---|
| Manganese | N/A | 0.7 | ND - 0.7 | ppb |
| Total HAA5 | 60 | 14.9 | 7.4 - 33.1 | ppb |
| Total HAA6 Br | N/A | 1.8 | 1.0 - 3.2 | ppb |
| Total HAA9 | N/A | 16.8 | 8.5 - 34.8 | ppb |

## SECONDARY CONSTITUENTS

| Secondary Constituents | Collection Date | Your Water System Highest Sampled Result | Range of Sampled Results (low - high) | Unit | SMCL |
|---|---|---|---|---|---|
| Alkalinity, Total | 3/24/2019 | 72 | 17 - 72 | ppm | |
| Aluminum | 1/11/2019 | 0.067 | ND - 0.067 | ppm | |
| Boron | 5/31/2019 | 0.054 | ND - 0.054 | ppm | |
| Bromide | 6/16/2019 | 0.499 | ND - 0.499 | ppm | |
| Calcium | 4/28/2019 | 52.5 | 22.1 - 52.5 | ppm | |
| Chloride | 3/8/2019 | 32.8 | 10 - 32.8 | ppm | 250 |
| Foaming Agents (Surfactants) | 1/2/2019 | 0.03 | ND - 0.03 | ppm | |
| Iron | 8/11/2019 | 0.026 | ND - 0.026 | ppm | 0.3 |
| Magnesium | 9/3/2019 | 7.37 | 2.44 - 7.37 | ppm | |
| Molybdenium | 5/31/2019 | 0.003 | ND - 0.003 | ppm | |
| Nickel | 3/14/2019 | 0.002 | ND - 0.002 | ppm | |
| pH | 3/24/2019 | 10.3 | 9.5 - 10.3 | SU | 8.5 |
| Phenols | 6/5/2019 | 0.045 | ND - 0.045 | ppm | |
| Potassium | 8/2/2019 | 8.09 | 5.38 - 8.09 | ppm | |
| Silica | 4/4/2019 | 4.85 | 2.32 - 4.85 | ppm | |
| Sodium | 11/7/2019 | 63.1 | 23.6 - 63.1 | ppm | |
| Strontium | 9/8/2019 | 0.26 | 0.17 - 0.26 | ppm | |
| Sulfate | 7/23/2019 | 235 | 58.4 - 235 | ppm | 250 |
| TDS | 12/12/2019 | 524 | 68 - 524 | ppm | 500 |
| Total Hardness | 4/28/2019 | 142 | 75 - 142 | ppm | |
| Vanadium, Total | 5/11/2019 | 0.003 | ND - 0.003 | ppm | |
| Zinc | 4/20/2019 | 0.006 | ND - 0.006 | ppm | 5 |

## TABLE INFORMATION AND ABBREVIATIONS

**AL:** Action Level, or the concentration of a contaminant which, when exceeded, triggers treatment or other requirements which a water system must follow.
**HAA5:** Haloacetic Acids (mono-, di- and tri-chloracetic acid, and mono- and di- bromoacetic acid) as a group.
**HAA6Br:** Bromochloroacetic acid, bromodichloroacetic acid, dibromoacetic acid, dibromochloroacetic acid, monobromoacetic acid, tribromoacetic acid.
**HAA9:** Bromoacetic acid, bromodichloroacetic acid, chlorodibromoacetic acid, dibromoacetic acid, dichloroacetic acid, monobromoacetic acid, monochloroacetic acid, tribromoacetic acid, trichloroacetic acid.
**LRAA:** Locational Running Annual Average, or the locational average of sample analytical results for samples taken during the previous four calendar quarters.
**MCLG:** Maximum Contaminant Level Goal, or the level

of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safety.
**MCL:** Maximum Contaminant Level, or the highest level of a contaminant that is allowed in drinking water. MCLs are set as close to the MCLGs as feasible using the best available treatment technology.
**N/A:** Not applicable.
**ND:** Not detectable at testing limits.
**NTU:** Nephelometric Turbidity Unit, used to measure cloudiness in drinking water.
**ppb:** Parts per billion or micrograms per liter.
**ppm:** Parts per million or milligrams per liter.
**RAA:** Running Annual Average, or the average of sample analytical results for samples taken during the previous four calendar quarters.
**Range of Results:** Lowest and highest levels found during a

testing period.
**SMCL:** Secondary Maximum Contaminant Level, or secondary standards. Secondary standards are non-enforceable drinking-water guidelines that may cause cosmetic effects such as skin or tooth discoloration; or aesthetic effects such as taste, odor, or color. EPA recommends these standards but does not require compliance.
**TCR:** Total Coliform Rule
**TDS:** Total Dissolved Solids
**TT:** Treatment Technique, or a required process intended to reduce the level of a contaminant in drinking water.
**TTHM:** Total Trihalomethanes (chloroform, bromodichloromethane, dibromochloromethane, and bromoform) as a group.

