# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** 25-034

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

> FOOD & WATER WATCH; FLUORIDE ACTION NETWORK; MOMS AGAINST FLUORIDATION; AUDREY ADAMS, individually and on behalf of KYLE ADAMS; KRISTIN LAVELLE, individually and on behalf of NEAL LAVELLE; BRENDA STAUDENMAIER, individually and on behalf of KO STAUDENMAIER and HAYDEN STAUDENMAIER

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
      ⦿ Yes    ◯ No

      If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

      > Appellee, Fluoride Action Network, is a project of the American Environmental Health Studies Project (AEHSP), which is a 501(c)(3) corporation. AEHSP does not have a parent corporation and has no stock owned by a publicly held corporation or other publicly held entity.

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
      ◯ Yes    ⦿ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 34**                              *1*                              *New 12/01/24*

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

N/A

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

   N/A

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

   N/A

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes    ● No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

   N/A

I certify that *(select only one)*:

● this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** /s/ Michael Connett    **Date** 11/17/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 34                                    2                              New 12/01/24