**No. 25-0384**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FOOD & WATER WATCH; FLUORIDE ACTION NETWORK; MOMS AGAINST FLUORIDATION; AUDREY ADAMS, individually and on behalf of KYLE ADAMS; KRISTIN LAVELLE, individually and on behalf of NEAL LAVELLE; BRENDA STAUDENMAIER, individually and on behalf of KO STAUDENMAIER and HAYDEN STAUDENMAIER;

*Plaintiffs-Appellees*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency;

*Defendants-Appellants*.

_____

ON APPEAL FROM A DECISION OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN NO. 3:17-CV-02162-EMC, HONORABLE EDWARD M. CHEN, DISTRICT JUDGE

## APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC

KAY GUNDERSON REEVES
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street
Suite 700
Dallas, TX 75219
(800) 226-9880
kreeves@waterskraus.com

MICHAEL CONNETT
SIRI & GLIMSTAD LLP
700 South Flower Street,
Suite 1000
Los Angeles, California 90017
(888) 747-4529
mconnett@sirillp.com

*Attorneys for Plaintiffs-Appellees*

Pursuant to Fed. R. App. P. 26(b) and Fed. R. App. P. 40(d)(1), and Circuit Rule 31-2-2, Plaintiffs-Appellees ("**Appellees**") respectfully file this motion for an extension of time to determine whether panel or en banc rehearing is warranted, and if a determination is made to seek rehearing, to ensure that any issues warranting further consideration are adequately presented for this Court's review.

This Court issued its decision on May 21, 2026 (Dkt. No. 87), and any rehearing petition is currently due on July 6, 2026. Through this motion, Appellees request an additional 45 days to file a rehearing petition. If granted, the deadline for a rehearing petition would be August 20, 2026. There is good cause to grant this motion.

First, Appellees recently filed a motion for clarification regarding the scope of the Court's remand order to the district court. (Dkt. No. 88.) The resolution of this motion could impact Appellees' decision as to whether a petition is warranted and, if so, the contents of said petition.

Second, the undersigned counsel for Appellees, who anticipates taking the lead role in drafting any petition, has a congested litigation schedule in June and July, including nine scheduled depositions in *Gurrola v. Procter & Gamble* (N.D. Ill. Case No. 1:25-CV-00358) and drafting an opposition brief to a complex motion to dismiss in *Clayborne v. Colgate Palmolive Co*. (N.D. Ill. 1:25-CV-04877). *See* Connett Decl. ¶ 3.

1

Third, Appellees have not previously requested any extension of time within which to file a petition for panel rehearing and/or rehearing en banc, and an extension would not materially prejudice any other party.

Fourth, Appellees have conferred with counsel for Appellants, and Appellants "take no position on this extension request." (Connett Decl. ¶ 5.)

For the foregoing reasons, good cause exists to grant Appellees' request for an extension of time to file a petition for panel rehearing and/or rehearing en banc.

Dated: June 10, 2026

Respectfully submitted,

By: */s/ Michael Connett*
Michael Connett
Siri & Glimstad, LLP
700 S Flower Street
Suite 1000
Los Angeles, CA 90017
Direct: 888-747-4529
Email: mconnett@sirillp.com

## DECLARATION OF MICHAEL CONNETT

I, Michael Connett, declare and state as follows:

1.    I am a partner at the law firm Siri & Glimstad LLP and have been the lead attorney for Appellees for the entirety of this litigation.

2.    Throughout this litigation, I have taken the lead role in drafting motions and briefs. Consistent with this, I anticipate (absent a decision to retain counsel who specialize in appellate litigation) taking the lead role in drafting a petition should Appellees decide to do so.

3.    I currently have a congested litigation schedule for June and July, including nine scheduled depositions in *Gurrola v. Procter & Gamble* (N.D. Ill. Case No. 1:25-CV-00358) and drafting an opposition brief to a complex motion to dismiss in *Clayborne v. Colgate Palmolive Co.* (N.D. Ill. 1:25-CV-04877).

4.    On June 8, 2026, I emailed Robert Stockman, attorney of record for Appellants, asking if Appellants would consent to Appellees' request for a 45-day extension of time to the deadline for filing a petition.

5.    On June 9, 2026, Mr. Stockman emailed to inform me that "Federal Defendants take no position on this extension request."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 10, 2026.

By: */s/ Michael Connett*
Michael Connett

3

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This motion contains 313 words and contains 2 pages, and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A) and Cir. Ct. R. 27-1(1)(d).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E).

This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: June 10, 2026 /s/ Michael Connett
Michael Connett

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing

**APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

By: */s/ Michael Connett*
Michael Connett