## Kansas City's Water Treatment Process

**KC WATER**

**1. SOURCE**
The intake pumps raw water from the Missouri River and well field, through screening equipment, to the water treatment plant.

**2. SEDIMENTATION**
Raw water enters into the basin where debris and other impurities are allowed to settle. Chemicals, which act like magnets to attract fine debris and impurities, are added during certain times of the year to improve the settling process and minimize cloudiness in the water.

LIME

CHLORINE

**3. SOFTENING & DISINFECTION**
Raw water travels down channels where lime is added for softening and for improving taste and odor, and where chlorine is added for disinfection. This is where raw water begins its transformation into high-quality drinking water.

$CO_2$

**4. STABILIZATION**
The water is stabilized to prevent corrosive properties from emerging, and any lime that is still present is allowed to settle. Depending on the seasonal conditions of the Missouri River, carbon can be added at this step of the process to improve taste and odor. The water is then stabilized to the proper pH.

**5. FILTRATION**
Finally, the water is filtered to remove calcium carbonate and any other impurities that may still exist. The water is filtered through 27" of fine sand, which catches and removes any remaining impurities. The drinking water is now finished and is ready for delivery to customers. The entire process takes about 18 hours to go from raw river water to high-quality drinking water. This important process takes place 24 hours a day, 365 days a year.

**6. TRANSMISSION & DISTRIBUTION**
Using large and powerful pumps, high-quality and great-tasting drinking water is sent through 2,800 miles of water pipes to elevated storage tanks, reservoirs, and ultimately to the taps of customers throughout KC.

FLUORIDE

# TREATMENT INVOLVES MANY STEPS

KC Water associates treat about 90 million gallons of Missouri River water every day for delivery to more than 491,000 residents and 34 wholesale customers, many of which are nearby local water utilities.

KC Water draws the water from the river; removes debris and mud; and disinfects, softens, and stabilizes the water. We filter the water and deliver it citywide via four major pump stations, 14 re-pump stations, numerous water storage facilities, and approximately 2,800 miles of water mains.

For more information about water treatment and regulations visit https://www.epa.gov/dwreginfo.

Watch a short video about visit the KC Water YouTube channel at https://www.youtube.com/user/KCMOWater and search for "From River to Tap: KC's Water Treatment Process."

# THE VALUE OF LOCALLY TREATED TAP WATER

## Reliable
From the Rocky Mountains and through most of the Great Plains, the Missouri River drains from a watershed that coves more than half a million square miles in all or part of 10 states and two Canadian provinces.

## Safe
Experienced, trained, and certified treatment plant operators have won statewide recognition for their performance and expertise. Certified KC Water chemists and trained technicians check thousands of samples annually for more than 250 constituents.

## Affordable
Kansas City's drinking water costs a little more than one-half cent per gallon. A penny will purchase almost two gallons of tap water. Bottled drinking water at a wholesale store can average 3.6 cents per gallon, more than 180 times the cost of Kansas City tap water.

## Tastes Great
We treat drinking water not only to be safe, but also to taste and smell good. We work hard to meet and exceed your expectations for quality refreshment and taste.

# EXTRA STEPS HELP MAKE KC WATER THE BEST

Beyond making sure that the water we deliver is safe and healthy, we go beyond the regulatory requirements to adjust for aesthetic and cosmetic factors of water you drink.

The objective is to deliver a high-quality product that is excellent not only for drinking, but also for bathing, laundering, dishwashing, and recreational uses such as spray toys and pools . . . water that is excellent in every respect while also protecting the environment.

### Hardness

"Hardness" describes the mineral content in water. Hardness is measured by the amount of calcium carbonate in a liter of water. Calcium carbonate also is found in baking powder, toothpaste, antacids, dietary supplements, pharmaceutical tablets and other consumer products.

KC Water softens Missouri River considerably at our Water Treatment Plant. Water we deliver contains about 100 parts per million (ppm) of calcium carbonate per liter, meaning it is considered "moderately hard" on the water hardness scale. (Soft water is 75 ppm or less;

moderately hard is 75-150 ppm; hard water is 150-300 ppm, and very hard water is greater than 300 ppm.)

### Taste, Odor, and Color

KC Water works hard to make sure we consistently deliver great-tasting, high-quality water, including special treatment to control the taste, odor, and color of the water you use.

The Missouri River, while abundant, can also be very fickle. Spring rains, fall leaves, changing Midwest temperatures, melting snow from the Rockies, and releases from upstream reservoirs affect river water quality. Silt and natural organic matter sometimes cause earthy and musty odors, off flavors, a slight greenish tint, or cloudiness, also known as turbidity.

You may or may not notice these natural changes, depending on your unique sense of smell and taste. If you do, rest assured: KC Water performs continuous monitoring and extensive laboratory testing to ensure that safe water is delivered to you and that it meets all state and federal safety requirements for drinking water.



# WE NOTIFY YOU WITH WATER QUALITY UPDATES

Concerned about what's up with your water? We notify affected customers in several ways. Here is how to get information about any situation that might affect your water, including weather, other natural occurrences, or infrastructure issues such as water main breaks or sewer backups.

**AlertKC:**  KCWater and other Kansas City, Mo., departments use this free text notification system to provide authoritative, rapid, and secure information about situations that could affect life and property, including water quality, severe weather, and flooding. Register at http://kcmo.gov/alertkc.



**Social Media**: Urgent information about water quality issues is posted on these KC Water channels:

**Facebook**: www.facebook.com/kcmowater

**Twitter**: @kcmowater

**Nextdoor**: www.nextdoor.com

**www.kcwater.us.**

Any water quality situation that requires public notice or action will be posted on the KC Water website. Additional information about public notices related to water quality issues is available at www.kcwater.us/boil-advisories-and-orders.

**Traditional Media:** Check your favorite media outlet, or see KC Water news releases at www.kcwater.us/news.

 **KCWATER**

4800 E. 63rd St.  •  Kansas City, MO 64130

**CUSTOMER SUPPORT:** (816) 513-1313 or 311 (Option 1) •  www.kcwater.us

 www.facebook.com/kcmowater

 @kcmowater

 www.instagram.com/kcmowater

 www.youtube.com/kcmowater

 www.nextdoor.com

Exhibit M

The Wayback Machine - https://web.archive.org/web/20221203192423/https://www.waterone.org/203/Fluo…

# Fluoride

The oral health benefits of fluoride can be traced to the early 1900's when a dentist discovered that a water supply naturally high in fluoride decreased the occurrence of cavities in his patients.

Subsequent studies in the 1930's found that a very small amount of fluoride (around 1.0 parts per million) was optimal for the prevention of cavities without causing mottled enamel on the teeth.

In 1945, fluoride was first added to a public water supply when the City of Grand Rapids began the practice. Since then, many cities and public water suppliers have adopted the practice of adding fluoride to drinking water during the treatment process in order to provide oral health benefits to the community.

For over fifty years, the American Dental Association (ADA) has endorsed fluoridation of community water supplies as a safe and effective measure for preventing tooth decay. As the Centers for Disease Control and Prevention (CDC) state, "Community water fluoridation is safe and effective in preventing tooth decay, and has been identified by the CDC as one of 10 great public health achievements of the 20th century."

Community water fluoridation remains the model for dental disease prevention, saving Americans billions of dollars every year while benefitting their oral health. Studies have shown that when water is fluoridated at beneficial levels, it strengthens children's teeth as they form and repair early stages of decay. In adults, it reduces the occurrence of root cavities.

The American Water Works Association (AWWA) advocates the addition of fluoride in public drinking water systems for these reasons. The maximum allowable fluoride level established by the Safe Drinking Water Act and the Environmental Protection Agency (EPA) is 4.0 ppm while the recommended target for oral health benefits is 0.7 ppm.

## Understanding Fluoridation at WaterOne

WaterOne follows the mandate of its customers to fluoridate treated water, passed by public referendum in 1965. WaterOne began fluoridating water in 1967. Fluoride is a naturally occurring element in the Kansas and Missouri Rivers at 0.24 ppm - 0.4 ppm. WaterOne maintains the minimum recommended target for oral health benefits (0.7 ppm), which means that about 35-60% of the fluoride in our water is naturally occurring. This allows us to follow recommendations from nationally recognized health organizations and regulation from state and federal health agencies to produce great water safely.

As in all things we do for water quality, fluoride levels are strictly regulated and closely monitored. We have a steady track record of meeting the established standards for

fluoride. Producing high-quality water safely is our mission. As a responsible utility, if we ever did exceed standards we are required by law to notify the public.

In spite of the proven benefits of fluoride in drinking water, there is periodic public debate on this practice. As a part of our commitment to high standards, we routinely revisit this topic to ensure we stay engaged with the latest developments in the accredited scientific community. In addition, WaterOne is a proud member of the Water Research Foundation, supporting independent research on water quality and public health areas related to drinking water.

**Public safety is our priority.** If WaterOne detects harmful substances in the water supply, we are required by law to notify the public. To ensure we reach you with important information about water quality and your water service, sign-up for Notify JoCo.

**ᴄᴘ Government Websites by CivicPlus®**